IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership.<br><br>        Defendants. | CASE NO. 6:11-cv-96<br><br>**Jury Trial Demanded** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff TracBeam, L.L.C., ("TracBeam"), hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. TracBeam has no parent and no publicly held company owns 10% or more of its corporate stock.

1

Dated: February 25, 2011	Respectfully submitted,

By: /s/ S. Calvin Capshaw

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Richard E. Lyon
CA State Bar No. 229288
Email: rick@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
PARKER & BUNT, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
TRACBEAM, L.L.C.