AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED CLERK
2011 MAR 11 PM 12:31
TEXAS EASTERN
BY_____

| | | |
|---|---|---|
| TRACBEAM, L.L.C. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:11cv00096 |
| AT&T Inc., et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nextel of New York, Inc.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   S. Calvin Capshaw
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/25/11

/s/ David Maland
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11cv00096

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

*** SEE ATTACHED AFFIDAVIT ***

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                     *Server's signature*

                                          _____
                                                 *Printed name and title*


                                          _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

# Affidavit of Process Server

| TRACBEAM, L.L.C. | VS AT&T INC. et al | 6:11CV00096 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, AMAR RAMAN, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served NEXTEL OF NEW YORK, INC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT WITH EXHIBITS

by leaving with PAUL MATTHEWS      PROCESS AGENT AUTHORIZED   At
              NAME                  RELATIONSHIP

☐ Residence
          ADDRESS                   CITY / STATE

☒ Business   C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE
              ADDRESS                   CITY / STATE

On 3/1/11                  AT 12:50 PM
    DATE                       TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                               DATE
from _____
     CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other

**Service Attempts:** Service was attempted on: (1) _____   (2) _____
                                                  DATE  TIME    DATE  TIME
(3) _____   (4) _____   (5) _____
   DATE TIME      DATE TIME      DATE TIME

AGE  35   Sex M   Race W   Height 5'9   Weight 180   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 1ST day of MARCH, 2011.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN                          NOTARY PUBLIC for the state of DELAWARE
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 10/26/2012

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS