UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:11cv96

Name of party requesting extension: MetroPCS Communications, Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 3/1/2011

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 45 days

New Deadline Date: 5/6/2011   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: E. Glenn Thames, Jr.

State Bar No.: 00785097

Firm Name: Potter Minton, a Professional Corporation

Address: 110 N. College Avenue, Suite 500
Tyler, TX   75702

Phone: 903-597-8311

Fax: 903-593-0846

Email: glennthames@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.