# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TRACBEAM, L.L.C., a Colorado Limited Liability Company, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 6:11-cv-00096 |
| AT&T Inc., A Delaware Corporation; et al., | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT AT&T INC. AND AT&T MOBILITY LLC

Defendants, AT&T Inc. and AT&T Mobility LLC, notify the Court and the parties of the appearance of Chad C. Walters as counsel on their behalf. Defendants respectfully request that Mr. Walters, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: May 6, 2011

Respectfully submitted,

/s/ Chad C. Walters
Chad C. Walters
Bar No. 24034730
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(214) 953-6500
Fax: (214) 953-6503
chad.walters@bakerbotts.com

Attorney for Defendants, AT&T Inc. and AT&T Mobility LLC

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of May, 2011. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Chad C. Walters
Chad C. Walters
