US007764231B1

(12) **United States Patent**
Karr et al.

(10) **Patent No.:** **US 7,764,231 B1**
(45) **Date of Patent:** **Jul. 27, 2010**

(54) **WIRELESS LOCATION USING MULTIPLE MOBILE STATION LOCATION TECHNIQUES**

(75) Inventors: **Charles L. Karr**, Tuscaloosa, AL (US); **Dennis J. Dupray**, Denver, CO (US)

(73) Assignee: **TracBeam LLC**, Golden, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/194,367**

(22) PCT Filed: **Sep. 8, 1997**

(86) PCT No.: **PCT/US97/15892**

§ 371 (c)(1),
(2), (4) Date: **Nov. 24, 1998**

(87) PCT Pub. No.: **WO98/10307**

PCT Pub. Date: **Mar. 12, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/025,855, filed on Sep. 9, 1996, provisional application No. 60/044,821, filed on Apr. 25, 1997, provisional application No. 60/056, 590, filed on Aug. 20, 1997.

(51) **Int. Cl.**
*G01S 3/02* (2006.01)
*H04Q 7/20* (2006.01)

(52) **U.S. Cl.** ........................ **342/457**; 342/450; 342/453; 455/456.1; 455/456.6

(58) **Field of Classification Search** ................ 342/450, 342/453, 457, 357.06, 357.02, 357.09, 357.14; 701/213, 215; 455/456.1–456.3, 456.5–456.6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,646,580 A    2/1972 Fuller et al. .................... 325/53
(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 177 203 A2    9/1985
(Continued)

OTHER PUBLICATIONS

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; "Comments of Harris Government Communication Systems Division *A Division of Harris Corporation*", filed Sep. 25, 1996.

(Continued)

*Primary Examiner*—Dao L Phan

(57)                    **ABSTRACT**

A hybrid wireless location system and method is disclosed for locating mobile stations (MSs). Multiple wireless location techniques (FOMs) are provided for MS location. One or more FOMs can be activated in various combinations (serially or parallelly) for outputting one or more MS location estimates with signal protocols, e.g., CDMA, TDMA, or GSM. Resulting location estimates may be for, e.g.: 911 emergency calls, tracking, navigation, people and animal location, and/or applications for confinement to and/or exclusion from geographical areas. System components may be distributed on a network (e.g., the Internet). FOMs may be based on one or more of: TOA, TDOA, AOA, signal pattern recognition/fingerprinting, statistical analysis, base station coverage, GPS signals received at the MS, and/or input from mobile stations. Location estimates are enhanced by adjusting MS estimates (and/or confidences therefor) according to: a past performance of the FOM providing such estimates, and/or MS geolocation or velocity constraints.

**232 Claims, 62 Drawing Sheets**



**US 7,764,231 B1**

Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| 3,886,553 | A | 5/1975 | Bates | 343/112 R |
| 4,023,176 | A | 5/1977 | Currie et al. | 343/113 R |
| 4,232,313 | A | 11/1980 | Fleishman | 343/6 R |
| 4,347,618 | A | 8/1982 | Kavouras et al. | 375/37 |
| 4,438,439 | A | 3/1984 | Shreve | 343/449 |
| 4,475,010 | A | 10/1984 | Huensch et al. | 179/2 EB |
| RE31,962 | E | 7/1985 | Brodeur | 343/389 |
| 4,542,744 | A | 9/1985 | Barnes et al. | 128/660 |
| 4,630,057 | A | 12/1986 | Martin | 342/358 |
| 4,636,795 | A | 1/1987 | Dano | 342/387 |
| 4,651,157 | A | 3/1987 | Gray et al. | 342/457 |
| 4,670,758 | A | 6/1987 | Campbell | 342/458 |
| 4,700,374 | A | 10/1987 | Bini | 379/60 |
| 4,721,958 | A | 1/1988 | Jenkin | 342/13 |
| 4,740,792 | A | 4/1988 | Sagey et al. | 342/457 |
| 4,742,357 | A | 5/1988 | Rackley | 342/457 |
| 4,799,062 | A | 1/1989 | Sanderford, Jr. et al. | 342/450 |
| 4,857,840 | A | 8/1989 | Lanchais | 324/207 |
| 4,860,352 | A | 8/1989 | Laurance et al. | 380/23 |
| 4,864,313 | A | 9/1989 | Konneker | 342/457 |
| 4,870,576 | A | 9/1989 | Tornetta | |
| 4,876,550 | A | 10/1989 | Kelly | 342/451 |
| 4,879,713 | A | 11/1989 | Ichiyoshi | 370/75 |
| 4,888,593 | A | 12/1989 | Friedman et al. | 342/387 |
| 4,914,689 | A | 4/1990 | Quade et al. | 379/142 |
| 4,952,772 | A | 8/1990 | Zana | 219/124.34 |
| 4,990,922 | A | 2/1991 | Young et al. | 342/52 |
| 4,992,796 | A | 2/1991 | Apostolos | 342/156 |
| 5,003,317 | A | 3/1991 | Gray et al. | 342/457 |
| 5,008,679 | A | 4/1991 | Effland et al. | 342/353 |
| 5,017,926 | A | 5/1991 | Ames et al. | 342/353 |
| 5,032,989 | A | 7/1991 | Tornetta | |
| 5,034,898 | A | 7/1991 | Lu et al. | 364/513 |
| 5,043,736 | A | 8/1991 | Darnell et al. | 342/357 |
| 5,045,852 | A | 9/1991 | Mitchell | |
| 5,045,861 | A | 9/1991 | Duffett-Smith | |
| 5,055,851 | A | 10/1991 | Sheffer | 342/457 |
| 5,075,694 | A | 12/1991 | Donnangelo | |
| 5,092,343 | A | 3/1992 | Spitzer et al. | 128/733 |
| 5,099,245 | A | 3/1992 | Sagey | 342/357 |
| 5,111,209 | A | 5/1992 | Toriyama | 342/357 |
| 5,119,102 | A | 6/1992 | Barnard | 342/357 |
| 5,119,104 | A | 6/1992 | Heller | |
| 5,136,686 | A | 8/1992 | Koza | 395/13 |
| 5,142,590 | A | 8/1992 | Carpenter et al. | 382/14 |
| 5,155,490 | A | 10/1992 | Spradley et al. | 342/357 |
| 5,163,004 | A | 11/1992 | Rentz | 364/460 |
| 5,166,694 | A | 11/1992 | Russell et al. | 342/457 |
| 5,177,489 | A | 1/1993 | Hatch | 342/357 |
| 5,184,347 | A | 2/1993 | Farwell et al. | 370/94.1 |
| 5,191,342 | A | 3/1993 | Alsup et al. | 342/465 |
| 5,193,110 | A | 3/1993 | Jones | |
| 5,202,829 | A | 4/1993 | Geier | |
| 5,208,756 | A | 5/1993 | Song | 364/706 |
| 5,212,765 | A | 5/1993 | Skeirik | 395/11 |
| 5,212,804 | A | 5/1993 | Choate | 455/33.1 |
| 5,214,789 | A | 5/1993 | George | 455/33.2 |
| 5,216,611 | A | 6/1993 | McElreath | 364/454 |
| 5,218,367 | A | 6/1993 | Sheffer et al. | 342/457 |
| 5,218,618 | A | 6/1993 | Sagey | 375/1 |
| 5,218,716 | A | 6/1993 | Comroe et al. | 455/33 |
| 5,223,844 | A | 6/1993 | Mansell et al. | 342/357 |
| 5,225,842 | A | 7/1993 | Brown et al. | 342/357 |
| 5,233,541 | A | 8/1993 | Corwin et al. | 364/516 |
| 5,235,633 | A | 8/1993 | Dennison et al. | 379/60 |
| 5,243,530 | A | 9/1993 | Stanifer et al. | 364/452 |
| 5,251,273 | A | 10/1993 | Betts et al. | 382/57 |
| 5,260,711 | A | 11/1993 | Sterzer | 342/375 |
| 5,278,892 | A | 1/1994 | Bolliger et al. | 379/60 |
| 5,280,295 | A | 1/1994 | Kelley et al. | 342/463 |
| 5,280,472 | A | 1/1994 | Gilhousen et al. | 370/18 |
| 5,282,261 | A | 1/1994 | Skeirik | 395/22 |
| 5,293,642 | A | 3/1994 | Lo | 455/33.1 |
| 5,293,645 | A | 3/1994 | Sood | 455/54.1 |
| 5,295,180 | A | 3/1994 | Vendetti et al. | 379/59 |
| 5,311,195 | A | 5/1994 | Mathis et al. | 342/357 |
| 5,317,323 | A | 5/1994 | Kennedy et al. | 342/457 |
| 5,319,374 | A | 6/1994 | Desai et al. | 342/387 |
| 5,325,419 | A | 6/1994 | Connolly et al. | 379/60 |
| 5,327,144 | A | 7/1994 | Stilp et al. | 342/387 |
| 5,331,550 | A | 7/1994 | Stafford et al. | 364/413.02 |
| 5,343,209 | A | 8/1994 | Sennott et al. | |
| 5,349,631 | A | 9/1994 | Lee | 379/59 |
| 5,359,521 | A | 10/1994 | Kyrtsos et al. | 364/449 |
| 5,363,110 | A | 11/1994 | Inamiya | 243/357 |
| 5,365,447 | A | 11/1994 | Dennis | 364/449 |
| 5,365,450 | A | 11/1994 | Schuchman et al. | 364/449 |
| 5,365,516 | A * | 11/1994 | Jandrell | 370/18 |
| 5,365,544 | A | 11/1994 | Schilling | 375/1 |
| 5,373,456 | A | 12/1994 | Ferkinhoff et al. | 364/574 |
| 5,379,224 | A | 1/1995 | Brown et al. | 364/449 |
| 5,388,147 | A | 2/1995 | Grimes | 379/59 |
| 5,388,259 | A | 2/1995 | Fleischman et al. | 395/600 |
| 5,389,934 | A | 2/1995 | Kass | 342/357 |
| 5,390,339 | A | 2/1995 | Bruckert et al. | 455/33.2 |
| 5,392,052 | A | 2/1995 | Eberwine | 342/357 |
| 5,394,158 | A | 2/1995 | Chia | 342/457 |
| 5,394,185 | A | 2/1995 | Bernard | |
| 5,394,435 | A | 2/1995 | Weerackody | 375/206 |
| 5,395,366 | A | 3/1995 | D'Andrea et al. | 604/890.1 |
| 5,398,302 | A | 3/1995 | Thrift | 395/23 |
| 5,402,520 | A | 3/1995 | Schnitta | 395/22 |
| 5,402,524 | A | 3/1995 | Bauman et al. | 395/50 |
| 5,408,586 | A | 4/1995 | Skeirik | 395/23 |
| 5,408,588 | A | 4/1995 | Ulug | 395/23 |
| 5,410,737 | A | 4/1995 | Jones | 455/56.1 |
| 5,416,712 | A * | 5/1995 | Geier et al. | 364/450 |
| 5,420,914 | A | 5/1995 | Blumhardt | 379/114 |
| 5,422,813 | A | 6/1995 | Schuchman et al. | 364/449 |
| 5,426,745 | A | 6/1995 | Baji et al. | 395/375 |
| 5,434,927 | A | 7/1995 | Brady et al. | 382/104 |
| 5,438,644 | A | 8/1995 | Fu | 395/22 |
| 5,444,451 | A | 8/1995 | Johnson et al. | 342/453 |
| 5,448,754 | A | 9/1995 | Ho et al. | 455/34.1 |
| 5,457,736 | A | 10/1995 | Cain et al. | 379/60 |
| 5,473,602 | A | 12/1995 | McKenna et al. | 370/60 |
| 5,479,397 | A | 12/1995 | Lee | 370/18 |
| 5,479,482 | A | 12/1995 | Grimes | 379/59 |
| 5,485,163 | A | 1/1996 | Singer | 342/457 |
| 5,506,864 | A | 4/1996 | Schilling | 375/205 |
| 5,508,707 | A | 4/1996 | LeBlanc et al. | 342/457 |
| 5,508,708 | A | 4/1996 | Ghosh et al. | 342/457 |
| 5,510,801 | A | 4/1996 | Engelbrecht | |
| 5,512,908 | A | 4/1996 | Herrick | 342/387 |
| 5,513,111 | A | 4/1996 | Wortham | |
| 5,513,243 | A | 4/1996 | Kage | 379/58 |
| 5,513,246 | A | 4/1996 | Jonsson et al. | 379/60 |
| 5,515,285 | A | 5/1996 | Garrett, Sr. et al. | |
| 5,515,378 | A | 5/1996 | Roy, III et al. | 370/95.1 |
| 5,515,419 | A | 5/1996 | Sheffer | 379/58 |
| 5,517,667 | A | 5/1996 | Wang | 395/24 |
| 5,519,760 | A | 5/1996 | Borkowski et al. | 379/59 |
| 5,526,001 | A | 6/1996 | Rose et al. | 342/442 |
| 5,526,357 | A | 6/1996 | Jandrell | 370/95.2 |
| 5,526,466 | A | 6/1996 | Takizawa | 395/2.62 |
| 5,537,460 | A | 7/1996 | Holliday, Jr. et al. | 379/59 |
| 5,546,445 | A | 8/1996 | Dennison et al. | 379/60 |
| 5,555,257 | A | 9/1996 | Dent | 370/95.1 |
| 5,555,286 | A | 9/1996 | Tendler | |
| 5,561,704 | A | 10/1996 | Salimando | 379/58 |
| 5,563,611 | A | 10/1996 | McGann et al. | 342/389 |
| 5,563,931 | A | 10/1996 | Bishop et al. | 379/59 |
| 5,564,079 | A | 10/1996 | Olsson | 455/54.1 |
| 5,570,412 | A | 10/1996 | LeBlanc | 379/58 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5,572,218 | A | 11/1996 | Cohen et al. ................ 342/357 | 5,799,016 | A | 8/1998 | Onweller .................... 370/401 |
| 5,574,648 | A | 11/1996 | Pilley ....................... 364/439 | 5,802,454 | A | 9/1998 | Goshay et al. ............. 455/31.2 |
| 5,577,169 | A | 11/1996 | Prezioso .................... 395/61 | 5,802,518 | A | 9/1998 | Karaev et al. .............. 707/9 |
| 5,581,490 | A | 12/1996 | Ferkinhoff et al. ......... 364/578 | 5,805,670 | A | 9/1998 | Pons et al. .............. 379/45 |
| 5,581,596 | A | 12/1996 | Hogan ....................... 379/59 | 5,809,415 | A | 9/1998 | Rossmann ................. 455/422 |
| 5,583,513 | A | 12/1996 | Cohen ....................... 342/357 | 5,815,417 | A | 9/1998 | Orr et al. |
| 5,583,517 | A | 12/1996 | Yokev et al. ............... 342/457 | 5,815,538 | A | 9/1998 | Grell et al. ................ 375/356 |
| 5,588,038 | A | 12/1996 | Snyder | 5,815,814 | A | 9/1998 | Dennison et al. .......... 455/456 |
| 5,592,180 | A | 1/1997 | Yokev et al. ............... 342/450 | RE35,916 | E | 10/1998 | Dennison et al. .......... 455/456 |
| 5,594,425 | A | 1/1997 | Ladner et al. ......... 340/825.06 | 5,819,273 | A | 10/1998 | Vora et al. ................ 707/10 |
| 5,594,740 | A | 1/1997 | LaDue ....................... 379/59 | 5,819,301 | A | 10/1998 | Rowe et al. |
| 5,594,782 | A | 1/1997 | Zicker et al. ............... 379/63 | 5,822,539 | A | 10/1998 | Van Hoff ........... 395/200.66 |
| 5,596,625 | A | 1/1997 | LeBlanc .................... 379/60 | 5,832,367 | A | 11/1998 | Bamburak et al. .......... 455/62 |
| 5,600,705 | A | 2/1997 | Maenpaa ................... 379/58 | 5,835,857 | A | 11/1998 | Otten ....................... 455/410 |
| 5,600,706 | A | * | 2/1997 | Dunn et al. ................ 379/59 | 5,835,907 | A | 11/1998 | Newman .................... 707/10 |
| 5,602,903 | A | 2/1997 | LeBlanc et al. ............ 379/60 | 5,838,562 | A | 11/1998 | Gudat et al. ........ 364/424.02 |
| 5,604,765 | A | 2/1997 | Bruno et al. .............. 375/200 | 5,842,130 | A | 11/1998 | Oprescu-Surcobe et al. 455/456 |
| 5,608,410 | A | 3/1997 | Stilp et al. ................ 342/387 | 5,844,522 | A | 12/1998 | Sheffer et al. .............. 342/457 |
| 5,610,815 | A | 3/1997 | Gudat et al. ........ 364/424.027 | 5,845,198 | A | 12/1998 | Bamburak et al. ......... 455/31.1 |
| 5,610,972 | A | 3/1997 | Emery et al. ............... 379/58 | 5,845,267 | A | 12/1998 | Ronen .................... 705/40 |
| 5,611,704 | A | 3/1997 | Kamizono et al. ......... 439/164 | 5,857,181 | A | 1/1999 | Augenbraun ............... 707/2 |
| 5,612,703 | A | 3/1997 | Mallinckrodt .............. 342/457 | 5,864,755 | A | 1/1999 | King et al. ................ 455/404 |
| 5,613,041 | A | 3/1997 | Keeler et al. ............... 395/23 | 5,867,495 | A | 2/1999 | Elliott et al. ............. 370/352 |
| 5,613,205 | A | 3/1997 | Dufour .................... 455/33.2 | 5,867,799 | A | 2/1999 | Lang et al. ................ 707/1 |
| 5,614,914 | A | 3/1997 | Bolgiano et al. ........... 342/364 | 5,870,029 | A | 2/1999 | Otto et al. .......... 340/825.36 |
| 5,617,565 | A | 4/1997 | Augenbraum et al. ...... 395/604 | 5,872,539 | A | 2/1999 | Mullen .................... 342/357 |
| 5,619,552 | A | 4/1997 | Karppanen et al. ......... 379/60 | 5,873,040 | A | 2/1999 | Dunn et al. ............... 455/456 |
| 5,621,848 | A | 4/1997 | Wang ....................... 395/2.2 | 5,873,076 | A | 2/1999 | Barr et al. ................ 707/3 |
| 5,625,668 | A | 4/1997 | Loomis et al. .............. 379/58 | 5,875,394 | A | 2/1999 | Daly et al. ................ 455/411 |
| 5,625,748 | A | 4/1997 | McDonough et al. ....... 395/2.6 | 5,875,401 | A | 2/1999 | Rochkind ................. 455/466 |
| 5,627,547 | A | * | 5/1997 | Ramaswamy et al. ....... 342/357 | 5,883,598 | A | 3/1999 | Parl et al. ................ 342/457 |
| 5,629,707 | A | 5/1997 | Heuvel et al. .............. 342/357 | 5,890,068 | A | 3/1999 | Fattouche et al. .......... 455/456 |
| 5,631,469 | A | 5/1997 | Carrieri et al. ......... 250/341.5 | 5,892,441 | A | 4/1999 | Woolley et al. ........... 340/539 |
| 5,634,051 | A | 5/1997 | Thomson ................... 395/605 | 5,893,091 | A | 4/1999 | Hunt et al. ................ 707/3 |
| 5,638,486 | A | 6/1997 | Wang et al. ............... 395/2.45 | 5,895,436 | A | 4/1999 | Savoie |
| 5,640,103 | A | 6/1997 | Petsche et al. ............. 324/772 | 5,901,358 | A | 5/1999 | Petty et al. ................ 455/456 |
| 5,646,630 | A | 7/1997 | Sheynblat et al. .......... 342/357 | 5,903,844 | A | 5/1999 | Bruckert et al. ........... 455/456 |
| 5,649,065 | A | 7/1997 | Lo et al. .................... 395/23 | 5,905,455 | A | 5/1999 | Heger et al. ............... 342/22 |
| 5,652,570 | A | 7/1997 | Lepkofker ................. 340/573 | 5,906,655 | A | 5/1999 | Fan .................... 701/216 |
| 5,657,487 | A | 8/1997 | Doner ...................... 455/456 | 5,913,170 | A | 6/1999 | Wortham .................. 455/457 |
| 5,663,734 | A | 9/1997 | Krasner .................... 342/357 | 5,914,675 | A | 6/1999 | Tognazzini .............. 340/989 |
| 5,673,322 | A | 9/1997 | Pepe et al. ................. 380/49 | 5,917,405 | A | 6/1999 | Joao |
| 5,675,344 | A | 10/1997 | Tong et al. ................ 342/457 | 5,917,449 | A | 6/1999 | Sanderford et al. ........ 342/457 |
| 5,675,788 | A | 10/1997 | Husick et al. .............. 395/615 | 5,917,866 | A | 6/1999 | Pon .................... 375/346 |
| 5,686,924 | A | 11/1997 | Trimble et al. ............. 342/357 | 5,920,873 | A | 7/1999 | Van Huben et al. ........ 707/202 |
| 5,701,328 | A | 12/1997 | Schuchman et al. ........ 375/204 | 5,924,090 | A | 7/1999 | Krellenstein .............. 707/5 |
| 5,710,758 | A | 1/1998 | Soliman et al. ............ 370/241 | 5,926,133 | A | * | 7/1999 | Green .................... 342/363 |
| 5,710,918 | A | 1/1998 | Lagarde et al. ............ 395/610 | 5,933,421 | A | 8/1999 | Alamouti et al. .......... 370/330 |
| 5,717,406 | A | 2/1998 | Sanderford et al. ........ 342/457 | 5,933,822 | A | 8/1999 | Braden-Harder et al. .... 707/5 |
| 5,719,584 | A | 2/1998 | Otto ........................ 342/465 | 5,936,572 | A | 8/1999 | Loomis et al. ............. 342/357 |
| 5,724,047 | A | 3/1998 | Lioio et al. ............... 342/442 | 5,943,014 | A | 8/1999 | Gilhousen ................ 342/465 |
| 5,724,648 | A | 3/1998 | Shaughnessy et al. ...... 455/56.1 | 5,945,948 | A | 8/1999 | Buford et al. ............. 342/457 |
| 5,724,660 | A | 3/1998 | Kauser et al. ............. 455/456 | 5,949,815 | A | 9/1999 | Pon .................... 375/208 |
| 5,727,057 | A | 3/1998 | Emery et al. .............. 379/211 | 5,952,969 | A | 9/1999 | Hagerman et al. ......... 342/457 |
| 5,729,549 | A | 3/1998 | Kostreski et al. ........... 370/522 | 5,959,568 | A | 9/1999 | Woolley ................. 342/42 |
| 5,732,074 | A | 3/1998 | Spaur et al. ............... 370/313 | 5,963,866 | A | 10/1999 | Palamara et al. .......... 455/456 |
| 5,732,354 | A | 3/1998 | MacDonald ............... 455/456 | 5,966,658 | A | 10/1999 | Kennedy, III et al. ...... 455/426 |
| 5,736,964 | A | 4/1998 | Ghosh et al. .............. 342/457 | 5,969,673 | A | 10/1999 | Bickley |
| 5,737,431 | A | 4/1998 | Brandstein et al. ......... 381/92 | 5,973,643 | A | 10/1999 | Hawkes et al. ............ 342/457 |
| 5,740,048 | A | 4/1998 | Abel et al. ............. 364/443 | 5,977,913 | A | 11/1999 | Christ .................... 342/465 |
| 5,742,509 | A | 4/1998 | Goldberg et al. ...... 364/449.5 | 5,978,840 | A | 11/1999 | Nguyen et al. ............ 709/217 |
| 5,742,905 | A | 4/1998 | Pepe et al. ................ 455/461 | 5,982,324 | A | 11/1999 | Watters et al. ......... 342/357.06 |
| 5,754,955 | A | 5/1998 | Ekbatani .................. 455/422 | 5,982,891 | A | 11/1999 | Ginter et al. ............. 380/4 |
| 5,764,756 | A | 6/1998 | Onweller .................. 379/242 | 5,983,214 | A | 11/1999 | Lang et al. ................ 707/1 |
| 5,774,802 | A | 6/1998 | Tell et al. ................ 455/408 | 5,987,329 | A | 11/1999 | Yost et al. ................ 455/456 |
| 5,774,805 | A | 6/1998 | Zicker .................... 455/426 | 5,999,124 | A | 12/1999 | Sheynblat ........... 342/357.09 |
| 5,774,829 | A | 6/1998 | Cisneros et al. ............ 701/213 | 5,999,126 | A | 12/1999 | Ito .................... 342/357.1 |
| 5,774,869 | A | 6/1998 | Toader .................... 705/10 | 6,009,334 | A | 12/1999 | Grubeck et al. ........... 455/456 |
| 5,786,773 | A | 7/1998 | Murphy ................... 340/947 | 6,014,102 | A | 1/2000 | Mitzlaff et al. ........... 342/457 |
| 5,787,235 | A | 7/1998 | Smith et al. ............... 395/50 | 6,026,304 | A | 2/2000 | Hilsenrath et al. ......... 455/456 |
| 5,787,354 | A | 7/1998 | Gray et al. ................ 455/456 | 6,028,551 | A | 2/2000 | Schoen et al. ............. 342/357 |
| 5,790,953 | A | 8/1998 | Wang et al. ............... 455/435 | 6,029,161 | A | 2/2000 | Lang et al. ................ 707/1 |
| 5,790,974 | A | 8/1998 | Tognazzini ................ 701/204 | 6,031,490 | A | 2/2000 | Forssén et al. ............ 342/457 |

**US 7,764,231 B1**

Page 4

| | | | | |
|---|---|---|---|---|
| 6,034,635 | A | 3/2000 | Gilhousen | 342/457 |
| 6,038,668 | A | 3/2000 | Chipman et al. | 713/201 |
| 6,046,683 | A | 4/2000 | Pidwerbetsky et al. | 340/825.54 |
| 6,047,192 | A | 4/2000 | Maloney et al. | 455/456 |
| 6,061,064 | A | 5/2000 | Reichlen | 345/418 |
| 6,064,339 | A | 5/2000 | Wax et al. | 342/417 |
| 6,064,942 | A | 5/2000 | Johnson et al. | 701/213 |
| 6,097,958 | A | 8/2000 | Bergen | 455/456 |
| 6,101,178 | A | 8/2000 | Beal | 370/336 |
| 6,101,390 | A | 8/2000 | Jayaraman et al. | 455/456 |
| 6,101,391 | A | 8/2000 | Ishizuka et al. | 455/457 |
| 6,108,555 | A | 8/2000 | Maloney et al. | 455/456 |
| 6,157,621 | A | 12/2000 | Brown et al. | 370/310 |
| 6,167,274 | A | 12/2000 | Smith | 455/456 |
| 6,185,427 | B1 | 2/2001 | Krasner et al. | 455/456 |
| 6,236,365 | B1 | 5/2001 | LeBlanc et al. | 342/457 |
| 6,240,285 | B1 | 5/2001 | Blum et al. | 455/404 |
| 6,243,587 | B1 | 6/2001 | Dent et al. | 455/456 |
| 6,249,245 | B1 | 6/2001 | Watters et al. | 342/357.03 |
| 6,249,252 | B1 | 6/2001 | Dupray | 342/450 |
| 6,301,463 | B1 | 10/2001 | Dao | |
| 6,308,072 | B1 | 10/2001 | Labedz et al. | 455/448 |
| 6,321,092 | B1 | 11/2001 | Fitch et al. | 455/456 |
| 6,324,404 | B1 | 11/2001 | Dennison et al. | 455/456 |
| 6,330,452 | B1 | 12/2001 | Fattouche et al. | 455/456 |
| 6,381,464 | B1 | 4/2002 | Vannucci | 455/456 |
| 6,385,541 | B1 | 5/2002 | Blumberg | |
| 6,438,380 | B1 | 8/2002 | Bi et al. | 455/456 |
| 6,519,463 | B2 | 2/2003 | Tendler | |
| 6,549,130 | B1 | 4/2003 | Joao | |
| 6,834,195 | B2 | 12/2004 | Brandenberg | |
| 6,952,181 | B2 | 10/2005 | Karr et al. | |
| 7,274,332 | B1 | 9/2007 | Dupray | |
| 2004/0198386 | A1 | 10/2004 | Dupray | |
| 2004/0266457 | A1 | 12/2004 | Dupray | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 546 758 A2 | 6/1993 |
| EP | 0 689 369 A1 | 12/1995 |
| EP | 0 870 203 B1 | 12/1996 |
| EP | 0 923 817 | 5/2002 |
| EP | 0 811 296 B1 | 9/2002 |
| GB | 1 605 207 | 6/1975 |
| GB | 2 155 720 A | 3/1984 |
| WO | WO 93/04453 | 3/1993 |
| WO | WO 94/01978 | 1/1994 |
| WO | WO 94/11853 | 5/1994 |
| WO | 9415412 | 7/1994 |
| WO | WO 94/27161 | 11/1994 |
| WO | WO 95/03598 | 2/1995 |
| WO | WO 96/14588 | 5/1996 |
| WO | WO 96/20542 | 7/1996 |
| WO | WO 97/01228 | 1/1997 |
| WO | WO 97/22888 | 6/1997 |
| WO | WO 97/24010 | 7/1997 |
| WO | WO 97/26750 | 7/1997 |
| WO | WO 97/38540 | 10/1997 |
| WO | WO 97/41654 | 11/1997 |
| WO | WO 97/50002 | 12/1997 |
| WO | WO 98/00982 | 1/1998 |
| WO | WO 98/10307 | 3/1998 |
| WO | WO 98/14018 | 4/1998 |
| WO | PCT/US01/17957 | 6/2001 |
| WO | WO 01/44998 A2 | 6/2001 |
| WO | WO 01/95642 | 12/2001 |
| WO | WO 02/065250 A2 | 8/2002 |

OTHER PUBLICATIONS

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; "Reply Comments of KSI Inc. and MULIC Inc." filed Oct. 25, 1996.

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; ex parte communication from Cambridge Positioning Systems Ltd. received Apr. 14, 1997 by the Commission.

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; ex parte communication from GeoTek Communications, Inc. received Apr. 14, 1997 by the Commission.

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; ex parte communication from XYPOINT Corporation, Inc. received Jul. 28, 1997 by the Commission.

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; ex parte communication from National Strategies, Inc., regarding enhanced 911 system trial by TruePosition, Inc. and New Jersey Office Emergency Telecommunications Services, received Aug. 8, 1997 by the Commission.

CC Docket No. 94-102, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems; ex parte communication from SnapTrack, Inc., received Jun. 27, 1997 by the Commission.

from http://www.uswcorp.com/laby.htm,, Release concerning RadioCamera™, printed Sep. 14, 1998.

Wylie et al., "The Non-Line of Sight Problem in Mobile Location Estimation".

Evans, 1998, "New Satellites for Personal Communications," Scientific American, 278(4):70-77.

Hills, 1998, Terrestrial Wireless Networks, Scientific American, 278(4):86-91.

Pelton, 1998, "Telecommunications for the 21st Century," Scientific American, 278(4):80-85.

Stutzmann et al., 1998, "Moving Beyond Wireless Voice Systems," Scientific American, 278(4):92-93.

Driscoll, "Wireless Caller Location Systems", 1998, GSP World Advanstar Communications, Inc., www.gpsworld.com/1198/1198driscol.html, pp. 1-8.

Junius et al., "New Methods for Processing GSM Radio Measurement Data: Applications for Locating, Handover, and Network Management", 1994, Communication Network, Aachen University of Technology, pp. 338-342.

Low, "Comparison of Urban Propagation Models with CW-Measurements", Deutsche Bundespost Telekom, pp. 936-942.

"Location Systems and Technologies", 1994, Wireless Emergency Services JEM Report, Annex A pp. 42-46 and Appendix A pp. 1-2.

Fechner et al., A Hybrid Neural Network Architecture for Automatic Object Recognition, 1994, IEEE, pp. 187-194.

Kosko, "Fuzzy Systems as Universal Approximators", 1994, IEEE, pp. 1329-1333.

Mardiraju et al., "Neural Networks for Robust Image Feature Classification: A Comparative Study", 1994, IEEE, pp. 423-430.

Sousa et al., "Delay Spread Measurements for the Digital Cellular Channel in Toronto", 1994, IEEE, pp. 837-847.

Goldsmith et al., "A Measurement-Based Model for Predicting Coverage Areas of Urban Microcells", 1993, IEEE, pp. 1013-1023.

Ichitsubo et al., "A Statistical Model for Microcellular Multipath Propagation Environment", Prior to Dec. 22, 1997, Wireless Systems Laboratories, pp. 1-6.

Wittenben et al., "A Low Cost Noncoherent Receiver with Adaptive Antenna Combining for High Speed Wireless Lans", Prior to Dec. 22, 1997, ASCOM Systec AG, pp. 1-4.

Gaspard et al., "Position Assignment in Digital Cellular Mobile Radio Networks (e.g. GSM) derived from Measurements at the Protocol Interface", Prior to Dec. 22, 1997, pp. 1-5.

# US 7,764,231 B1

Page 5

Dutta et al., "Modified Adaptive Multiuser Detector for DS-CDMA in Multipath Fading", Prior to Dec. 22, 1997, pp. 1-7.

Gallant, "Neural Network Learning and Expert Systems", 1994, *The MIT Press*, pp. 132-137.

Striglis et al., "A Multistage RAKE Receiver for Improved Capacity of CDMA Systems", 1994, *IEEE Vehicular Technology Conference*, pp. 1-5.

Chan et al., "Multipath Propagation Effects on a CDMA Cellular System", 1994, *IEEE*, pp. 848-855.

Wolfe et al., "Field Strength Prediction in Indoor Environments with Neural Networks", Prior to Dec. 22, 1997, pp. 1-5.

U.S. Appl. No. 09/230,109, filed Jan. 22, 1999 Entitled "Location of a Mobile Station Using a Plurality of commercial wireless infrastructures" (Pending).

Low, "Comparison of Urban Propagation Models with CW-Measurements", 1992, *IEEE Deutsche Bundespost Telekom*, pp. 936-942.

"The Measearch Engine Years: Fit the First", 1992, http: //www. conman.org/people/spc/refs/search.hpl.html, pp. 1-3.

Lawrence et al., "Northern Light Search Engine Leads the Pack-Others Fall Behind", May 1, 1998, *Online Newsletter*, 19(5)pp. 1-2.

Johnson, "Smart Technology Busting Out All Over Web", Jun. 15, 1998, *Electronic Engineering Times*, 1012 pp. 1-6.

Notess, "Internet Search Engine Update", Jul. 1, 1998, *Online*, vol. v22:nr, pp. 1-3.

Meadow, "Text Information Retrieval Systems", 1992, *Academic Press*, pp. 204-209.

Iwayama et al., "Cluster-Based Text Categorization: A Comparison of Category Search Strategies", 1995, *ACM-SIGIR*, pp. 273-279.

Botafogo, "Cluster Analysis for Hypertext Systems", Jun. 1993, *ACM-SIRIG*, pp. 116-124.

Wang Baldonado et al., "SenseMaker: An Information-Exploration Interface Supporting the Contextual Evolution of a User's Interests", 1997, *ACM-CHI*, pp. 11-18.

Baldazo, "Navigating with a Web Compass: Quarterdeck Harnessess Leading-edge "Metasearch" Technology to Create a Smart Agent that Searches the Web and organizes the Results", Mar. 1996, *BYTE*, pp. 97-98.

Weiss et al., "HyPursuit: A Hierarcical Network Search Engine that Exploits Content-Link Hypertext Clustering", 1996, *Hypertext*, pp. 180-193.

Dupray et al., U.S. Appl. No. 09/770,838, filed Jan. 26, 2001 Entitled "Location of a Mobile Station", pp. 1-206 and 60 Drawing Sheets.

U.S. Appl. No. 09/820,584, filed Mar. 28, 2001 Entitled "Location of a Mobile Station Using a Plurality of Commercial Wireless Infrastructures".

Lepkofker; U.S. Appl. No. 08/246,149 Entitled "Individual Location System"; May 19, 1994.

Maloney et al.; U.S. Appl. No. 60/017,899 Entitled "Enhanced Time-Difference Localization System"; May 17, 1996.

U.S. Appl. No. 08/355,901 Entitled "MICR-Miniature Emergency Geo-Location Beacon System for Personal Security", filed Dec. 13, 1994.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Response from Examiner regarding communication filed on Dec. 26, 1995 Dated Jul. 23, 1996.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Examiner Interview Summary Record Dated: Aug. 13, 1996.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Office Action Summary Dated: Mar. 14, 1997.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Office Action Summary Dated: Mar. 17, 1998.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Office Action Summary Dated: Jun. 24, 1998.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Advisory Action Dated: Aug. 11, 1998.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Advisory Action Dated: Sep. 9, 1998.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Advisory Action Dated: Oct. 9, 1998.

Communication from U.S. Patent and Trademark Office Re: U.S. Appl. No. 08/355,901 Advisory Action Dated: Nov. 4, 1998.

Ergon Proprietary; "Performance Analyses Brief: Microminiature Emergency Locator Systems (MELS)"; May 1996.

Loran; 1992; "Users Handbook 1992 Edition"; *U.S. Coast Guard, Radionavigation Division*; 28 pgs.

Newton; 1981; "The Near-Term Potential of Doppler Location"; *John Hopkins APL Technical Digest*; pp. 16-31.

"ARGOS: Basic Description of the Argos System"; *ARGOS*; 7 pgs.

Christi; U.S. Appl. No. 60/038,037, filed Feb. 6, 1997 Entitled "Method and Apparatus for Tracking and Locating Personnel".

Maloney; U.S. Appl. No. 60/035,691, filed Jan. 16, 1997 Entitled "Robust, Efficient, Localization System".

Maloney; U.S. Appl. No. 60/017,269 Entitled "Efficient, Distributed, Time Difference Localization System" filed May 13, 1996.

Smith, Jr., "Passive Location of Mobile Cellular Telephone Terminals," IEEE, CH3031-2/91/0000-0221, 1991 pp. 221-225.

Schopp, Michael, "User Modelling and Performance Evaluation of Distributed Location Management for Personal Communications Services," Proceedings of the 15th International Teletraffic Congress (ITC) 15, Washington, D.C., 1997, S. 23-34.

Kennemann, Olrik, "Continuous Location of Moving GSM Mobile Stations by Pattern Recognition Techniques," Fifth IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC '94), pp. 630-634, IEEE, Sep. 1994.

Rizzo et al.; "Integration of Location Services in the Open Distributed Office"; *Technical Report 14-94, Computing Laboratory, University of Kent*, Cantebury, United Kingdom; Aug. 1994; pp. 1-14.

Caffery, J. and Stüüber, G. L., "Vehicle Location and Tracking for IVHS in CDMA Microcells," *International Symposium on Personal, Indoor, and Mobile Radio Communications*, pp. 1227-1231, Sep. 1994.

Caffery et al., "Radio Location in Urban CDMA Microcells"; *International Symposium on Personal, Indoor, and Mobil Radio Communications*, Sep. 1995; 5 pgs.

Beck et al.; "Simulation Results on the Downlink of a Qualcomm-like DS-CDMA-System Over Multipath fading channels"; Sep. 1994 pp. 1-7.

Pop et al.; "Site Engineering for Indoor Wireless Spread Spectrum Communications"; Jun. 2001; 3 pgs.

Caffery et al.; "Overview of Radiolocation in CDMA Cellular Systems"; *IEEE Communications Magazine*; Apr. 1998; pp. 38-45.

Salcic;"AGPCS—An Automatic GSM-based Positioning and Communication System" *Proceedings of GeoComputation 1997 & SIRC 1997*; Aug. 1997; pp. 15-22.

Ramanathan et al.; "A Survey of Routing Techniques for Mobile Communications Networks"; *Mobile Networks and Applications*; Oct. 1996; vol. 1(2); pp. 1-31.

U.S. Appl. No. 08/191,984, filed Feb. 4, 1994, Loomis.

Smith, et al., "Passive Location of Mobile Cellular Telephone Terminals," pp. 221-225, IEEE, 1991.

Miller, RT, et al., "Protein fold recognition by sequence threading: tools and assessment techniques," Journal Announcement, Department of Biochemistry and Molecular Biology, University College, London, United Kingdom, Jan. 1996.

Dailey, D.J., "Demonstration of an Advanced Public Transportation System in the Context of an IVHS Regional Architecture," paper presented at the First World Congress on Applications of Transport Telematics and Intelligent Vehicle-Highway Systems, Nov. 30-Dec. 3, 1994.

Dailey, D.J., et al., "ITS Data Fusion," Final Research Report, Research Project T9903, Task 9, ATIS/ATMS Regional IVHS Demonstration, University of Washington, Apr. 1996.

Dartmouth College, "Soldiers, Agents and Wireless Networks: A Report on a Military Application," PAAM 2000.

**US 7,764,231 B1**

Page 6

Bass, Tim, "Intrusion Detection Systems & Multisensor Data Fusion: Creating Cyberspace Situational Awareness," Communications of the ACM, date unknown.

Callan, James P., et al., "Searching Distributed Collections With Inference Networks," 18th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval, 1995.

Orphanoudakis. C.E., et al., "I² Cnet: Content-Based Similarity Search in Geographically Distributed Repositories of Medical Images," vol. 20(4), pp. 193-207, *Computerized Medical Imaging and Graphics*, 1996.

"After Allowance Amendment under C.F.R. 1.312", filed Jul. 10, 2007, for U.S. Appl. No. 10/262,413, 23 pages.

"Amendment After Allowance, U.S. App. No. 09/176,587 Amendments to the Claims", filed Apr. 3, 2007, 33 pages.

"Amendment and Response to Office Action Dated May 5, 2006", filed Nov. 30, 2006, for U.S. Appl. No. 10/262,338, 27 pages.

Mynatt et. al., "Designing Audio Aura", published in CHI '98 Conference Proceedings, publication yr. 1998.

* cited by examiner

U.S. Patent

Jul. 27, 2010

Sheet 1 of 62

US 7,764,231 B1



FIG. 1

U.S. Patent

Jul. 27, 2010

Sheet 2 of 62

US 7,764,231 B1



**FIG. 2**

U.S. Patent

Jul. 27, 2010

Sheet 3 of 62

US 7,764,231 B1



**FIG. 3**



Fig. 4



FIG. 5

BASE STATION 122
BS 122
MBS 148
LBS 152
MS 140
BS 122
BS 122
LBS 152
BS 122
MOBIL SWITCHING CENTER 112
PUBLIC TELE-PHONE SWITCHING NETWORK 124 AND INTERNET 468
ENVIRONMENTAL DATA PROVIDERS E.G., APPLICATIONS PROVIDING TRAFFIC FLOW, WEATHER, ETC.
LOCATION APPLICATIONS 146
LOCATION CENTER 142
LOCATION ENGINE 139
SIGNAL PROCESSING SUBSYSTEM 1220
LOCATION INFORMATION DATA BASES
1232
LOCATION ENGINE CONTROL SUBSYS-TEM 1350
LOCATION HYPOTH-ESIZING (FIRST ORDER) MODELS 1224
ADAPTATION ENGINE 1382
HYPOTHESIS EVALUATOR 1228 ("MOST LIKELY" LOCATION HYPOTHESIS DETERMINATION)
ENVIRONMENTAL DATA BASES
OUTPUT GATEWAY FOR DESIGNATED LOCATION APPLICATIONS 1356

Fig. 6(1)

LOCATION CENTER 142
SIGNAL PROCESSING SUBSYSTEM
1. SIGNAL FILTERING AND INPUT LOCATION DATA STRUCTURE CREATION
1220
VERIFIED LOCATION SIGNATURE
FIRST ORDER LOCATION MODELS 1224
(INCLUDES DISTINCT MS LOCATION MODELS THAT OUTPUT LOCATION HYPOTHESES)
LOCATION CENTER CONTROL SUBSYSTEM
1350
SUPERVISOR
1. CONTROLS LOCATION ESTIMATION SYSTEM;
2. DETERMINES CONTEXT OR STATE OF LOCATION PROBLEM; E.G., FIRST OR SECOND SET OF MEASUREMENTS FOR MS;
3. DETERMINES APPROPRIATE REPLIES TO BSs;
4. NOTE S"HEALTH" OF BS MEASUREMENTS.
LOCATION ENGINE 139
PERFORMANCE DATA BASE
1. DATA HERE IS USED WITH THE ADAPTATION ENGINE (E.G., FOR TUNING THE CONTEXT ADJUSTER).
1374
OPERATOR
ADAPTATION ENGINE
1. BACKGROUND PROCESS TO ADAPTIVELY TUNE THE LOCATION ENGINE 139;
2. USES STORED DATA TO ADJUST SYSTEM PARAMETERS ACCORDING TO PAST PERFORMANCES;
3. GENERAL PURPOSE, USES NO DOMAIN KNOWLEDGE
1382
1356
OUTPUT GATEWAY (TO DESIGNATED LOCATION APPLICATIONS)
1. DETERMINES THE APPLICATIONS RECEIVING OUTPUT AND THE FREQUENCY OF OUTPUT TO EACH APPLICATION
PUBLIC TELEPHONE SWITCHING NETWORK 129, INTERNET 468, MSC 112, SMS 105, and SCP 104

FIG 6(2)

LOCATION CENTER 142
LOCATION ENGINE 139
NEURAL NET TRAINING DATA BASE
ENVIRONMENTAL DATA BASE 1354
1.STORES CURRENT WEATHER, TRAFFIC ETC CONDITIONS.
2.USED BY CONTEXT ADJUSTER 1326, ANALYTICAL REASONER 1416 & MAY BE FOMs. 1224
AREA CHARACTERISTICS DATA BASE 1450
PATHWAY DATA BASE
HYPOTHESIS EVALUATOR 1228
CONTEXT ADJUSTER 1326
1.ADJUSTS THE CONFIDENCE AND/OR AREA FIELDS OF LOCATION HYPOTHESES OUTPUT BY FIRST ORDER MODELS TO OBTAIN MORE RELIABLE TARGET MS ESTIMATES USING VERIFIED LOCATION SIGNATURE CLUSTERS IN THE LOCATION SIGNATURE DATABASE.
2.IN ONE EMBODIMENT, THIS MODULE MODIFIES A TARGET MS LOCATION IN RELATION TO VARIOUS ENVIRONMENTAL CHARACTERISTICS SUCH AS: THE GEOGRAPHICAL AREA (TYPE) ASSOCIATED WITH A LOCATION HYPOTHESIS, WEATHER, TIME OF DAY, SEASON, TRAFFIC, ETC;
3.IN ONE EMBODIMENT, MAY USE HEURISTIC (FUZZY LOGIC) RULES TO ADJUST THE CONFIDENCE VALUES;
4.IN ONE EMBODIMENT, MAY ALSO USE EXPERT SYSTEM RULES FOR ADJUSTING CONFIDENCES DUE TO BS FAILURE(S),
5.FOR LBSs (FIXED LOCATION TRANSCEIVERS), MAY USE OUTPUT FROM THE FIRST ORDER MODELS FOR SUCH TRANSCEIVERS AS A WAY TO CALIBRATE LOCATION HYPOTHESIS DEFAULT CONFIDENCE VALUES OF OTHER FOMs.
LOCATION HYPOTHESIS ANALYZER 1332
(INCLUDES BLACKBOARD AND/OR EXPERT SYSTEM)
LOCATION ESTIMATOR
1.RECEIVES RESULTING LOCATION HYPOTHESES (WITH HIGHEST CONFIDENCES) AND ATTEMPTS TO OUTPUT A SINGLE (SET OF NESTED) AREA(S) WITH PROBABILITIES ASSOCIATED WITH EACH AREA.
MS STATUS REPOSITORY (RUN-TIME TRACKING)
1.RUN-TIME STORAGE FOR PREVIOUS TARGET MS PATH OR TRACKING DATA; E.G., PREVIOUS TARGET MS LOCATION HYPOTHESES & LOCATION PREDICTIONS FOR RECENTLY LOCATED MSs; E.G., MS PATHS MAY BE STORED HERE FOR USE IN EXTRAPOLATING A NEW MS LOCATION ESTIMATE.
2.LOG CONTEXT OR STATE OF A TARGET MS LOCATION PROBLEM; EG. FIRST OR SECOND SET OF MEASUREMENTS FOR TARGET MS.
1344
1338



## FIG 6(3)



**LOCATION CENTER 142**

**LOCATION ENGINE 139**

1320

**LOCATION SIGNATURE  DATA BASE**

1. STORES CDMA SIGNAL CHARACTERISTICS FOR VERIFIED LOCATIONS (E.G., LOCATION SIGNATURES OR LOC SIGS);
2. EACH LOC SIG ALLOWS ACCESS TO: MS LAT-LONG, BS ID, POWER LEVELS (BS AND MS), TIME/DATE STAMP, ENVIRONMENTAL MEASUREMENTS INDICATING; E.G., RF BACKGROUND NOISE, MULTIPATH, DENSE URBAN, URBAN, SUBURBAN, RURAL, MOUNTAIN, WEATHER, TRAFFIC, AND A CONFIDENCE VALUE FOR THE LOC SIG.
3. SUPPORTED RETRIEVALS: BY GEOGRAPHICAL AREA, BY BS ID, BY ENVIRONMENTAL MEASUREMENT CLASSIFICATIONS, BY TIME/DATE RANGE.
4. LOC SIGS INPUT FROM 2 SOURCES: FIXED LOCATION MSS (E.G., LBS'S, 12 LOC SIGS/LBS/DAY FOR A YEAR), OTHER VERIFIED SOURCES PROVIDED BY A MBS 148 OR ANOTHER UNIT HAVING LOCATION VERIFICATION FUNCTIONALITY; E.G., POLICE, AMBULANCES, BUSES, TAXIS.

U.S. Patent

Jul. 27, 2010

Sheet 9 of 62

US 7,764,231 B1

**FIG. 7**

ENVIRONMENTAL DB 1354

CONTEXT ADJUSTER 1326

MS STATUS REPOSITORY 1338 (RUN-TIME TRACKING)

PATHWAY DATA BASE

ANALYTICAL REASONER MODULE 1416 (DAEMON OR RULE BASE)

CONTROL MODULE 1400 (BLACKBOARD MANAGER OR EXPERT SYSTEM INFERENCE ENGINE)

LOCATION EXTRAPOLATOR 1432

AREA CHARACTER-ISTICS DATA BASE 1450

HYPOTHESES GENERATING MODULE 1428 (DAEMON OR RULE BASE)

LOCATION SIGNATURE DATA BASE 1320

RUN-TIME LOCATION HYPOTHESIS STORAGE AREA 1410

HISTORICAL LOCATION REASONER MODULE 1424 (DAEMON OR RULE BASE)

LOCATION HYPOTHESIS

OUTPUT GATEWAY 1356 (TO DESIGNATED LOCATION APPLICATIONS)

LOCATION ESTIMATOR 1344

HYPOTHESIS EVALUATOR 1228



Fig. 8(1)

| Fig. 8(1) | Fig. 8(2) |
| Fig. 8(3) | Fig. 8(4) |

U.S. Patent    Jul. 27, 2010    Sheet 10 of 62    US 7,764,231 B1



**Fig. 8(2)**

**DATA CAPTURE AND GATEWAY 23**
1. TEMPORARY DATA CAPTURE FOR NEURAL NETWORK RETRAINING; AND FOR ANY DATA FROM FIXED LOCATION MSs;
2. ROUTES DATA TO APPROPRIATE FIRST ORDER MODELS AND THE VERIFIED LOCATION SIGNATURE DATABASE.

**BS INPUT FILTERS 9 AND 19**
1. DETERMINES THE BSs FROM WHICH DATA WILL BE USED;
2. FILTERS OUT ANY OBVIOUSLY ANOMALOUS DATA;
3. PROVIDES FILTERED DATA TO DATA CAPTURE AND GATEWAY 23.

**SIGNAL PROCESSING SUBSYSTEM 1220**

**SUPERVISOR**
1. CONTROLS LOCATION ENGINE, INCLUDES HIGH LEVEL ERROR HANDLER;
2. DETERMINES APPROPRIATE REPLIES TO BSs;
3. NOTES "HEALTH" OF BS MEASUREMENTS.

**CONTROLLER FOR ACTIVE FOMs NETWORK COMMUNICATION**
CONTROLS THE FOLLOWING:
1. (DE)ACTIVATION OF CALIBRATION TRANSCEIVERS, E.G., MSs WHOSE SIGNALS ARE RECEIVED FROM A KNOWN LOCATION AND USED TO CALIBRATE LOCATION ENGINE FUNCTIONS; A CALIBRATION MS MAY BE INCLUDED AS PART OF A LBS 152;
2. (DE)ACTIVATES OF LBSs 152;
3. (DE)ACTIVATION OF HOME BS's;
4. (DE)ACTIVATION OF DISTRIBUTED ANTENNAS.

**OPERATOR INTERFACE 1374**

TO OUTPUT GATEWAY
1356
FIG. 8(4)



**LOCATION SIGNATURE DATA BASE 1320**
1. STORES CDMA SIGNAL CHARACTERISTICS FOR VERIFIED LOCATIONS (E.G., LOCATION SIGNATURES OR LOC SIGS);
2. EACH LOC SIG ALLOWS ACCESS TO: MS 140 LAT-LONG, BS ID, POWER LEVELS (BS AND MS), TIME/DATE STAMP, ENVIRONMENTAL MEASUREMENTS INDICATING; E.G., RF BACKGROUND NOISE, MULTIPATH, DENSE URBAN, URBAN, SUBURBAN, RURAL, MOUNTAIN, WEATHER, TRAFFIC, AND A CONFIDENCE VALUE FOR THE LOC SIG.
3. SUPPORTED RETRIEVALS: BY GEOGRAPHICAL AREA, BY BS ID, BY ENVIRONMENTAL MEASUREMENT CLASSIFICATIONS, BY TIME/DATE RANGE.
4. STORES LOC SIGS INPUT FROM 2 SOURCES: FIXED LOCATION MSs (E.G., FOR LBS's 152, 12 LOC SIGS/LBS/DAY FOR A YEAR), AND OTHER VERIFIED SOURCES PROVIDED BY A MBS 148 OR ANOTHER UNIT HAVING LOCATION VERIFICATION FUNCTIONALITY; E.G., POLICE, AMBULANCES, BUSES, TAXIS.

**PERFORMANCE DATA BASE**
1. DATA HERE IS USED WITH AN ADAPTATION ENGINE (FOR TUNING THE CONTEXT ADJUSTER.

**ADAPTATION ENGINE 1382**
(GENETIC ALGORITHMS)
1. BACKGROUND PROCESS TO ADAPTIVELY TUNE SYSTEM;
2. USES STORED DATA TO ADJUST SYSTEM PARAMETERS ACCORDING TO PAST PERFORMANCES; E.G., IN CONTEXT ADJUSTER 1326, ADJUSTS PARAMETERS.

**CONTEXT ADJUSTER 1326**
1. ADJUSTS THE CONFIDENCE AND/OR AREA FIELDS OF LOCATION HYPOTHESES OUTPUT BY FIRST ORDER MODELS 1224 TO OBTAIN MORE RELIABLE TARGET MS 140 ESTIMATES USING VERIFIED LOCATION SIGNATURE CLUSTERS IN THE LOCATION SIGNATURE DB 1320.
2. IN ONE EMBODIMENT, THIS MODULE MODIFIES A TARGET MS LOC HYP ACCORDING TO VARIOUS ENVIRONMENTAL CHARACTERISTICS; E.G. THE GEOGRAPHICAL AREA (TYPE) OF A LOCATION HYPOTHESIS, WEATHER, TIME OF DAY, SEASON, TRAFFIC, ETC;
3. IN ONE EMBODIMENT, MAY USE HEURISTIC (FUZZY LOGIC) RULES TO ADJUST THE CONFIDENCE VALUES;
4. IN ONE EMBODIMENT, MAY ALSO USE EXPERT SYSTEM RULES FOR ADJUSTING CONFIDENCES DUE TO BS 122 FAILURE(S).

**HISTORICAL LOCATION REASONER 1424**
(DAEMON OR RULE BASE)
1. USES (FROM LOCATION SIGNATURE DATA BASE) HISTORICAL SIGNAL DATA CORRELATED WITH: (A) VERIFIED LOCATIONS (E.G. LOCATIONS VERIFIED WHEN EMERGENCY PERSONNEL GET TO A TARGET MS 140 LOCATION), AND (B) POTENTIALLY VARIOUS ENVIRON-MENTAL FACTORS TO EVALUATE HOW CONSISTENT THE LOCATION SIGNATURE CLUSTER FOR AN INPUT LOCATION HYPOTHESIS IS WITH THE HISTORICAL SIGNAL DATA.
2. THIS REASONER WILL INCREASE/DECREASE THE CONFIDENCE OF AN INPUT HYPOTHESIS ACCORDING TO (1) ABOVE.

**MS STATUS REPOSITORY 1338**
1. RUN-TIME STORAGE FOR PREVIOUSLY ACTIVE LOCATION HYPOTHESES & PREDICTIONS SO THAT, E.G., MS PATH DATA MAY BE PROVIDED FOR A CURRENTLY ACTIVE LOC HYP FOR LOCATING THE SAME MS 140.
2. LOG CONTEXT OR STATE OF A TARGET MS 140 LOCATION PROBLEM; E.G., FIRST OR SECOND SET OF MEASUREMENTS FOR TARGET MS.

**Fig. 8(3)**

**PATHWAY AND AREA CHARACTERISTICS DATA BASES**



HYPOTHESES MANAGER OR EXPERT SYSTEM INFERENCE ENGINE 1400
1. CONTROLS ACCESS TO LOCATION HYPOTHESIS BLACKBOARD;
2. SUPPLIES PREVIOUS MS LOCATION INFO TO THE BB/FB.
HYPOTHESES GENERATOR 1428
(DAEMON or RULE BASE)
1. GENERATES NEW HYPOTHESES FROM CURRENT ONES; E.G. MAY DECOMPOSE 2 RADICALLY DIFFERENT AREA TYPES INCLUDED IN ONE HYPOTHESIS;
2. GENERATES HYPOTHESES INDICATING AREAS OF POOR RECEPTION.
ENVIRONMENTAL DATABASE 1354
MOBILE BASE STATION UNITS 148
LOCATION NETWORK DEVICE CONTROL
1. OUTPUTS CONTROL INFORMATION TO BOTH INFRASTRUCTURE BSs AND NON-INFRASTRUCTURE BSs.
LOCATION HYPOTHESES BLACKBOARD OR EXPERT SYSTEM FACT BASE 1410
(DENOTED BB/FB)
LOCATION BASE STATIONS 152 AND CALIBRATION TRANSCEIVERS
NETWORK INFRA-STRUCTURE BSs 122
PUBLIC TELEPHONE SWITCHING NETWORK 129 & INTERNET 468
MSC 112
ANALYTICAL REASONER 1416
(DAEMON OR RULE BASE)
1. USES VARIOUS HEURISTICS TO INCREASE/DECREASE CONFIDENCES OF LOCATION HYPOTHESES; E.G., DETERMINES WHETHER CERTAIN "SANITY CHECK" CONSTRAINTS ARE SATISFIED; I.E..,(A) CONSTRAINTS RELATED TO THE PHYSICS OF A HYPOTHESIS, E.G., IF THERE IS A PREVIOUS STORED HYPOTHESIS (IN MS STATUS REPOSITORY) INDICATING A LOCATION SUBSTANTIALLY FAR AWAY FROM A CURRENT HYPOTHESIS, THEN THE PRESENT HYPOTHESIS MAY HAVE ITS CONFIDENCE DECREMENTED; (B) FOR AN MS AT A HYPOTHETICAL LOCATION, IF IT IS KNOWN APPROXIMATELY WHAT BSS THE MS SHOULD BE ABLE TO COMMUNICATE WITH, THEN DETERMINE IF THE INPUT SIGNAL DATA FOR THE HYPOTHESIS IS SUBSTANTIALLY CONSISTENT WITH THIS CONSTRAINT.
LOCATION ESTIMATOR 1344
1. RECEIVES RESULTING LOCATION HYPOTHESES (WITH HIGHEST CONFIDENCES) AND ATTEMPTS TO OUTPUT A MOST LIKELY SINGLE (SET OF NESTED) AREA(S) WITH PROBABILITIES ASSOCIATED WITH EACH AREA.
NON-INFRASTRUCT-URE FIXED LOCATION BSs 152
OUTPUT GATEWAY 1356
1. DETERMINES THE APPLICATIONS RECEIVING OUTPUT AND THE FREQUENCY OF OUTPUT TO EACH APPLICATION.
LOCATION APPLICATIONS 146
1. 911 EMERGENCY;
2. PAROLEE SURVEILLANCE;
3. VEHICLE LOCATION (THEFT AND ROUTING);
4. PARENT/CHILD LOCATION;
5. ANIMAL/LIVESTOCK LOCATION;
6. "WHERE AM I" APPLICATIONS;
7. "KEEP APART" APPLICATIONS.
LOCATION EXTRAPOLATOR 1432
1. INVOKED BY THE HYPOTHESIS MANAGER 1400 WHEN A NEW LOC HYP IS SUPPLIED (HAVING A MORE RECENT TIMESTAMP) FOR EXTRAPOLATING A NEW TARGET MS LOCATION FOR BLACK BOARD LOC HYPS PREVIOUSLY OBTAINED.

Fig. 8(4)

*FOM_ID*: First Order Model ID (providing this Location Hypothesis); note, since it is possible for location hypotheses to be generated by other than the FOM's, in general this field identifies the module that generated this location hypothesis.

*MS_ID*: The identification of the target MS to which this location hypothesis applies.

*pt_est*: The most likely location point estimate of the target MS

*valid_pt*: Boolean indicating the validity of "pt_est"

*area_est*: Location Area Estimate of the target MS provided by the FOM. This area estimate will be used whenever "image_area" below is NULL.

*valid_area*: Boolean indicating the validity of "area_est" (one of "pt_est" and "area_est" must be valid).

*adjust*: Boolean (true iff adjustments to the fields of this location hypothesis are to be performed in the Context Adjuster Module).

*pt_covering*: reference to a substantially minimal area (e.g., mesh cell) covering of "pt_est". Note, since this MS may be substantially on a cell boundary, this covering may in some cases include more than one cell.

*image_area*: reference to an area (e.g., mesh cell) covering of the image cluster set area for "pt_covering" (see detailed description of the function, "confidence_adjuster"). Note that if this field is not NULL, then this is the target MS location estimate used by the Location Center instead of "area_est".

**FIG. 9A**

U.S. Patent        Jul. 27, 2010        Sheet 15 of 62        US 7,764,231 B1

*extrapolation_area*: reference to (if non-NULL) an extrapolated MS target estimate area provided by the Location Extrapolator submodule of the Hypothesis Analyzer. That is, this field, if non_NULL, is an extrapolation of the "image_area" field if it exists, otherwise this field is an extrapolation of the "area_est" field. Note other extrapolation fields may also be provided depending on the embodiment of the present invention, such as an extrapolation of the "pt_covering".

*confidence*: A real value in the range [-1.0, +1.0] indicating a likelihood that the target MS is in (or out) of a particular area. If positive: if "image_area" exists, then this is a measure of the likelihood that the target MS is within the area represented by "image_area," else if "image_area" has not been computed (e.g., "adjust" is FALSE), then "area_est" must be valid and this is a measure of the likelihood that the target MS is within the area represented by "area_est." If negative, then "area_est" must be valid and this is a measure of the likelihood that the target MS is NOT in the area represented by "area_est". If it is zero (near zero), then the likelihood is unknown.

*Original_Timestamp*: Date and time that the location signature cluster for this location hypothesis was received by the CDMA Filter Subsystem,

*Active_Timestamp*: Run-time field providing the time to which this location hypothesis has had its MS location estimate(s) extrapolated (in the Location Extrapolator of the Hypothesis Analyzer). Note that this field is initialized with the value from the "Original_Timestamp" field.

*Processing Tags and environmental categorizations*: For indicating particular types of environmental classifications not readily determined by the Original_Timestamp field (e.g., weather, traffic), and restrictions on location hypothesis processing.

*loc_sig_cluster*: Access to location signature signal characteristics provided to the First Order Models by the CDMA Filter Subsystem; i.e., access to the "loc sigs" (received at "timestamp" regarding the location of the target MS)

*descriptor*: Optional descriptor (from the First Order Model indicating why/how the Location Area Estimate and Confidence Value were determined).

**FIG. 9B**



U.S. Patent    Jul. 27, 2010    Sheet 16 of 62    US 7,764,231 B1

**FIG. 10**





FIG. 11(1)

MBS LOCATION SUBSYSTEM 1508
MBS CONTROLLER 1533 (CONTROLS MBS AND THE STATE OF THE MBS AS PER FIG. 12)
MBS SIGNAL PROCESSING SUBSYSTEM 1541 (SIMILAR TO THE SIGNAL PROCESSING SUBSYSTEM AT THE LOCATION CENTER)
MBS MOVEMENT SCHEDULER 1529
DEADRECKONING SUBSYSTEM 1527
MBS MOVEMENT DETECTOR 1539 (OR SENSOR)
EVENT GENERATOR 1537
MBS OPERATOR VISUAL USER INTERFACE 1558
WHEEL ROTATION MEASMT 1554
GYROSCOPE SENSOR 1550
LOCATION CONTROLLER 1535 (CONTROLS MBS ACTIVITIES RELATED TO MBS LOCATION AND TARGET MS LOCATION; E.G., THIS PERFORMS THE PROGRAM, "MOBILE_BASE_STATION_CONTROLLER")
DEAD RECKONING ESTIMATOR 1544 (OR SENSOR)
MBS OPERATOR
TARGET MS LOCATION MODULE (MAINTAINS TARGET MS "MOVING WINDOWS" AND DETERMINES MOST LIKELY TARGET MS LOCATION ESTIMATE)
MBS OPERATOR DISPLAY
LOCAL AREA LOCATION DATA BASE (INCLUDES STREET MAPS, LOCATION OF BASE STATIONS AND OTHER POINTS OF INTEREST)
MBS OPERATOR TELEPHONY INTERFACE 1524



WIRELESS TRANSRECEIVERS
SECTORED/DIRECTIONAL ANTENNA(S) 1526 (FORE AND AFT OF MBS VEHICLE; FOR COMMUNICATION WITH THE TARGET MS)
GPS RECEIVER 1531
BASE STATION COMPONENTS 1522
TRANSCEIVER (MS) FOR CONTACTING BASE STATION INFRASTRUCTURE 1512
GPS COMMAND SCHEDULER 1530
LOCATION CENTER COMMUNICATION COMMAND SCHEDULER 1528
TARGET MS 140 COMMUNICATION SCHEDULER 1532
RIBIDIUM OSCILLATOR 1520
MBS LOCATION MODULE 1536
(MAINTAINS MBS LOCATION TRACKS; THE CURRENT MBS LOCATION; E.G., PERFORMS THE PROGRAM, "DETERMINE_MBS_LOCATION_ESTIMATE")
MBS LOCATION SNAP TO STREET MODULE 1562
MBS LOCATION CONSTRAINT CHECKER
MBS LOCATION CONFLICT RESOLVER
BASELINE LOCATION ESTIMATORS 1540

FIG. 11(2)

FIG. 12



U.S. Patent

Jul. 27, 2010

Sheet 19 of 62

US 7,



Fig. 13

1750
1770b
1770a
Oldest GPS entry
MBS Location Track for GPS location estimates
previous head
Head of track
1754
1774b
1774a
Oldest LC entry
MBS Location Track for Location Center estimates
1758
1778b
1778a
Oldest LBS entry
MBS Location Track for LBS estimates
1762
1782b
1782a
Oldest manual entry
MBS Location Track for Manually entered estimates
1766
"curr_est" 1786a
Oldest current entry
MBS Location Track for current location estimates
New MBS location estimates to process (in time increasing order)
Filter
new GPS MBS location estimate
1790a
new MBS location change estimate (deadreckoning) paired with GPS estimate
1790b
new manual MBS location estimate provided by MBS operator
new MBS location change estimate (deadreckoning) paired with manual estimate
new unpaired MBS location change estimate (deadreckoning)
new Location Center MBS location estimate
MBS location change estimate (deadreckoning) paired with Loc Center estimate
Time
Each entry here is either an extrapolation entry determined using a deadreckoning location change estimate, or, a baseline entry derived from a combination of one or more of the other location track heads, or a manual MBS location estimate.
Filtering mechanism for determining if the new MBS location estimates (other than deadreckoning location change estimates and manual estimates) have a sufficiently high confidence value to qualify them to be inserted into their corresponding MBS location track.



**Fig. 14**

U.S. Patent

Jul. 27, 2010

Sheet 22 of 62

US 7,764,231 B1



**FIG. 15**

U.S. Patent

Jul. 27, 2010

Sheet 23 of 62

US 7,764,231 B1

# Fig. 16a

## Location Signature Data Type

MS_type:        The make and model of the target MS 140 associated with a location signature instantiation;

BS_id:          An identification of the base station 122 (location base station 152) communicating with the target MS;

verified_flag:  TRUE iff a location of MS_loc has been verified, FALSE otherwise. Note, if this field is TRUE (i.e., the loc sig is verified), then the
                base station identified by BS_id is the current primary base station for the target MS;

MS_loc:         If verified_flag is TRUE, then this attribute includes an estimated location of the target MS.

                If verified_flag is FALSE, then this attribute has a value indicating "location unknown".

                Note this attribute may include the following two subfields: an area within which the target MS is presumed to be, and a point location

                (e.g., a latitude and longitude pair) where the target MS is presumed to be (in one embodiment this is the centroid of the area);

confidence:     a value indicating how consistent this loc sig is with other loc sigs in the location signature data base 1320; the value for this entry is in

                the range [0, 1] with 0 corresponding to the lowest (i.e., no) confidence and 1 corresponding to the highest confidence;

          timestamp:        The time and date when the location signature was received by the base station of BS_id;

# Fig. 16b

signal topography characteristics:

Characteristics of at a generated surface(s), the surface(s) being generated by the signal filtering subsystem 1220 using signal measurements between the MS and BS associated with the loc sig, wherein the measurements were accumulated over a particular (relatively short) time interval. For example, the dimensions for the generated surface may be signal strength and time delay. By sampling such signal characteristics and tallying the samples in each of a plurality of mesh cells, a mountainous surface can be obtained. Such a surface, is believed, under most circumstances, to provide a contour that is substantially unique to the location of the target MS 140. The attributes of such a surface(s) retained in the signal topography characteristics here include, for example: for each local maximum (of the surface) above a predetermined noise ceiling threshold, the (signal strength, time delay) coordinates of the cell of the local maximum and the corresponding height of the local maximum. Additionally, certain gradients may also be included for characterizing the "steepness" of the surface mountains. Moreover, in some embodiments, a frequency may also be associated with each local maximum. Thus, the data retained for each selected local maximum can include a quadruple of signal strength, time delay, height and frequency;

quality_obj:     This object includes one or more signal quality (or error) measurements (e.g., Eb/No values);

noise_ceiling:   Noise ceiling values used in the initial filtering of noise (by the signal filtering subsystem 1220) from the surface(s) used in generating the signal topography characteristics;

## Fig. 16c

power_level:    The power levels of the associated BS 122 and MS 140 for the signal data used for this loc sig;

timing_error:   An estimated (or maximum) timing error between the associated base station (e.g., an infrastructure base station 122 or a location base station 152) detecting the associated target MS 140 and the current primary BS 122 for this target MS.  Note that if the BS 122 associated with the loc sig is the primary base station (e.g., when the loc sig is verified), then the value here will be zero;

cluster_ptr:    A pointer to the location signature cluster to which this loc sig belongs.



START
IS "NEW_LOC_OBJ" IN THE LOCATION SIGNATURE DATA BASE?
2704
NO
YES
2708
INSERT "NEW_LOC_OBJ" IN THE LOCATION SIGNATURE DATA BASE 1320.
2712
DB_SEARCH_AREA1← GET A REPRESENTATION OF A GEOGRAPHICAL AREA SURROUNDING THE LOCATION ASSOCIATED WITH "NEW_LOC_OBJ".
2716
DB_LOC_SIGS←GET ALL THE LOC SIGS IN THE LOCATION SIGNATURE DATA BASE THAT SATISFY THE CRITERIA OF "SELECTION_CRITERIA" AND THAT ARE ALSO IN "DB_SEARCH_AREA1".
2720
NEARBY_LOC_SIG_BAG← GET THE LOC SIGS FROM "DB_LOC_SIGS", WHEREIN FOR EACH LOC SIG GOTTEN, THE DISTANCE BETWEEN THE LOCATION ASSOCIATED WITH THE LOC SIG GOTTEN AND THE LOCATION ASSOCIATED WITH "NEW_LOC_OBJ" IS CLOSER THAN, E.G., SOME STANDARD DEVIATION (SUCH AS A SECOND STANDARD DEVIATION) OF THE DISTANCES BETWEEN LOC SIGS OF "DB_LOC_SIGS" AND "NEW_LOC_OBJ".
LOC_SIG←GET THE FIRST (NEXT) LOC SIG IN "NEARBY_LOC_SIG_BAG".
2724

FIG. 17A



2728

LOC ◄─ A REPRESENTATION OF THE LOCATION ASSOCIATED WITH "LOC_SIG".

2732

BS ◄─ GET THE BASE STATION 122 ASSOCIATED WITH "LOC_SIG".

2736

MARK "LOC_SIG" SO THAT IT CANNOT BE RETRIEVED FROM THE LOCATION SIGNATURE DATA BASE.

2740

DB_SEARCH_AREA2 ◄─ GET A REPRESENTATION OF A GEOGRAPHICAL SERVICE AREA ABOUT LOC SIG INCLUDING "NEW_LOC_OBJ".

2744

LOC_SIG_BAG ◄─ CREATE LOC SIG BAG DATA STRUCTURE HAVING ONLY THE SINGLE ITEM, "LOC_SIG".

2748

INVOKE THE PROGRAM,
"DETERMINE_LOCATION_SIGNATURE_FIT_ERRORS", FOR DETERMINING AN ERROR IN HOW SIMILAR "LOC_SIG" IS WITH OTHER VERIFIED LOC SIGS IN THE LOCATION SIGNATURE DATA BASE. IN PARTICULAR, INVOKE THIS PROGRAM WITH THE FOLLOWING PARAMETERS:
    (A) "LOC";
    (B) "LOC_SIG_BAG";
    (C) "DB_SEARCH_AREA2";
    (D) "LOC_SIG_POP" FOR INDICATING THE VERIFIED LOC SIGS IN THE LOCATION SIGNATURE DATA BASE TO WHICH "LOC_SIG" IS TO BE COMPARED;
    (E) AN INDICATION OF THE OUTPUT DESIRED, WHICH, IN THIS CASE, IS AN ERROR RECORD RELATED TO "LOC_SIG".

UNMARK "LOC_SIG" SO THAT IT CAN BE RETRIEVED FROM THE LOCATION SIGNATURE DATA BASE.

2752

FIG. 17B



FIG. 17C



START
RELATIVELY_BIG_ERRORS ← GET THE ERROR RECORDS WHOSE CORRESPONDING ERRORS ARE LARGER THAN, E.G., A STANDARD DEVIATION SUCH AS A SECOND STANDARD DEVIATION
2804
BIG_ERRORS ← GET THE ERROR RECORDS IN "RELATIVELY_BIG_ERRORS" WHOSE CORRESPONDING ERRORS ARE GREATER THAN A PREDETERMINED THRESHOLD
2808
BIG_ERROR_LOC_SIGS ← THE LOC SIGS CORRESPONDING TO AN ERROR RECORD IN "BIG_ERRORS"
2812
RECENT_LOC_SIGS ← GET THE VERIFIED LOC SIGS FROM THE LOCATION SIGNATURE DATA BASE THAT HAVE BEEN RECENTLY ADDED TO THIS DATA BASE, OR HAVE RECENTLY HAD THEIR SIGNAL CHARACTERISTICS UPDATED IN THE DATA BASE
2816
BAD_DB_LOC_SIGS ← (BIG_ERROR_LOC_SIGS)-(RECENT_LOC_SIGS)
2820

FIG. 18A



U.S. Patent

Jul. 27, 2010

Sheet 30 of 62

US 7,764,231 B1

REDUCE THE CONFIDENCE OF EACH LOC SIG IN "BAD_DB_LOC_SIGS" BY A PREDETERMINED REDUCTION FACTOR                2824

DELETE THE LOC SIGS OF "BAD_DB_LOC_SIGS" IF THEIR CONFIDENCE FALLS BELOW A PREDETERMINED THRESHOLD                2828

MARK THE COMPOSITE ENTITY HAVING A LOC SIG DELETED AS INCOMPLETE, AND DELETE FROM THE LOCATION SIGNATURE DATA BASE ANY COMPOSITE ENTITY HAVING NO REMAINING LOC SIGS IN THE LOCATION SIGNATURE DATA BASE                2832

RETURN

FIG. 18B

U.S. Patent

Jul. 27, 2010

Sheet 31 of 62

US 7,764,231 B1



START

RELATIVELY_SMALL_ERRORS ◄─GET THE ERROR RECORDS WHOSE CORRESPONDING ERRORS ARE SMALLER THAN, E.G., A  STANDARD DEVIATION, SUCH AS A SECOND STANDARD DEVIATION
2904

SMALL_ERRORS◄__ GET THE ERROR RECORDS IN "RELATIVELY_SMALL_ERRORS" WHOSE CORRESPONDING ERRORS ARE SMALLER THAN A PREDETERMINED THRESHOLD
2908

SMALL_ERROR_LOC_SIGS◄─GET THE LOC SIGS CORRESPONDING TO AN ERROR RECORD IN "SMALL_ERRORS"
2912

RECENT_LOC_SIGS◄─ GET THE VERIFIED LOC SIGS FROM THE LOCATION SIGNATURE DATA BASE THAT HAVE BEEN RECENTLY ADDED TO THIS DATA BASE, OR HAVE RECENTLY HAD THEIR SIGNAL CHARACTERISTICS UPDATED IN THE  DATA BASE
2916

GOOD_DB_LOC_SIGS◄─(SMALL_ERROR_LOC_SIGS)-(RECENT_LOC_SIGS)
2920

FIG. 19A

U.S. Patent

Jul. 27, 2010

Sheet 32 of 62

US 7,764,231 B1



2924

INCREASE THE CONFIDENCE OF EACH LOC SIG IN "GOOD_DB_LOC_SIGS" BY A PREDETERMINED SYSTEM INCREASE FACTOR; IF THE RESULTING CONFIDENCE FOR THE LOC SIG IS < = 1, OTHERWISE MAKE THE CONFIDENCE FACTOR 1

RETURN

FIG. 19B

FIG. 20A

START
3004
DB_BS_BAG ← GET THE BASE STATION(S) 122 ASSOCIATED WITH THE VERIFIED LOC SIGS IN THE LOCATION SIGNATURE DATA BASE 1320 AT ALSO SATISFY THE CRITERIA OF "SEARCH_CRITERIA" AND HAVE THEIR VERIFIED LOCATIONS IN THE "SEARCH_AREA".
TARGET_BS_BAG ← GET THE BASE STATION(S) 122 ASSOCIATED WITH THE LOC SIG(S) IN THE "TARGET_LOC_SIG_BAG".
3008
TEST "OUTPUT_CRITERIA" TO DETERMINE THE BASE STATION(S) 122 FOR WHICH ERROR RECORDS ARE TO BE COMPUTED
3012
OUTPUT_CRITERIA = "OUTPUT ERROR RECORDS FOR INPUT LOC SIGS ONLY"
OUTPUT_CRITERIA = "OUTPUT ALL POSSIBLE ERROR RECORDS"
BS_BAG ← TARGET_BS_BAG
3016
BS_BAG ← (DB_BS_BAG)UNION(TARGET_BS_BAG)
3020
BS$_i$ ← GET ANY FIRST (NEXT) BASE STATION 122 REPRESENTATION IN "BS_BAG"
3024



**FIG. 20B**

3028 — DOES "$BS_i$" REPRESENT A BASE STATION 122 OR IS "$BS_i$" NIL?

3032

REPRESENTS A BASE STATION

NIL          3036

COMPARISON_LOC_SIG_BAG ◄— GET THE LOC SIGS FOR WHICH "$BS_i$"
REPRESENTS THE ASSOCIATED BASE STATION 122 AND WHEREIN EACH OF THE LOC SIGS IS ASSOCIATED WITH A VERIFIED MS LOCATION IN "SEARCH_AREA" AND
EACH OF THE LOC SIGS ALSO SATISFIES "SEARCH_CRITERIA".

FOR EACH "$BS_i$" IN "BS_BAG" HAVING A VALID "$ERROR\_REC_i$", INVOKE THE FUNCTION,
"GET_DIFFERENCE_MEASUREMENT" WITH INPUTS: "$TARGET\_LOC\_SIG_i$", AND "$COMPARISON\_LOC\_SIG_i$"  TO OBTAIN A DIFFERENCE OR ERROR MEASUREMENT FOR "$EFFOR\_REC_i$" AND A CORRESPONDING CONFIDENCE VALUE FOR  THE ERROR OBTAINED.

(A) CREATE AN ERROR RECORD, FOR "$ERROR\_REC_i$", FOR "$BS_i$", WHEREIN THE ERROR RECORD IS FOR RETAINING A MEASUREMENT (TO BE DETERMINED BELOW) OF THE DIFFERENCE BETWEEN:
   (i) THE (ANY) LOC SIG WITH "$BS_i$" REPRESENTING
     THE ASSOCIATED BASE STATION 122, WHEREIN THIS LOC SIG EITHER IS IN "TARGET_LOC_SIG_BAG" OR IS A GENERATED LOC SIG ASSOCIATED WITH AN MS 140 AT "TARGET_LOC" THAT IS NOT DISTINGUISHABLE FROM THE NOISE; AND
   (ii) THE (ANY) DERIVED LOC SIG OBTAINED FROM THE LOC SIG(S) OF "COMPARISON_LOC_SIG_BAG";
(B) SET A FLAG FOR THIS ERROR RECORD INDICATING THAT IT IS VALID.

3040

RETURN ALL ERROR RECORDS



FIG. 20C

3044
IS THE DENSITY OF THE LOC SIGS IN "COMPARISON_LOC_SIG_BAG" WITHIN THE AREA OF "SEARCH_AREA" AT LEAST MINIMALLY SUFFICIENT TO CONTINUE?
YES
NO
3048
MARK THE ERROR RECORD, "ERROR_REC$_i$", FOR "BS$_i$" AS INVALID.
3052
IS "BS$_i$" IN "TARGET_BS_BAG"?
3056
YES
NO (SO "BS$_i$" ONLY IN "DB_BS_BAG")
TARGET_LOC_SIG$_i$ ← GET THE LOC SIG IN "TARGET_BS_BAG" WHEREIN "BS$_i$" REPRESENTS THE ASSOCIATED BASE STATION 122
IS "TARGET_LOC_SIG_BAG" AN UNVERIFIED LOC SIG CLUSTER?
NO
YES
3060
WAS THE BASE STATION 122 FOR "BS$_i$" DETECTED AT ALL?
3064
TARGET_LOC_SIG$_i$ ← GET A GENERATED LOC SIG WHOSE COORDINATES CORRESPOND TO A NOISE CEILING
NO (SO "BS$_i$" SIGNALS ARE IN THE NOISE)
YES
3068



FIG. 20D



START

APPLY PRE-PROCESSING CONSTRAINTS TO ACCOUNT FOR
DISCREPANCIES BETWEEN (a) CURRENT
CONDITIONS, AND (b) PAST CONDITIONS WHEN
THE VERIFIED LOC SIGS OF "LOC_SIG_BAG" WERE
COLLECTED; i.e., APPLY CONSTRAINTS TO TAKE
INTO ACCONT ADDITIONAL KNOWLEDGE
REGARDING DISTINCTIONS BETWEEN THE
CONDITIONS RELATED TO THE PRESENT WIRELESS
ENVIRONMENT, TYPE AND STATUS OF THE BASE
STATION OF "BS" IN COMPARISON TO THE
CONDITIONS OCCURRING FOR THE LOC SIGS OF
"LOC_SIG_BAG"          3104

DID THE PRE-PROCESSING CONSTRAINTS YIELD A RESULT
INDICATING THAT ANY SUBSEQUENTLY DERIVED LOC SIG
ESTIMATE WOULD BE EXCESSIVELY UNRELIABLE?          3108

YES

NO

RETURN

FOR EACH OF THE LOC SIG SIGNAL
TOPOGRAPHY CHARACTERISTICS, C, OF A LOC
SIG VARIABLE, "EST_LOC_SIG",
    (A) DETERMINE A SMOOTH SURFACE,
        S(C), OF MINIMAL CONTOUR
        VARIATION FOR THE SET OF POINTS
        {(X,Y,Z) SUCH THAT (X,Y) IS A
        LOCATION AND Z IS A VALUE OF C AT
        THE LOCATION (X,Y) FOR SOME LOC
        SIG IN "LOC_SIG_BAG"};
    (B) INTERPOLATE/EXTRAPOLATE A
        VALUE FOR THE C-COORDINATE OF
        "EST_LOC_SIG" AT THE LOCATION,
        "LOC_FOR_ESTIMATION"          3112

ASSIGN A DEFAULT VALUE TO ANY UNDEFINED LOC SIG FIELDS
OF "EST_LOC_SIG"          3116

RETURN
"EST"LOC_SIG"

FIG. 21



START
3204
LOC_AREA_TYPE←GET THE AREA TYPE(S) FOR "LOC"
SEARCH_AREA←GET A DEFAULT MAXIMUM SEARCH AREA HAVING "LOC"
3208
3212
SAVED_SEARCH_AREA←SEARCH_AREA
SEARCH_AREA_TYPES←GET THE (FUZZY LOGIC) AREA TYPE(S) FOR "SEARCH_AREA"
3216
MIN_ACCEPTABLE_NBR_LOC_SIGS←0
3220
3224
AREA_TYPE←GET FIRST (NEXT) AREA TYPE IN "SEARCH_AREA_TYPES"
DOES "AREA_TYPE" REFERENCE A NEW AREA TYPE?
3228
YES
NO
TOTAL_NBR_LOC_SIGS←THE NUMBER OF VERIFIED LOC SIGS IN THE LOCATION SIGNATURE DATA BASE 1320 HAVING A LOCATION (THE "MS_LOC" ATTRIBUTE) IN "SEARCH_AREA"
3232
IS "MIN_ACCEPTABLE_NBR_LOC_SIGS" > "TOTAL_NBR_LOC_SIGS"?
3236
YES
NO
RETURN "SAVED_SEARCHED_AREA"

FIG. 22A



3240

SAVED_SEARCH_AREA ← SEARCH_AREA

3244

SEARCH_AREA ← GET A SMALLER AREA FOR "SEARCH_AREA", WHEREIN THIS SMALLER AREA STILL CONTAINS "LOC".

AREA_PERCENT ← PERCENTAGE OF AREA FOR "SEARCH_AREA" THAT IS OF THE TYPE "AREA_TYPE", OR, USING FUZZY LOGIC, HAVING A FUZZY VALUE ABOVE A PREDETERMINED THRESHOLD.

3248

3252

MIN_ACCEPTABLE_NBR_LOC_SIGS ← MIN_ACCEPTABLE_NBR_LOC_SIGS + [(MINIMUM ACCEPTABLE VERIFIED LOC SIG DENSITY FOR "AREA_TYPE") * (SIZEOF(SEARCH_AREA) * (AREA_PERCENT / 100)]

3256

FIG. 22B

U.S. Patent

Jul. 27, 2010

Sheet 40 of 62

US 7,764,231 B1

Fig. 23A



START

INITIATE THE DIFFERENCE ACCUMULATION PARAMETER, "ERROR", TO ZERO.

3304

FILTER_BAG  ←  GET A COLLECTION OF FILTER OBJECTS FROM THE SIGNAL PROCESSING SUBSYSTEM 1220 FOR TRANSFORMING THE "TARGET_LOC_SIG", "ESTIMATED_LOC_SIG", AND THE LOC SIGS OF "COMPARISON_LOC_SIG", AND THE LOC SIGS OF "COMPARISON_LOC_SIG_BAG" INTO LOC SIGS HAVING COMPARABLE ATTRIBUTES; i.e., WHEREIN THE LOC SIGS CAN BE CONSIDERED AS BEING OBTAINED FROM THE SAME TYPE OF MS 140.

3308

APPLY EACH FILTER IN "FILTER_BAG" AS NEEDED TO THE LOC SIGS "TARGET_LOC_SIG", "ESTIMATED_LOC_SIG", AND THE LOC SIGS OF "COMPARISON_LOC_SIG".

3312

C ← GET THE FIRST (NEXT) LOC SIG SIGNAL TOPOGRAPHY CHARACTERISTIC COORDINATE (AS IS, FOR EXAMPLE, DESCRIBED IN (25.7) OF THE SPECIFICATION).

3316

WAS A NEW "C" OBTAINED?
3320
YES
NO
VARIABILITY_MEASMT.VAL ← GET A STATISTIC MEASURING THE RANGE IN VARIABILITY OF THE "C" COORDINATE OVER THE POPULATION OF LOC SIGS IN "COMPARISON_LOC_SIG_BAG".
3324
IS THE NUMBER OF LOC SIGS IN "COMPARISON_LOC_SIG_BAG"< AN EXPECTED MINIMUM THRESHOLD FOR A SERVICE AREA CHARACTERIZED BY "SEARCH_AREA" AND "SEARCH_CRITERIA"?
ERROR_REC.ERROR ← ERROR
3328
3332
YES
NO, SO THERE ARE ENOUGH LOC SIGS IN "COMPARISON_LOC_SIG_BAG".
3336
VARIABILITY_MEASMT_CONF_REDUCTION_FACTOR ← 1.0
DETERMINE A MEASUREMENT OF THE CONFIDENCE THAT CAN BE PLACED IN "ERROR_REC.ERROR"; e.g., ERROR_REC.CONFIDENCE ← MIN(TARGET_LOC_SIG.CONFIDENCE, [(THE AVERAGE CONFIDENCE OF THE LOC SIGS IN "COMPARISON_LOC_SIG_BAG")* (VARIABILITY_MEASMT_CONF_REDUCTION_FACTOR)])
3340

Fig. 23B

U.S. Patent          Jul. 27, 2010          Sheet 42 of 62          US 7,764,231 B1



RETURN
(ERROR_REC)

DETERMINE A VALUE FOR REDUCING THE CONFIDENCE TO
BE PLACED IN "VARIABILITY_MEASMT>VAL"; e.g.,
VARIABILITY_MEASMT_CONF_REDUCTION_FACTOR ←
SIZEOF(COMPARISON_LOC_SIG_BAG)/ (THE EXPECTED
MINIMUM THRESHOLD)

3344

3348

DETERMINE A DIFFERENCE MEASUREMENT ("DELTA") IN
THE "C" COORDINATE BETWEEN "TARGET_LOC_SIG"
AND THE ESTIMATED_LOC_SIG"; e.g., DELTA ← THE
ABSOLUTE VALUE OF (TARGET_LOC_SIG[C] - ESTMIMATED_LOC_SIB[C])

3352          IS DELTA>
VARIABILITY_MEASMT.VAL?

NO

YES

Fig. 23C

3356

ERROR ← ERROR + (DELTA/VARIABILITY_MEASMT.VAL)



FIG. 24



FIG. 25A

3504

START

NEW_HYP_LIST ← CREATE AN EMPTY LOCATION HYPOTHESIS RETURN LIST.

LOC_HYP[i] ← GET FIRST (NEXT) LOCATION HYPOTHESIS ON "LOC_HYP_LIST".

3508

3512    ADJUST THE CONFIDENCE OF "LOC_HYP[i]?

NO                                    YES                    3520

3516

SET THE "IMAGE_AREA" ATTRIBUTE OF "LOC_HYP[i]" TO NULL.

ADJUST "LOC_HYP[i]"; i.e., INVOKE THE FUNCTION, "GET_ADJUSTED_LOC_HYP_LIST_FOR", FOR USING HISTORICAL LOCATION DATA FOR (POTENTIALLY): (A) MODIFYING THE CONFIDENCE OF "LOC_HYP[i]", AND/OR (B) DERIVING A DIFFERENT TARGET MS AREA ESTIMATE AND A CORRESPONDING NEW CONFIDENCE VALUE. NOTE, SUCH ADJUSTMENTS MAY RESULT IN THE GENERATION OF A PLURALITY OF LOCATION HYPOTHESES, RELATED TO "LOC_HYP[i]".

ADD "LOC_HYP[i]" TO "NEW_LOC_HYP_LIST".

3524

3528    ADD EACH RETURNED LOCATION HYPOTHESIS TO "NEW_LOC_HYP_LIST"

U.S. Patent

Jul. 27, 2010

Sheet 45 of 62

US 7,764,231 B1



FIG. 25B



START          FIG. 26A

3604

LOC_HYP_LIST◄— CREATE  AN EMPTY NEW
LOCATION HYPOTHESIS  LIST AND PUT  "LOC_HYP"
ON THIS LIST.

3608

MESH◄— GET A MESH OF AREA CELLS RELATED TO THE
FIRST ORDER MODEL THAT GENERATED "LOC_HYP".

3612

PT_MIN_AREA◄— GET A "SMALL" AREA ABOUT AN
ESTIMATED TARGET MS POINT LOCATION PROVIDED BY
"LOC_HYP", WHEREIN THIS  AREA INCLUDES ONE OR
MORE MESH CELLS SURROUNDING THE TARGET MS
POINT LOCATION.

3616

INITIALIZE A VARIABLE, "AREA", WITH "PT_MIN_AREA".

3620

PT_MAX_AREA◄— GET A MAXIMUM AREA ABOUT THE
ESTIMATED TARGET MS POINT LOCATION PROVIDED BY
"LOC_HYP".

MIN_CLUSTERS◄— GET THE MINIMUM NUMBER OF PREVIOUS
MS 140 LOCATION ESTIMATES, L, THAT ARE DESIRED IN
THE AREA, "AREA", FOR SUBSTANTIALLY
RELYING ON HISTORICAL MS LOCATION DATA IN THE
LOCATION SIGNATURE DATA BASE 1320 FOR ADJUSTING
THE CONFIDENCE AND/OR THE TARGET MS ESTIMATED
LOCATION, WHEREIN EACH SUCH MS ESTIMATE WAS
GENERATED BY THE SAME FIRST ORDER MODEL THAT
GENERATED "LOC_HYP".

3624

PT_EST_BAG◄—GET THE MS POINT LOCATION ESTIMATES
FOR EACH PREVIOUS MS LOCATION ESTIMATE, L,
COUNTED IN THE PREVIOUS STEP.

3628



WHILE THE NUMBER OF POINT LOCATION ESTIMATES IN "PT_EST_BAG" IS LESS THAN "MIN_CLUSTERS" AND "AREA" REPRESENTS AN AREA LESS THAN OR EQUAL TO "PT_MAX_AREA": (A) REPEATEDLY INCREASE "AREA";
(B) RECALCULATE "MIN_CLUSTERS" FOR "AREA" ACCORDING TO STEP 224CA;
(C) RECALCULATE "PT_TEST_BAG" FOR "AREA" ACCORDING TO STEP 228CA.

3632

ASSIGN THE RESULTING VALUE FOR "AREA" AS THE VALUE FOR THE "PT_COVERING" ATTRIBUTE OF "LOC_HYP".

3636

IS "PT_EST_BAG" EMPTY?

3640

NO          YES (SO CANNOT ADJUST "LOC_HYP")

3648                                                            3644

DETERMINE THE VALUE, MIN{(SIZE OF (PT_EST_BAG)/MIN_CLUSTERS),1.0} AS A CONFIDENCE ADJUSTMENT COEFFICIENT; ASSIGN THIS VALUE TO THE PARAMETER, "CLUSTER_RATIO_FACTOR".

SET THE "IMAGE_AREA" ATTRIBUTE OF "LOC_HYP" TO NULL.

RETURN WITH "LOC_HYP_LIST"

DOES "AREA" REPRESENT AN AREA LARGER THAN THE AREA FOR "PT_MAX_AREA"?

3652

NO          YES (SO "AREA" IS TOO BIG TO ENTIRELY IGNORE INITIAL MS LOCATION ESTIMATE AND CONFIDENCE).          FIG. 26B

NEW_LOC_HYP ← CREATE A DUPLICATE OF "LOC_HYP" WITH  THE "IMAGE_AREA" ATTRIBUTE SET TO NULL, AND WITH THE CONFIDENCE VALUE LOWERED BY THE COEFFICIENT: (1.0 - CLUSTER_RATIO_FACTOR).

3656



ADD "NEW_LOC_HYP" TO "LOC_HYP_LIST".

3664

IMAGE_CLUSTER_SET◄— GET THE VERIFIED LOCATION SIGNATURE CLUSTERS IN THE LOCATION SIGNATURE DATA BASE FOR WHICH THERE ARE MS POINT LOCATION ESTIMATES IN "PT_EST_BAG".

3668

IMAGE_AREA◄— GET A "SMALL" AREA CONTAINING THE VERIFIED LOCATION SIGNATURES IN "IMAGE_CLUSTER_SET".

3672

3676

ASSIGN THE VALUE OF "IMAGE_AREA" TO THE "IMAGE_AREA" ATTRIBUTE FIELD OF "LOC_HYP".

3680

CONFIDENCE◄— INVOKE THE FUNCTION, "CONFIDENCE_ADJUSTER", FOR DETERMINING A CONFIDENCE VALUE FOR THE TARGET MS BEING IN THE AREA FOR "IMAGE_AREA".  THE INVOCATION INPUT VALUES ARE:  "LOC_HYP.FOM_ID", "IMAGE_AREA", "IMAGE_CLUSTER_SET".

ASSIGN THE VALUE OF:  "CONFIDENCE * CLUSTER_RATIO_FACTOR" TO THE "CONFIDENCE" ATTRIBUTE OF "LOC_HYP".

3684

RETURN WITH "LOC_HYP_LIST"

FIG. 26C



START

PREDICTION_MAPPED_CLUSTER_DENSITY ◄— INVOKE THE FUNCTION,
    "GET_COMPOSITE_PREDICTION_MAPPED_CLUSTER_DENSITY_WITH_HIGH_CERTAINTY",
    TO OBTAIN A LIKELY DENSITY OF THE MS LOCATION POINTS OF "IMAGE_CLUSTER_SET"
    PER UNIT OF AREA FOR "IMAGE_AREA", WHEREIN THIS DENSITY IS INDICATIVE OF A HIGH
    LIKELIHOOD THAT THE ACTUAL CURRENT TARGET MS LOCATION IS WITHIN "IMAGE_AREA".

GET AN AREA SIZE, "MAX_AREA", WHEREIN IT IS HIGHLY LIKELY THAT FOR AN AREA
    OF THE SIZE OF "MAX_AREA" THAT SURROUNDS "IMAGE_AREA", THE ACTUAL TARGET MS IS
    LOCATED THEREIN.

AREA_RATIO ◄— MIN((SIZEOF("IMAGE_AREA")/MAX_AREA),1.0)

FIG. 27A

U.S. Patent

Jul. 27, 2010

Sheet 50 of 62

US 7,764,231 B1



CLUSTER_DENSITY_RATIO ← MIN(((SIZEOF(IMAGE_CLUSTER_SET)/
[SIZEOF(IMAGE_AREA)*(PREDICTION_MAPPED_CLUSTER_DENSITY)]),1.0)

3716

TUNEABLE_CONSTANT ← GET A CONFIDENCE
TUNING CONSTANT FOR ADJUSTING A
CONFIDENCE VALUE SO THAT IT IS MORE
LIKELY TO BE CONSISTENT WITH THE
INTERPRETATION OF A CONFIDENCE VALUE
USED HEREIN.

3720

CONFIDENCE ← (AREA_RATIO)*(CLUSTER_DENSITY_RATIO)*(TUNEABLE_CONSTANT)

3724

RETURN(CONFIDENCE)

FIG. 27B

U.S. Patent

Jul. 27, 2010

Sheet 51 of 62

US 7,764,231 B1

GET_COMPOSITE_PREDICTION_MAPPED_CLUSTER_DENSITY_WITH_HIGH_CERTAINTY
(FOM_ID,IMAGE_AREA)



FIG. 28A

U.S. Patent

Jul. 27, 2010

Sheet 52 of 62

US 7,764,231 B1



WEIGHTING ◄— SIZEOF(INTERSECTION)/SIZEOF(AREA_IMAGE)

3824

PREDICTION_MAPPED_DENSITY ◄— INVOKE THE FUNCTION, "GET_PREDICTION_MAPPED_CLUSTER_DENSITY_FOR" WITH INPUTS: "FOM_ID" AND "AREA_TYPE" FOR OBTAINING A PREDICTION MAPPED CLUSTER DENSITY.

3828

COMPOSITE_MAPPED_DENSITY ◄— COMPSITE_MAPPED_DENSITY+(WEIGHING*PREDICTION_MAPPED_DENSITY)

3832

RETURN(COMPOSITE_MAPPED_DENSITY)

FIG. 28B

U.S. Patent

Jul. 27, 2010

Sheet 53 of 62

US 7,764,231 B1



FIG. 29A



RELIABILITY ← NBR_SIMULATIONS_PERFORMED / MAX_NBR_SIMULATIONS
3920
B
IS "RELIABILITY"< A PREDETERMINED SYSTEM DEFINED ESPILON?
3924
YES
NO
PREDICTION_MAPPED_CLUSTER_DENSITY ← EXTRAPOLATE FROM THE ORDERED PAIRS, (AVG_MAPPED_CLUSTER_DENSITY[J], AVG_PREDICTION_PROBABILITY[J]), J = 1, ... , "NBR_SIMULATIONS_PERFORMED", TO OBTAIN A MAPPED CLUSTER DENSITY CORRESPONDING TO A PREDICTION PROBABILITY OF, e.g., 0.95.
3928
THE SIMULATION WAS TOO UNRELIABLE; SO GET A PREDETERMINED DEFAULT DENSITY VALUE FOR "AREA_TYPE" AS A VALUE FOR "PREDICTION_MAPPED_CLUSTER_DENSITY"
3932

FIG. 29B



IS "PREDICTION_MAPPED_CLUSTER_DENSITY"
UNDEFINED DUE TO A POSSIBLE HIGH
EXTRAPOLATION ERROR?

3936

YES   NO

3940

FACTOR IN THE RELIABILITY STATISTIC; i.e.,
PREDICTION_MAPPED_CLUSTER_DENSITY ◄—
    MIN{(PREDICTION_MAPPED_CLUSTER_DENSITY / RELIABILITY),
        (PREDETERMINED DEFAULT DENSITY VALUE FOR "AREA_TYPE")}

GET A PREDETERMINED DEFAULT
DENSITY VALUE FOR "AREA_TYPE" AS A
VALUE FOR
"PREDICTION_MAPPED_CLUSTER_DENSITY"

FIG. 29C

3944

RETURN
"PREDICTION_MAPPED_CLUSTER_DENSITY"

3948

U.S. Patent

Jul. 27, 2010

Sheet 55 of 62

US 7,764,231 B1



(A)

REPRESENTATIVE_CELL_CLUSTER_SET ← GET ONE OR MORE CLUSTERS OF CELLS
FROM "MESH" WHEREIN EACH CELL CLUSTER SATISFIES THE FOLLOWING:
    (A) THE CELL CLUSTER IS A MINIMAL COVERING (FROM "MESH") OF AN AREA, "A",
        OF TYPE, "AREA_TYPE" ("A" REFERRED TO AS THE ASSOCIATED AREA);
    (B) THE CELLS OF THE CLUSTER FORM A CONNECTED AREA;
    (C) THERE IS AT LEAST A PREDETERMINED MINIMAL NUMBER (>=1) OF VERIFIED
        LOCATION SIGNATURE CLUSTERS FROM THE LOCATION SIGNATURE DATA
        BASE 1320 WHOSE LOCATIONS ARE IN THE ASSOCIATED AREA "A";
    (D) THE CELL CLUSTER HAS NO CELL IN COMMON WITH ANY
        OTHER CELL CLUSTER  PROVIDED IN THE CLUSTERS OF CELLS GOTTEN HERE.

3952

IS
"REPRESENTATIVE_CELL_CLUSTER_SET"
EMPTY?

3956

(B)

YES

(D)

IS THERE A FIRST (NEXT) CELL CLUSTER, X,
IN "REPRESETATIVE_CELL_CLUSTER_SET"
THAT HAS NOT BEEN USED FOR A
SIMULATION HEREINBELOW?

NO

3960

FIG. 29D

NO

YES

U.S. Patent

Jul. 27, 2010

Sheet 57 of 62

US 7,764,231 B1



FIG. 29E

3964

E

NBR_SIMULATIONS_PERFORMED ◄── NBR_SIMULATIONS_PERFOMED + 1

3968

X◄─GET FIRST (NEXT) UNUSED CELL CLUSTER IN "REPRESENTATIVE_CELL_CLUSTER_SET"

AVG_MAPPED_CLUSTER_DENSITY[NBR_SIMULATIONS_PERFORMED] ◄── GET AN AVERAGE FOR THE ENTRIES OF "AVG_MAPPED_DENSITY" (OVER ALL CELL CLUSTERS PROCESSED FROM THE CURRENT "REPRESENTATIVE_CELL_CLUSTER_SET")

3976

3972

AVG_PREDICTION_PROBABILITY[NBR_SIMULATIONS_PERFORMED] ◄── GET AN AVERAGE PREDICTION PROBABILITY FOR THE ENTRIES OF "PREDICTION_PROBABILITY" (OVER ALL CELL CLUSTERS PROCESSED FROM THE CURRENT "REPRESENTATIVE_CELL_CLUSTER_SET")

RANDOM_LIST◄─ GET AT LEAST A PREDETERMINED NUMBER (> 1) OF RANDOMLY SELECTED VERIFIED MS LOCATIONS FROM THE ASSOCIATED AREA FOR "X", WHEREIN EACH SUCH VERIFIED LOCATION HAS A VERIFIED MS LOCATION SIGNATURE CLUSTER IN THE LOCATION SIGNATURE DATA BASE 1320.

3980

U.S. Patent

Jul. 27, 2010

Sheet 58 of 62

US 7,764,231 B1

FIG. 29F



IS THERE A FIRST (NEXT) VERIFIED MS LOCATION IN "RANDOM_LIST" THAT HAS NOT BEEN USED IN A SIMULATION HEREINBELOW?

3984

NO    YES

3988    RNDM_VERIF_LOC◄─GET THE FIRST (NEXT) UNUSED VERIFIED MS LOCATION IN "RANDOM_LIST"

TOTAL_POSSIBLE_PREDICTIONS◄─SIZEOF(RANDOM_LIST)

3992

LOC_EST◄─GET THE MS LOCATION ESTIMATE OF "RNDM_VERIF_LOC" OUTPUT BY THE FOM 1224 (IDENTIFIED BY "FOM_ID") WHEN THIS FOM IS SUPPLIED WITH THE VERIFIED LOCATION SIGNATURE CLUSTER ASSOCIATED WITH "RNDM_VERIF_LOC".

3996

CLUSTER_SET◄─GET THE COLLECTION OF ARCHIVED "FOM_ID" MS LOCATION ESTIMATES IN AN AREA SURROUNDING "LOC_EST" BY EXPANDING ABOUT "LOC_EST" UNTIL ONE OF:
    (A) AT LEAST A MINIMAL NUMBER OF OTHER ARCHIVED
LOCATION
        MS ESTIMATES FROM THE FOM 1224 (IDENTIFIED BY "FOM_ID") ARE OBTAINED; OR
    (B) A MAXIMUM PREDETERMINED AREA SIZE IS REACHED.
    NOTE, THE COLLECTION HERE DOES NOT INCLUDE "LOC_EST".

4000

C



4004

GET THE AVERAGE MAPPED CLUSTER DENSITY FOR THE
PRESENT CELL CLUSTER, i.e.,
AVG_MAPPED_DENSITY[X] ← MAPPED_DENSITY_SUM /
TOTAL_POSSIBLE_PREDICTIONS.

4008

IMAGE_SET ← GET THE IMAGE SET OF
VERIFIED MS LOCATIONS
ASSOCIATED WITH THE ENTRIES OF
"CLUSTER_SET"

4012

GET A PROBABLITY, FOR "AREA_TYPE", THAT THE
MAPPED CLUSTER DENSITY OF
"AVG_MAPPED_DENSITY[X]" IS PREDICTIVE OF AN MS
140 LOCATION ESTIMATE (OBTAINED FROM THE FIRST
ORDER MODEL FOR "FOM_ID") BEING WITHIN AN
IMAGE AREA OF ARCHIVED "FOM_ID" MS LOCATION
ESTIMATES, i.e.,
PREDICTION_PROBABILITY[X] ←
        PREDICTIONS / TOTAL_POSSIBLE_PREDICTIONS

4016

IMAGE_AREA ← GET A "SMALL" AREA
SURROUNDING THE ENTRIES OF
"IMAGE_SET"; e.g., GET A MINIMAL
CONVEX HULL SURROUNDING THE
ENTRIES IN "IMAGE_SET"

IS "RNDM_VERIF_LOC" IN "IMAGE_AREA"?

D

PREDICTIONS ← PREDICTIONS + 1

YES

4020

NO

4024

FIG. 29G

U.S. Patent

Jul. 27, 2010

Sheet 60 of 62

US 7,764,231 B1



FIG. 29H

IS "IMAGE_SET" NOT EMPTY?   4028

YES    NO

C

GET THE MAPPED CLUSTER DENSITY THAT RESULTS FROM "IMAGE_SET" AND "IMAGE_AREA"; i.e.,
DENSITY ← SIZEOF(IMAGE_SET) / SIZEOF(IMAGE_AREA);
NOTE THAT AS THIS (MAPPED CLUSTER) DENSITY INCREASES IT IS ASSUMED THAT IT IS MORE  LIKELY THAT "RNDM_VERIF_LOC" IS IN "IMAGE_AREA".

4032

MAPPED_DENSITY_SUM ← MAPPED_DENSITY_SUM +  DENSITY

4036



Fig. 30: Signal Processing Subsystem

U.S. Patent

Jul. 27, 2010

Sheet 61 of 62

US 7,764,231 B1

U.S. Patent

Jul. 27, 2010

Sheet 62 of 62

US 7,764,231 B1



**FIG. 31: LOCATION PROVISIONING VIA MULTIPLE CMRS**

US 7,764,231 B1

**1**

## WIRELESS LOCATION USING MULTIPLE MOBILE STATION LOCATION TECHNIQUES

The present application is the National Stage of International Application No. PCT/US97/15892 filed Sep. 8, 1997; International Application No. PCT/US97/15892 claims the benefit of the following three provisional applications: U.S. Provisional Application No. 60/056,590 filed Aug. 20, 1997; U.S. Provisional Application No. 60/044,821 filed Apr. 25, 1997; and U.S. Provisional Application No. 60/025,855 filed Sep. 9, 1996; the present application claims the benefit of all the above-identified applications.

### FIELD OF THE INVENTION

The present invention is directed generally to a system and method for locating people or objects, and in particular, to a system and method for locating a wireless mobile station using a plurality of simultaneously activated mobile station location estimators.

### BACKGROUND OF THE INVENTION

Introduction

Wireless communications systems are becoming increasingly important worldwide. Wireless cellular telecommunications systems are rapidly replacing conventional wire-based telecommunications systems in many applications. Cellular radio telephone networks ("CRT"), and specialized mobile radio-and mobile data networks are examples. The general principles of wireless cellular telephony have been described variously, for example in U.S. Pat. No. 5,295, 180 to Vendetti, et al, which is incorporated herein by reference.

There is great interest in using existing infrastructures for wireless communication systems for locating people and/or objects in a cost effective manner. Such a capability would be invaluable in a variety of situations, especially in emergency or crime situations. Due to the substantial benefits of such a location system, several attempts have been made to design and implement such a system.

Systems have been proposed that rely upon signal strength and trilateralization techniques to permit location include those disclosed in U.S. Pat. Nos. 4,818,998 and 4,908,629 to Apsell et al. ("the Apsell patents") and 4,891,650 to Sheffer ("the Sheffer patent"). However, these systems have drawbacks that include high expense in that special purpose electronics are required. Furthermore, the systems are generally only effective in line-of-sight conditions, such as rural settings. Radio wave surface reflections, refractions and ground clutter cause significant distortion, in determining the location of a signal source in most geographical areas that are more than sparsely populated. Moreover, these drawbacks are particularly exacerbated in dense urban canyon (city) areas, where errors and/or conflicts in location measurements can result in substantial inaccuracies.

Another example of a location system using time of arrival and triangulation for location are satellite-based systems, such as the military and commercial versions of the Global Positioning Satellite system ("GPS"). GPS can provide accurate position determination (i.e., about 100 meters error for the commercial version of GPS) from a time-based signal received simultaneously from at least three satellites. A ground-based GPS receiver at or near the object to be located determines the difference between the time at which each satellite transmits a time signal and the time at which the

**2**

signal is received and, based on the time differentials, determines the object's location. However, the GPS is impractical in many applications. The signal power levels from the satellites are low and the GPS receiver requires a clear, line-of-sight to at least three satellites above a horizon of about 60 degrees for effective operation. Accordingly, inclement weather conditions, such as clouds, terrain features, such as hills and trees, and buildings restrict the ability of the GPS receiver to determine its position. Furthermore, the initial GPS signal detection process for a GPS receiver is relatively long (i.e., several minutes) for determining the receiver's position. Such delays are unacceptable in many applications such as, for example, emergency response and vehicle tracking.

Differential GPS, or DGPS systems offer correction schemes to account for time synchronization drift. Such correction schemes include the transmission of correction signals over a two-way radio link or broadcast via FM radio station subcarriers. These systems have been found to be awkward and have met with limited success.

Additionally, GPS-based location systems have been attempted in which the received GPS signals are transmitted to a central data center for performing location calculations. Such systems have also met with limited success. In brief, each of the various GPS embodiments have the same fundamental problems of limited reception of the satellite signals and added expense and complexity of the electronics required for an inexpensive location mobile station or handset for detecting and receiving the GPS signals from the satellites.

Radio Propagation Background

The behavior of a mobile radio signal in the general environment is unique and complicated. Efforts to perform correlations between radio signals and distance between a base station and a mobile station are similarly complex. Repeated attempts to solve this problem in the past have been met with only marginal success. Factors include terrain undulations, fixed and variable clutter, atmospheric conditions, internal radio characteristics of cellular and PCS systems, such as frequencies, antenna configurations, modulation schemes, diversity methods, and the physical geometries of direct, refracted and reflected waves between the base stations and the mobile. Noise, such as man-made externally sources (e.g., auto ignitions) and radio system co-channel and adjacent channel interference also affect radio reception and related performance measurements, such as the analog carrier-to-interference ratio (C/I), or digital energy-per-bit/Noise density ratio ($E_{b/No}$) and are particular to various points in time and space domains.

RF Propagation in Free Space

Before discussing real world correlations between signals and distance, it is useful to review the theoretical premise, that of radio energy path loss across a pure isotropic vacuum propagation channel, and its dependencies within and among various communications channel types. FIG. **1** illustrates a definition of channel types arising in communications:

Over the last forty years various mathematical expressions have been developed to assist the radio mobile cell designer in establishing the proper balance between base station capital investment and the quality of the radio link, typically using radio energy field-strength, usually measured in microvolts/ meter, or decibels.

First consider Hata's single ray model. A simplified radio channel can be described as:

$$G_i = L_p + F + L_f + L_m + L_b - G_t + G_r \qquad \text{(Equation I)}$$

US 7,764,231 B1

3

where $G_t$=system gain in decibels

$L_p$=free space path loss in dB,

F=fade margin in dB,

$L_f$=transmission line loss from coaxials used to connect radio to antenna, in dB,

$L_m$=miscellaneous losses such as minor antenna misalignment, coaxial corrosion, increase in the receiver noise figure due to aging, in dB,

$L_b$=branching loss due to filter and circulator used to combine or split transmitter and receiver signals in a single antenna

$G_t$=gain of transmitting antenna

$G_r$=gain of receiving antenna Free space path loss[1] $L_p$ as discussed in Mobile Communications Design fundamentals, William C Y. Lee, 2nd, Ed across the propagation channel is a function of distance d, frequency

f (for f values <1 GHz, such as the 890-950 mHz cellular band):

$$\frac{P_{or}}{P_t} = \frac{1}{(4\pi d f c)^2} \qquad \text{(equation 2)}$$

where

$P_{or}$=received power in free space

$P_t$=transmitting power

c=speed of light,

The difference between two received signal powers in free space,

$$\Delta_p = (10)\log\left(\frac{P_{or2}}{P_{or1}}\right) = (20)\log\left(\frac{d_1}{d_2}\right)(dB) \qquad \text{(equation 3)}$$

indicates that the free propagation path loss is 20 dB per decade. Frequencies between 1 GHz and 2 GHz experience increased values in the exponent, ranging from 2 to 4, or 20 to 40 dB/decade, which would be predicted for the new PCS 1.8-1.9 GHz band.

This suggests that the free propagation path loss is 20 dB per decade. However, frequencies between 1 GHz and 2 GHz experience increased values in the exponent, ranging from 2 to 4, or 20 to 40 dB/decade, which would be predicted for the new PCS 1.8-1.9 GHz band. One consequence from a location perspective is that the effective range of values for higher exponents is an increased at higher frequencies, thus providing improved granularity of ranging correlation.

Environmental Clutter and RF Propagation Effects

Actual data collected in real-world environments uncovered huge variations with respect to the free space path loss equation, giving rise to the creation of many empirical formulas for radio signal coverage prediction. Clutter, either fixed or stationary in geometric relation to the propagation of the radio signals, causes a shadow effect of blocking that perturbs the free space loss effect. Perhaps the best known model set that characterizes the average path loss is Hata's, "Empirical Formula for Propagation Loss in Land Mobile Radio", M. Hata, IEEE Transactions VT-29, pp. 317-325, August 1980, three pathloss models, based on Okumura's measurements in and around Tokyo, "Field Strength and its Variability in VHF and UHF Land Mobile Service", Y. Okumura, et al, Review of the Electrical Communications laboratory, Vol 16, pp 825-873, September-October 1968.

4

The typical urban Hata model for $L_p$ was defined as $L_p=L_{hu}$:

$$L_{Hu}=69.55+26.16 \log(f)-13.82 \log(h_{BS})-a(h_{MS})+ \\ ((44.9-6.55 \log(h_{BS}))\log(d)[dB]) \qquad \text{(Equation 4)}$$

where

$L_{Hu}$=path loss, Hata urban

$h_{BS}$=base station antenna height

$h_{MS}$=mobile station antenna height

d=distance BS-MS in km

$a(h_{MS})$ is a correction factor for small and medium sized cities, found to be:

$$1 \log(f-0.7)h_{MS}-1.56 \log(f-0.8)=a(h_{MS}) \qquad \text{(Equation 5)}$$

For large cities the correction factor was found to be:

$$a(h_{MS})=3.2 [\log 11.75 h_{MS}]^2-4.97 \qquad \text{(Equation 6)}$$

assuming f is equal to or greater than 400 mHz.

The typical suburban model correction was found to be:

$$L_{H_{suburban}} = L_{Hu} - 2\left[\log\left(\frac{f}{28}\right)\right]^2 - 5.4[dB] \qquad \text{(Equation 7)}$$

The typical rural model modified the urban formula differently, as seen below:

$$L_{Hrural}=L_{Hu}-4.78(\log f)^2+18.33 \log f-40.94 [dB] \\ \text{(Equation 8)}$$

Although the Hata model was found to be useful for generalized RF wave prediction in frequencies under 1 GHz in certain suburban and rural settings, as either the frequency and/or clutter increased, predictability decreased. In current practice, however, field technicians often have to make a guess for dense urban an suburban areas (applying whatever model seems best), then installing a base stations and begin taking manual measurements. Coverage problems can take up to a year to resolve.

Relating Received Signal Strength to Location

Having previously established a relationship between d and $P_{or}$, reference equation 2 above: d represents the distance between the mobile station (MS) and the base station (BS); $P_{or}$ represents the received power in free space) for a given set of unchanging environmental conditions, it may be possible to dynamically measure $P_{or}$ and then determine d.

In 1991, U.S. Pat. No. 5,055,851 to Sheffer taught that if three or more relationships have been established in a triangular space of three or more base stations (BSs) with a location database constructed having data related to possible mobile station (MS) locations, then arculation calculations may be performed, which use three distinct $P_{or}$ measurements to determine an X,Y, two dimensional location, which can then be projected onto an area map. The triangulation calculation is based on the fact that the approximate distance of the mobile station (MS) from any base station (BS) cell can be calculated based on the received signal strength. Sheffer acknowledges that terrain variations affect accuracy, although as noted above, Sheffer's disclosure does not account for a sufficient number of variables, such as fixed and variable location shadow fading, which are typical in dense urban areas with moving traffic.

Most field research before about 1988 has focused on characterizing (with the objective of RF coverage prediction) the RF propagation channel (i.e., electromagnetic radio waves) using a single-ray model, although standard fit errors in regressions proved dismal (e.g., 40-80 dB). Later, multi-ray

US 7,764,231 B1

5

models were proposed, and much later, certain behaviors were studied with radio and digital channels. In 1981, Vogler proposed that radio waves at higher frequencies could be modeled using optics principles. In 1988 Walfisch and Bertoni applied optical methods to develop a two-ray model, which when compared to certain highly specific, controlled field data, provided extremely good regression fit standard errors of within 12 dB.

In the Bertoni two ray model it was assumed that most cities would consist of a core of high-rise buildings surrounded by a much larger area having buildings of uniform height spread over regions comprising many square blocks, with street grids organizing buildings into rows that are nearly parallel. Rays penetrating buildings then emanating outside a building were neglected. FIG. 2 provides a basis for the variables.

After a lengthy analysis it was concluded that path loss was a function of three factors: (1) the path loss between antennas in free space; (2) the reduction of rooftop wave fields due to settling; and (3) the effect of diffraction of the rooftop fields down to ground level. The last two factors were summarily termed $L_{ex}$, given by:

$$L_{ex} = \qquad\qquad\qquad\qquad\qquad\text{(Equation 9)}$$

$$57.1 + A + \log(f) + R - ((18\ \log(H)) - 18\ \log\left[1 - \frac{R^2}{17H}\right]$$

The influence of building geometry is contained in A:

$$= 5\log\left[\left(\frac{d}{2}\right)^2\right] - 9\ \log d + 20\ \log\{\tan[2(h - H_{MS})]^{-1}\} \qquad\text{(Equation 10)}$$

However, a substantial difficulty with the two-ray model in practice is that it requires a substantial amount of data regarding building dimensions, geometries, street widths, antenna gain characteristics for every possible ray path, etc. Additionally, it requires an inordinate amount of computational resources and such a model is not easily updated or maintained.

Unfortunately, in practice clutter geometries and building heights are random. Moreover, data of sufficient detail has been extremely difficult to acquire, and regression standard fit errors are poor; i.e., in the general case, these errors were found to be 40-60 dB. Thus the two-ray model approach, although sometimes providing an improvement over single ray techniques, still did not predict RF signal characteristics in the general case to level of accuracy desired (<10 dB).

Work by Greenstein has since developed from the perspective of measurement-based regression models, as opposed to the previous approach of predicting-first, then performing measurement comparisons. Apparently yielding to the fact that low-power, low antenna (e.g., 12-25 feet above ground) height PCS microcell coverage was insufficient in urban buildings, Greenstein, et al, authored "Performance Evaluations for Urban Line-of-sight Microcells Using a Multi-ray Propagation Model", in IEEE Globecom Proceedings, 12/91. This paper proposed the idea of formulating regressions based on field measurements using small PCS microcells in a lineal microcell geometry (i.e., geometries in which there is always a line-of-sight (LOS) path between a subscriber's mobile and its current microsite).

6

Additionally, Greenstein studied the communication channels variable Bit-Error-Rate (BER) in a spatial domain, which was a departure from previous research that limited field measurements to the RF propagation channel signal strength alone. However, Greenstein based his finding on two suspicious assumptions: 1) he assumed that distance correlation estimates were identical for uplink and downlink transmission paths; and 2) modulation techniques would be transparent in terms of improved distance correlation conclusions. Although some data held very correlations, other data and environments produced poor results. Accordingly, his results appear unreliable for use in general location context.

In 1993 Greenstein, et al, authored "A Measurement-Based Model for Predicting Coverage Areas of Urban Microcells", in the IEEE Journal On Selected Areas in Communications, Vol. 11, No. 7, 9/93. Greenstein reported a generic measurement-based model of RF attenuation in terms of constant-value contours surrounding a given low-power, low antenna microcell environment in a dense, rectilinear neighborhood, such as New York City. However, these contours were for the cellular frequency band. In this case, LOS and non-LOS clutter were considered for a given microcell site. A result of this analysis was that RF propagation losses (or attenuations), when cell antenna heights were relatively low, provided attenuation contours resembling a spline plane curve depicted as an asteroid, aligned with major street grid patterns. Further, Greenstein found that convex diamond-shaped RF propagation loss contours were a common occurrence in field measurements in a rectilinear urban area. The special plane curve asteroid is represented by the formula $x^{2/3} + y^{2/3} = r^{2/3}$. However, these results alone have not been sufficiently robust and general to accurately locate an MS, due to the variable nature of urban clutter spatial arrangements.

At Telesis Technology in 1994 Howard Xia, et al, authored "Microcellular Propagation Characteristics for Personal Communications in Urban and Suburban Environments", in IEEE Transactions of Vehicular Technology, Vol. 43, No. 3, 8/94, which performed measurements specifically in the PCS 1.8 to 1.9 GHz frequency band. Xia found corresponding but more variable outcome results in San Francisco, Oakland (urban) and the Sunset and Mission Districts (suburban).

Summary of Factors Affecting RF Propagation

The physical radio propagation channel perturbs signal strength, frequency (causing rate changes, phase delay, signal to noise ratios (e.g., C/1 for the analog case, or $E_{b/No}$, RF energy per bit, over average noise density ratio for the digital case) and Doppler-shift. Signal strength is usually characterized by:

Free Space Path Loss ($L_p$)

Slow fading loss or margin ($L_{slow}$)

Fast fading loss or margin ($L_{fast}$)

Loss due to slow fading includes shadowing due to clutter blockage (some examples included in Lp). Fast fading is composed of multipath reflections which cause: 1) delay spread; 2) random phase shift or Rayleigh fading; and 3) random frequency modulation due to different Doppler shifts on different paths.

Summing the path loss and the two fading margin loss components from the above yields a total path loss of:

$$L_{total} = L_p + L_{slow} + L_{fast}$$

Referring to FIG. 3, the figure illustrates key components of a typical cellular and PCS power budget design process. The cell designer increases the transmitted power $P_{TX}$ by the shadow fading margin $L_{slow}$ which is usually chosen to be within the 1-2 percentile of the slow fading probability den-

7

sity function (PDF) to minimize the probability of unsatisfactorily low received power level $P_{RX}$ at the receiver. The $P_{RX}$ level must have enough signal to noise energy level (e.g., 10 dB) to overcome the receiver's internal noise level (e.g., −118 dBm in the case of cellular 0.9 GHz), for a minimum voice quality standard. Thus in the example $P_{RX}$ must never be below −108 dBm, in order to maintain the quality standard.

Additionally the short term fast signal fading due to multipath propagation is taken into account by deploying fast fading margin $L_{fast}$, which is typically also chosen to be a few percentiles of the fast fading distribution. The 1 to 2 percentiles compliment other network blockage guidelines. For example the cell base station traffic loading capacity and network transport facilities are usually designed for a 1-2 percentile blockage factor as well. However, in the worst-case scenario both fading margins are simultaneously exceeded, thus causing a fading margin overload.

In Roy, Steele's, text, Mobile Radio Communications, IEEE Press, 1992, estimates for a GSM system operating in the 1.8 GHz band with a transmitter antenna height of 6.4 m and an MS receiver antenna height of 2 m, and assumptions regarding total path loss, transmitter power would be calculated as follows:

TABLE 1

| GSM Power Budget Example | | |
|---|---|---|
| Parameter | dBm value | Will require |
| $L_{slow}$ | 14 | |
| $L_{fast}$ | 7 | |
| $LL_{path}$ | 110 | |
| Min. RX pwr required | −104 | |
| | | TXpwr = 27 dBm |

Steele's sample size in a specific urban London area of 80,000 LOS measurements and data reduction found a slow fading variance of σ=7 dB

assuming log normal slow fading PDF and allowing for a 1.4% slow fading margin overload, thus

slow=2σ=14 dB

The fast fading margin was determined to be:

$L_{fast}$=7 dB

In contrast, Xia's measurements in urban and suburban California at 1.8 GHz uncovered flat-land shadow fades on the order of 25-30 dB when the mobile station (MS) receiver was traveling from LOS to non-LOS geometries. In hilly terrain fades of +5 to −50 dB were experienced. Thus it is evident that attempts to correlate signal strength with MS ranging distance suggest that error ranges could not be expected to improve below 14 dB, with a high side of 25 to 50 dB. Based on 20 to 40 dB per decade, Corresponding error ranges for the distance variable would then be on the order of 900 feet to several thousand feet, depending upon the particular environmental topology and the transmitter and receiver geometries.

SUMMARY OF THE INVENTION

Objects of the Invention

It is an objective of the present invention to provide a system and method for to wireless telecommunication systems for accurately locating people and/or objects in a cost

8

effective manner. Additionally, it is an objective of the present invention to provide such location capabilities using the measurements from wireless signals communicated between mobile stations and a network of base stations, wherein the same communication standard or protocol is utilized for location as is used by the network of base stations for providing wireless communications with mobile stations for other purposes such as voice communication and/or visual communication (such as text paging, graphical or video communications). Related objectives for various embodiments of the present invention include providing a system and method that:

(1.1) can be readily incorporated into existing commercial wireless telephony systems with few, if any, modifications of a typical telephony wireless infrastructure;

(1.2) can use the native electronics of typical commercially available, or likely to be available, telephony wireless mobile stations (e.g., handsets) as location devices;

(1.3) can be used for effectively locating people and/or objects wherein there are few (if any) line-of-sight wireless receivers for receiving location signals from a mobile station (herein also denoted MS);

(1.4) can be used not only for decreasing location determining difficulties due to multipath phenomena but in fact uses such multipath for providing more accurate location estimates;

(1.5) can be used for integrating a wide variety of location techniques in a straight-forward manner;

(1.6) can substantially automatically adapt and/or (re)train and/or (re)calibrate itself according to changes in the environment and/or terrain of a geographical area where the present invention is utilized;

(1.7) can utilize a plurality of wireless location estimators based on different wireless location technologies (e.g., GPS location techniques, terrestrial base station signal timing techniques for triangulation and/or trilateration, wireless signal angle of arrival location techniques, techniques for determining a wireless location within a building, techniques for determining a mobile station location using wireless location data collected from the wireless coverage area for, e.g., location techniques using base station signal coverage areas, signal pattern matching location techniques and/or stochastic techniques), wherein each such estimator may be activated independently of one another, whenever suitable data is provided thereto and/or certain conditions, e.g., specific to the estimator are met;

(1.8) can provide a common interface module from which a plurality of the location estimators can be activated and/or provided with input;

(1.9) provides resulting mobile station location estimates to location requesting applications (e.g., for 911 emergency, the fire or police departments, taxi services, vehicle location, etc.) via an output gateway, wherein this gateway:

(a) routes the mobile station location estimates to the appropriate location application(s) via a communications network such as a wireless network, a public switched telephone network, a short messaging service (SMS), and the Internet,

(b) determines the location granularity and representation desired by each location application requesting a location of a mobile station, and/or

US 7,764,231 B1

9

(c) enhances the received location estimates by, e.g., performing additional processing such as "snap to street" functions for mobile stations known to reside in a vehicle.

Yet another objective is to provide a low cost location system and method, adaptable to wireless telephony systems, for using simultaneously a plurality of location techniques for synergistically increasing MS location accuracy and consistency. In particular, at least some of the following MS location techniques can be utilized by various embodiments of the present invention:

(2.1) time-of-arrival wireless signal processing techniques;

(2.2) time-difference-of-arrival wireless signal processing techniques;

(23) adaptive wireless signal processing techniques having, for example, learning capabilities and including, for instance, artificial neural net and genetic algorithm processing;

(2.4) signal processing techniques for matching MS location signals with wireless signal characteristics of known areas;

(2.5) conflict resolution techniques for resolving conflicts in hypotheses for MS location estimates;

(2.6) enhancement of MS location estimates through the use of both heuristics and historical data associating MS wireless signal characteristics with known locations and/or environmental conditions.

Yet another objective is to provide location estimates in terms of time vectors, which can be used to establish motion, speed, and an extrapolated next location in cases where the MS signal subsequently becomes unavailable.

DEFINITIONS

The following definitions are provided for convenience. In general, the definitions here are also defined elsewhere in this document as well.

(3.1) The term "wireless" herein is, in general, an abbreviation for "digital wireless", and in particular, "wireless" refers to digital radio signaling using one of standard digital protocols such as CDMA, NAMPS, AMPS, TDMA and GSM, as one skilled in the art will understand.

(3.2) As used herein, the term "mobile station" (equivalently, MS) refers to a wireless device that is at least a transmitting device, and in most cases is also a wireless receiving device, such as a portable radio telephony handset. Note that in some contexts herein instead or in addition to MS, the following terms are also used: "personal station" (PS), and "location unit" (LU). In general, these terms may be considered synonymous. However, the later two terms may be used when referring to reduced functionality communication devices in comparison to a typical digital wireless mobile telephone.

(3.3) The term, "infrastructure", denotes the network of telephony communication services, and more particularly, that portion of such a network that receives and processes wireless communications with wireless mobile stations. In particular, this infrastructure includes telephony wireless base stations (BS) such as those for radio mobile communication systems based on CDMA, AMPS, NAMPS, TDMA, and GSM wherein the base stations provide a network of cooperative communication channels with an air interface with the MS, and a conventional telecommunications interface with a Mobile Switch Center (MSC). Thus, an MS user within an area serviced by the base stations may be provided with

10

wireless communication throughout the area by user transparent communication transfers (i.e., "handoffs") between the user's MS and these base stations in order to maintain effective telephony service. The mobile switch center (MSC) provides communications and control connectivity among base stations and the public telephone network **124**.

(3.4) The phrase, "composite wireless signal characteristic values" denotes the result of aggregating and filtering a collection of measurements of wireless signal samples, wherein these samples are obtained from the wireless communication between an MS to be located and the base station infrastructure (e.g., a plurality of networked base stations). However, other phrases are also used herein to denote this collection of derived characteristic values depending on the context and the likely orientation of the reader. For example, when viewing these values from a wireless signal processing perspective of radio engineering, as in the descriptions of the subsequent Detailed Description sections concerned with the aspects of the present invention for receiving MS signal measurements from the base station infrastructure, the phrase typically used is: "RF signal measurements". Alternatively, from a data processing perspective, the phrases: "location signature cluster" and "location signal data" are used to describe signal characteristic values between the MS and the plurality of infrastructure base stations substantially simultaneously detecting MS transmissions. Moreover, since the location communications between an MS and the base station infrastructure typically include simultaneous communications with more than one base station, a related useful notion is that of a "location signature" which is the composite wireless signal characteristic values for signal samples between an MS to be located and a single base station. Also, in some contexts, the phrases: "signal characteristic values" or "signal characteristic data" are used when either or both a location signature(s) and/or a location signature cluster(s) are intended.

SUMMARY DISCUSSION

The present invention relates to a wireless mobile station location system, and in particular, various subsystems related thereto such as a wireless location gateway, and the combining or hybriding of a plurality of wireless location techniques.

Regarding a wireless location gateway, this term refers to a communications network node whereat a plurality of location requests are received for locating various mobile stations from various sources (e.g., for E911 requests, for stolen vehicle location, for tracking of vehicles traveling cross country, etc.), and for each such request and the corresponding mobile station to be located, this node: (a) activates one or more wireless location estimators for locating the mobile station, (b) receives one or more location estimates of the mobile station from the location estimators, and (c) transmits a resulting location estimate(s) to, e.g., an application which made the request. Moreover, such a gateway typically will likely activate location estimators according to the particulars of each individual wireless location request, e.g., the availability of input data needed by particular location estimators. Additionally, such a gateway will typically have sufficiently well defined uniform interfaces so that such location estimators can be added and/or deleted to, e.g., provide different location estimators for performing wireless location different coverage areas.

The present invention encompasses such wireless location gateways. Thus, for locating an identified mobile station, the location gateway embodiments of the present invention may activate one or more of a plurality of location estimators

US 7,764,231 B1

**11**

depending on, e.g., (a) the availability of particular types of wireless location data for locating the mobile station, and (b) the location estimators accessible by the location gateway. Moreover, a plurality of location estimators may be activated for locating the mobile station in a single location, or different ones of such location estimators may be activated to locate the mobile station at different locations. Moreover, the location gateway of the present invention may have incorporated therein one or more of the location estimators, and/or may access geographically distributed location estimators via requests through a communications network such as the Internet.

In particular, the location gateway of the present invention may access, in various instances of locating mobile stations, various location estimators that utilize one or more of the following wireless location techniques:

(a) A GPS location technique such as, e.g., one of the GPS location techniques as described in the Background section hereinabove;

(b) A technique for computing a mobile station location that is dependent upon geographical offsets of the mobile station from one or more terrestrial transceivers (e.g., base stations of a commercial radio service provider). Such offsets may be determined from signal time delays between such transceivers and the mobile station, such as by time of arrival (TOA) and/or time difference of arrival (TDOA) techniques as is discussed further hereinbelow. Moreover, such offsets may be determined using both the forward and reverse wireless signal timing measurements of transmissions between the mobile station and such terrestrial transceivers. Additionally, such offsets may be directional offsets, wherein a direction is determined from such a transceiver to the mobile station;

(c) Various wireless signal pattern matching, associative, and/or stochastic techniques for performing comparisons and/or using a learned association between:

    (i) characteristics of wireless signals communicated between a mobile station to be located and a network of wireless transceivers (e.g., base stations), and

    (ii) previously obtained sets of characteristics of wireless signals (from each of a plurality of locations), wherein each set was communicated, e.g., between a network of transceivers (e.g., the fixed location base stations of a commercial radio service provider), and, some one of the mobile stations available for communicating with the network;

(d) Indoor location techniques using a distributed antenna system;

(e) Techniques for locating a mobile station, wherein, e.g., wireless coverage areas of individual fixed location transceivers (e.g., fixed location base stations) are utilized for determining the mobile station's location (e.g., intersecting such coverage areas for determining a location);

(f) Location techniques that use communications from low power, low functionality base stations (denoted "location base stations"); and

(g) Any other location techniques that may be deemed worthwhile to incorporate into an embodiment of the present invention.

Accordingly, some embodiments of the present invention may be viewed as platforms for integrating wireless location techniques in that wireless location computational models (denoted "first order models" or "FOMs" hereinbelow) may be added and/or deleted from such embodiments of the invention without changing the interface to further downstream

**12**

processes. That is, one aspect of the invention is the specification of a common data interface between such computational models and subsequent location processing such as processes for combining of location estimates, tracking mobile stations, and/or outputting location estimates to location requesting applications.

Moreover, it should be noted that the present invention also encompasses various hybrid approaches to wireless location, wherein various combinations of two or more of the location techniques (a) through (g) immediately above may be used in locating a mobile station at substantially a single location. Thus, location information may be obtained from a plurality of the above location techniques for locating a mobile station, and the output from such techniques can be synergistically used for deriving therefrom an enhanced location estimate of the mobile station.

It is a further aspect of the present invention that it may be used to wirelessly locate a mobile station: (a) from which a 911 emergency call is performed, (b) for tracking a mobile station (e.g., a truck traveling across country), (c) for routing a mobile station, and (d) locating people and/or animals, including applications for confinement to (and/or exclusion from) certain areas.

It is a further aspect of the present invention that it may be decomposed into: (i) a first low level wireless signal processing subsystem for receiving, organizing and conditioning low level wireless signal measurements from a network of base stations cooperatively linked for providing wireless communications with mobile stations (MSs); and (ii) a second high level signal processing subsystem for performing high level data processing for providing most likelihood location estimates for mobile stations.

Thus, the present invention may be considered as a novel signal processor that includes at least the functionality for the high signal processing subsystem mentioned hereinabove. Accordingly, assuming an appropriate ensemble of wireless signal measurements between a particular MS and a networked wireless base station infrastructure have been received and appropriately filtered of noise and transitory values (such as by an embodiment of the low level signal processing subsystem disclosed in a copending PCT patent application PCT/US97/15933 titled, "Wireless Location Using A Plurality of Commercial Network Infrastructures," by F. W. LeBlanc et al., filed Sep. 8, 1997 from which U.S. Pat. No. 6,236,365, filed Jul. 8, 1999 is the U.S. national counterpart; these two references being herein fully incorporated by reference), the present invention uses the output from such a low level signal processing system for determining a most likely location estimate of an MS.

That is, once the following steps are appropriately performed (e.g., by the LeBlanc U.S. Pat. No. 6,236,365):

(4.1) receiving signal data measurements corresponding to wireless communications between an MS to be located (herein also denoted the "target MS") and a wireless telephony infrastructure;

(4.2) organizing and processing the signal data measurements received from a given target MS and surrounding BSs so that composite wireless signal characteristic values may be obtained from which target MS location estimates may be subsequently derived. In particular, the signal data measurements are ensembles of samples from the wireless signals received from the target MS by the base station infrastructure, wherein these samples are subsequently filtered using analog and digital spectral filtering.

US 7,764,231 B1

13

the present invention accomplishes the objectives mentioned above by the following steps:

(4.3) providing the composite signal characteristic values to one or more MS location hypothesizing computational models (also denoted herein as "first order models" and also "location estimating models"), wherein each such model subsequently determines one or more initial estimates of the location of the target MS based on, fort example, the signal processing techniques 2.1 through 2.3 above. Moreover, each of the models output MS location estimates having substantially identical data structures (each such data structure denoted a "location hypothesis"). Additionally, each location hypothesis may also include a confidence value indicating the likelihood or probability that the target MS whose location is desired resides in a corresponding location estimate for the target MS;

(4.4) adjusting or modifying location hypotheses output by the models according to, for example, 2.4 through 2.6 above so that the adjusted location hypotheses provide better target MS location estimates. In particular, such adjustments are performed on both the target MS location estimates of the location hypotheses as well as their corresponding confidences; and

(4.4) subsequently computing a "most likely" target MS location estimate for outputting to a location requesting application such as 911 emergency, the fire or police departments, taxi services, etc. Note that in computing the most likely target MS location estimate a plurality of location hypotheses may be taken into account. In fact, it is an important aspect of the present invention that the most likely MS location estimate is determined by computationally forming a composite MS location estimate utilizing such a plurality of location hypotheses so that, for example, location estimate similarities between location hypotheses can be effectively utilized.

Referring now to (4.3) above, the filtered and aggregated wireless signal characteristic values are provided to a number of location hypothesizing models (denoted First Order Models, or FOMs), each of which yields a location estimate or location hypothesis related to the location of the target MS. In particular, there are location hypotheses for both providing estimates of where the target MS is likely to be and where the target MS is not likely to be. Moreover, it is an aspect of the present invention that confidence values of the location hypotheses are provided as a continuous range of real numbers from, e.g., −1 to 1, wherein the most unlikely areas for locating the target MS are given a confidence value of −1, and the most likely areas for locating the target MS are given a confidence value of 1. That is, confidence values that are larger indicate a higher likelihood that the target MS is in the corresponding MS estimated area, wherein −1 indicates that the target MS is absolutely NOT in the estimated area, 0 indicates a substantially neutral or unknown likelihood of the target MS being in the corresponding estimated area, and 1 indicates that the target MS is absolutely within the corresponding estimated area.

Referring to (4.4) above, it is an aspect of the present invention to provide location hypothesis enhancing and evaluation techniques that can adjust target MS location estimates according to historical MS location data and/or adjust the confidence values of location hypotheses according to how consistent the corresponding target MS location estimate is: (a) with historical MS signal characteristic values, (b) with various physical constraints, and (c) with various heuristics. In particular, the following capabilities are provided by the present invention:

14

(5.1) a capability for enhancing the accuracy of an initial location hypothesis, H, generated by a first order model, $FOM_H$, by using H as, essentially, a query or index into an historical data base (denoted herein as the location signature data base), wherein this data base includes: (a) a plurality of previously obtained location signature clusters (i.e., composite wireless signal characteristic values) such that for each such cluster there is an associated actual or verified MS locations where an MS communicated with the base station infrastructure for locating the MS, and (b) previous MS location hypothesis estimates from $FOM_H$ derived from each of the location signature clusters stored according to (a);

(5.2) a capability for analyzing composite signal characteristic values of wireless communications between the target MS and the base station infrastructure, wherein such values are compared with composite signal characteristics values of known MS locations (these latter values being archived in the location signature data base). In one instance, the composite signal characteristic values used to generate various location hypotheses for the target MS are compared against wireless signal data of known MS locations stored in the location signature data base for determining the reliability of the location hypothesizing models for particular geographic areas and/or environmental conditions;

(5.3) a capability for reasoning about the likeliness of a location hypothesis wherein this reasoning capability uses heuristics and constraints based on physics and physical properties of the location geography;

(5.4) an hypothesis generating capability for generating new location hypotheses from previous hypotheses.

As also mentioned above in (2.3), the present invention utilizes adaptive signal processing techniques. One particularly important utilization of such techniques includes the automatic tuning of the present invention so that, e.g., such tuning can be applied to adjusting the values of location processing system parameters that affect the processing performed by the present invention. For example, such system parameters as those used for determining the size of a geographical area to be specified when retrieving location signal data of known MS locations from the historical (location signature) data base can substantially affect the location processing. In particular, a system parameter specifying a minimum size for such a geographical area may, if too large, cause unnecessary inaccuracies in locating an MS. Accordingly, to accomplish a tuning of such system parameters, an adaptation engine is included in the present invention for automatically adjusting or tuning parameters used by the present invention. Note that in one embodiment, the adaptation engine is based on genetic algorithm techniques.

A novel aspect of the present invention relies on the discovery that in many areas where MS location services are desired, the wireless signal measurements obtained from communications between the target MS and the base station infrastructure are extensive enough to provide sufficiently unique or peculiar values so that the pattern of values alone may identify the location of the target MS. Further, assuming a sufficient amount of such location identifying pattern information is captured in the composite wireless signal characteristic values for a target MS, and that there is a technique for matching such wireless signal patterns to geographical locations, then a FOM based on this technique may generate a reasonably accurate target MS location estimate. Moreover, if the present invention (e.g., the location signature data base) has captured sufficient wireless signal data from location communications between MSs and the base station infra-

US 7,764,231 B1

15

structure wherein the locations of the MSs are also verified and captured, then this captured data (e.g., location signatures) can be used to train or calibrate such models to associate the location of a target MS with the distinctive signal characteristics between the target MS and one or more base stations. Accordingly, the present invention includes one or more FOMs that may be generally denoted as classification models wherein such FOMs are trained or calibrated to associate particular composite wireless signal characteristic values with a geographical location where a target MS could likely generate the wireless signal samples from which the composite wireless signal characteristic values are derived. Further, the present invention includes the capability for training (calibrating) and retraining (recalibrating) such classification FOMs to automatically maintain the accuracy of these models even though substantial changes to the radio coverage area may occur, such as the construction of a new high rise building or seasonal variations (due to, for example, foliage variations).

Note that classification FOMs that are trained or calibrated to identify target MS locations by the wireless signal patterns produced constitute a particularly novel aspect of the present invention. It is well known in the wireless telephony art that the phenomenon of signal multipath and shadow fading renders most analytical location computational techniques such as time-of-arrival (TOA) or time-difference-of-arrival (TDOA) substantially useless in urban areas and particularly in dense urban areas. However, this same multipath phenomenon also may produce substantially distinct or peculiar signal measurement patterns, wherein such a pattern coincides with a relatively small geographical area. Thus, the present invention utilizes multipath as an advantage for increasing accuracy where for previous location systems multipath has been a source of substantial inaccuracies. Moreover, it is worthwhile to note that the utilization of classification FOMs in high multipath environments is especially advantageous in that high multipath environments are typically densely populated. Thus, since such environments are also capable of yielding a greater density of MS location signal data from MSs whose actual locations can be obtained, there can be a substantial amount of training or calibration data captured by the present invention for training or calibrating such classification FOMs and for progressively improving the MS location accuracy of such models. Moreover, since it is also a related aspect of the present invention to include a plurality stationary, low cost, low power "location detection base stations" (LBS), each having both restricted range MS detection capabilities and a built-in MS, a grid of such LBSs can be utilized for providing location signal data (from the built-in MS) for (re)training or (re)calibrating such classification FOMs.

In one embodiment of the present invention, one or more classification FOMs may each include a learning module such as an artificial neural network (ANN) for associating target MS location signal data with a target MS location estimate. Additionally, one or more classification FOMs may be statistical prediction models based on such statistical techniques as, for example, principle decomposition, partial least squares, or other regression techniques.

It is a further aspect of the present invention that the personal communication system (PCS) infrastructures currently being developed by telecommunication providers offer an appropriate localized infrastructure base upon which to build various personal location systems (PLS) employing the present invention and/or utilizing the techniques disclosed herein. In particular, the present invention is especially suitable for the location of people and/or objects using code

16

division multiple access (CDMA) wireless infrastructures, although other wireless infrastructures, such as, time division multiple access (TDMA) infrastructures and GSM are also contemplated. Note that CDMA personal communications systems are described in the Telephone Industries Association standard IS-95, for frequencies below 1 GHz, and in the Wideband Spread-Spectrum Digital Cellular System Dual-Mode Mobile Station-Base Station Compatibility Standard, for frequencies in the 1.8-1.9 GHz frequency bands, both of which are incorporated herein by reference. Furthermore, CDMA general principles have also been described, for example, in U.S. Pat. No. 5,109,390, to Gilhausen, et al, filed Nov. 7, 1989, and CDMA Network Engineering Handbook by Qualcomm, Inc., each of which is also incorporated herein by reference.

Notwithstanding the above mentioned CDMA references, a brief introduction of CDMA is given here. Briefly, CDMA is an electromagnetic signal modulation and multiple access scheme based on spread spectrum communication. Each CDMA signal corresponds to an unambiguous pseudorandom binary sequence for modulating the carrier signal throughout a predetermined spectrum of bandwidth frequencies. Transmissions of individual CDMA signals are selected by correlation processing of a pseudonoise waveform. In particular, the CDMA signals are separately detected in a receiver by using a correlator, which accepts only signal energy from the selected binary sequence and despreads its spectrum. Thus, when a first CDMA signal is transmitted, the transmissions of unrelated COMA signals correspond to pseudorandom sequences that do not match the first signal. Therefore, these other signals contribute only to the noise and represent a self-interference generated by the personal communications system.

As mentioned in the discussion of classification FOMs above, the present invention can substantially automatically retrain and/or recalibrate itself to compensate for variations in wireless signal characteristics (e.g., multipath) due to environmental and/or topographic changes to a geographic area serviced by the present invention. For example, in one embodiment, the present invention optionally includes low cost, low power base stations, denoted location base stations (LBS) above, providing, for example, CDMA pilot channels to a very limited area about each such LBS. The location base stations may provide limited voice traffic capabilities, but each is capable of gathering sufficient wireless signal characteristics from an MS within the location base station's range to facilitate locating the MS. Thus, by positioning the location base stations at known locations in a geographic region such as, for instance, on street lamp poles and road signs, additional MS location accuracy can be obtained. That is, due to the low power signal output by such location base stations, for there to be signaling control communication (e.g., pilot signaling and other control signals) between a location base station and a target MS, the MS must be relatively near the location base station. Additionally, for each location base station not in communication with the target MS, it is likely that the MS is not near to this location base station. Thus, by utilizing information received from both location base stations in communication with the target MS and those that are not in communication with the target MS, the present invention can substantially narrow the possible geographic areas within which the target MS is likely to be. Further, by providing each location base station (LBS) with a co-located stationary wireless transceiver (denoted a built-in MS above) having similar functionality to an MS, the following advantages are provided:

US 7,764,231 B1

17

(6.1) assuming that the co-located base station capabilities and the stationary transceiver of an LBS are such that the base station capabilities and the stationary transceiver communicate with one another, the stationary transceiver can be signaled by another component(s) of the present invention to activate or deactivate its associated base station capability, thereby conserving power for the LBS that operate on a restricted power such as solar electrical power;

(6.2) the stationary transceiver of an LBS can be used for transferring target MS location information obtained by the LBS to a conventional telephony base station;

(6.3) since the location of each LBS is known and can be used in location processing, the present invention is able to (re)train and/or (re)calibrate itself in geographical areas having such LBSs. That is, by activating each LBS stationary transceiver so that there is signal communication between the stationary transceiver and surrounding base stations within range, wireless signal characteristic values for the location of the stationary transceiver are obtained for each such base station. Accordingly, such characteristic values can then be associated with the known location of the stationary transceiver for training and/or calibrating various of the location processing modules of the present invention such as the classification FOMs discussed above. In particular, such training and/or calibrating may include:

(i) (re)training and/or (re)calibrating FOMs;

(ii) adjusting the confidence value initially assigned to a location hypothesis according to how accurate the generating FOM is in estimating the location of the stationary transceiver using data obtained from wireless signal characteristics of signals between the stationary transceiver and base stations with which the stationary transceiver is capable of communicating;

(iii) automatically updating the previously mentioned historical data base (i.e., the location signature data base), wherein the stored signal characteristic data for each stationary transceiver can be used for detecting environmental and/or topographical changes (e.g., a newly built high rise or other structures capable of altering the multipath characteristics of a given geographical area); and

(iv) tuning of the location system parameters, wherein the steps of: (a) modifying various system parameters and (b) testing the performance of the modified location system on verified mobile station location data (including the stationary transceiver signal characteristic data), these steps being interleaved and repeatedly performed for obtaining better system location accuracy within useful time constraints.

It is also an aspect of the present invention to automatically (re)calibrate as in (6.3) above with signal characteristics from other known or verified locations. In one embodiment of the present invention, portable location verifying electronics are provided so that when such electronics are sufficiently near a located target MS, the electronics: (i) detect the proximity of the target MS; (ii) determine a highly reliable measurement of the location of the target MS; (iii) provide this measurement to other location determining components of the present invention so that the location measurement can be associated and archived with related signal characteristic data received from the target MS at the location where the location measurement is performed. Thus, the use of such portable location verifying electronics allows the present invention to capture and utilize signal characteristic data from verified, substantially random locations for location system calibration as in (6.3) above. Moreover, it is important to note that

18

such location verifying electronics can verify locations automatically wherein it is unnecessary for manual activation of a location verifying process.

One embodiment of the present invention includes the location verifying electronics as a "mobile (location) base station" (MBS) that can be, for example, incorporated into a vehicle, such as an ambulance, police car, or taxi. Such a vehicle can travel to sites having a transmitting target MS, wherein such sites may be randomly located and the signal characteristic data from the transmitting target MS at such a location can consequently be archived with a verified location measurement performed at the site by the mobile location base station. Moreover, it is important to note that such a mobile location base station as its name implies also includes base station electronics for communicating with mobile stations, though not necessarily in the manner of a conventional infrastructure base station. In particular, a mobile location base station may only monitor signal characteristics, such as MS signal strength, from a target MS without transmitting signals to the target MS. Alternatively, a mobile location base station can periodically be in bi-directional communication with a target MS for determining a signal time-of-arrival (or time-difference-of-arrival) measurement between the mobile location base station and the target MS. Additionally, each such mobile location base station includes components for estimating the location of the mobile location base station, such mobile location base station location estimates being important when the mobile location base station is used for locating a target MS via, for example, time-of-arrival or time-difference-of-arrival measurements as one skilled in the art will appreciate. In particular, a mobile location base station can include:

(7.1) a mobile station (MS) for both communicating with other components of the present invention (such as a location processing center included in the present invention);

(7.2) a GPS receiver for determining a location of the mobile location base station;

(73) a gyroscope and other dead reckoning devices; and

(7.4) devices for operator manual entry of a mobile location base station location.

Furthermore, a mobile location base station includes modules for integrating or reconciling distinct mobile location base station location estimates that, for example, can be obtained using the components and devices of (7.1) through (7.4) above. That is, location estimates for the mobile location base station may be obtained from: GPS satellite data, mobile location base station data provided by the location processing center, deadreckoning data obtained from the mobile location base station vehicle deadreckoning devices, and location data manually input by an operator of the mobile location base station.

Moreover, there are numerous additional advantages of the system of the present invention when applied in CDMA communication systems. The location system of the present invention readily benefits from the distinct advantages of the CDMA spread spectrum scheme, namely, these advantages include the exploitation of radio frequency spectral efficiency and isolation by (a) monitoring voice activity, (b) management of two-way power control, (c) provisioning of advanced variable-rate modems and error correcting signal encoding, (d) inherent resistance to fading, (e) enhanced privacy, and (f) multiple "rake" digital data receivers and searcher receivers for correlation of signal multipaths.

US 7,764,231 B1

19

At a more general level, it is an aspect of the present invention to demonstrate the utilization of various novel computational paradigms such as:

(8.1) providing a multiple hypothesis computational architecture (as illustrated best in FIG. **8**) wherein the hypotheses are:

(8.1.1) generated by modular independent hypothesizing computational models;

(8.1.2) the models are embedded in the computational architecture in a manner wherein the architecture allows for substantial amounts of application specific processing common or generic to a plurality of the models to be straightforwardly incorporated into the computational architecture;

(8.1.3) the computational architecture enhances the hypotheses generated by the models both according to past performance of the models and according to application specific constraints and heuristics without requiring feedback loops for adjusting the models.

(8.1.4) the models are relatively easily integrated into, modified and extracted from the computational architecture;

(8.2) providing a computational paradigm for enhancing an initial estimated solution to a problem by using this initial estimated solution as, effectively, a query or index into an historical data base of previous solution estimates and corresponding actual solutions for deriving an enhanced solution estimate based on past performance of the module that generated the initial estimated solution.

Note that the multiple hypothesis architecture provided herein is useful in implementing solutions in a wide range of applications. For example, the following additional applications are within the scope of the present invention: (9.1) document scanning applications for transforming physical documents in to electronic forms of the documents. Note that in many cases the scanning of certain documents (books, publications, etc.) may have a 20% character recognition error rate. Thus, the novel computation architecture of the present invention can be utilized by (I) providing a plurality of document scanning models as the first order models, (ii) building a character recognition data base for deriving a correspondence between characteristics of actual printed character variations and the intended characters (according to, for example, font types), and additionally archiving a correspondence of performance of each of the models on previously encountered actual printed character variations (note, this is analogous to the Signature Data Base of the MS location application described herein), and (iii) determining any generic constraints and/or heuristics that are desirable to be satisfied by a plurality of the models. Accordingly, by comparing outputs from the first order document scanning models, a determination can be made as to whether further processing is desirable due to, for example, discrepancies between the output of the models. If further processing is desirable, then an embodiment of the multiple hypothesis architecture provided herein may be utilized to correct such discrepancies. Note that in comparing outputs from the first order document scanning models, these outputs may be compared at various granularities; e.g., character, sentence, paragraph or page;

(9.2) diagnosis and monitoring applications such as medical diagnosis/monitoring, communication network diagnosis/monitoring;

(9.3) robotics applications such as scene and/or object recognition;

(9.4) seismic and/or geologic signal processing applications such as for locating oil and gas deposits;

20

(9.5) Additionally, note that this architecture need not have all modules co-located. In particular, it is an additional aspect of the present invention that various modules can be remotely located from one another and communicate with one another via telecommunication transmissions such as telephony technologies and/or the Internet. Accordingly, the present invention is particularly adaptable to such distributed computing environments. For example, some number of the first order models may reside in remote locations and communicate their generated hypotheses via the Internet.

For instance, in weather prediction applications it is not uncommon for computational models to require large amounts of computational resources. Thus, such models running at various remote computational facilities can transfer weather prediction hypotheses (e.g., the likely path of a hurricane) to a site that performs hypothesis adjustments according to: (i) past performance of the each model; (ii) particular constraints and/or heuristics, and subsequently outputs a most likely estimate for a particular weather condition.

In an alternative embodiment of the present invention, the processing following the generation of location hypotheses (each having an initial location estimate) by the first order models may be such that this processing can be provided on Internet user nodes and the first order models may reside at Internet server sites. In this configuration, an Internet user may request hypotheses from such remote first order models and perform the remaining processing at his/her node.

In other embodiments of the present invention, a fast, albeit less accurate location estimate may be initially performed for very time critical location applications where approximate location information may be required. For example, less than 1 second response for a mobile station location embodiment of the present invention may be desired for 911 emergency response location requests. Subsequently, once a relatively coarse location estimate has been provided, a more accurate most likely location estimate can be performed by repeating the location estimation processing a second time with, e.g., additional with, measurements of wireless signals transmitted between a mobile station to be located and a network of base stations with which the mobile station is communicating, thus providing a second, more accurate location estimate of the mobile station.

Additionally, note that it is within the scope of the present invention to provide one or more central location development sites that may be networked to, for example, geographically dispersed location centers providing location services according to the present invention, wherein the FOMs may be accessed, substituted, enhanced or removed dynamically via network connections (via, e.g., the Internet) with a central location development site. Thus, a small but rapidly growing municipality in substantially flat low density area might initially be provided with access to, for example, two or three FOMs for generating location hypotheses in the municipality's relatively uncluttered radio signaling environment. However, as the population density increases and the radio signaling environment becomes cluttered by, for example, thermal noise and multipath, additional or alternative FOMs may be transferred via the network to the location center for the municipality.

Note that in some embodiments of the present invention, since there is a lack of sequencing between the FOMs and subsequent processing of location hypotheses, the FOMs can be incorporated into an expert system, if desired. For example, each FOM may be activated from an antecedent of an expert system rule. Thus, the antecedent for such a rule can evaluate to TRUE if the FOM outputs a location hypothesis, and the consequent portion of such a rule may put the output

US 7,764,231 B1

21

location hypothesis on a list of location hypotheses occurring in a particular time window for subsequent processing by the location center. Alternatively, activation of the FOMs may be in the consequents of such expert system rules. That is, the antecedent of such an expert system rule may determine if the conditions are appropriate for invoking the FOM(s) in the rule's consequent.

Of course, other software architectures may also be used in implementing the processing of the location center without departing from scope of the present invention. In particular, object-oriented architectures are also within the scope of the present invention. For example, the FOMs may be object methods on an MS location estimator object, wherein the estimator object receives substantially all target MS location signal data output by the signal filtering subsystem. Alternatively, software bus architectures are contemplated by the present invention, as one skilled in the art will understand, wherein the software architecture may be modular and facilitate parallel processing.

Further features and advantages of the present invention are provided by the figures and detailed description accompanying this invention summary.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates various perspectives of radio propagation opportunities which may be considered in addressing correlation with mobile to base station ranging.

FIG. **2** shows aspects of the two-ray radio propagation model and the effects of urban clutter.

FIG. **3** provides a typical example of how the statistical power budget is calculated in design of a Commercial Mobile Radio Service Provider (CMRS) network.

FIG. **4** illustrates an overall view of a wireless radio location network architecture, based on AIN principles.

FIG. **5** is a high level block diagram of an embodiment of the present invention for locating a mobile station (MS) within a radio coverage area for the present invention.

FIG. **6** is a high level block diagram of the location center **142**.

FIG. **7** is a high level block diagram of the hypothesis evaluator for the location center.

FIG. **8** is a substantially comprehensive high level block diagram illustrating data and control flows between the components of the location center, as well the functionality of the components.

FIGS. **9**A and **9**B is a high level data structure diagram describing the fields of a location hypothesis object generated by the first order models **1224** of the location center.

FIG. **10** is a graphical illustration of the computation performed by the most likelihood estimator **1344** of the hypothesis evaluator.

FIG. **11** is a high level block diagram of the mobile base station (MBS).

FIG. **12** is a high level state transition diagram describing computational states the Mobile Base station enters during operation.

FIG. **13** is a high level diagram illustrating the data structural organization of the Mobile Base station capability for autonomously determining a most likely MBS location from a plurality of potentially conflicting MBS location estimation sources.

FIG. **14** shows one method of modeling CDMA delay spread measurement ensembles and interfacing such signals to a typical artificial neural network based FOM.

22

FIG. **15** illustrates the nature of RF "Dead Zones", notch area, and the importance of including location data signatures from the back side of radiating elements.

FIGS. **16**a through **16**c present a table providing a brief description of the attributes of the location signature data type stored in the location signature data base **1320**.

FIGS. **17**a through **17**c present a high level flowchart of the steps performed by function, "UPDATE_LOC_SIG_DB," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIGS. **18**a through **18**b present a high level flowchart of the steps performed by function, "REDUCE_BAD_DB_ LOC_SIGS," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIGS. **19**a through **19**b present a high level flowchart of the steps performed by function, "INCREASE_CONFIDEN-CE_OF_GOOD_DB_LOC_SIGS," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIGS. **20**a through **20**d present a high level flowchart of the steps performed by function, "DETERMINE_LOCA-TION_SIGNATURE_FIT_ERRORS," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIG. **21** presents a high level flowchart of the steps performed by function, "ESTIMATE_LOC_SIG_FROM_DB," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIGS. **22**a through **22**b present a high level flowchart of the steps performed by function, "GET_AREA_TO_SEARCH," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIGS. **23**A through **23**C present a high level flowchart of the steps performed by function, "GET_DIFFER-ENCE_MEASUREMENT," for updating location signatures in the location signature data base **1320**; note, this flowchart corresponds to the description of this function in APPENDIX C.

FIG. **24** is a high level illustration of context adjuster data structures and their relationship to the radio coverage area for the present invention;

FIGS. **25**a through **25**b present a high level flowchart of the steps performed by the function, "CONTEXT_ADJUSTER," used in the context adjuster **1326** for adjusting mobile station estimates provided by the first order models **1224**; this flowchart corresponds to the description of this function in APPENDIX D.

FIGS. **26**a through **26**c present a high level flowchart of the steps performed by the function, "GET_ADJUSTED_ LOC_HYP_LIST_FOR," used in the context adjuster **1326** for adjusting mobile station estimates provided by the first order models **1224**; this flowchart corresponds to the description of this function in APPENDIX D.

FIGS. **27**a through **27**b present a high level flowchart of the steps performed by the function, "CONFIDENCE_AD-JUSTER," used in the context adjuster **1326** for adjusting mobile station estimates provided by the first order models **1224**; this flowchart corresponds to the description of this function in APPENDIX D.

FIGS. **28**a and **28**b presents a high level flowchart of the steps performed by the function, "GET_COMPOSITE_PRE-

US 7,764,231 B1

23

DICTION_MAPPED_CLUSTER_DENSITY," used in the context adjuster **1326** for adjusting mobile station estimates provided by the first order models **1224**; this flowchart corresponds to the description of this function in APPENDIX D.

FIGS. **29***a* through **29***h* present a high level flowchart of the steps performed by the function, "GET_PREDIC-TION_MAPPED_CLUSTER_DENSITY_FOR," used in the context adjuster **1326** for adjusting mobile station estimates provided by the first order models **1224**; this flowchart corresponds to the description of this function in APPENDIX D.

FIG. **30** illustrates the primary components of the signal processing subsystem.

FIG. **31** illustrates how automatic provisioning of mobile station information from multiple CMRS occurs.

DETAILED DESCRIPTION

Detailed Description Introduction

Various digital wireless communication standards have been introduced such as Advanced Mobile Phone Service (AMPS), Narrowband Advanced Mobile Phone Service (NAMPS), code division multiple access (CDMA) and Time Division Multiple Access (TDMA) (e.g., Global Systems Mobile (GSM). These standards provide numerous enhancements for advancing the quality and communication capacity for wireless applications. Referring to CDMA, this standard is described in the Telephone Industries Association standard IS-95, for frequencies below 1 GHz, and in J-STD-008, the Wideband Spread-Spectrum Digital Cellular System Dual-Mode Mobile Station-Base station Compatibility Standard, for frequencies in the 1.8-1.9 GHz frequency bands. Additionally, CDMA general principles have been described, for example, in U.S. Pat. No. 5,109,390, Diversity Receiver in a CDMA Cellular Telephone System by Gilhousen. There are numerous advantages of such digital wireless technologies such as CDMA radio technology. For example, the CDMA spread spectrum scheme exploits radio frequency spectral efficiency and isolation by monitoring voice activity, managing two-way power control, provision of advanced variable-rate modems and error correcting signal design, and includes inherent resistance to fading, enhanced privacy, and provides for multiple "rake" digital data receivers and searcher receivers for correlation of multiple physical propagation paths, resembling maximum likelihood detection, as well as support for multiple base station communication with a mobile station, i.e., soft or softer hand-off capability. When coupled with a location center as described herein, substantial improvements in radio location can be achieved. For example, the CDMA spread spectrum scheme exploits radio frequency spectral efficiency and isolation by monitoring voice activity, managing two-way power control, provision of advanced variable-rate modems and error correcting signal design, and includes inherent resistance to fading, enhanced privacy, and provides for multiple "rake" digital data receivers and searcher receivers for correlation of multiple physical propagation paths, resembling maximum likelihood detection, as well as support for multiple base station communication with a mobile station, i.e., soft hand-off capability. Moreover, this same advanced radio communication infrastructure can also be used for enhanced radio location. As a further example, the capabilities of IS-41 and AIN already provide a broad-granularity of wireless location, as is necessary to, for example, properly direct a terminating call to an MS. Such information, originally intended for call processing usage, can be re-used in conjunction with the location center

24

described herein to provide wireless location in the large (i.e., to determine which country, state and city a particular MS is located) and wireless location in the small (i.e., which location, plus or minus a few hundred feet within one or more base stations a given MS is located).

FIG. **4** is a high level diagram of a wireless digital radiolocation intelligent network architecture for the present invention. Accordingly, this figure illustrates the interconnections between the components, for example, of a typical PCS network configuration and various components that are specific to the present invention. In particular, as one skilled in the art will understand, a typical wireless (PCS) network includes:

(a) a (large) plurality of conventional wireless mobile stations (MSs) **140** for at least one of voice related communication, visual (e.g., text) related communication, and according to present invention, location related communication;

(b) a mobile switching center (MSC) **112**;

(c) a plurality of wireless cell sites in a radio coverage area **120**, wherein each cell site includes an infrastructure base station such as those labeled **122** (or variations thereof such as **122**A-**122**D). In particular, the base stations **122** denote the standard high traffic, fixed location base stations used for voice and data communication with a plurality of MSs **140**, and, according to the present invention, also used for communication of information related to locating such MSs **140**. Additionally, note that the base stations labeled **152** are more directly related to wireless location enablement. For example, as described in greater detail hereinbelow, the base stations **152** may be low cost, low functionality transponders that are used primarily in communicating MS location related information to the location center **142** (via base stations **122** and the MSC **112**). Note that unless stated otherwise, the base stations **152** will be referred to hereinafter as "location base station(s) **152**" or simply "LBS (s) **152**");

(d) a public switched telephone network (PSTN) **124** (which may include signaling system links **106** having network control components such as: a service control point (SCP) **104**, one or more signaling transfer points (STPs) **110**.

Added to this wireless network, the present invention provides the following additional components:

(10.1) a location center **142** which is required for determining a location of a target MS **140** using signal characteristic values for this target MS;

(10.2) one or more mobile base stations **148** (MBS) which are optional, for physically traveling toward the target MS **140** or tracking the target MS;

(10.3) a plurality of location base stations **152** (LBS) which are optional, distributed within the radio coverage areas **120**, each LBS **152** having a relatively small MS **140** detection area **154**;

Since location base stations can be located on potentially each floor of a multi-story building, the wireless location technology described herein can be used to perform location in terms of height as well as by latitude and longitude.

In operation, the MS **140** may utilize one of the wireless technologies, CDMA, TDMA, AMPS, NAMPS or GSM techniques for radio communication with: (a) one or more infrastructure base stations **122**, (b) mobile base station(s) **148**, (c) an LBS **152**.

Referring to FIG. **4** again, additional detail is provided of typical base station coverage areas, sectorization, and high

US 7,764,231 B1

25

level components within a radio coverage area **120**, including the MSC **112**. Although base stations may be placed in any configuration, a typical deployment configuration is approximately in a cellular honeycomb pattern, although many practical tradeoffs exist, such as site availability, versus the requirement for maximal terrain coverage area. To illustrate, three such exemplary base stations (BSs) are **122**A, **122**B and **122**C, each of which radiate referencing signals within their area of coverage **169** to facilitate mobile station (MS) **140** radio frequency connectivity, and various timing and synchronization functions. Note that some base stations may contain no sectors **130** (e.g. **122**E), thus radiating and receiving signals in a 360 degree omnidirectional coverage area pattern, or the base station may contain "smart antennas" which have specialized coverage area patterns. However, the generally most frequent base stations **122** have three sector **130** coverage area patterns. For example, base station **122**A includes sectors **130**, additionally labeled a, b and c. Accordingly, each of the sectors **130** radiate and receive signals in an approximate 120 degree arc, from an overhead view. As one skilled in the art will understand, actual base station coverage areas **169** (stylistically represented by hexagons about the base stations **122**) generally are designed to overlap to some extent, thus ensuring seamless coverage in a geographical area. Control electronics within each base station **122** are used to communicate with a mobile stations **140**. Information regarding the coverage area for each sector **130**, such as its range, area, and "holes" or areas of no coverage (within the radio coverage area **120**), may be known and used by the location center **142** to facilitate location determination. Further, during communication with a mobile station **140**, the identification of each base station **122** communicating with the MS **140** as well as, any sector identification information, may be known and provided to the location center **142**.

In the case of the base station types **122**, **148**, and **152** communication of location information, a base station or mobility controller **174** (BSC) controls, processes and provides an interface between originating and terminating telephone calls from/to mobile station (MS) **140**, and the mobile switch center (MSC) **112**. The MSC **122**, on-the-other-hand, performs various administration to functions such as mobile station **140** registration, authentication and the relaying of various system parameters, as one skilled in the art will understand.

The base stations **122** may be coupled by various transport facilities **176** such as leased lines, frame relay, T-Carrier links, optical fiber links or by microwave communication links.

When a mobile station **140** (such as a CDMA, AMPS, NAMPS mobile telephone) is powered on and in the idle state, it constantly monitors the pilot signal transmissions from each of the base stations **122** located at nearby cell sites. Since base station/sector coverage areas may often overlap, such overlapping enables mobile stations **140** to detect, and, in the case of certain wireless technologies, communicate simultaneously along both the forward and reverse paths, with multiple base stations **122** and/or sectors **130**. In FIG. **4** the constantly radiating pilot signals from base station sectors **130**, such as sectors a, b and c of BS **122**A, are detectable by mobile stations **140** within the coverage area **169** for BS **122**A. That is, the mobile stations **140** scan for pilot channels, corresponding to a given base station/sector identifiers (IDs), for determining which coverage area **169** (i.e., cell) it is contained. This is performed by comparing signals strengths of pilot signals transmitted from these particular cell-sites.

The mobile station **140** then initiates a registration request with the MSC **112**, via the base station controller **174**. The MSC **112** determines whether or not the mobile station **140** is

26

allowed to proceed with the registration process (except in the case of a 911 call, wherein no registration process is required). At this point calls may be originated from the mobile station **140** or calls or short message service messages can be received from the network. The MSC **112** communicates as appropriate, with a class 4/5 wireline telephony circuit switch or other central offices, connected to the PSTN **124** network. Such central offices connect to wireline terminals, such as telephones, or any communication device compatible with the line. The PSTN **124** may also provide connections to long distance networks and other networks.

The MSC **112** may also utilize IS/41 data circuits or trunks connecting to signal transfer point **110**, which in turn connects to a service control point **104**, via Signaling System #7 (SS7) signaling links (e.g., trunks) for intelligent call processing, as one skilled in the art will understand. In the case of wireless AIN services such links are used for call routing instructions of calls interacting with the MSC **112** or any switch capable of providing service switching point functions, and the public switched telephone network (PSTN) **124**, with possible termination back to the wireless network.

Referring to FIG. **4** again, the location center (LC) **142** interfaces with the MSC **112** either via dedicated transport facilities **178**, using for example, any number of LAN/WAN technologies, such as Ethernet, fast Ethernet, frame relay, virtual private networks, etc., or via the PSTN **124**. The LC **142** receives autonomous (e.g., unsolicited) command/response messages regarding, for example: (a) the state of the wireless network of each service provider, (b) MS **140** and BS **122** radio frequency (RF) measurements, (c) any MBSs **148**, (d) location applications requesting MS locations using the location center. Conversely, the LC **142** provides data and control information to each of the above components in (a)-(d). Additionally, the LC **142** may provide location information to an MS **140**, via a BS **122**. Moreover, in the case of the use of a mobile base station (MBS) **148**, several communications paths may exist with the LC **142**.

The MBS **148** acts as a low cost, partially-functional, moving base station, and is, in one embodiment, situated in a vehicle where an operator may engage in MS **140** searching and tracking activities. In providing these activities using CDMA, the MBS **148** provides a forward link pilot channel for a target MS **140**, and subsequently receives unique BS pilot strength measurements from the MS **140**. The MBS **148** also includes a mobile station for data communication with the LC **142**, via a BS **122**. In particular, such data communication includes telemetering the geographic position of the MBS **148** as well as various RF measurements related to signals received from the target MS **140**. In some embodiments, the MBS **148** may also utilize multiple-beam fixed antenna array elements and/or a moveable narrow beam antenna, such as a microwave dish **182**. The antennas for such embodiments may have a known orientation in order to further deduce a radio location of the target MS **140** with respect to an estimated current location of the MBS **148**. As will be described in more detail herein below, the MBS **148** may further contain a global positioning system (GPS), distance sensors, deadreckoning electronics, as well as an on-board computing system and display devices for locating both the MBS **148** itself as well as tracking and locating the target MS **140**. The computing and display provides a means for communicating the position of the target MS **140** on a map display to an operator of the MBS **148**.

Each location base station (LBS) **152** is a low cost location device. Each such LBS **152** communicates with one or more of the infrastructure base stations **122** using one or more wireless technology interface standards. In some embodi-

US 7,764,231 B1

27

ments, to provide such LBS's cost effectively, each LBS **152** only partially or minimally supports the air-interface standards of the one or more wireless technologies used in communicating with both the BSs **122** and the MSs **140**. Each LBS **152**, when put in service, is placed at a fixed location, such as at a traffic signal, lamp post, etc., and wherein the location of the LBS may be determined as accurately as, for example, the accuracy of the locations of the infrastructure BSs **122**. Assuming the wireless technology CDMA is used, each BS **122** uses a time offset of the pilot PN sequence to identify a forward CDMA pilot channel. In one embodiment, each LBS **152** emits a unique, time-offset pilot PN sequence channel in accordance with the CDMA standard in the RF spectrum designated for BSs **122**, such that the channel does not interfere with neighboring BSs **122** cell site channels, nor would it interfere with neighboring LBSs **152**. However, as one skilled in the art will understand, time offsets, in CDMA chip sizes, may be re-used within a PCS system, thus providing efficient use of pilot time offset chips, thereby achieving spectrum efficiency. Each LBS **152** may also contain multiple wireless receivers in order to monitor transmissions from a target MS **140**. Additionally, each LBS **152** contains mobile station **140** electronics, thereby allowing the LBS to both be controlled by the LC **142**, and to transmit information to the LC **142**, via at least one neighboring BS **122**.

As mentioned above, when the location of a particular target MS **140** is desired, the LC **142** can request location information about the target MS **140** from, for instance, one or more activated LBSs **152** in a geographical area of interest. Accordingly, whenever the target MS **140** is in such an area, or is suspected of being in the area, either upon command from the LC **142**, or in a substantially continuous fashion, the LBS's pilot channel appears to the target MS **140** as a potential neighboring base station channel, and consequently, is placed, for example, in the CDMA neighboring set, or the CDMA remaining set, of the target MS **140** (as one familiar with the CDMA standards will understand).

During the normal CDMA pilot search sequence of the mobile station initialization state (in the target MS), the target MS **140** will, if within range of such an activated LBS **152**, detect the LBS pilot presence during the CDMA pilot channel acquisition substate. Consequently, the target MS **140** performs RF measurements on the signal from each detected LBS **152**. Similarly, an activated LBS **152** can perform RF measurements on the wireless signals from the target MS **140**. Accordingly, each LBS **152** detecting the target MS **140** may subsequently telemeter back to the LC **142** measurement results related to signals from/to the target MS **140**. Moreover, upon command, the target MS **140** will telemeter back to the LC **142** its own measurements of the detected LBSs **152**, and consequently, this new location information, in conjunction with location related information received from the BSs **122**, can be used to locate the target MS **140**.

It should be noted that an LBS **152** will normally deny hand-off requests, since typically the LBS does not require the added complexity of handling voice or traffic bearer channels, although economics and peak traffic load conditions would dictate preference here. GPS timing information, needed by any CDMA base station, is either achieved via the inclusion of a local GPS receiver or via a telemetry process from a neighboring conventional BS **122**, which contains a GPS receiver and timing information. Since energy requirements are minimal in such an LBS **152**, (rechargeable) batteries or solar cells may be used to power the LBS. No expensive terrestrial transport link is typically required since two-way communication is provided by the included MS **140** (or an electronic variation thereof).

28

Thus, LBSs **152** may be placed in numerous locations, such as:

(a) in dense urban canyon areas (e.g., where signal reception may be poor and/or very noisy);

(b) in remote areas (e.g., hiking, camping and skiing areas);

(c) along highways (e.g., for emergency as well as monitoring traffic flow), and their rest stations; or

(d) in general, wherever more location precision is required than is obtainable using other wireless infrastructure network components.

Location Center—Network Elements API Description

A location application programming interface or L-API **14** (see FIG. **30**, and including L-API-Loc_APP **135**, L-API-MSC **136**, and L-API-SCP **137** shown in FIG. **4**), is required between the location center **142** (LC) and the mobile switch center (MSC) network element type, in order to send and receive various control, signals and data messages. The L-API **14** should be implemented using a preferably high-capacity physical layer communications interface, such as IEEE standard 802.3 (10 baseT Ethernet), although other physical layer interfaces could be used, such as fiber optic ATM, frame relay, etc. Two forms of API implementation are possible. In the first case the signals control and data messages are realized using the MSC **112** vendor's native operations messages inherent in the product offering, without any special modifications. In the second case the L-API includes a full suite of commands and messaging content specifically optimized for wireless location purposes, which may require some, although minor development on the part of the MSC vendor.

Signal Processor Description

Referring to FIG. **30**, the signal processing subsystem **1220** receives control messages and signal measurements and transmits appropriate control messages to the wireless network via the location applications programming interface referenced earlier, for wireless location purposes. The signal processing subsystem additionally provides various signal identification, conditioning and pre-processing functions, including buffering, signal type classification, signal filtering, message control and routing functions to the location conditionate modules.

There can be several combinations of Delay Spread/Signal Strength sets of measurements made available to the signal processing subsystem **1220**. In some cases the mobile station **140** (FIG. **4**) may be able to detect up to three or four Pilot Channels representing three to four Base Stations, or as few as one Pilot Channel, depending upon the environment. Similarly, possibly more than one BS **122** can detect a mobile station **140** transmitter signal, as evidenced by the provision of cell diversity or soft hand-off in the CDMA standards, and the fact that multiple CMRS base station equipment commonly will overlap coverage areas. For each mobile station **140** or BS **122** transmitted signal detected by a receiver group at a station, multiple delayed signals, or "fingers" may be detected and tracked resulting from multipath radio propagation conditions, from a given transmitter.

In typical spread spectrum diversity CDMA receiver design, the "first" finger represents the most direct, or least delayed multipath signal. Second or possibly third or fourth fingers may also be detected and tracked, assuming the mobile station contains a sufficient number of data receivers. Although traditional TOA and TDOA methods would discard subsequent fingers related to the same transmitted finger, collection and use of these additional values can prove useful to reduce location ambiguity, and are thus collected by the Signal Processing subsystem in the Location Center **142**.

US 7,764,231 B1

29

From the mobile receiver's perspective, a number of combinations of measurements could be made available to the Location Center. Due to the disperse and near-random nature of CDMA radio signals and propagation characteristics, traditional TOA/TDOA location methods have failed in the past, because the number of signals received in different locations are different. In a particularly small urban area, of say less than 500 square feet, the number of RF signals and their multipath components may vary by over 100 percent.

Due to the large capital outlay costs associated with providing three or more overlapping base station coverage signals in every possible location, most practical digital PCS deployments result in fewer than three base station pilot channels being reportable in the majority of location areas, thus resulting in a larger, more amorphous location estimate. This consequence requires a family of location estimate location modules, each firing whenever suitable data has been presented to a model, thus providing a location estimate to a backend subsystem which resolves ambiguities.

In one embodiment of this invention using backend hypothesis resolution, by utilizing existing knowledge concerning base station coverage area boundaries (such as via the compilation a RF coverage database—either via RF coverage area simulations or field tests), the location error space is decreased. Negative logic Venn diagrams can be generated which deductively rule out certain location estimate hypotheses.

Although the forward link mobile station's received relative signal strength ($RRSS_{BS}$) of detected nearby base station transmitter signals can be used directly by the location estimate modules, the CDMA base station's reverse link received relative signal strength ($RRSS_{MS}$) of the detected mobile station transmitter signal must be modified prior to location estimate model use, since the mobile station transmitter power level changes nearly continuously, and would thus render relative signal strength useless for location purposes.

One adjustment variable and one factor value are required by the signal processing subsystem in the CDMA air interface case: 1.) instantaneous relative power level in dBm (IRPL) of the mobile station transmitter, and 2.) the mobile station Power Class. By adding the IRPL to the $RRSS_{MS}$, a synthetic relative signal strength ($SRSS_{MS}$) of the mobile station **140** signal detected at the BS **122** is derived, which can be used by location estimate model analysis, as shown below:

$$SRSS_{MS} = RRSS_{MS} + IRPL \text{ (in dBm)}$$

$SRSS_{MS}$, a corrected indication of the effective path loss in the reverse direction (mobile station to BS), is now comparable with $RRSS_{BS}$ and can be used to provide a correlation with either distance or shadow fading because it now accounts for the change of the mobile station transmitter's power level. The two signals $RRSS_{BS}$ and $SRSS_{MS}$ can now be processed in a variety of ways to achieve a more robust correlation with distance or shadow fading.

Although Rayleigh fading appears as a generally random noise generator, essentially destroying the correlation value of either $RRSS_{BS}$ or $SRSS_{MS}$ measurements with distance individually, several mathematical operations or signal processing functions can be performed on each measurement to derive a more robust relative signal strength value, overcoming the adverse Rayleigh fading effects. Examples include averaging, taking the strongest value and weighting the strongest value with a greater coefficient than the weaker value, then averaging the results. This signal processing technique takes advantage of the fact that although a Rayleigh fade may often exist in either the forward or reverse path, it is much less

30

probable that a Rayleigh fade also exists in the reverse or forward path, respectively. A shadow fade however, similarly affects the signal strength in both paths.

At this point a CDMA radio signal direction independent of "net relative signal strength measurement" can be derived which can be used to establish a correlation with either distance or shadow fading, or both. Although the ambiguity of either shadow fading or distance cannot be determined, other means can be used in conjunction, such as the fingers of the CDMA delay spread measurement, and any other TOA/TDOA calculations from other geographical points. In the case of a mobile station with a certain amount of shadow fading between its BS **122** (FIG. **2**), the first finger of a CDMA delay spread signal is most likely to be a relatively shorter duration than the case where the mobile station **140** and BS **122** are separated by a greater distance, since shadow fading does not materially affect the arrival time delay of the radio signal.

By performing a small modification in the control electronics of the CDMA base station and mobile station receiver circuitry, it is possible to provide the signal processing subsystem **1220** (reference FIG. **30**) within the location center **142** (FIG. **1**) with data that exceed the one-to-one CDMA delay-spread fingers to data receiver correspondence. Such additional information, in the form of additional CDMA fingers (additional multipath) and all associated detectable pilot channels, provides new information which is used to enhance the accuracy of the location center's location estimators.

This enhanced capability is provided via a control message, sent from the location center **142** to the mobile switch center **12**, and then to the base station(s) in communication with, or in close proximity with, mobile stations **140** to be located. Two types of location measurement request control messages are needed: one to instruct a target mobile station **140** (i.e., the mobile station to be located) to telemeter its BS pilot channel measurements back to the primary BS **122** and from there to the mobile switch center **112** and then to the location system **42**. The second control message is sent from the location system **42** to the mobile switch center **112**, then to first the primary BS, instructing the primary BS' searcher receiver to output (i.e., return to the initiating request message source) the detected target mobile station **140** transmitter CDMA pilot channel offset signal and their corresponding delay spread finger (peak) values and related relative signal strengths.

The control messages are implemented in standard mobile station **140** and BS **122** CDMA receivers such that all data results from the search receiver and multiplexed results from the associated data receivers are available for transmission back to the Location Center **142**. Appropriate value ranges are required regarding mobile station **140** parameters $T\_ADD_s$, $T\_DROP_s$, and the ranges and values for the Active, Neighboring and Remaining Pilot sets registers, held within the mobile station **140** memory. Further mobile station **140** receiver details have been discussed above.

In the normal case without any specific multiplexing means to provide location measurements, exactly how many CDMA pilot channels and delay spread fingers can or should be measured vary according to the number of data receivers contained in each mobile station **140**. As a guide, it is preferred that whenever RF characteristics permit, at least three pilot channels and the strongest first three fingers, are collected and processed. From the BS **122** perspective, it is preferred that the strongest first four CDMA delay spread fingers and the mobile station power level be collected and sent to the location system **42**, for each of preferably three BSs **122** which can detect the mobile station **140**. A much

US 7,764,231 B1

31

larger combination of measurements is potentially feasible using the extended data collection capability of the CDMA receivers.

FIG. **30** illustrates the components of the Signal Processing Subsystem **1220** (also shown in FIGS. **5**, **6** and **8**). The main components consist of the input queue(s) **7**, signal classifier/filter **9**, digital signaling processor **17**, imaging filters **19**, output queue(s) **21**, router/distributor **23**, (also denoted as the "Data Capture And Storage" in FIG. **8**(2)), a signal processor database **26** and a signal processing controller **15**.

Input queues **7** are required in order to stage the rapid acceptance of a significant amount of RF signal measurement data, used for either location estimate purposes or to accept autonomous location data. Each location request using fixed base stations may, in one embodiment, contain from 1 to 128 radio frequency measurements from the mobile station, which translates to approximately 61.44 kilobytes of signal measurement data to be collected within 10 seconds and 128 measurements from each of possibly four base stations, or 245.76 kilobytes for all base stations, for a total of approximately 640 signal measurements from the five sources, or 307.2 kilobytes to arrive per mobile station location request in 10 seconds. An input queue storage space is assigned at the moment a location request begins, in order to establish a formatted data structure in persistent store. Depending upon the urgency of the time required to render a location estimate, fewer or more signal measurement samples can be taken and stored in the input queue(s) **7** accordingly.

The signal processing subsystem **1220** supports a variety of wireless network signaling measurement capabilities by detecting the capabilities of the mobile and base station through messaging structures provided by the location application programming interface (L-API **14**, FIG. **30**). Detection is accomplished in the signal classifier **9** (FIG. **30**) by referencing a mobile station database table within the signal processor database **26**, which provides, given a mobile station identification number, mobile station revision code, other mobile station characteristics. Similarly, a mobile switch center table **31** provides MSC characteristics and identifications to the signal classifier/filter **9**. The signal classifier/filter adds, additional message header information that further classifies the measurement data which allows the digital signal processor and image filter components to select the proper internal processing subcomponents to perform operations on the signal measurement data, for use by the location estimate modules.

Regarding service control point messages (of L-API-SCP interface **137**, FIG. **4**) autonomously received from the input queue **7** (FIGS. **30** and **31**), the signal classifier/filter **9** determines via a signal processing database **26** query whether such a message is to be associated with a home base station module. Thus appropriate header information is added to the message, thus enabling the message to pass through the digital signal processor **17** unaffected to the output queue **21**, and then to the router/distributor **23**. The router/distributor **23** then routes the message to the HBS first order model. Those skilled in the art will understand that associating location requests from Home Base Station configurations require substantially less data: the mobile identification number and the associated wireline telephone number transmission from the home location register are on the order of less than 32 bytes. Consequently the home base station message type could be routed without any digital signal processing.

Output queue(s) **21** (FIG. **30**) are required for similar reasons as input queues **7**: relatively large amounts of data must be held in a specific format for further location processing by the location estimate modules **1224**.

32

The router and distributor component **23** (FIG. **30**) is responsible for directing specific signal measurement data types and structures to their appropriate modules. For example, the HBS FOM has no use for digital filtering structures, whereas the TDOA module would not be able to process an HBS response message.

The controller **15** (FIG. **30**) is responsible for staging the movement of data among the signal processing subsystem **1220** components input queue **7**, digital signal processor **17**, router/distributor **23** and the output queue **21**, and to initiate signal measurements within the wireless network, in response from an internet **468** location request message in FIG. **5**, via the location application programming interface.

In addition the controller **15** receives autonomous messages from the MSC, via the location applications programming interface or L-API **14** (FIG. **30**) and the input queue **7**, whenever a 9-1-1 wireless call is originated. The mobile switch center provides this autonomous notification to the location system as follows: by specifying the appropriate mobile switch center operations and maintenance C commands to surveil calls based on certain digits dialed such as 9-1-1, the location applications programming interface **14**, in communications with the MSCs, receives an autonomous notification whenever a mobile station user dials 9-1-1. Specifically, a bi-directional authorized communications port is configured, usually at the operations and maintenance subsystem of the MSCs, or with their associated network element manager system(s), with a data circuit, such as a DS-1, with the location applications programming interface **14**. Next, the "call trace" capability of the mobile switch center is activated for the respective communications port. The exact implementation of the vendor-specific man-machine or Open Systems Interface (OSI) command(s) and their associated data structures generally vary among MSC vendors. However, the trace function is generally available in various forms, and is required in order to comply with Federal Bureau of Investigation authorities for wire tap purposes. After the appropriate surveillance commands are established on the MSC, such 9-1-1 call notifications messages containing the mobile station identification number (MIN) and, in U.S. FCC phase 1 E9-1-1 implementations, a pseudo-automatic number identification (a.k.a. pANI) which provides an association with the primary base station in which the 9-1-1 caller is in communication. In cases where the pANI is known from the onset, the signal processing subsystem **1220** avoids querying the MSC in question to determine the primary base station identification associated with the 9-1-1 mobile station caller.

After the signal processing controller **15** receives the first message type, the autonomous notification message from the mobile switch center **112** to the location system **142**, containing the mobile identification number and optionally the primary base station identification, the controller **15** queries the base station table **13** (FIG. **30**) in the signal processor database **26** to determine the status and availability of any neighboring base stations, including those base stations of other CMRS in the area. The definition of neighboring base stations include not only those within a provisionable "hop" based on the cell design reuse factor, but also includes, in the case of CDMA, results from remaining set information autonomously queried to mobile stations, with results stored in the base station table. Remaining set information indicates that mobile stations can detect other base station (sector) pilot channels which may exceed the "hop" distance, are nevertheless candidate base stations (or sectors) for wireless location purposes. Although cellular and digital cell design may vary, "hop" distance is usually one or two cell coverage areas away from the primary base station's cell coverage area.

US 7,764,231 B1

33

Having determined a likely set of base stations which may both detect the mobile station's transmitter signal, as well as to determine the set of likely pilot channels (i.e., base stations and their associated physical antenna sectors) detectable by the mobile station in the area surrounding the primary base station (sector), the controller 15 initiates messages to both the mobile station and appropriate base stations (sectors) to perform signal measurements and to return the results of such measurements to the signal processing system regarding the mobile station to be located. This step may be accomplished via several interface means. In a first case the controller 15 utilizes, for a given MSC, predetermined storage information in the MSC table 31 to determine which type of commands, such as man-machine or OSI commands are needed to request such signal measurements for a given MSC. The controller 15 generates the mobile and base station signal measurement commands appropriate for the MSC and passes the commands via the input queue 7 and the locations application programming interface 14 in FIG. 30, to the appropriate MSC, using the authorized communications port mentioned earlier. In a second case, the controller 15 communicates directly with base stations within having to interface directly with the MSC for signal measurement extraction.

Upon receipt of the signal measurements, the signal classifier 9 in FIG. 30 examines location application programming interface-provided message header information from the source of the location measurement (for example, from a fixed BS 122, a mobile station 140, a distributed antenna system 168 in FIG. 4 or message location data related to a home base station), provided by the location applications programming interface (L-API 14) via the input queue 7 in FIG. 30 and determines whether or not device filters 17 or image filters 19 are needed, and assesses a relative priority in processing, such as an emergency versus a background location task, in terms of grouping like data associated with a given location request. In the case where multiple signal measurement requests are outstanding for various base stations, some of which may be associated with a different CMRS network, and additional signal classifier function includes sorting and associating the appropriate incoming signal measurements together such that the digital signal processor 17 processes related measurements in order to build ensemble data sets. Such ensembles allow for a variety of functions such as averaging, outlier removal over a time period, and related filtering functions, and further prevent association errors from occurring in location estimate processing.

Another function of the signal classifier/low pass filter component 9 is to filter information that is not useable, or information that could introduce noise or the effect of noise in the location estimate modules. Consequently low pass matching filters are used to match the in-common signal processing components to the characteristics of the incoming signals. Low pass filters match: Mobile Station, base station, CMRS and MSC characteristics, as well as to classify Home Base Station messages.

The signal processing subsystem 1220 contains a base station database table 13 (FIG. 30) which captures the maximum number of CDMA delay spread fingers for a given base station.

The base station identification code, or CLLI or common language level identification code is useful in identifying or relating a human-labeled name descriptor to the Base Station. Latitude, Longitude and elevation values are used by other subsystems in the location system for calibration and estimation purposes. As base stations and/or receiver characteristics are added, deleted, or changed with respect to the network

34

used for location purposes, this database table must be modified to reflect the current network configuration.

Just as an upgraded base station may detect additional CDMA delay spread signals, newer or modified mobile stations may detect additional pilot channels or CDMA delay spread fingers. Additionally different makes and models of mobile stations may acquire improved receiver sensitivities, suggesting a greater coverage capability. A table may establish the relationships among various mobile station equipment suppliers and certain technical data relevant to this location invention.

Although not strictly necessary, the MIN can be populated in this table from the PCS Service Provider's Customer Care system during subscriber activation and fulfillment, and could be changed at deactivation, or anytime the end-user changes mobile stations. Alternatively, since the MIN, manufacturer, model number, and software revision level information is available during a telephone call, this information could extracted during the call, and the remaining fields populated dynamically, based on manufacturer's specifications information previously stored in the signal processing subsystem 1220. Default values are used in cases where the MIN is not found, or where certain information must be estimated.

A low pass mobile station filter, contained within the signal classifier/low pass filter 9 of the signal processing subsystem 1220, uses the above table data to perform the following functions: 1) act as a low pass filter to adjust the nominal assumptions related to the maximum number of CDMA fingers, pilots detectable; and 2) to determine the transmit power class and the receiver thermal noise floor. Given the detected reverse path signal strength, the required value of $SRSS_{MS}$, a corrected indication of the effective path loss in the reverse direction (mobile station to BS), can be calculated based on data contained within the mobile station table 11, stored in the signal processing database 26.

The effects of the maximum number of CDMA fingers allowed and the maximum number of pilot channels allowed essentially form a low pass filter effect, wherein the least common denominator of characteristics are used to filter the incoming RF signal measurements such that a one for one matching occurs. The effect of the transmit power class and receiver thermal noise floor values is to normalize the characteristics of the incoming RF signals with respect to those RF signals used.

The signal classifier/filter 9 (FIG. 30) is in communication with both the input queue 7 and the signal processing database 26. In the early stage of a location request the signal processing subsystem 1220 shown in, e.g., FIGS. 5, 30 and 31, will receive the initiating location request from either an autonomous 9-1-1 notification message from a given MSC, or from a location application, for which mobile station characteristics about the target mobile station 140 (FIG. 4) is required. Referring to FIG. 30, a query is made from the signal processing controller 15 to the signal processing database 26, specifically the mobile station table 11, to determine if the mobile station characteristics associated with the MIN to be located is available in table 11. If the data exists then there is no need for the controller 15 to query the wireless network in order to determine the mobile station characteristics, thus avoiding additional real-time processing which would otherwise be required across the air interface, in order to determine the mobile station MIN characteristics. The resulting mobile station information my be provided either via the signal processing database 26 or alternatively a query may be performed directly from the signal processing subsystem 1220 to the MSC in order to determine the mobile station characteristics.

Referring now to FIG. 31, another location application programming interface, L-API-CCS 239 to the appropriate CMRS customer care system provides the mechanism to populate and update the mobile station table 11 within the database 26. The L-API-CCS 239 contains its own set of separate input and output queues or similar implementations and security controls to ensure that provisioning data is not sent to the incorrect CMRS, and that a given CMRS cannot access any other CMRS' data. The interface 1155a to the customer care system for CMRS-A 1150a provides an autonomous or periodic notification and response application layer protocol type, consisting of add, delete, change and verify message functions in order to update the mobile station table 11 within the signal processing database 26, via the controller 15. A similar interface 155b is used to enable provisioning updates to be received from CMRS-B customer care system 1150b.

Although the L-API-CCS application message set may be any protocol type which supports the autonomous notification message with positive acknowledgment type, the T1M1.5 group within the American National Standards Institute has defined a good starting point in which the L-API-CCS 239 could be implemented, using the robust OSI TMN X-interface at the service management layer. The object model defined in Standards proposal number T1M1.5/96-22R9, Operations Administration, Maintenance, and Provisioning (OAM&P)—Model for Interface Across Jurisdictional Boundaries to Support Electronic Access Service Ordering: Inquiry Function, can be extended to support the L-API-CCS information elements as required and further discussed below. Other choices in which the L-API-CCS application message set may be implemented include ASCII, binary, or any encrypted message set encoding using the Internet protocols, such as TCP/IP, simple network management protocol, http, https, and email protocols.

Referring to the digital signal processor (DSP) 17, in communication with the signal classifier/LP filter 9, the DSP 17 provides a time series expansion method to convert non-HBS data from a format of an signal measure data ensemble of time-series based radio frequency data measurements, collected as discrete time-slice samples, to a three dimensional matrix location data value image representation. Other techniques further filter the resultant image in order to furnish a less noisy training and actual data sample to the location estimate modules.

After 128 samples (in one embodiment) of data are collected of the delay spread-relative signal strength RF data measurement sample: mobile station RX for BS-1 are grouped into a quantization matrix, where rows constitute relative signal strength intervals and columns define delay intervals. Each measurement row, column pair (which could be represented as a complex number or Cartesian point pair) is added to their respective values to generate a Z direction of frequency of recurring measurement value pairs or a density recurrence function. By next applying a grid function to each x, y, and z value, a three-dimensional surface grid is generated, which represents a location data value or unique print of that 128-sample measurement.

In the general case where a mobile station is located in an environment with varied clutter patterns, such as terrain undulations, unique man-made structure geometries (thus creating varied multipath signal behaviors), such as a city or suburb, although the first CDMA delay spread finger may be the same value for a fixed distance between the mobile station and BS antennas, as the mobile station moves across such an area, different finger-data are measured. In the right image for the defined BS antenna sector, location classes, or squares

numbered one through seven, are shown across a particular range of line of position (LOP).

A traditional TOA/TDOA ranging method between a given BS and mobile station only provides a range along an arc, thus introducing ambiguity error. However a unique three dimensional image can be used in this method to specifically identify, with recurring probability, a particular unique location class along the same Line Of Position, as long as the multipath is unique by position but generally repeatable, thus establishing a method of not only ranging, but also of complete latitude, longitude location estimation in a Cartesian space. In other words, the unique shape of the "mountain image" enables a correspondence to a given unique location class along a line of position, thereby eliminating traditional ambiguity error.

Although man-made external sources of interference, Rayleigh fades, adjacent and co-channel interference, and variable clutter, such as moving traffic introduce unpredictability (thus no "mountain image" would ever be exactly alike), three basic types of filtering methods can be used to reduce matching/comparison error from a training case to a location request case: 1.) select only the strongest signals from the forward path (BS to mobile station) and reverse path (mobile station to BS), 2.) Convolute the forward path 128 sample image with the reverse path 128 sample image, and 3.) process all image samples through various digital image filters to discard noise components.

In one embodiment, convolution of forward and reverse images is performed to drive out noise. This is one embodiment that essentially nulls noise completely, even if strong and recurring, as long as that same noise characteristic does not occur in the opposite path.

The third embodiment or technique of processing CDMA delay spread profile images through various digital image filters, provides a resultant "image enhancement" in the sense of providing a more stable pattern recognition paradigm to the neural net location estimate model. For example, image histogram equalization can be used to rearrange the images' intensity values, or density recurrence values, so that the image's cumulative histogram is approximately linear.

Other methods which can be used to compensate for a concentrated histogram include: 1) Input Cropping, 2) Output Cropping and 3) Gamma Correction. Equalization and input cropping can provide particularly striking benefits to a CDMA delay spread profile image. Input cropping removes a large percentage of random signal characteristics that are non-recurring.

Other filters and/or filter combinations can be used to help distinguish between stationary and variable clutter affecting multipath signals. For example, it is desirable to reject multipath fingers associated with variable clutter, since over a period of a few minutes such fingers would not likely recur. Further filtering can be used to remove recurring (at least during the sample period), and possibly strong but narrow "pencils" of RF energy. A narrow pencil image component could be represented by a near perfect reflective surface, such as a nearby metal panel truck stopped at a traffic light.

On the other hand, stationary clutter objects, such as concrete and glass building surfaces, adsorb some radiation before continuing with a reflected ray at some delay. Such stationary clutter-affected CDMA fingers are more likely to pass a 4×4 neighbor Median filter as well as a 40 to 50 percent Input Crop filter, and are thus more suited to neural net pattern recognition. However when subjected to a 4×4 neighbor Median filter and 40 percent clipping, pencil-shaped fingers are deleted. Other combinations include, for example, a 50 percent cropping and 4×4 neighbor median filtering. Other

US 7,764,231 B1

37

filtering methods include custom linear filtering, adaptive (Weiner) filtering, and custom nonlinear filtering.

The DSP **17** may provide data ensemble results, such as extracting the shortest time delay with a detectable relative signal strength, to the router/distributor **23**, or alternatively results may be processed via one or more image filters **19**, with subsequent transmission to the router/distributor **23**. The router/distributor **23** examines the processed message data from the DSP **17** and stores routing and distribution information in the message header. The router/distributor **23** then forwards the data messages to the output queue **21**, for subsequent queuing then transmission to the appropriate location estimator FOMs.

Location Center High Level Functionality

At a very high level the location center **142** computes location estimates for a wireless Mobile Station **140** (denoted the "target MS" or "MS") by performing the following steps:

(23.1) receiving signal transmission characteristics of communications communicated between the target MS **140** and one or more wireless infrastructure base stations **122**;

(23.2) filtering the received signal transmission characteristics (by a signal processing subsystem **1220** illustrated in FIG. **5**) as needed so that target MS location data can be generated that is uniform and consistent with location data generated from other target MSs **140**. In particular, such uniformity and consistency is both in terms of data structures and interpretation of signal characteristic values provided by the MS location data;

(23.3) inputting the generated target MS location data to one or more MS location estimating models (denoted First order models or FOMs, and labeled collectively as **1224** in FIG. **5**), so that each such model may use the input target MS location data for generating a "location hypothesis" providing an estimate of the location of the target MS **140**;

(23.4) providing the generated location hypotheses to an hypothesis evaluation module (denoted the hypothesis evaluator **1228** in FIG. **5**):

(a) for adjusting at least one of the target MS location estimates of the generated location hypotheses and related confidence values indicating the confidence given to each location estimate, wherein such adjusting uses archival information related to the accuracy of previously generated location hypotheses,

(b) for evaluating the location hypotheses according to various heuristics related to, for example, the radio coverage area **120** terrain, the laws of physics, characteristics of likely movement of the target MS **140**; and

(c) for determining a most likely location area for the target MS **140**, wherein the measurement of confidence associated with each input MS location area estimate is used for determining a "most likely location area"; and

(23.5) outputting a most likely target MS location estimate to one or more applications **146** (FIG. **5**) requesting an estimate of the location of the target MS **140**.

Location Hypothesis Data Representation

In order to describe how the steps (23.1) through (23.5) are performed in the sections below, some introductory remarks related to the data denoted above as location hypotheses will be helpful. Additionally, it will also be helpful to provide introductory remarks related to historical location data and the data base management programs associated therewith.

For each target MS location estimate generated and utilized by the present invention, the location estimate is provided in

38

a data structure (or object class) denoted as a "location hypothesis" (illustrated in Table LH-1). Although brief descriptions of the data fields for a location hypothesis is provided in the Table LH-1, many fields require additional explanation. Accordingly, location hypothesis data fields are further described as noted below.

TABLE LH-I

| | |
|---|---|
| FOM_ID | First order model ID (providing this Location Hypothesis); note, since it is possible for location hypotheses to be generated by other than the FOMs 1224, in general, this field identifies the module that generated this location hypothesis. |
| MS_ID | The identification of the target MS 140 to this location hypothesis applies. |
| pt_est | The most likely location point estimate of the target MS 140. |
| valid_pt | Boolean indicating the validity of "pt_est". |
| area_est | Location Area Estimate of the target MS 140 provided by the FOM. This area estimate will be used whenever "image_area" below is NULL. |
| valid_area | Boolean indicating the validity of "area_est" (one of "pt_est" and "area_est" must be valid). |
| adjust | Boolean (true if adjustments to the fields of this location hypothesis are to be performed in the Context adjuster Module). |
| pt_covering | Reference to a substantially minimal area (e.g., mesh cell) covering of "pt_est". Note, since this MS 140 may be substantially on a cell boundary, this covering may, in some cases, include more than one cell. |
| image_area | Reference to a substantially minimal area (e.g., mesh cell) covering of "pt_covering" (see detailed description of the function, "confidence_adjuster"). Note that if this field is not NULL, then this is the target MS location estimate used by the location center 142 instead of "area_est". |
| extrapolation_area | Reference to (if non-NULL) an extrapolated MS target estimate area provided by the location extrapolator submodule 1432 of the hypothesis analyzer 1332. That is, this field, if non-NULL, is an extrapolation of the "image_area" field if it exists, otherwise this field is an extrapolation of the "area_est" field. Note other extrapolation fields may also be provided depending on the embodiment of the present invention, such as an extrapolation of the "pt_covering". |
| confidence | A real value in the range [−1.0, +1.0] indicating a likelihood that the target MS 140 is in (or out) of a particular area. If positive: if "image_area" exists, then this is a measure of the likelihood that the target MS 140 is within the area represented by "image_area", or if "image_area" has not been computed (e.g., "adjust" is FALSE), then "area_est" must be valid and this is a measure of the likelihood that the target MS 140 is within the area represented by "area_est". If negative, then "area_est" must be valid and this is a measure of the likelihood that the target MS 140 is NOT in the area represented by "area_est". If it is zero (near zero), then the likelihood is unknown. |
| Original_Timestamp | Date and time that the location signature cluster (defined hereinbelow) for this location hypothesis was received by the signal processing subsystem 1220. |
| Active_Timestamp | Run-time field providing the time to which this location hypothesis has had its MS location estimate(s) extrapolated (in the location extrapolator 1432 of the hypothesis analyzer 1332). Note that this field is initialized with the value from the "Original_Timestamp" field. |
| Processing Tags and environmental categorizations | For indicating particular types of environmental classifications not readily determined by the "Original_Timestamp" field (e.g., weather, traffic), and restrictions on location hypothesis processing. |

US 7,764,231 B1

**39**

TABLE LH-1-continued

| loc__sig__cluster | Provides access to the collection of location signature signal characteristics derived from communications between the target MS 140 and the base station(s) detected by this MS (discussed in detail hereinbelow); in particular, the location data accessed here is provided to the first order models by the signal processing subsystem 1220; i.e., access to the "loc sigs" (received at "timestamp" regarding the location of the target MS) |
| descriptor | Original descriptor (from the First order model indicating why/how the Location Area Estimate and Confidence Value were determined). |

As can be seen in the Table LH-1, each location hypothesis data structure includes at least one measurement, denoted hereinafter as a confidence value (or simply confidence), that is a measurement of the perceived likelihood that an MS location estimate in the location hypothesis is an accurate location estimate of the target MS **140**. Since such confidence values are an important aspect of the present invention, much of the description and use of such confidence values are described below; however, a brief description is provided here. Each such confidence value is in the range −1.0 to 1.0, wherein the larger the value, the greater the perceived likelihood that the target MS **140** is in (or at) a corresponding MS location estimate of the location hypothesis to which the confidence value applies. As an aside, note that a location hypothesis may have more than one MS location estimate (as will be discussed in detail below) and the confidence value will typically only correspond or apply to one of the MS location estimates in the location hypothesis. Further, values for the confidence value field may be interpreted as: (a) −1.0 may be interpreted to mean that the target MS **140** is NOT in such a corresponding MS area estimate of the location hypothesis area, (b) 0 may be interpreted to mean that it is unknown as to the likelihood of whether the MS **140** is in the corresponding MS area estimate, and (c)+1.0 may be interpreted to mean that the MS **140** is perceived to positively be in the corresponding MS area estimate.

Additionally, note that it is within the scope of the present invention that the location hypothesis data structure may also include other related "perception" measurements related to a likelihood of the target MS **140** being in a particular MS location area estimate. For example, it is within the scope of the present invention to utilize measurements such as, (a) "sufficiency factors" for indicating the likelihood that an MS location estimate of a location hypothesis is sufficient for locating the target MS **140**; (b) "necessity factors" for indicating the necessity that the target MS be in an particular area estimate. However, to more easily describe the present invention, a single confidence field is used having the interpretation given above.

Additionally, in utilizing location hypotheses in, for example, the location evaluator **1228** as in (23.4) above, it is important to keep in mind that each location hypothesis confidence value is a relative measurement. That is, for confidences, $cf_1$ and $cf_2$, if $cf_1 <= cf_2$, then for a location hypotheses $H_1$ and $H_2$ having $cf_1$ and $cf_2$, respectively, the target MS **140** is expected to more likely reside in a target MS estimate of $H_2$ than a target MS estimate of $H_1$. Moreover, if an area, A, is such that it is included in a plurality of location hypothesis target MS estimates, then a confidence score, $CS_A$, can be assigned to A, wherein the confidence score for such an area is a function of the confidences (both positive and negative) for all the location hypotheses whose (most pertinent) target

**40**

MS location estimates contain A. That is, in order to determine a most likely target MS location area estimate for outputting from the location center **142**, a confidence score is determined for areas within the location center service area. More particularly, if a function, "f", is a function of the confidence(s) of location hypotheses, and f is a monotonic function in its parameters and $f(cf_1, cf_2, cf_3, \ldots, cf_N) = CS_A$ for confidences $cf_i$ of location hypotheses $H_i$, i=1, 2, . . . , N, with $CS_A$ contained in the area estimate for $H_i$, then "f" is denoted a confidence score function. Accordingly, there are many embodiments for a confidence score function f that may be utilized in computing confidence scores with the present invention; e.g.,

$$f(cf_1, cf_2, \ldots, cf_N) = \Sigma cf_i = CS_A; \qquad (a)$$

$$f(cf_1, cf_2, \ldots, cf_N) = \Sigma cf_i^n = CS_A, \; n=1, 3, 5, \ldots; \qquad (b)$$

$$f(cf_1, cf_2, \ldots, cf_N) = \Sigma(K_i * cf_i) = CS_A, \qquad (c)$$

wherein $K_i$, i=1, 2, . . . are positive system (tunable) constants (possibly dependent on environmental characteristics such as topography, time, date, traffic, weather, and/or the type of base station(s) **122** from which location signatures with the target MS **140** are being generated, etc.).

For the present description of the invention, the function f as defined in (c) immediately above is utilized. However, for obtaining a general understanding of the present invention, the simpler confidence score function of (a) may be more useful. It is important to note, though, that it is within the scope of the present invention to use other functions for the confidence score function.

Coverage Area: Area Types And Their Determination

The notion of "area type" as related to wireless signal transmission characteristics has been used in many investigations of radio signal transmission characteristics. Some investigators, when investigating such signal characteristics of areas have used somewhat naive area classifications such as urban, suburban, rural, etc. However, it is desirable for the purposes of the present invention to have a more operational definition of area types that is more closely associated with wireless signal transmission behaviors.

To describe embodiments of an area type scheme used in the present invention, some introductory remarks are first provided. Note that the wireless signal transmission behavior for an area depends on at least the following criteria:

(23.8.1) substantially invariant terrain characteristics (both natural and man-made) of the area; e.g., mountains, buildings, lakes, highways, bridges, building density;

(23.8.2) time varying environmental characteristics (both natural and man-made) of the area; e.g., foliage, traffic, weather, special events such as baseball games;

(23.8.3) wireless communication components or infrastructure in the area; e.g., the arrangement and signal communication characteristics of the base stations **122** in the area. Further, the antenna characteristics at the base stations **122** may be important criteria.

Accordingly, a description of wireless signal characteristics for determining area types could potentially include a characterization of wireless signaling attributes as they relate to each of the above criteria. Thus, an area type might be: hilly, treed, suburban, having no buildings above 50 feet, with base stations spaced apart by two miles. However, a categorization of area types is desired that is both more closely tied to the wireless signaling characteristics of the area, and is capable of being computed substantially automatically and repeatedly over time. Moreover, for a wireless location sys-

US 7,764,231 B1

41

tem, the primary wireless signaling characteristics for categorizing areas into at least minimally similar area types are: thermal noise and, more importantly, multipath characteristics (e.g., multipath fade and time delay).

Focusing for the moment on the multipath characteristics, it is believed that (23.8.1) and (23.8.3) immediately above are, in general, more important criteria for accurately locating an MS **140** than (23.8.2). That is, regarding (23.8.1), multipath tends to increase as the density of nearby vertical area changes increases. For example, multipath is particularly problematic where there is a high density of high rise buildings and/or where there are closely spaced geographic undulations. In both cases, the amount of change in vertical area per unit of area in a horizontal plane (for some horizontal reference plane) may be high. Regarding (23.8.3), the greater the density of base stations **122**, the less problematic multipath may become in locating an MS **140**. Moreover, the arrangement of the base stations **122** in the radio coverage area **120** in FIG. **4** may affect the amount and severity of multipath.

Accordingly, it would be desirable to have a method and system for straightforwardly determining area type classifications related to multipath, and in particular, multipath due to (23.8.1) and (23.8.3). The present invention provides such a determination by utilizing a novel notion of area type, hereinafter denoted "transmission area type" (or, "(transmission) area type" when both a generic area type classification scheme and the transmission area type discussed hereinafter are intended) for classifying "similar" areas, wherein each transmission area type class or category is intended to describe an area having at least minimally similar wireless signal transmission characteristics. That is, the novel transmission area type scheme of the present invention is based on: (a) the terrain area classifications; e.g., the terrain of an area surrounding a target MS **140**, (b) the configuration of base stations **122** in the radio coverage area **120**, and (c) characterizations of the wireless signal transmission paths between a target MS **140** location and the base stations **122**.

In one embodiment of a method and system for determining such (transmission) area type approximations, a partition (denoted hereinafter as $P_0$) is imposed upon the radio coverage area **120** for partitioning for radio coverage area into subareas, wherein each subarea is an estimate of an area having included MS **140** locations that are likely to have is at least a minimal amount of similarity in their wireless signaling characteristics. To obtain the partition $P_0$ of the radio coverage area **120**, the following steps are performed:

(23.8.4.1) Partition the radio coverage area **120** into subareas, wherein in each subarea is: (a) connected, (b) variations in the lengths of chords sectioning the subarea through the centroid of the subarea are below a predetermined threshold, (c) the subarea has an area below a predetermined value, and (d) for most locations (e.g., within a first or second standard deviation) within the subarea whose wireless signaling characteristics have been verified, it is likely (e.g., within a first or second standard deviation) that an MS **140** at one of these locations will detect (forward transmission path) and/or will be detected (reverse transmission path) by a same collection of base stations **122**. For example, in a CDMA context, a first such collection may be (for the forward transmission path) the active set of base stations **122**, or, the union of the active and candidate sets, or, the union of the active, candidate and/or remaining sets of base stations **122** detected by "most" MSs **140** in the subarea. Additionally (or alternatively), a second such collection may be the base stations **122** that are expected to detect

42

MSs **140** at locations within the subarea. Of course, the union or intersection of the first and second collections is also within the scope of the present invention for partitioning the radio coverage area **120** according to (d) above. It is worth noting that it is believed that base station **122** power levels will be substantially constant. However, even if this is not the case, one or more collections for (d) above may be determined empirically and/or by computationally simulating the power output of each base station **122** at a predetermined level. Moreover, it is also worth mentioning that this step is relatively straightforward to implement using the data stored in the location signature data base **1320** (i.e., the verified location signature clusters discussed in detail hereinbelow). Denote the resulting partition here as $P_1$.

(23.8.4.2) Partition the radio coverage area **120** into subareas, wherein each subarea appears to have substantially homogeneous terrain characteristics. Note, this may be performed periodically substantially automatically by scanning radio coverage area images obtained from aerial or satellite imaging. For example, Earth-Watch Inc. of Longmont, Colo. can provide geographic with 3 meter resolution from satellite imaging data. Denote the resulting partition here as $P_2$.

(23.8.4.3) Overlay both of the above partitions of the radio coverage area **120** to obtain new subareas that are intersections of the subareas from each of the above partitions. This new partition is $P_0$ (i.e., $P_0=P_1$ intersect $P_2$), and the subareas of it are denoted as "$P_0$ subareas".

Now assuming $P_0$ has been obtained, the subareas of $P_0$ are provided with a first classification or categorization as follows:

(23.8.4.4) Determine an area type categorization scheme for the subareas of $P_1$. For example, a subarea, A, of $P_1$, may be categorized or labeled according to the number of base stations **122** in each of the collections used in (23.8.4.1)(d) above for determining subareas of $P_1$. Thus, in one such categorization scheme, each category may correspond to a single number x (such as 3), wherein for a subarea, A, of this category, there is a group of x (e.g., three) base stations **122** that are expected to be detected by a most target MSs **140** in the area A. Other embodiments are also possible, such as a categorization scheme wherein each category may correspond to a triple: of numbers such as (5, 2, 1), wherein for a subarea A of this category, there is a common group of 5 base stations **122** with two-way signal detection expected with most locations (e.g., within a first or second deviation) within A, there are 2 base stations that are expected to be detected by a target MS **140** in A but these base stations can not detect the target MS, and there is one base station **122** that is expected to be able to detect a target MS in A but not be detected.

(23.8.4.5) Determine an area type categorization scheme for the subareas of $P_2$. Note that the subareas of $P_2$ may be categorized according to their similarities. In one embodiment, such categories may be somewhat similar to the naive area types mentioned above (e.g., dense urban, urban, suburban, rural, mountain, etc.). However, it is also an aspect of the present invention that more precise categorizations may be used, such as a category for all areas having between 20,000 and 30,000 square feet of vertical area change per 11,000 square feet of horizontal area and also having a high traffic volume (such a category likely corresponding to a "moderately dense urban" area type).

43

(23.8.4.6) Categorize subareas of $P_0$ with a categorization scheme denoted the "$P_0$ categorization," wherein for each $P_0$ subarea, A, of $P_0$ a "$P_0$ area type" is determined for A according to the following substep(s):

(a) Categorize A by the two categories from (23.8.4.4) and (23.8.5) with which it is identified. Thus, A is categorized (in a corresponding $P_0$ area type) both according to its terrain and the base station infrastructure configuration in the radio coverage area 120.

(23.8.4.7) For each $P_0$ subarea, A, of $P_0$ perform the following step(s):

(a) Determine a centroid, C(A), for A;

(b) Determine an approximation to a wireless transmission path between C(A) and each base station 122 of a predetermined group of base stations expected to be in (one and/or two-way) signal communication with most target MS 140 locations in A. For example, one such approximation is a straight line between C(A) and each of the base stations 122 in the group. However, other such approximations are within the scope of the present invention, such as, a generally triangular shaped area as the transmission path, wherein a first vertex of this area is at the corresponding base station for the transmission path, and the sides of the generally triangular shaped defining the first vertex have a smallest angle between them that allows A to be completely between these sides.

(c) For each base station 122, $BS_i$, in the group mentioned in (b) above, create an empty list, $BS_i$-list, and put on this list at least the $P_0$ area types for the "significant" $P_0$ subareas crossed by the transmission path between C(A) and $BS_i$. Note that "significant" $P_0$ subareas may be defined as, for example, the $P_0$ subareas through which at least a minimal length of the transmission path traverses. Alternatively, such "significant" $P_0$ subareas may be defined as those $P_0$ subareas that additionally are known or expected to generate substantial multipath.

(d) Assign as the transmission area type for A the collection of $BS_i$-lists. Thus, any other $P_0$ subarea having the same (or substantially similar) collection of lists of $P_0$ area types may be viewed as having approximately the same radio transmission characteristics.

Note that other transmission signal characteristics may be incorporated into the transmission area types. For example, thermal noise characteristics may be included by providing a third radio coverage area 120 partition, $P_3$, in addition to partitions of $P_1$ and $P_2$ generated in (23.8.4.1) and (23.8.4.2) respectively. Moreover, the time varying characteristics of (23.8.2) may be incorporated in the transmission area type frame work by generating multiple versions of the transmission area types such that the transmission area type for a given subarea of $P_0$ may change depending on the combination of time varying environmental characteristics to be considered in the transmission area types. For instance, to account for seasonality, four versions of the partitions $P_1$ and $P_2$ may be generated, one for each of the seasons, and subsequently generate a (potentially) different partition $P_0$ for each season. Further, the type and/or characteristics of base station 122 antennas may also be included in an embodiment of the transmission area type.

Accordingly, in one embodiment of the present invention, whenever the term "area type" is used hereinbelow, transmission area types as described hereinabove are intended.

44

Location Information Data Bases And Data

Location Data Bases Introduction

It is an aspect of the present invention that MS location processing performed by the location center 142 should become increasingly better at locating a target MS 140 both by (a) building an increasingly more detailed model of the signal characteristics of locations in the service area for the present invention, and also (b) by providing capabilities for the location center processing to adapt to environmental changes.

One way these aspects of the present invention are realized is by providing one or more data base management systems and data bases for:

(a) storing and associating wireless MS signal characteristics with known locations of MSs 140 used in providing the signal characteristics. Such stored associations may not only provide an increasingly better model of the signal characteristics of the geography of the service area, but also provide an increasingly better model of more changeable signal characteristic affecting environmental factors such as weather, seasons, and/or traffic patterns;

(b) adaptively updating the signal characteristic data stored so that it reflects changes in the environment of the service area such as, for example, a new high rise building or a new highway.

Referring again to FIG. 5 of the collective representation of these data bases is the location information data bases 1232. Included among these data bases is a data base for providing training and/or calibration data to one or more trainable/calibratable FOMs 1224, as well as an archival data base for archiving historical MS location information related to the performance of the FOMs. These data bases will be discussed as necessary hereinbelow. However, a further brief introduction to the archival data base is provided here. Accordingly, the term, "location signature data base" is used hereinafter to denote the archival data base and/or data base management system depending on the context of the discussion. The location signature data base (shown in, for example, FIG. 6 and labeled 1320) is a repository for wireless signal characteristic data derived from wireless signal communications between an MS 140 and one or more base stations 122, wherein the corresponding location of the MS 140 is known and also stored in the location signature data base 1320. More particularly, the location signature data base 1320 associates each such known MS location with the wireless signal characteristic data derived from wireless signal communications between the MS 140 and one or more base stations 122 at this MS location. Accordingly, it is an aspect of the present invention to utilize such historical MS signal location data for enhancing the correctness and/or confidence of certain location hypotheses as will be described in detail in other sections below.

Data Representations for the Location Signature Data Base

There are four fundamental entity types (or object classes in an object oriented programming paradigm) utilized in the location signature data base 1320. Briefly, these data entities are described in the items (24.1) through (24.4) that follow:

(24.1) (verified) location signatures: Each such (verified) location signature describes the wireless signal characteristic measurements between a given base station (e.g., BS 122 or LBS 152) and an MS 140 at a (verified or known) location associated with the (verified) location signature. That is, a verified location signature corresponds to a location whose coordinates such as latitude-longitude coordinates are known, while simply a location signature may have a known

US 7,764,231 B1

45

or unknown location corresponding with it. Note that the term (verified) location signature is also denoted by the abbreviation, "(verified) loc sig" hereinbelow;

(24.2) (verified) location signature clusters: Each such (verified) location signature cluster includes a collection of(verified) location signatures corresponding to all the location signatures between a target MS **140** at a (possibly verified) presumed substantially stationary location and each BS (e.g., **122** or **152**) from which the target MS **140** can detect the BS's pilot channel regardless of the classification of the BS in the target MS (i.e., for CDMA, regardless of whether a BS is in the MS's active, candidate or remaining base station sets, as one skilled in the art will understand). Note that for simplicity here, it is presumed that each location signature cluster has a single fixed primary base station to which the target MS **140** synchronizes or obtains its timing;

(24.3) "composite location objects (or entities)": Each such entity is a more general entity than the verified location signature cluster. An object of this type is a collection of (verified) location signatures that are associated with the same MS **140** at substantially the same location at the same time and each such loc sig is associated with a different base station. However, there is no requirement that a loc sig from each BS **122** for which the MS **140** can detect the BS's pilot channel is included in the "composite location object (or entity)"; and

(24.4) MS location estimation data that includes MS location estimates output by one or more MS location estimating first order models **1224**, such MS location estimate data is described in detail hereinbelow.

It is important to note that a loc sig is, in one embodiment, an instance of the data structure containing the signal characteristic measurements output by the signal filtering and normalizing subsystem also denoted as the signal processing subsystem **1220** describing the signals between: (i) a specific base station **122** (BS) and (ii) a mobile station **140** (MS), wherein the BS's location is known and the MS's location is assumed to be substantially constant (during a 2-5 second interval in one embodiment of the present invention), during communication with the MS **140** for obtaining a single instance of loc sig data, although the MS location may or may not be known. Further, for notational purposes, the BS **122** and the MS **140** for a loc sig hereinafter will be denoted the "BS associated with the loc sig", and the "MS associated with the loc sig" respectively. Moreover, the location of the MS **140** at the time the loc sig data is obtained will be denoted the "location associated with the loc sig" (this location possibly being unknown).

In particular, for each (verified) loc sig includes the following:

(25.1) MS_type: the make and model of the target MS **140** associated with a location signature instantiation; note that the type of MS **140** can also be derived from this entry; e.g., whether MS **140** is a handset MS, car-set MS, or an MS for location only. Note as an aside, for at least CDMA, the type of MS **140** provides information as to the number of fingers that may be measured by the MS, as one skilled in the will appreciate.

(25.2) BS_id: an identification of the base station **122** (or, location base station **152**) communicating with the target MS;

(25.3) MS_loc: a representation of a geographic location (e.g., latitude-longitude) or area representing a verified/known MS location where signal characteristics between the associated (location) base station and MS **140** were received. That is, if the "verified_flag" attribute (discussed

46

below) is TRUE, then this attribute includes an estimated location of the target MS. If verified_flag is FALSE, then this attribute has a value indicating "location unknown".

Note "MS_loc" may include the following two subfields:
   an area within which the target MS is presumed to be, and a point location (e.g., a latitude and longitude pair) where the target MS is presumed to be (in one embodiment this is the centroid of the area);

(25.4) verified_flag: a flag for determining whether the loc sig has been verified; i.e., the value here is TRUE if a location of MS_loc has been verified, FALSE otherwise. Note, if this field is TRUE (i.e., the loc sig is verified), then the base station identified by BS_id is the current primary base station for the target MS;

(25.5) confidence: a value indicating how consistent this loc sig is with other loc sigs in the location signature data base **1320**; the value for this entry is in the range [0,1] with 0 corresponding to the lowest (i.e., no) confidence and 1 corresponding to the highest confidence. That is, the confidence factor is used for determining how consistent the loc sig is with other "similar" verified loc sigs in the location signature data base **1320**, wherein the greater the confidence value, the better the consistency with other loc sigs in the data base. Note that similarity in this context may be operationalized by at least designating a geographic proximity of a loc sig in which to determine if it is similar to other loc sigs in this designated geographic proximity and/or area type (e.g., transmission area type as elsewhere herein). Thus, environmental characteristics may also be used in determining similarities such as: similar time of occurrence (e.g., of day, and/or of month), similar weather (e.g., snowing, raining, etc.). Note, these latter characteristics are different from the notion of geographic proximity since proximity may be only a distance measurement about a location. Note also that a loc sig having a confidence factor value below a predetermined threshold may not be used in evaluating MS location hypotheses generated by the FOMs **1224**.

(25.6) timestamp: the time and date the loc sig was received by the associated base station of BS_id;

(25.7) signal topography characteristics: In one embodiment, the signal topography characteristics retained can be represented as characteristics of at least a two-dimensional generated surface. That is, such a surface is generated by the signal processing subsystem **1220** from signal characteristics accumulated over (a relatively short) time interval. For example, in the two-dimensional surface case, the dimensions for the generated surface may be, for example, signal strength and time delay. That is, the accumulations over a brief time interval of signal characteristic measurements between the BS **122** and the MS **140** (associated with the loc sig) may be classified according to the two signal characteristic dimensions (e.g., signal strength and corresponding time delay). That is, by sampling the signal characteristics and classifying the samples according to a mesh of discrete cells or bins, wherein each cell corresponds to a different range of signal strengths and time delays a tally of the number of samples falling in the range of each cell can be maintained. Accordingly, for each cell, its corresponding tally may be interpreted as height of the cell, so that when the heights of all cells are considered, an undulating or mountainous surface is provided. In particular, for a cell mesh of appropriate fineness, the "mountainous surface", is believed to, under most circumstances, provide a contour that is substantially unique to the location of the target MS **140**. Note that in one embodiment, the signal samples are typically obtained throughout a predetermined signal sam-

US 7,764,231 B1

47

pling time interval of 2-5 seconds as is discussed elsewhere in this specification. In particular, the signal topography characteristics retained for a loc sig include certain topographical characteristics of such a generated mountainous surface. For example, each loc sig may include: for each local maximum (of the loc sig surface) above a predetermined noise ceiling threshold, the (signal strength, time delay) coordinates of the cell of the local maximum and the corresponding height of the local maximum. Additionally, certain gradients may also be included for characterizing the "steepness" of the surface mountains. Moreover, note that in some embodiments, a frequency may also be associated with each local maximum. Thus, the data retained for each selected local maximum can include a quadruple of signal strength, time delay, height and frequency. Further note that the data types here may vary. However, for simplicity, in parts of the description of loc sig processing related to the signal characteristics here, it is assumed that the signal characteristic topography data structure here is a vector;

(25.8) quality_obj: signal quality (or error) measurements, e.g., Eb/No values, as one skilled in the art will understand;

(25.9) noise_ceiling noise ceiling values used in the initial filtering of noise from the signal topography characteristics as provided by the signal processing subsystem 1220;

(25.10) power_level: power levels of the base station (e.g., 122 or 152) and MS 140 for the signal measurements;

(25.11) timing error an estimated (or maximum) timing error between the present (associated) BS (e.g., an infrastructure base station 122 or a location base station 152) detecting the target MS 140 and the current primary BS 122 for the target MS 140. Note that if the BS 122 associated with the loc sig is the primary base station, then the value here will be zero;

(25.12) cluster_ptr: a pointer to the location signature composite entity to which this loc si belongs.

(25.13) repeatable: TRUE iff the loc sig is "repeatable" (as described hereinafter), FALSE otherwise. Note that each verified loc sig is designated as either "repeatable" or "random". A loc sig is repeatable if the (verified/known) location associated with the loc sig is such that signal characteristic measurements between the associated BS 122 and this MS can be either replaced at periodic time intervals, or updated substantially on demand by most recent signal characteristic measurements between the associated base station and the associated MS 140 (or a comparable MS) at the verified/known location. Repeatable loc sigs may be, for example, provided by stationary or fixed location MSs 140 (e.g., fixed location transceivers) distributed within certain areas of a geographical region serviced by the location center 142 for providing MS location estimates. That is, it is an aspect of the present invention that each such stationary MS 140 can be contacted by the location center 142 (via the base stations of the wireless infrastructure) at substantially any time for providing a new collection (i.e., cluster) of wireless signal characteristics to be associated with the verified location for the transceiver. Alternatively, repeatable loc sigs may be obtained by, for example, obtaining location signal measurements manually from workers who regularly traverse a predetermined route through some portion of the radio coverage area; i.e., postal workers.

A loc sig is random if the loc sig is not repeatable. Random loc sigs are obtained, for example, from verifying a previously unknown target MS location once the MS 140 has been located. Such verifications may be accomplished by, for example, a vehicle having one or more

48

location verifying devices such as a GPS receiver and/or a manual location input capability becoming sufficiently close to the located target MS 140 so that the location of the vehicle may be associated with the wireless signal characteristics of the MS 140. Vehicles having such location detection devices may include: (a) vehicles that travel to locations that are primarily for another purpose than to verify loc sigs, e.g., police cars, ambulances, fire trucks, rescue units, courier services and taxis; and/or (b) vehicles whose primary purpose is to verify loc sigs; e.g., location signal calibration vehicles. Additionally, vehicles having both wireless transceivers and location verifying devices may provide the location center 142 with random loc sigs. Note, a repeatable loc sig may become a random loc sig if an MS 140 at the location associated with the loc sig becomes undetectable such as, for example, when the MS 140 is removed from its verified location and therefore the loc sig for the location can not be readily updated.

Additionally, note that at least in one embodiment of the signal topography characteristics (25.7) above, such a first surface may be generated for the (forward) signals from the base station 122 to the target MS 140 and a second such surface may be generated for (or alternatively, the first surface may be enhanced by increasing its dimensionality with) the signals from the MS 140 to the base station 122 (denoted the reverse signals).

Additionally, in some embodiments the location hypothesis may include an estimated error as a measurement of perceived accuracy in addition to or as a substitute for the confidence field discussed hereinabove. Moreover, location hypotheses may also include a text field for providing a reason for the values of one or more of the location hypothesis fields. For example, this text field may provide a reason as to why the confidence value is low, or provide an indication that the wireless signal measurements used had a low signal to noise ratio.

Loc sigs have the following functions or object methods associated therewith:

(26.1) A "normalization" method for normalizing loc sig data according to the associated MS 140 and/or BS 122 signal processing and generating characteristics. That is, the signal processing subsystem 1220, one embodiment being described in the PCT patent application PCT/US97/15933, titled, "Wireless Location Using A Plurality of Commercial Network Infrastructures," by F. W. LeBlanc and the present inventors, filed Sep. 8, 1997 (which has a U.S. national filing that is now U.S. Pat. No. 6,236,365, filed Jul. 8, 1999, note, both PCT/US97/15933 and U.S. Pat. No. 6,236,365 are incorporated fully by reference herein) provides (methods for loc sig objects) for "normalizing" each loc sig so that variations in signal characteristics resulting from variations in (for example) MS signal processing and generating characteristics of different types of MS's may be reduced. In particular, since wireless network designers are typically designing networks for effective use of hand set MS's 140 having a substantially common minimum set of performance characteristics, the normalization methods provided here transform the loc sig data so that it appears as though the loc sig was provided by a common hand set MS 140. However, other methods may also be provided to "normalize" a loc sig so that it may be compared with loc sigs obtained from other types of MS's as well. Note that such normalization techniques include, for example, interpolating and extrapolating according to power levels so that loc sigs may be normalized to the same power level for, e.g., comparison purposes.

US 7,764,231 B1

49

Normalization for the BS **122** associated with a loc sig is similar to the normalization for MS signal processing and generating characteristics. Just as with the MS normalization, the signal processing subsystem **1220** provides a loc sig method for "normalizing" loc sigs according to base station signal processing and generating characteristics.

Note, however, loc sigs stored in the location signature data base **1320** are NOT "normalized" according to either MS or BS signal processing and generating characteristics. That is, "raw" values of the wireless signal characteristics are stored with each loc sig in the location signature data base **1320**.

(26.2) A method for determining the "area type" corresponding to the signal transmission characteristics of the area(s) between the associated BS **122** and the associated MS **140** location for the loc sig. Note, such an area type may be designated by, for example, the techniques for determining transmission area types as described hereinabove.

(26.3) Other methods are contemplated for determining additional environmental characteristics of the geographical area between the associated BS **122** and the associated MS **140** location for the loc sig; e.g., a noise value indicating the amount of noise likely in such an area.

Referring now to the composite location objects and verified location signature clusters of (24.3) and (24.2) respectively, the following information is contained in these aggregation objects:

(27.1.1) an identification of the BS **122** designated as the primary base station for communicating with the target MS **140**;

(27.1.2) a reference to each loc sig in the location signature data base **1320** that is for the same MS location at substantially the same time with the primary BS as identified in (27.1);

(27.1.3) an identification of each base station (e.g., **122** and **152**) that can be detected by the MS **140** at the time the location signal measurements are obtained. Note that in one embodiment, each composite location object includes a bit string having a corresponding bit for each base station, wherein a "1" for such a bit indicates that the corresponding base station was identified by the MS, and a "0" indicates that the base station was not identified. In an alternative embodiment, additional location signal measurements may also be included from other non-primary base stations. For example, the target MS **140** may communicate with other base stations than it's primary base station. However, since the timing for the MS **140** is typically derived from it's primary base station and since timing synchronization between base stations is not exact (e.g., in the case of CDMA, timing variations may be plus or minus 1 microsecond) at least some of the location signal measurements may be less reliable that the measurements from the primary base station, unless a forced hand-off technique is used to eliminate system timing errors among relevant base stations;

(27.1.4) a completeness designation that indicates whether any loc sigs for the composite location object have been removed from (or invalidated in) the location signature data base **1320**.

Note, a verified composite location object is designated as "incomplete" if a loc sig initially referenced by the verified composite location object is deleted from the location signature data base **1320** (e.g., because of a confidence that is too low). Further note that if all loc sigs for a composite location object are deleted, then the composite object is also deleted from the location signature data base **1320**. Also note that common fields between loc sigs referenced by the same com-

50

posite location object may be provided in the composite location object only (e.g., timestamp, etc.).

Accordingly, a composite location object that is complete (i.e., not incomplete) is a verified location signature cluster as described in (24.2).

Location Center Architecture

Overview of Location Center functional Components

FIG. **5** presents a high level diagram of the location center **142** and the location engine **139** in the context of the infrastructure for the entire location system of the present invention.

It is important to note that the architecture for the location center **142** and the location engine **139** provided by the present invention is designed for extensibility and flexibility so that MS **140** location accuracy and reliability may be enhanced as further location data become available and as enhanced MS location techniques become available. In addressing the design goals of extensibility and flexibility, the high level architecture for generating and processing MS location estimates may be considered as divided into the following high level functional groups described hereinbelow.

Low Level Wireless Signal Processing Subsystem for Receiving and Conditioning Wireless Signal Measurements

A first functional group of location engine **139** modules is for performing signal processing and filtering of MS location signal data received from a conventional wireless (e.g., CDMA) infrastructure, as discussed in the steps (23.1) and (23.2) above. This group is denoted the signal processing subsystem **1220** herein. One embodiment of such a subsystem is described in the PCT patent application titled, "Wireless Location Using A Plurality of Commercial Network Infrastructures," by F. W. LeBlanc and the present inventors.

Initial Location Estimators: First Order Models

A second functional group of location engine **139** modules is for generating various target MS **140** location initial estimates, as described in step (23.3). Accordingly, the modules here use input provided by the signal processing subsystem **1220**. This second functional group includes one or more signal analysis modules or models, each hereinafter denoted as a first order model **1224** (FOM), for generating location hypotheses for a target MS **140** to be located. Note that it is intended that each such FOM **1224** use a different technique for determining a location area estimate for the target MS **140**. A brief description of some types of first order models is provided immediately below. Note that FIG. **8** illustrates another, more detailed view of the location system for the present invention. In particular, this figure illustrates some of the FOMs **1224** contemplated by the present invention, and additionally illustrates the primary communications with other modules of the location system for the present invention. However, it is important to note that the present invention is not limited to the FOMs **1224** shown and discussed herein. That is, it is a primary aspect of the present invention to easily incorporate FOMs using other signal processing and/or computational location estimating techniques than those presented herein. Further, note that each FOM type may have a plurality of its models incorporated into an embodiment of the present invention.

For example, (as will be described in further detail below), one such type of model or FOM **1224** (hereinafter models of this type are referred to as "distance models") may be based on a range or distance computation and/or on a base station signal reception angle determination between the target MS

51

140 from each of one or more base stations. Basically, such distance models 1224 determine a location estimate of the target MS 140 by determining a distance offset from each of one or more base stations 122, possibly in a particular direction from each (some) of the base stations, so that an intersection of each area locus defined by the base station offsets may provide an estimate of the location of the target MS. Distance model FOMs 1224 may compute such offsets based on:

(a) signal timing measurements between the target mobile station 140 and one or more base stations 122; e.g., timing measurements such as time difference of arrival (TDOA), or time of arrival (TOA). Note that both forward and reverse signal path timing measurements may be utilized;

(b) signal strength measurements (e.g., relative to power control settings of the MS 140 and/or one or more BS 122); and/or

(c) signal angle of arrival measurements, or ranges thereof, at one or more base stations 122 (such angles and/or angular ranges provided by, e.g., base station antenna sectors having angular ranges of 120° or 60°, or, so called "SMART antennas" with variable angular transmission ranges of 2° to 120°).

Accordingly, a distance model may utilize triangulation or trilateration to compute a location hypothesis having either an area location or a point location for an estimate of the target MS 140. Additionally, in some embodiments location hypothesis may include an estimated error

In one embodiment, such a distance model may perform the following steps:

(a) Determines a minimum distance between the target MS and each BS using TOA, TDOA, signal strength on both forward and reverse paths;

(b) Generates an estimated error;

(c) Outputs a location hypothesis for estimating a location of a MS: each such hypothesis having: (i) one or more (nested) location area estimates for the MS, each location estimate having a confidence value (e.g., provided using the estimated error) indicating a perceived accuracy, and (ii) a reason for both the location estimate (e.g., substantial multipath, etc) and the confidence.

Another type of FOM 1224 is a statistically based first order model 1224, wherein a statistical technique, such as regression techniques (e.g., least squares, partial least squares, principle decomposition), or e.g., Bollenger Bands (e.g., for computing minimum and maximum base station offsets). In general, models of this type output location hypotheses that are determined by performing one or more statistical techniques or comparisons between the verified location signatures in location signature data base 1320, and the wireless signal measurements from a target MS. Models of this type are also referred to hereinafter as a "stochastic signal (first order) model" or a "stochastic FOM" or a "statistical model."

In one embodiment, such a stochastic signal model may output location hypotheses determined by one or more statistical comparisons with loc sigs in the Location Signature database 1320 (e.g., comparing MS location signals with verified signal characteristics for predetermined geographical areas).

Still another type of FOM 1224 is an adaptive learning model, such as an artificial neural net or a genetic algorithm, wherein the FOM may be trained to recognize or associate each of a plurality of locations with a corresponding set of signal characteristics for communications between the target

52

MS 140 (at the location) and the base stations 122. Moreover, typically such a FOM is expected to accurately interpolate/ extrapolate target MS 140 location estimates from a set of signal characteristics from an unknown target MS 140 location. Models of this type are also referred to hereinafter variously as "artificial neural net models" or "neural net models" or "trainable models" or "learning models." Note that a related type of FOM 1224 is based on pattern recognition. These FOMs can recognize patterns in the signal characteristics of communications between the target MS 140 (at the location) and the base stations 122 and thereby estimate a location area of the target MS. However, such FOMs may not be trainable.

In one embodiment, an adaptive learning model such as a model based on an artificial neural network may determine an MS 140 location estimate using base station IDs, data on signal-to-noise, other signal data (e.g., a number of signal characteristics including, e.g., all CDMA fingers). Moreover, the output from such a model may include: a latitude and longitude for a center of a circle having radius R (R may be an input to such an artificial neural network), and is in the output format of the distance model(s).

Yet another type of FOM 1224 can be based on a collection of dispersed low power, low cost fixed location wireless transceivers (also denoted "location base stations 152" hereinabove) that are provided for detecting a target MS 140 in areas where, e.g., there is insufficient base station 122 infrastructure coverage for providing a desired level of MS 140 location accuracy. For example, it may uneconomical to provide high traffic wireless voice coverage of a typical wireless base station 122 in a nature preserve or at a fair ground that is only populated a few days out of the year. However, if such low cost location base stations 152 can be directed to activate and deactivate via the direction of a FOM 1224 of the present type, then these location base stations can be used to both locate a target MS 140 and also provide indications of where the target MS is not. For example, if there are location base stations 152 populating an area where the target MS 140 is presumed to be, then by activating these location base stations 152, evidence may be obtained as to whether or not the target MS is actually in the area; e.g., if the target MS 140 is detected by a location base station 152, then a corresponding location hypothesis having a location estimate corresponding to the coverage area of the location base station may have a very high confidence value. Alternatively, if the target MS 140 is not detected by a location base station 152, then a corresponding location hypothesis having a location estimate corresponding to the coverage area of the location base station may have a very low confidence value. Models of this type are referred to hereinafter as "location base station models."

In one embodiment, such a location base station model may perform the following steps:

(a) If an input is received then the target MS 140 is detected by a location base station 152 (i.e., a LBS being a unit having a reduced power BS and a MS).

(b) If an input is obtained, then the output is a hypothesis data structure having a small area of the highest confidence.

(c) If no input is received from a LBS then a hypothesis having an area with highest negative confidence is output.

Yet another type of FOM 1224 can be based on input from a mobile base station 148, wherein location hypotheses may be generated from target MS 140 location data received from the mobile base station 148. In one embodiment, such a mobile base station model may provide output similar to the distance FOM 1224 described hereinabove.

US 7,764,231 B1

53

Still other types of FOM **1224** can be based on various techniques for recognizing wireless signal measurement patterns and associating particular patterns with locations in the coverage area **120**. For example, artificial neural networks or other learning models can used as the basis for various FOMs.

Note that the FOM types mentioned here as well as other FOM types are discussed in detail hereinbelow. Moreover, it is important to keep in mind that a novel aspect of the present invention is the simultaneous use or activation of a potentially large number of such first order models **1224**, wherein such FOMs are not limited to those described herein. Thus, the present invention provides a framework for incorporating MS location estimators to be subsequently provided as new FOMs in a straightforward manner. For example, a FOM **1224** based on wireless signal time delay measurements from a distributed antenna system **168** for wireless communication may be incorporated into the present invention for locating a target MS **140** in an enclosed area serviced by the distributed antenna system (such a FOM is more fully described in the U.S. Pat. No. 6,236,365 filed Jul. 8, 1999 which is incorporated fully by reference herein). Accordingly, by using such a distributed antenna FOM **1224** (FIG. **8(1)**), the present invention may determine the floor of a multi-story building from which a target MS is transmitting. Thus, MSs **140** can be located in three dimensions using such a distributed antenna FOM **1224**.

In one embodiment, such a distributed antenna model may perform the following steps:

(a) Receives input only from a distributed antenna system.

(b) If an input is received, then the output includes a lat-long and height of highest confidence.

Additionally, FOMs **1224** for detecting certain registration changes within, for example, a public switched telephone network **124** can also be used for locating a target MS **140**. For example, for some MSs **140** there may be an associated or dedicated device for each such MS that allows the MS to function as a cordless phone to a line based telephone network when the device detects that the MS is within signaling range. In one use of such a device (also denoted herein as a "home base station"), the device registers with a home location register of the public switched telephone network **124** when there is a status change such as from not detecting the corresponding MS to detecting the MS, or visa versa, as one skilled in the art will understand. Accordingly, by providing a FOM **1224** (denoted the "Home Base Station First Order Model" in FIG. **8(1)**) that accesses the MS status in the home location register, the location engine **139** can determine whether the MS is within signaling range of the home base station or not, and generate location hypotheses accordingly.

In one embodiment, such a home base station model may perform the following steps:

(a) Receives an input only from the Public Telephone Switching Network.

(b) If an input is received then the target MS **140** is detected by a home base station associated with the target MS.

(c) If an input is obtained, then the output is a hypothesis data structure having a small area of the highest confidence.

(d) If no input and there is a home base station then a hypothesis having a negative area is of highest confidence is output.

Moreover, other FOMs based on, for example, chaos theory and/or fractal theory are also within the scope of the present invention.

54

It is important to note the following aspects of the present invention relating to FOMs **1224**:

(28.1) Each such first order model **1224** may be relatively easily incorporated into and/or removed from the present invention. For example, assuming that the signal processing subsystem **1220** provides uniform input interface to the FOMs, and there is a uniform FOM output interface, it is believed that a large majority (if not substantially all) viable MS location estimation strategies may be accommodated. Thus, it is straightforward to add or delete such FOMs **1224**.

(28.2) Each such first order model **1224** may be relatively simple and still provide significant MS **140** locating functionality and predictability. For example, much of what is believed to be common or generic MS location processing has been coalesced into, for example: a location hypothesis evaluation subsystem, denoted the hypotheses evaluator **1228** and described immediately below. Thus, the present invention is modular and extensible such that, for example, (and importantly) different first order models **1224** may be utilized depending on the signal transmission characteristics of the geographic region serviced by an embodiment of the present invention. Thus, a simple configuration of the present invention may have a small number of FOMs **1224** for a simple wireless signal environment (e.g., flat terrain, no urban canyons and low population density). Alternatively, for complex wireless signal environments such as in cities like San Francisco, Tokyo or New York, a large number of FOMs **1224** may be simultaneously utilized for generating MS location hypotheses.

An Introduction to an Evaluator for Location Hypotheses: Hypothesis Evaluator

A third functional group of location engine **139** modules evaluates location hypotheses output by the first order models **1224** and thereby provides a "most likely" target MS location estimate. The modules for this functional group are collectively denoted the hypothesis evaluator **1228**.

Hypothesis Evaluator Introduction

A primary purpose of the hypothesis evaluator **1228** is to mitigate conflicts and ambiguities related to location hypotheses output by the first order models **1224** and thereby output a "most likely" estimate of an MS for which there is a request for it to be located. In providing this capability, there are various related embodiments of the hypothesis evaluator that are within the scope of the present invention. Since each location hypothesis includes both an MS location area estimate and a corresponding confidence value indicating a perceived confidence or likelihood of the target MS being within the corresponding location area estimate, there is a monotonic relationship between MS location area estimates and confidence values. That is, by increasing an MS location area estimate, the corresponding confidence value may also be increased (in an extreme case, the location area estimate could be the entire coverage area **120** and thus the confidence value may likely correspond to the highest level of certainty; i.e., +1.0). Accordingly, given a target MS location area estimate (of a location hypothesis), an adjustment to its accuracy may be performed by adjusting the MS location area estimate and/or the corresponding confidence value. Thus, if the confidence value is, for example, excessively low then the area estimate may be increased as a technique for increasing the confidence value. Alternatively, if the estimated area is excessively large, and there is flexibility in the corresponding confidence value, then the estimated area may be decreased and the confidence value also decreased. Thus, if at some point in the processing of a location hypothesis, if the location

US 7,764,231 B1

55

hypothesis is judged to be more (less) accurate than initially determined, then (i) the confidence value of the location hypothesis can be increased (decreased), and/or (ii) the MS location area estimate can be decreased (increased).

In a first class of embodiments, the hypothesis evaluator **1228** evaluates location hypotheses and adjusts or modifies only their confidence values for MS location area estimates and subsequently uses these MS location estimates with the adjusted confidence values for determining a "most likely" MS location estimate for outputting. Accordingly, the MS location area estimates are not substantially modified. Alternatively, in a second class of embodiments for the hypothesis evaluator **1228**, MS location area estimates can be adjusted while confidence values remain substantially fixed. Of course, hybrids between the first two embodiments can also be provided. Note that the present embodiment provided herein adjusts both the areas and the confidence values.

More particularly, the hypothesis evaluator **1228** may perform any or most of the following tasks:

(30.1) it utilizes environmental information to improve and reconcile location hypotheses supplied by the first order models **1224**. A basic premise in this context is that the accuracy of the individual first order models may be affected by various environmental factors such as, for example, the season of the year, the time of day, the weather conditions, the presence of buildings, base station failures, etc.;

(30.2) it enhances the accuracy of an initial location hypothesis generated by a FOM by using the initial location hypothesis as, essentially, a query or index into the location signature data base **1320** for obtaining a corresponding enhanced location hypothesis, wherein the enhanced location hypothesis has both an adjusted target MS location area estimate and an adjusted confidence based on past performance of the FOM in the location service surrounding the target MS location estimate of the initial location hypothesis;

(30.3) it determines how well the associated signal characteristics used for locating a target MS compare with particular verified loc sigs stored in the location signature data base **1320** (see the location signature data base section for further discussion regarding this aspect of the invention). That is, for a given location hypothesis, verified loc sigs (which were previously obtained from one or more verified locations of one or more MS's) are retrieved for an area corresponding to the location area estimate of the location hypothesis, and the signal characteristics of these verified loc sigs are compared with the signal characteristics used to generate the location hypothesis for determining their similarities and subsequently an adjustment to the confidence of the location hypothesis (and/or the size of the location area estimate);

(30.4) the hypothesis evaluator **1228** determines if (or how well) such location hypotheses are consistent with well known physical constraints such as the laws of physics. For example, if the difference between a previous (most likely) location estimate of a target MS and a location estimate by a current location hypothesis requires the MS to:

(a1) move at an unreasonably high rate of speed (e.g., 200 mph), or

(b1) move at an unreasonably high rate of speed for an area (e.g., 80 mph in a corn patch), or

(c1) make unreasonably sharp velocity changes (e.g., from 60 mph in one direction to 60 mph in the opposite direction in 4 sec), then the confidence in the current Location Hypothesis is likely to be reduced.

56

Alternatively, if for example, the difference between a previous location estimate of a target MS and a current location hypothesis indicates that the MS is:

(a2) moving at an appropriate velocity for the area being traversed, or

(b2) moving along an established path (e.g., a freeway), then the confidence in the current location hypothesis may be increased.

(30.5) the hypothesis evaluator **1228** determines consistencies and inconsistencies between location hypotheses obtained from different first order models. For example, if two such location hypotheses, for substantially the same timestamp, have estimated location areas where the target MS is likely to be and these areas substantially overlap, then the confidence in both such location hypotheses may be increased. Additionally, note that a velocity of an MS may be determined (via deltas of successive location hypotheses from one or more first order models) even when there is low confidence in the location estimates for the MS, since such deltas may, in some cases, be more reliable than the actual target MS location estimates;

(30.6) the hypothesis evaluator **1228** determines new (more accurate) location hypotheses from other location hypotheses. For example, this module may generate new hypotheses from currently active ones by decomposing a location hypothesis having a target MS location estimate intersecting two radically different area types. Additionally, this module may generate location hypotheses indicating areas of poor reception; and

(30.7) the hypothesis evaluator **1228** determines and outputs a most likely location hypothesis for a target MS. Note that the hypothesis evaluator may accomplish the above tasks, (30.1)-(30.7), by employing various data processing tools including, but not limited to, fuzzy mathematics, genetic algorithms, neural networks, expert systems and/or blackboard systems.

Note that, as can be seen in FIGS. **6** and **7**, the hypothesis evaluator **1228** includes the following four high level modules for processing output location hypotheses from the first order models **1224**: a context adjuster **1326**, a hypothesis analyzer **1332**, an MS status repository **1338** and a most likelihood estimator **1334**. These four modules are briefly described hereinbelow.

Context Adjuster Introduction.

The context adjuster **1326** module enhances both the comparability and predictability of the location hypotheses output by the first order models **1224**. In particular, this module modifies location hypotheses received from the FOMs **1224** so that the resulting location hypotheses output by the context adjuster **1326** may be further processed uniformly and substantially without concern as to differences in accuracy between the first order models from which location hypotheses originate. In providing this capability, the context adjuster **1326** may adjust or modify various fields of the input location hypotheses. In particular, fields giving target MS **140** location estimates and/or confidence values for such estimates may be modified by the context adjuster **1326**. Further, this module may determine those factors that are perceived to impact the perceived accuracy (e.g., confidence) of the location hypotheses: (a) differently between FOMs, and/or (b) with substantial effect. For instance, environmental characteristics may be taken into account here, such as time of day, season, month, weather, geographical area categorizations (e.g., dense urban, urban, suburban, rural, mountain, etc.), area subcategorizations (e.g., heavily treed, hilly, high traffic area, etc.). A detailed description of one embodiment of this

US 7,764,231 B1

57

module is provided in APPENDIX D hereinbelow. Note that, the embodiment described herein is simplified for illustration purposes such that only the geographical area categorizations are utilized in adjusting (i.e., modifying) location hypotheses. But, it is an important aspect of the present invention that various categorizations, such as those mentioned immediately above, may be used for adjusting the location hypotheses. That is, categories such as, for example:

    (a) urban, hilly, high traffic at 5 pm, or

    (b) rural, flat, heavy tree foliage density in summer may be utilized as one skilled in the art will understand from the descriptions contained hereinbelow.

Accordingly, the present invention is not limited to the factors explicitly mentioned here. That is, it is an aspect of the present invention to be extensible so that other environmental factors of the coverage area 120 affecting the accuracy of location hypotheses may also be incorporated into the context adjuster 1326.

It is also an important and novel aspect of the context adjuster 1326 that the methods for adjusting location hypotheses provided in this module may be generalized and thereby also utilized with multiple hypothesis computational architectures related to various applications wherein a terrain, surface, volume or other "geometric" interpretation (e.g., a metric space of statistical samples) may be placed on a large body of stored application data for relating hypothesized data to verified data. Moreover, it is important to note that various techniques for "visualizing data" may provide such a geometric interpretation. Thus, the methods herein may be utilized in applications such as:

    (a) sonar, radar, x-ray or infrared identification of objects such as occurs in robotic navigation, medical image analysis, geological, and radar imaging.

More generally, the novel computational paradigm of the context adjuster 1326 may be utilized in a number of applications wherein there is a large body of archived information providing verified or actual application process data related to the past performance of the application process.

It is worth mentioning that the computational paradigm used in the context adjuster 1326 is a hybrid of a hypothesis adjuster and a data base query mechanism. For example, the context adjuster 1326 uses an input (location) hypothesis both as an hypothesis and as a data base query or index into the location signature data base 1320 for constructing a related but more accurate location hypothesis. Accordingly, substantial advantages are provided by this hybrid architecture, such as the following two advantages.

As a first advantage, the context adjuster 1326 reduces the likelihood that a feedback mechanism is necessary to the initial hypothesis generators (i.e., FOMs 1224) for periodically adjusting default evaluations of the goodness or confidence in the hypotheses generated.

That is, since each hypothesis generated is, in effect, an index into a data base or archive of verified application (e.g., location) data, the context adjuster 1326, in turn, generates new corresponding hypotheses based on the actual or verified data retrieved from an archival data base. Thus, as a result, this architecture tends to separate the computations of the initial hypothesis generators (e.g., the FOMs 1224 in the present MS location application) from any further processing and thereby provide a more modular, maintainable and flexible computational system.

As a second advantage, the context adjuster 1326 tends to create hypotheses that are more accurate than the hypotheses generated by the initial hypotheses generators. That is, for each hypothesis, H, provided by one of the initial hypothesis generators, G (e.g., a FOM 1224), a corresponding enhanced

58

hypothesis, provided by the context adjuster 1326, is generated by mapping the past performance of G into the archived verified application data (as will be discussed in detail hereinbelow). In particular, the context adjuster hypothesis generation is based on the archived verified (or known) performance application data that is related to both G and H. For example, in the present wireless location application, if a FOM 1224, G, substantially consistently generates, in a particular geographical area, location hypotheses that are biased approximately 1000 feet north of the actual verified MS 140 location, then the context adjuster 1326 can generate corresponding hypotheses without this bias. Thus, the context adjuster 1326 tends to filter out inaccuracies in the initially generated hypotheses.

Therefore in a multiple hypothesis architecture where typically the generated hypotheses may be evaluated and/or combined for providing a "most likely" result, it is believed that a plurality of relatively simple (and possibly inexact) initial hypothesis generators may be used in conjunction with the hybrid computational paradigm represented by the context adjuster 1326 for providing enhanced hypotheses with substantially greater accuracy.

Additionally, note that this hybrid paradigm applies to other domains that are not geographically based. For instance, this hybrid paradigm applies to many prediction and/or diagnostic applications for which:

    (a) the application data and the application are dependent on a number of parameters whose values characterize the range of outputs for the application. That is, there is a set of parameters, $p_1, p_2, p_3, \ldots, p_N$ from which a parameter space $p_1 \times p_2 \times p_3 \times \ldots \times p_N$ is derived whose points characterize the actual and estimated (or predicted) outcomes. As examples, in the MS location system, $p_1$=latitude and $p_2$=longitude;

    (b) there is historical data from which points for the parameter space, $p_1 \times p_2 \times p_3 \times \ldots \times p_N$ can be obtained, wherein this data relates to (or indicates) the performance of the application, and the points obtained from this data are relatively dense in the space (at least around the likely future actual outcomes that the application is expected to predict or diagnose). For example, such historical data may associate the predicted outcomes of the application with corresponding actual outcomes;

    (c) there is a metric or distance-like evaluation function that can be applied to the parameter space for indicating relative closeness or accuracy of points in the parameter space, wherein the evaluation function provides a measurement of closeness that is related to the actual performance of the application.

Note that there are numerous applications for which the above criteria are applicable. For instance, computer aided control of chemical processing plants are likely to satisfy the above criteria. Certain robotic applications may also satisfy this criteria. In fact, it is believed that a wide range of signal processing applications satisfy this criteria.

MS Status Repository Introduction

The MS status repository 1338 is a run-time storage manager for storing location hypotheses from previous activations of the location engine 139 (as well as for storing the output "most likely" target MS location estimate(s)) so that a target MS 140 may be tracked using target MS location hypotheses from previous location engine 139 activations to determine, for example, a movement of the target MS 140 between evaluations of the target MS location.

US 7,764,231 B1

59

Location Hypothesis Analyzer Introduction.

The location hypothesis analyzer **1332**, adjusts confidence values of the location hypotheses, according to:

    (a) heuristics and/or statistical methods related to how well the signal characteristics for the generated target MS location hypothesis matches with previously obtained signal characteristics for verified MS locations.

    (b) heuristics related to how consistent the location hypothesis is with physical laws, and/or highly probable reasonableness conditions relating to the location of the target MS and its movement characteristics. For example, such heuristics may utilize knowledge of the geographical terrain in which the MS is estimated to be, and/or, for instance, the MS velocity, acceleration or extrapolation of an MS position, velocity, or acceleration.

    (c) generation of additional location hypotheses whose MS locations are consistent with, for example, previous estimated locations for the target MS.

As shown in FIGS. **6** and **7**, the hypothesis analyzer **1332** module receives (potentially) modified location hypotheses from the context adjuster **1326** and performs additional location hypothesis processing that is likely to be common and generic in analyzing most location hypotheses. More specifically, the hypothesis analyzer **1332** may adjust either or both of the target MS **140** estimated location and/or the confidence of a location hypothesis. In brief, the hypothesis analyzer **1332** receives target MS **140** location hypotheses from the context manager **1336**, and depending on the time stamps of newly received location hypotheses and any previous (i.e., older) target MS location hypotheses that may still be currently available to the hypothesis analyzer **1332**, the hypothesis analyzer may:

    (a) update some of the older hypotheses by an extrapolation module,

    (b) utilize some of the old hypotheses as previous target MS estimates for use in tracking the target MS **140**, and/or

    (c) if sufficiently old, then delete the older location hypotheses.

Note that both the newly received location hypotheses and the previous location hypotheses that are updated (i.e., extrapolated) and still remain in the hypothesis analyzer **1332** will be denoted as "current location hypotheses" or "currently active location hypotheses".

The modules within the location hypothesis analyzer **1332** use various types of application specific knowledge likely substantially independent from the computations by the FOMs **1224** when providing the corresponding original location hypotheses. That is, since it is aspect of at least one embodiment of the present invention that the FOMs **1224** be relatively straightforward so that they may be easily to modified as well as added or deleted, the processing, for example, in the hypothesis analyzer **1332** (as with the context adjuster **1326**) is intended to compensate, when necessary, for this straightforwardness by providing substantially generic MS location processing capabilities that can require a greater breadth of application understanding related to wireless signal characteristics of the coverage area **120**.

Accordingly, the hypothesis analyzer **1332** may apply various heuristics that, for example, change the confidence in a location hypothesis depending on how well the location hypothesis (and/or a series of location hypotheses from e.g., the same FOM **1224**): (a) conforms with the laws of physics, (b) conforms with known characteristics of location signature clusters in an area of the location hypothesis MS **140** estimate, and (c) conforms with highly likely heuristic constraint knowledge. In particular, as illustrated best in FIG. **7**, the

60

location hypothesis analyzer **1332** may utilize at least one of a blackboard system and/or an expert system for applying various application specific heuristics to the location hypotheses output by the context adjuster **1326**. More precisely, the location hypothesis analyzer **1332** includes, in one embodiment, a blackboard manager for managing processes and data of a blackboard system. Additionally, note that in a second embodiment, where an expert system is utilized instead of a blackboard system, the location hypothesis analyzer provides an expert system inference engine for the expert system. Note that additional detail on these aspects of the invention are provided hereinbelow.

Additionally, note that the hypothesis analyzer **1332** may activate one or more extrapolation procedures to extrapolate target MS **140** location hypotheses already processed. Thus, when one or more new location hypotheses are supplied (by the context adjuster **1224**) having a substantially more recent timestamp, the hypothesis analyzer may invoke an extrapolation module (i.e., location extrapolator **1432**, FIG. **7**) for adjusting any previous location hypotheses for the same target MS **140** that are still being used by the location hypothesis analyzer so that all target MS location hypotheses (for the same target MS) being concurrently analyzed are presumed to be for substantially the same time. Accordingly, such a previous location hypothesis that is, for example, 15 seconds older than a newly supplied location hypothesis (from perhaps a different FOM **1224**) may have both: (a) an MS location estimate changed (e.g., to account for a movement of the target MS), and (b) its confidence changed (e.g., to reflect a reduced confidence in the accuracy of the location hypothesis).

It is important to note that the architecture of the present invention is such that the hypothesis analyzer **1332** has an extensible architecture. That is, additional location hypothesis analysis modules may be easily integrated into the hypothesis analyzer **1332** as further understanding regarding the behavior of wireless signals within the service area **120** becomes available. Conversely, some analysis modules may not be required in areas having relatively predictable signal patterns. Thus, in such service areas, such unnecessary modules may be easily removed or not even developed.

Most Likelihood Estimator Introduction

The most likelihood estimator **1344** is a module for determining a "most likely" location estimate for a target MS being located by the location engine **139**. The most likelihood estimator **1344** receives a collection of active or relevant location hypotheses from the hypothesis analyzer **1332** and uses these location hypotheses to determine one or more most likely estimates for the target MS **140**. Still referring to the hypothesis evaluator **1228**, it is important to note that not all the above mentioned modules are required in all embodiments of the present invention. In particular, for some coverage areas **120**, the hypothesis analyzer **1332** may be unnecessary. Accordingly, in such an embodiment, the enhanced location hypothesis output by the context adjuster **1326** are provided directly to the most likelihood estimator **1344**.

Control and Output Gating Modules

A fourth functional group of location engine **139** modules is the control and output gating modules which includes the location center control subsystem **1350**, and the output gateway **1356**. The location control subsystem **1350** provides the highest level of control and monitoring of the data processing performed by the location center **142**. In particular, this subsystem performs the following functions:

**61**

(a) controls and monitors location estimating processing for each target MS **140**. Note that this includes high level exception or error handling functions;

(b) receives and routes external information as necessary. For instance, this subsystem may receive (via, e.g., the public telephone switching network **124** and Internet **468**) such environmental information as increased signal noise in a particular service area due to increase traffic, a change in weather conditions, a base station **122** (or other infrastructure provisioning), change in operation status (e.g., operational to inactive);

(c) receives and directs location processing requests from other location centers **142** (via, e.g., the Internet **468**);

(d) performs accounting and billing procedures;

(e) interacts with location center operators by, for example, receiving operator commands and providing output indicative of processing resources being utilized and malfunctions;

(f) provides access to output requirements for various applications requesting location estimates. For example, an Internet **468** location request from a trucking company in Los Angeles to a location center **142** in Denver may only want to know if a particular truck or driver is within the Denver area. Alternatively, a local medical rescue unit is likely to request a precise a location estimate as possible.

Note that in FIG. **6**, (a)-(d) above are, at least at a high level, performed by utilizing the operator interface **1374**.

Referring now to the output gateway **1356**, this module routes target MS **140** location estimates to the appropriate location application(s). For instance, upon receiving a location estimate from the most likelihood estimator **1344**, the output gateway **1356** may determine that the location estimate is for an automobile being tracked by the police and therefore must be provided according to a particular protocol.

System Tuning and Adaptation: The Adaptation Engine

A fifth functional group of location engine **139** modules provides the ability to enhance the MS locating reliability and/or accuracy of the present invention by providing it with the capability to adapt to particular operating configurations, operating conditions and wireless signaling environments without performing intensive manual analysis of the performance of various embodiments of the location engine **139**. That is, this functional group automatically enhances the performance of the location engine for locating MSs **140** within a particular coverage area **120** using at least one wireless network infrastructure therein. More precisely, this functional group allows the present invention to adapt by tuning or optimizing certain system parameters according to location engine **139** location estimate accuracy and reliability.

There are a number location engine **139** system parameters whose values affect location estimation, and it is an aspect of the present invention that the MS location processing performed should become increasingly better at locating a target MS **140** not only through building an increasingly more detailed model of the signal characteristics of location in the coverage area **120** as discussed above regarding the location signature data base **1320**, but also by providing automated capabilities for the location center processing to adapt by adjusting or "tuning" the values of such location center system parameters.

Accordingly, the present invention includes a module, denoted herein as an "adaptation engine" **1382**, that performs an optimization procedure on the location center **142** system parameters either periodically or concurrently with the operation of the location center in estimating MS locations. That is,

**62**

the adaptation engine **1382** directs the modifications of the system parameters so that the location engine **139** increases in overall accuracy in locating target MSs **140**. In one embodiment, the adaptation engine **1382** includes an embodiment of a genetic algorithm as the mechanism for modifying the system parameters. Genetic algorithms are basically search algorithms based on the mechanics of natural genetics. The genetic algorithm utilized herein is included in the form of pseudo code in APPENDIX **8**. Note that to apply this genetic algorithm in the context of the location engine **139** architecture only a "coding scheme" and a "fitness function" are required as one skilled in the art will appreciate. Moreover, it is also within the scope of the present invention to use modified or different adaptive and/or tuning mechanisms. For further information regarding such adaptive mechanisms, the following references are incorporated herein by reference: Goldberg, D. E. (1989). Genetic algorithms for search, optimization, and machine learning. Reading, Mass.: Addison-Wesley Publishing Company; and Holland, J. H. (1975) Adaptation in natural and artificial systems. Ann Arbor, Mich.: The University of Michigan Press.

Implementations of First Order Models

Further descriptions of various first order models **1224** are provided in this section.

Distance First Order Models (TOA/TDOA)

As discussed in the Location Center Architecture Overview section herein above, distance models determine a presumed direction and/or distance that a target MS **140** is from one or more base stations **122**. In some embodiments of distance models, the target MS location estimate(s) generated are obtained using radio signal analysis techniques that are quite general and therefore are not capable of taking into account the peculiarities of the topography of a particular radio coverage area. For example, substantially all radio signal analysis techniques using conventional procedures (or formulas) are based on "signal characteristic measurements" such as:

(a) signal timing measurements (e.g., TOA and TDOA),

(b) signal strength measurements, and/or

(c) signal angle of arrival measurements.

Furthermore, such signal analysis techniques are likely predicated on certain very general assumptions that can not fully account for signal attenuation and multipath due to a particular radio coverage area topography.

Taking a CDMA or TDMA base station network as an example, each base station (BS) **122** is required to emit a constant signal-strength pilot channel pseudo-noise (PN) sequence on the forward link channel identified uniquely in the network by a pilot sequence offset and frequency assignment. It is possible to use the pilot channels of the active, candidate, neighboring and remaining sets, maintained in the target MS, for obtaining signal characteristic measurements (e.g., TOA and/or TDOA measurements) between the target MS **140** and the base stations in one or more of these sets.

Based on such signal characteristic measurements and the speed of signal propagation, signal characteristic ranges or range differences related to the location of the target MS **140** can be calculated. Using TOA and/or TDOA ranges as exemplary, these ranges can then be input to either the radius-radius multilateration or the time difference multilateration algorithms along with the known positions of the corresponding base stations **122** to thereby obtain one or more location estimates of the target MS **140**. For example, if there are, four base stations **122** in the active set, the target MS **140** may cooperate with each of the base stations in this set to provide

63

64

signal arrival time measurements. Accordingly, each of the resulting four sets of three of these base stations **122** may be used to provide an estimate of the target MS **140** as one skilled in the art will understand. Thus, potentially (assuming the measurements for each set of three base stations yields a feasible location solution) there are four estimates for the location of the target MS **140**. Further, since such measurements and BS **122** positions can be sent either to the network or the target MS **140**, location can be determined in either entity.

Since many of the signal measurements utilized by embodiments of distance models are subject to signal attenuation and multipath due to a particular area topography. Many of the sets of base stations from which target MS location estimates are desired may result in either no location estimate, or an inaccurate location estimate.

Accordingly, some embodiments of distance FOMs may attempt to mitigate such ambiguity or inaccuracies by, e.g., identifying discrepancies (or consistencies) between arrival time measurements and other measurements (e.g., signal strength), these discrepancies (or consistencies) may be used to filter out at least those signal measurements and/or generated location estimates that appear less accurate. In particular, such identifying by filtering can be performed by, for example, an expert system residing in the distance FOM.

A second approach for mitigating such ambiguity or conflicting MS location estimates is particularly novel in that each of the target MS location estimates is used to generate a location hypothesis regardless of its apparent accuracy. Accordingly, these location hypotheses are input to an alternative embodiment of the context adjuster **1326** that is substantially (but not identical to) the context adjuster as described in detail in APPENDIX D so that each location hypothesis may be adjusted to enhance its accuracy. In contradistinction to the embodiment of the context adjuster **1326** of APPENDIX D, where each location hypothesis is adjusted according to past performance of its generating FOM **1224** in an area of the initial location estimate of the location hypothesis (the area, e.g., determined as a function of distance from this initial location estimate), this alternative embodiment adjusts each of the location hypotheses generated by a distance first order model according to a past performance of the model as applied to signal characteristic measurements from the same set of base stations **122** as were used in generating the location hypothesis. That is, instead of only using only an identification of the distance model (i.e., its FOM_ID) to, for example, retrieve archived location estimates generated by the model in an area of the location hypothesis' estimate (when determining the model's past performance), the retrieval retrieves only the archived location estimates that are, in addition, derived from the signal characteristics measurement obtained from the same collection of base stations **122** as was used in generating the location hypothesis. Thus, the adjustment performed by this embodiment of the context adjuster **1326** adjusts according to the past performance of the distance model and the collection of base stations **122** used.

Coverage Area First Order Model

Radio coverage area of individual base stations **122** may be used to generate location estimates of the target MS **140**. Although a first order model **1224** based on this notion may be less accurate than other techniques, if a reasonably accurate RF coverage area is known for each (or most) of the base stations **122**, then such a FOM (denoted hereinafter as a "coverage area first order model" or simply "coverage area model") may be very reliable. To determine approximate maximum radio frequency (RF) location coverage areas, with

respect to BSs **122**, antennas and/or sector coverage areas, for a given class (or classes) of (e.g., CDMA or TDMA) mobile station(s) **140**, location coverage should be based on an MS's ability to adequately detect the pilot channel, as opposed to adequate signal quality for purposes of carrying user-acceptable traffic in the voice channel. Note that more energy is necessary for traffic channel activity (typically on the order of at least −94 to −104 dBm received signal strength) to support voice, than energy needed to simply detect a pilot channel's presence for location purposes (typically a maximum weakest signal strength range of between −104 to −110 dBm), thus the "Location Coverage Area" will generally be a larger area than that of a typical "Voice Coverage Area", although industry studies have found some occurrences of "no-coverage" areas within a larger covered area. An example of a coverage area including both a "dead zone", i.e., area of no coverage, and a "notch" (of also no coverage) is shown in FIG. **15**.

The approximate maximum RF coverage area for a given sector of (more generally angular range about) a base station **122** may be represented as a set of points representing a polygonal area (potentially with, e.g., holes therein to account for dead zones and/or notches). Note that if such polygonal RF coverage area representations can be reliably determined and maintained over time (for one or more BS signal power level settings), then such representations can be used in providing a set theoretic or Venn diagram approach to estimating the location of a target MS **140**. Coverage area first order models utilize such an approach.

In one embodiment, a coverage area model utilizes both the detection and non-detection of base stations **122** by the target MS **140** (conversely, of the MS by one or more base stations **122**) to define an area where the target MS **140** may likely be. A relatively straightforward application of this technique is to:

(a) find all areas of intersection for base station RF coverage area representations, wherein: (i) the corresponding base stations are on-line for communicating with MSs **140**; (ii) the RF coverage area representations are deemed reliable for the power levels of the on-line base stations; (iii) the on-line base stations having reliable coverage area representations can be detected by the target MS; and (iv) each intersection must include a predetermined number of the reliable RF coverage area representations (e.g., 2 or 3); and

(b) obtain new location estimates by subtracting from each of the areas of intersection any of the reliable RF coverage area representations for base stations **122** that can not be detected by the target MS.

Location Base Station First Order Model

In the location base station (LBS) model (FOM **1224**), a database is accessed which contains electrical, radio propagation and coverage area characteristics of each of the location base stations in the radio coverage area. The LBS model is an active model, in that it can probe or excite one or more particular LBSs **152** in an area for which the target MS **140** to be located is suspected to be placed. Accordingly, the LBS model may receive as input a most likely target MS **140** location estimate previously output by the location engine **139** of the present invention, and use this location estimate to determine which (if any) LBSs **152** to activate and/or deactivate for enhancing a subsequent location estimate of the target MS. Moreover, the feedback from the activated LBSs **152** may be provided to other FOMs **1224**, as appropriate, as well as to the LBS model. However, it is an important aspect of the LBS model that when it receives such feedback, it may output location hypotheses having relatively small target MS

US 7,764,231 B1

65

140 location area estimates about the active LBSs 152 and each such location hypothesis also has a high confidence value indicative of the target MS 140 positively being in the corresponding location area estimate (e.g., a confidence value of 0.9 to +1), or having a high confidence value indicative of the target MS 140 not being in the corresponding location area estimate (i.e., a confidence value of −0.9 to −1). Note that in some embodiments of the LBS model, these embodiments may have functionality similar to that of the coverage area first order model described above. Further note that for LBSs within a neighborhood of the target MS wherein there is a reasonable chance that with movement of the target MS may be detected by these LBSs, such LBSs may be requested to periodically activate. (Note, that it is not assumed that such LBSs have an on-line external power source; e.g., some may be solar powered). Moreover, in the case where an LBS 152 includes sufficient electronics to carry voice communication with the target MS 140 and is the primary BS for the target MS (or alternatively, in the active or candidate set), then the LBS model will not deactivate this particular LBS during its procedure of activating and deactivating various LBSs 152.

Stochastic First Order Model

The stochastic first order models may use statistical prediction techniques such as principle decomposition, partial least squares, or other regression techniques for predicting, for example, expected minimum and maximum distances of the target MS from one or more base stations 122, e.g., Bollenger Bands. Additionally, some embodiments may use Markov processes and Random Walks (predicted incremental MS movement) for determining an expected area within which the target MS 140 is likely to be. That is, such a process measures the incremental time differences of each pilot as the MS moves for predicting a size of a location area estimate using past MS estimates such as the verified location signatures in the location signature data base 1320.

Pattern Recognition and Adaptive First Order Models

It is a particularly important aspect of the present invention to provide:

(a) one or more FOMs 1224 that generate target MS 140 location estimates by using pattern recognition or associativity techniques, and/or

(b) one or more FOMs 1224 that are adaptive or trainable so that such FOMs may generate increasingly more accurate target MS location estimates from additional training.

Statistically Based Pattern Recognition First Order Models

Regarding FOMs 1224 using pattern recognition or associativity techniques, there are many such techniques available. For example, there are statistically based systems such as "CART" (an acronym for Classification and Regression Trees) by ANGOSS Software International Limited of Toronto, Canada that may be used for automatically detecting or recognizing patterns in data that were unprovided (and likely previously unknown). Accordingly, by imposing a relatively fine mesh or grid of cells on the radio coverage area, wherein each cell is entirely within a particular area type categorization such as the transmission area types (discussed in the section, "Coverage Area: Area Types And Their Determination" above), the verified location signature clusters within the cells of each area type may be analyzed for signal characteristic patterns. If such patterns are found, then they can be used to identify at least a likely area type in which a target MS is likely to be located. That is, one or more location hypotheses may be generated having target MS 140 location estimates that cover an area having the likely area type wherein

66

the target MS 140 is located. Further note that such statistically based pattern recognition systems as "CART" include software code generators for generating expert system software embodiments for recognizing the patterns detected within a training set (e.g., the verified location signature clusters).

Accordingly, although an embodiment of a FOM as described here may not be exceedingly accurate, it may be very reliable. Thus, since a fundamental aspect of the present invention is to use a plurality MS location techniques for generating location estimates and to analyze the generated estimates (likely after being adjusted) to detect patterns of convergence or clustering among the estimates, even large MS location area estimates are useful. For example, it can be the case that four different and relatively large MS location estimates, each having very high reliability, have an area of intersection that is acceptably precise and inherits the very high reliability from each of the large MS location estimates from which the intersection area was derived.

A similar statistically based FOM 1224 to the one above may be provided wherein the radio coverage area is decomposed substantially as above, but in addition to using the signal characteristics for detecting useful signal patterns, the specific identifications of the base station 122 providing the signal characteristics may also be used. Thus, assuming there is a sufficient density of verified location signature clusters in some of the mesh cells so that the statistical pattern recognizer can detect patterns in the signal characteristic measurements, an expert system may be generated that outputs a target MS 140 location estimate that may provide both a reliable and accurate location estimate of a target MS 140.

Adaptive/Trainable First Order Models

Adaptive/Trainable First Order Models

The term adaptive is used to describe a data processing component that can modify its data processing behavior in response to certain inputs that are used to change how subsequent inputs are processed by the component. Accordingly, a data processing component may be "explicitly adaptive" by modifying its behavior according to the input of explicit instructions or control data that is input for changing the component's subsequent behavior in ways that are predictable and expected. That is, the input encodes explicit instructions that are known by a user of the component. Alternatively, a data processing component may be "implicitly adaptive" in that its behavior is modified by other than instructions or control data whose meaning is known by a user of the component. For example, such implicitly adaptive data processors may learn by training on examples, by substantially unguided exploration of a solution space, or other data driven adaptive strategies such as statistically generated decision trees. Accordingly, it is an aspect of the present invention to utilize not only explicitly adaptive MS location estimators within FOMs 1224, but also implicitly adaptive MS location estimators. In particular, artificial neural networks (also denoted neural nets and ANNs herein) are used in some embodiments as implicitly adaptive MS location estimators within FOMs. Thus, in the sections below, neural net architectures and their application to locating an MS is described.

Artificial Neural Networks For MS Location

Artificial neural networks may be particularly useful in developing one or more first order models 1224 for locating an MS 140, since, for example, ANNs can be trained for classifying and/or associatively pattern matching of various RF signal measurements such as the location signatures. That is, by training one or more artificial neural nets using RF signal measurements from verified locations so that RF signal

US 7,764,231 B1

67

transmissions characteristics indicative of particular locations are associated with their corresponding locations, such trained artificial neural nets can be used to provide additional target MS **140** location hypotheses. Moreover, it is an aspect of the present invention that the training of such artificial neural net based FOMs (ANN FOMs) is provided without manual intervention as will be discussed hereinbelow.

Artificial Neural Networks That Converge on Near Optimal Solutions

It is as an aspect of the present invention to use an adaptive neural network architecture which has the ability to explore the parameter or matrix weight space corresponding to a ANN for determining new configurations of weights that reduce an objective or error function indicating the error in the output of the ANN over some aggregate set of input data ensembles. Accordingly, in one embodiment, a genetic algorithm is used to provide such an adaptation capability. However, it is also within the scope of the present invention to use other adaptive techniques such as, for example, simulated annealing, cascade correlation with multistarts, gradient descent with multistarts, and truncated Newton's method with multistarts, as one skilled in the art of neural network computing will understand.

Artificial Neural Networks as MS Location Estimators for First Order Models

Although there have been substantial advances in artificial neural net computing in both hardware and software, it can be difficult to choose a particular ANN architecture and appropriate training data for yielding high quality results. In choosing a ANN architecture at least the following three criteria are chosen (either implicitly or explicitly):

    (a) a learning paradigm: i.e., does the ANN require supervised training (i.e., being provided with indications of correct and incorrect performance), unsupervised training, or a hybrid of both (sometimes referred to as reinforcement);

    (b) a collection of learning rules for indicating how to update the ANN;

    (c) a learning algorithm for using the learning rules for adjusting the ANN weights.

Furthermore, there are other implementation issues such as:

    (d) how many layers a artificial neural net should have to effectively capture the patterns embedded within the training data. For example, the benefits of using small ANN are many less costly to implement, faster, and tend to generalize better because they avoid overfitting weights to training patterns. That is, in general, more unknown parameters (weights) induce more local and global minima in the error surface or space. However, the error surface of smaller nets can be very rugged and have few good solutions, making it difficult for a local minimization algorithm to find a good solution from a random starting point as one skilled in the art will understand;

    (e) how many units or neurons to provide per layer;

    (f) how large should the training set be presented to provide effective generalization to non-training data

    (g) what type of transfer functions should be used.

However, the architecture of the present invention allows substantial flexibility in the implementation of ANN for FOMs **1224**. In particular, there is no need to choose only one artificial neural net architecture and/or implementation in that a plurality of ANNs may be accommodated by the architecture of the location engine **139**. Furthermore, it is important to keep in mind that it may not be necessary to train a ANN for

68

a FOM as rigorously as is done in typical ANN applications since the accuracy and reliability in estimating the location of a target MS **140** with the present invention comes from synergistically utilizing a plurality of different MS location estimators, each of which may be undesirable in terms of accuracy and/or reliability in some areas, but when their estimates are synergistically used as in the location engine **139**, accurate and reliable location estimates can be attained. Accordingly, one embodiment of the present invention may have a plurality of moderately well trained ANNs having different neural net architectures such as: multilayer perceptrons, adaptive resonance theory models, and radial basis function networks.

Additionally, many of the above mentioned ANN architecture and implementation decisions can be addressed substantially automatically by various commercial artificial neural net development systems such as: "NEUROGENETIC OPTIMIZER" by BioComp Systems, wherein genetic algorithms are used to optimize and configure ANNs, and artificial neural network hardware and software products by Accurate Automation Corporation of Chattanooga, Tenn., such as "ACCURATE AUTOMATION NEURAL NETWORK TOOLS.

Artificial Neural Network Input and Output

It is worthwhile to discuss the data representations for the inputs and outputs of a ANN used for generating MS location estimates. Regarding ANN input representations, recall that the signal processing subsystem **1220** may provide various RF signal measurements as input to an ANN (such as the RF signal measurements derived from verified location signatures in the location signature data base **1320**). For example, a representation of a histogram of the frequency of occurrence of CDMA fingers in a time delay versus signal strength 2-dimensional domain may be provided as input to such an ANN. In particular, a 2-dimensional grid of signal strength versus time delay bins may be provided so that received signal measurements are slotted into an appropriate bin of the grid. In one embodiment, such a grid is a six by six array of bins such as illustrated in the left portion of FIG. **14**. That is, each of the signal strength and time delay axes are partitioned into six ranges so that both the signal strength and the time delay of RF signal measurements can be slotted into an appropriate range, thus determining the bin.

Note that RF signal measurement data (i.e., location signatures) slotted into a grid of bins provides a convenient mechanism for classifying RF measurements received over time so that when each new RF measurement data is assigned to its bin, a counter for the bin can be incremented. Thus in one embodiment, the RF measurements for each bin can be represented pictorially as a histogram. In any case, once the RF measurements have been slotted into a grid, various filters may be applied for filtering outliers and noise prior to inputting bin values to an ANN. Further, various amounts of data from such a grid may be provided to an ANN. In one embodiment, the tally from each bin is provided to an ANN. Thus, as many as 108 values could be input to the ANN (two values defining each bin, and a tally for the bin). However, other representations are also possible. For instance, by ordering the bin tallies linearly, only 36 need be provided as ANN input. Alternatively, only representations of bins having the highest tallies may be provided as ANN input. Thus, for example, if the highest 10 bins and their tallies were provided as ANN input, then only 20 inputs need be provided (i.e., 10 input pairs, each having a single bin identifier and a corresponding tally).

69

In addition, note that the signal processing subsystem **1220** may also obtain the identifications of other base stations **122** (15.2) for which their pilot channels can be detected by the target MS **140** (i.e., the forward path), or for which the base stations can detect a signal from the target MS (i.e., the reverse path). Thus, in order to effectively utilize substantially all pertinent location RF signal measurements (i.e., from location signature data derived from communications between the target MS **140** and the base station infrastructure), a technique is provided wherein a plurality of ANNs may be activated using various portions of an ensemble of location signature data obtained. However, before describing this technique, it is worthwhile to note that a naive strategy of providing input to a single ANN for locating target MSs throughout an area having a large number of base stations (e.g., **300**) is likely to be undesirable. That is, given that each base station (antenna sector) nearby the target MS is potentially able to provide the ANN with location signature data, the ANN would have to be extremely large and therefore may require inordinate training and retraining. For example, since there may be approximately 30 to 60 ANN inputs per location signature, an ANN for an area having even twenty base stations **122** can require at least 600 input neurons, and potentially as many as 1,420 (i.e., 20 base stations with 70 inputs per base station and one input for every one of possibly **20** 25 additional surrounding base stations in the radio coverage area **120** that might be able to detect, or be detected by, a target MS **140** in the area corresponding to the ANN).

Accordingly, the technique described herein limits the number of input neurons in each ANN constructed and generates a larger number of these smaller ANNs. That is, each ANN is trained on location signature data (or, more precisely, portions of location signature clusters) in an area $A_{ANN}$ (hereinafter also denoted the "net area"), wherein each input neuron receives a unique input from one of:

(A1) location signature data (e.g., signal strength/time delay bin tallies) corresponding to transmissions between an MS **140** and a relatively small number of base stations **122** in the area $A_{ANN}$. For instance, location signature data obtained from, for example, a collection B of four base stations **122** (or antenna sectors) in the area $A_{ANN}$. Note, each location signature data cluster includes fields describing the wireless communication devices used; e.g., (i) the make and model of the target MS; (ii) the current and maximum transmission power; (iii) the MS battery power (instantaneous or current); (iv) the base station (sector) current power level; (v) the base station make and model and revision level; (vi) the air interface type and revision level (of, e.g., CDMA, TDMA or AMPS).

(A2) a discrete input corresponding to each base station **122** (or antenna sector **130**) in a larger area containing $A_{ANN}$, wherein each such input here indicates whether the corresponding base station (sector):

(i) is on-line (i.e., capable of wireless communication with MSs) and at least its pilot channel signal is detected by the target MS **140**, but the base station (sector) does not detect the target MS;

(ii) is on-line and the base station (sector) detects a wireless transmission from the target MS, but the target MS does not detect the base station (sector) pilot channel signal;

(iii) is on-line and the base station (sector) detects the target MS and the base station (sector) is detected by the target MS;

(iv) is on-line and the base station (sector) does not detect the target MS, the base station is not detected by the target MS; or

70

(v) is off-line (i.e., incapable of wireless communication with one or more MSs).

Note that (i)-(v) are hereinafter referred to as the "detection states."

Thus, by generating an ANN for each of a plurality of net areas (potentially overlapping), a local environmental change in the wireless signal characteristics of one net area is unlikely to affect more than a small number of adjacent or overlapping net areas. Accordingly, such local environmental changes can be reflected in that only the ANNs having net areas affected by the local change need to be retrained. Additionally, note that in cases where RF measurements from a target MS **140** are received across multiple net areas, multiple ANNs may be activated, thus providing multiple MS location estimates. Further, multiple ANNs may be activated when a location signature cluster is received for a target MS **140** and location signature cluster includes location signature data corresponding to wireless transmissions between the MS and, e.g., more base stations (antenna sectors) than needed for the collection B described in the previous section. That is, if each collection B identifies four base stations **122** (antenna sectors), and a received location signature cluster includes location signature data corresponding to five base stations (antenna sectors), then there may be up to five ANNs activated to each generate a location estimate.

Moreover, for each of the smaller ANNs, it is likely that the number of input neurons is on the order of 330; (i.e., 70 inputs per each of four location signatures (i.e., 35 inputs for the forward wireless communications and 35 for the reverse wireless communications), plus 40 additional discrete inputs for an appropriate area surrounding $A_{ANN}$, plus 10 inputs related to: the type of MS, power levels, etc.). However, it is important to note that the number of base stations (or antenna sectors **130**) having corresponding location signature data to be provided to such an ANN may vary. Thus, in some subareas of the coverage area **120**, location signature data from five or more base stations (antenna sectors) may be used, whereas in other subareas three (or less) may be used.

Regarding the output from ANNs used in generating MS location estimates, there are also numerous options. In one embodiment, two values corresponding to the latitude and longitude of the target MS are estimated. Alternatively, by applying a mesh to the coverage area **120**, such ANN output may be in the form of a row value and a column value of a particular mesh cell (and its corresponding area) where the target MS is estimated to be. Note that the cell sizes of the mesh need not be of a particular shape nor of uniform size. However, simple non-oblong shapes are desirable. Moreover, such cells should be sized so that each cell has an area approximately the size of the maximum degree of location precision desired. Thus, assuming square mesh cells, 250 to 350 feet per cell side in an urban/suburban area, and 500 to 700 feet per cell side in a rural area may be desirable.

Artificial Neural Network Training

The following are steps provide one embodiment for training a location estimating ANN according to the present invention.

(a) Determine a collection, C, of clusters of RF signal measurements (i.e., location signatures) such that each cluster is for RF transmissions between an MS **140** and a common set, B, of base stations **122** (or antenna sectors **130**) such the measurements are as described in (A1) above. In one embodiment, the collection C is determined by interrogating the location signature data base **1320** for verified location signature clusters stored therein having such a common set B of base stations

71

(antenna sectors). Alternatively in another embodiment, note that the collection C may be determined from (i) the existing engineering and planning data from service providers who are planning wireless cell sites, or (ii) service provider test data obtained using mobile test sets, access probes or other RF field measuring devices. Note that such a collection B of base stations (antenna sectors) should only be created when the set C of verified location signature clusters is of a sufficient size so that it is expected that the ANN can be effectively trained.

(b) Determine a collection of base stations (or antenna sectors 130), B', from the common set B, wherein B' is small (e.g., four or five).

(c) Determine the area, $A_{ANN}$, to be associated with collection B' of base stations (antenna sectors). In one embodiment, this area is selected by determining an area containing the set L of locations of all verified location signature clusters determined in step (a) having location signature data from each of the base stations (antenna sectors) in the collection B'. More precisely, the area, $A_{ANN}$, may be determined by providing a covering of the locations of L, such as, e.g., by cells of a mesh of appropriately fine mesh size so that each cell is of a size not substantially larger than the maximum MS location accuracy desired.

(d) Determine an additional collection, b, of base stations that have been previously detected (and/or are likely to be detected) by at least one MS in the area $A_{ANN}$.

(e) Train the ANN on input data related to: (i) signal characteristic measurements of signal transmissions between MSs 140 at verified locations in $A_{ANN}$, and the base stations (antenna sectors) in the collection B', and (ii) discrete inputs of detection states from the base stations represented in the collection b. For example, train the ANN on input including: (i) data from verified location signatures from each of the base stations (antenna sectors) in the collection B', wherein each location signature is part of a cluster in the collection C; (ii) a collection of discrete values corresponding to other base stations (antenna sectors) in the area b containing the area, $A_{ANN}$.

Regarding (d) immediately above, it is important to note that it is believed that less accuracy is required in training a ANN used for generating a location hypothesis (in a FOM 1224) for the present invention than in most applications of ANNs (or other trainable/adaptive components) since, in most circumstances, when signal measurements are provided for locating a target MS 140, the location engine 139 will activate a plurality location hypothesis generating modules (corresponding to one or more FOMs 1224) for substantially simultaneously generating a plurality of different location estimates (i.e., hypotheses). Thus, instead of training each ANN so that it is expected to be, e.g., 92% or higher in accuracy, it is believed that synergies with MS location estimates from other location hypothesis generating components will effectively compensate for any reduced accuracy in such a ANN (or any other location hypothesis generating component). Accordingly, it is believed that training time for such ANNs may be reduced without substantially impacting the MS locating performance of the location engine 139.

Finding Near-Optimal Location Estimating Artificial Neural Networks

In one traditional artificial neural network training process, a relatively tedious set of trial and error steps may be performed for configuring an ANN so that training produces effective learning. In particular, an ANN may require config-

72

uring parameters related to, for example, input data scaling, test/training set classification, detecting and removing unnecessary input variable selection. However, the present invention reduces this tedium. That is, the present invention uses mechanisms such as genetic algorithms or other mechanisms for avoiding non-optimal but locally appealing (i.e., local minimum) solutions, and locating near-optimal solutions instead. In particular, such mechanism may be used to adjust the matrix of weights for the ANNs so that very good, near optimal ANN configurations may be found efficiently. Furthermore, since the signal processing system 1220 uses various types of signal processing filters for filtering the RF measurements received from transmissions between an MS 140 and one or more base stations (antenna sectors 130), such mechanisms for finding near-optimal solutions may be applied to selecting appropriate filters as well. Accordingly, in one embodiment of the present invention, such filters are paired with particular ANNs so that the location signature data supplied to each ANN is filtered according to a corresponding "filter description" for the ANN, wherein the filter description specifies the filters to be used on location signature data prior to inputting this data to the ANN. In particular, the filter description can define a pipeline of filters having a sequence of filters wherein for each two consecutive filters, $f_1$ and $f_2$ ($f_1$ preceding $f_2$), in a filter description, the output of $f_1$ flows as input to $f_2$. Accordingly, by encoding such a filter description together with its corresponding ANN so that the encoding can be provided to a near optimal solution finding mechanism such as a genetic algorithm, it is believed that enhanced ANN locating performance can be obtained. That is, the combined genetic codes of the filter description and the ANN are manipulated by the genetic algorithm in a search for a satisfactory solution (i.e., location error estimates within a desired range). This process and system provides a mechanism for optimizing not only the artificial neural network architecture, but also identifying a near optimal match between the ANN and one or more signal processing filters. Accordingly, the following filters may be used in a filter pipeline of a filter description: Sobel, median, mean, histogram normalization, input cropping, neighbor, Gaussian, Weiner filters.

One embodiment for implementing the genetic evolving of filter description and ANN pairs is provided by the following steps that may automatically performed without substantial manual effort:

1) Create an initial population of concatenated genotypes, or genetic representations for each pair of an artificial neural networks and corresponding filter description pair. Also, provide seed parameters which guide the scope and characterization of the artificial neural network architectures, filter selection and parameters, genetic parameters and system control parameters.

2) Prepare the input or training data, including, for example, any scaling and normalization of the data.

3) Build phenotypes, or artificial neural network/filter description combinations based on the genotypes.

4) Train and test the artificial neural network/filter description phenotype combinations to determine fitness; e.g., determine an aggregate location error measurement for each network/filter description phenotype.

5) Compare the fitnesses and/or errors, and retain the best network/filter description phenotypes.

6) Select the best networks/filter descriptions in the phenotype population (i.e., the combinations with small errors).

US 7,764,231 B1

73

7) Repopulate the population of genotypes for the artificial neural networks and the filter descriptions back to a predetermined size using the selected phenotypes.

8) Combine the artificial neural network genotypes and filter description genotypes thereby obtaining artificial neural network/filter combination genotypes.

9) Mate the combination genotypes by exchanging genes or characteristics/features of the network/filter combinations.

10) If system parameter stopping criteria is not satisfied, return to step 3.

Note that artificial neural network genotypes may be formed by selecting various types of artificial neural network architectures suited to function approximation, such as fast back propagation, as well as characterizing several varieties of candidate transfer/activation functions, such as Tanh, logistic, linear, sigmoid and radial basis. Furthermore, ANNs having complex inputs may be selected (as determined by a filter type in the signal processing subsystem **1220**) for the genotypes.

Examples of genetic parameters include: (a) maximum population size (typical default: 300), (b) generation limit (typical default: 50), (c) selection criteria, such as a certain percentage to survive (typical default: 0.5) or roulette wheel, (d) population refilling, such as random or cloning (default), (e) mating criteria, such as tail swapping (default) or two cut swapping, (f) rate for a choice of mutation criterion, such as random exchange (default: 0.25) or section reversal, (g) population size of the concatenated artificial neural network/filter combinations, (h) use of statistical seeding on the initial population to bias the random initialization toward stronger first order relating variables, and (i) neural node influence factors, e.g., input nodes and hidden nodes. Such parameters can be used as weighting factors that influences the degree the system optimizes for accuracy versus network compactness. For example, an input node factor greater than 0 provides a means to reward artificial neural networks constructed that use fewer input variables (nodes). A reasonable default value is 0.1 for both input and hidden node factors.

Examples of neural net/filter description system control parameters include: (a) accuracy of modeling parameters, such as relative accuracy, R-squared, mean squared error, root mean squared error or average absolute error (default), and (b) stopping criteria parameters, such as generations run, elapsed time, best accuracy found and population convergence.

Locating a Mobile Station Using Artificial Neural Networks

When using an artificial neural network for estimating a location of an MS **140**, it is important that the artificial neural network be provided with as much accurate RF signal measurement data regarding signal transmissions between the target MS **140** and the base station infrastructure as possible. In particular, assuming ANN inputs as described hereinabove, it is desirable to obtain the detection states of as many surrounding base stations as possible. Thus, whenever the location engine **139** is requested to locate a target MS **140** (and in particular in an emergency context such as an emergency 911 call), the location center **140** automatically transmits a request to the wireless infrastructure to which the target MS is assigned for instructing the MS to raise its transmission power to full power for a short period of time (e.g., 100 milliseconds in a base station infrastructure configuration an optimized for such requests to 2 seconds in a non-optimized configuration). Note that the request for a change in the transmission power level of the target MS has a further advantage for location requests such as emergency 911 that are initiated

74

from the MS itself in that a first ensemble of RF signal measurements can be provided to the location engine **139** at the initial 911 calling power level and then a second ensemble of RF signal measurements can be provided at a second higher transmission power level. Thus, in one embodiment of the present invention, an artificial neural network can be trained not only on the location signature cluster derived from either the initial wireless 911 transmissions or the full power transmissions, but also on the differences between these two transmissions. In particular, the difference in the detection states of the discrete ANN inputs between the two transmission power levels may provide useful additional information for more accurately estimating a location of a target MS.

It is important to note that when gathering RF signal measurements from a wireless base station network for locating MSs, the network should not be overburdened with location related traffic. Accordingly, note that network location data requests for data particularly useful for ANN based FOMs is generally confined to the requests to the base stations in the immediate area of a target MS **140** whose location is desired. For instance, both collections of base stations B' and b discussed in the context of training an ANN are also the same collections of base stations from which MS location data would be requested. Thus, the wireless network MS location data requests are data driven in that the base stations to queried for location data (i.e., the collections B' and b) are determined by previous RF signal measurement characteristics recorded. Accordingly, the selection of the collections B' and b are adaptable to changes in the wireless environmental characteristics of the coverage area **120**.

Location Signature Data Base

Before proceeding with a description of other levels of the present invention as described in (24.1) through (24.3) above, in this section further detail is provided regarding the location signature data base **1320**. Note that a brief description of the location signature data base was provided above indicating that this data base stores MS location data from verified and/or known locations (optionally with additional known environmental characteristic values) for use in enhancing current target MS location hypotheses and for comparing archived location data with location signal data obtained from a current target MS. However, the data base management system functionality incorporated into the location signature data base **1320** is an important aspect of the present invention, and is therefore described in this section. In particular, the data base management functionality described herein addresses a number of difficulties encountered in maintaining a large archive of signal processing data such as MS signal location data. Some of these difficulties can be described as follows:

(a) in many signal processing contexts, in order to effectively utilize archived signal processing data for enhancing the performance of a related signal processing application, there must be an large amount of signal related data in the archive, and this data must be adequately maintained so that as archived signal data becomes less useful to the corresponding signal processing application (i.e., the data becomes "inapplicable") its impact on the application should be correspondingly reduced. Moreover, as archive data becomes substantially inapplicable, it should be filtered from the archive altogether. However, the size of the data in the archive makes it prohibitive for such a process to be performed manually, and there may be no simple or straightforward techniques for automating such impact reduction or filtering processes for inapplicable signal data;

US 7,764,231 B1

75

(b) it is sometimes difficult to determine the archived data to use in comparing with newly obtained signal processing application data; and

(c) it is sometimes difficult to determine a useful technique for comparing archived data with newly obtained signal processing application data.

It is an aspect of the present invention that the data base management functionality of the location signature data base **1320** addresses each of the difficulties mentioned immediately above. For example, regarding (a), the location signature data base is "self cleaning" in that by associating a confidence value with each loc sig in the data base and by reducing or increasing the confidences of archived verified loc sigs according to how well their signal characteristic data compares with newly received verified location signature data, the location signature data base **1320** maintains a consistency with newly verified loc sigs.

The following data base management functional descriptions describe some of the more noteworthy functions of the location signature data base **1320**. Note that there are various ways that these functions may be embodied. So as to not overburden the reader here, the details for one embodiment is provided in APPENDIX C. FIGS. **16a** through **16c** present a table providing a brief description of the attributes of the location signature data type stored in the location signature data base **1320**.

Location Signature Program Descriptions

The following program updates the random loc sigs in the location signature data base **1320**. In one embodiment, this program is invoked primarily by the Signal Processing Subsystem.

Update Location signature Database Program

Update_Loc_Sig_DB(new_loc_obj,    selection_criteria, loc_sig_pop)

/*This program updates loc sigs in the location signature data base **1320**. That is, this program updates, for example, at least the location information for verified random loc sigs residing in this data base. The general strategy here is to use information (i.e., "new_loc_obj") received from a newly verified location (that may not yet be entered into the location signature data base) to assist in determining if the previously stored random verified loc sigs are still reasonably valid to use for:

(29.1) estimating a location for a given collection (i.e., "bag") of wireless (e.g., CDMA) location related signal characteristics received from an MS,

(29.2) training (for example) adaptive location estimators (and location hypothesizing models), and

(29.3) comparing with wireless signal characteristics used in generating an MS location hypothesis by one of the MS location hypothesizing models (denoted First Order Models, or, FOMs).

More precisely, since it is assumed that it is more likely that the newest location information obtained is more indicative of the wireless (CDMA) signal characteristics within some area surrounding a newly verified location than the verified loc sigs (location signatures) previously entered into the Location Signature data base, such verified loc sigs are compared for signal characteristic consistency with the newly verified location information (object) input here for determining whether some of these "older" data base verified loc sigs still appropriately characterize their associated location.

In particular, comparisons are iteratively made here between each (target) loc sig "near" "new_loc_obj"

76

and a population of loc sigs in the location signature data base **1320** (such population typically including the loc sig for "new_loc_obj") for:

(29.4) adjusting a confidence factor of the target loc sig. Note that each such confidence factor is in the range [0,1] with 0 being the lowest and 1 being the highest. Further note that a confidence factor here can be raised as well as lowered depending on how well the target loc sig matches or is consistent with the population of loc sigs to which it is compared. Thus, the confidence in any particular verified loc sig, LS, can fluctuate with successive invocations of this program if the input to the successive invocations are with location information geographically "near" LS.

(29.5) remove older verified loc sigs from use whose confidence value is below a predetermined threshold. Note, it is intended that such predetermined thresholds be substantially automatically adjustable by periodically testing various confidence factor thresholds in a specified geographic area to determine how well the eligible data base loc sigs (for different thresholds) perform in agreeing with a number of verified loc sigs in a "loc sig test-bed", wherein the test bed may be composed of, for example, repeatable loc sigs and recent random verified loc sigs.

Note that this program may be invoked with a (verified/known) random and/or repeatable loc sig as input. Furthermore, the target loc sigs to be updated may be selected from a particular group of loc sigs such as the random loc sigs or the repeatable loc sigs, such selection being determined according to the input parameter, "selection_criteria" while the comparison population may be designated with the input parameter, "loc_sig_pop". For example, to update confidence factors of certain random loc sigs near "new_loc_obj", "selection_criteria" may be given a value indicating, "USE_RANDOM_LOC_SIGS", and "loc_sig_pop" may be given a value indicating, "USE_REPEATABLE_LOC_SIGS". Thus, if in a given geographic area, the repeatable loc sigs (from, e.g., stationary transceivers) in the area have recently been updated, then by successively providing "new_loc_obj" with a loc sig for each of these repeatable loc sigs, the stored random loc sigs can have their confidences adjusted.

Alternatively, in one embodiment of the present invention, the present function may be used for determining when it is desirable to update repeatable loc sigs in a particular area (instead of automatically and periodically updating such repeatable loc sigs). For example, by adjusting the confidence factors on repeatable loc sigs here provides a method for determining when repeatable loc sigs for a given area should be updated. That is, for example, when the area's average confidence factor for the repeatable loc sigs drops below a given (potentially high) threshold, then the MSs that provide the repeatable loc sigs can be requested to respond with new loc sigs for updating the data base. Note, however, that the approach presented in this function assumes that the repeatable location information in the location signature data base **1320** is maintained with high confidence by, for example, frequent data base updating. Thus, the random location signature data base verified

US 7,764,231 B1

77

location information may be effectively compared against the repeatable loc sigs in an area.

INPUT:

new_loc_obj: a data representation at least including a loc sig for an associated location about which Location Signature loc sigs are to have their confidences updated.

selection_criteria: a data representation designating the loc sigs to be selected to have their confidences updated (may be defaulted). The following groups of loc sigs may be selected: "USE_RANDOM_LOC_SIGS" (this is the default), USE_REPEATABLE_LOC_SIGS", "USE_ALL_LOC_SIGS". Note that each of these selections has values for the following values associated with it (although the values may be defaulted):

(a) a confidence_reduction factor for reducing loc sig confidences,

(b) a big_error threshold for determining the errors above which are considered too big to ignore,

(c) a confidence_increase factor for increasing loc sig confidences,

(d) a small_error threshold for determining the errors below which are considered too small (i.e., good) to ignore,

(e) a recent_time for specifying a time period for indicating the loc sigs here considered to be "recent". loc_sig_pop: a data representation of the type of loc sig population to which the loc sigs to be updated are compared. The following values may be provided:

(a) "USE ALL LOC SIGS IN DB",

(b) "USE ONLY REPEATABLE LOC SIGS" (this is the default),

(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY"

However, environmental characteristics such as: weather, traffic, season are also contemplated.

Confidence Aging Program

The following program reduces the confidence of verified loc sigs in the location signature data base **1320** that are likely to be no longer accurate (i.e., in agreement with comparable loc sigs in the data base). If the confidence is reduced low enough, then such loc sigs are removed from the data base. Further, if for a location signature data base verified location composite entity (i.e., a collection of loc sigs for the same location and time), this entity no longer references any valid loc sigs, then it is also removed from the data base. Note that this program is invoked by "Update_Loc_Sig_DB".

reduce_bad_DB_loc_sigs(loc_sig_bag,    error_rec_set, big_error_threshold    confidence_reduction_factor, recent_time)

Inputs:

loc_sig_bag: A collection or "bag" of loc sigs to be tested for determining if their confidences should be lowered and/or any of these loc sigs removed.

error_rec_set: A set of error records (objects), denoted "error_recs", providing information as to how much each loc sig in "loc_sig_bag" disagrees with comparable loc sigs in the data base. That is, there is a "error_rec" here for each loc sig in "loc_sig_bag".

big_error_threshold: The error threshold above which the errors are considered too big to ignore.

confidence_reduction_factor: The factor by which to reduce the confidence of loc sigs.

78

recent_time: Time period beyond which loc sigs are no longer considered recent. Note that "recent" loc sigs (i.e., more recent than "recent_time") are not subject to the confidence reduction and filtering of this actions of this function.

Confidence Enhancement Program

The following program increases the confidence of verified Location Signature loc sigs that are (seemingly) of higher accuracy (i.e., in agreement with comparable loc sigs in the location signature data base **1320**). Note that this program is invoked by

"Update_Loc_Sig_DB".

increase_confidence_of_good_DB_loc_sigs(nearby_loc_sig_bag, error_rec_set, small_error_threshold, confidence_increase_factor, recent_time);

Inputs:

loc_sig_bag: A collection or "bag" of to be tested for determining if their confidences should be increased.

error_rec_set: A set of error records (objects), denoted "error_recs", providing information as to how much each loc sig in "loc_sig_bag" disagrees with comparable loc sigs in the location signature data base. That is, there is a "error_rec" here for each loc sig in "loc_sig_bag".

small_error_threshold: The error threshold below which the errors are considered too small to ignore.

confidence_increase_factor: The factor by which to increase the confidence of loc sigs.

recent_time: Time period beyond which loc sigs are no longer considered recent. Note that "recent" loc sigs (i.e., more recent than "recent_time") are not subject to the confidence reduction and filtering of this actions of this function.

Location Hypotheses Consistency Program

The following program determines the consistency of location hypotheses with verified location information in the location signature data base **1320**. Note that in the one embodiment of the present invention, this program is invoked primarily by a module denoted the historical location reasoner **1424** described sections hereinbelow. Moreover, the detailed description for this program is provided with the description of the historical location reasoner hereinbelow for completeness.

DB_Loc_Sig_Error_Fit(hypothesis, measured_loc_sig_bag, search_criteria)

/*This function determines how well the collection of loc sigs in "measured_loc_sig_bag" fit with the loc sigs in the location signature data base **1320** wherein the data base loc sigs must satisfy the criteria of the input parameter "search_criteria" and are relatively close to the MS location estimate of the location hypothesis, "hypothesis".

Input: hypothesis: MS location hypothesis;

measured_loc_sig_bag: A collection of measured location signatures ("loc sigs" for short) obtained from the MS (the data structure here is an aggregation such as an array or list). Note, it is assumed that there is at most one loc sig here per Base Station in this collection. Additionally, note that the input data structure here may be a location signature cluster such as the "loc_sig_cluster" field of a location hypothesis (cf. FIGS. **9A** and **9B**). Note that variations in input data structures may be accepted here by utilization of flag or tag bits as one skilled in the art will appreciate;

79

search_criteria: The criteria for searching the verified location signature data base for various categories of loc sigs. The only limitation on the types of categories that may be provided here is that, to be useful, each category should have meaningful number of loc sigs in the location signature data base. The following categories included here are illustrative, but others are contemplated:

(a) "USE ALL LOC SIGS IN DB" (the default),

(b) "USE ONLY REPEATABLE LOC SIGS",

(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY".

Returns: An error_object (data type: "error_object") having: (a) an "error" field with a measurement of the error in the fit of the location signatures from the MS with verified location signatures in the location signature data base **1320**; and (b) a "confidence" field with a value indicating the perceived confidence that is to be given to the "error" value.*/

Location Signature Comparison Program

The following program compares: (a1) loc sigs that are contained in (or derived from) the loc sigs in "target_loc_sig_bag" with (b1) loc sigs computed from verified loc sigs in the location signature data base **1320**. That is, each loc sig from (a1) is compared with a corresponding loc sig from (b1) to obtain a measurement of the discrepancy between the two loc sigs. In particular, assuming each of the loc sigs for "target_loc_sig_bag" correspond to the same target MS location, wherein this location is "target_loc", this program determines how well the loc sigs in "target_loc_sig_bag" fit with a computed or estimated loc sig for the location, "target_loc" that is derived from the verified loc sigs in the location signature data base **1320**. Thus, this program may be used: (a2) for determining how well the loc sigs in the location signature cluster for a target MS ("target_loc_sig_bag") compares with loc sigs derived from verified location signatures in the location signature data base, and (b2) for determining how consistent a given collection of loc sigs ("target_loc_sig_bag") from the location signature data base is with other loc sigs in the location signature data base. Note that in (b2) each of the one or more loc sigs in "target_loc_sig_bag" have an error computed here that can be used in determining if the loc sig is becoming inapplicable for predicting target MS locations.

Determine_Location_Signature_Fit_Errors(target_loc, target_loc_sig_bag, search_area, search_criteria, output_criteria)

/*Input: target_loc: An MS location or a location hypothesis for an MS. Note, this can be any of the following:

(a) An MS location hypothesis, in which case, if the loc sigs in "target_loc_sig_bag" are the location signature cluster from which this location hypothesis was derived. Note that if this location is inaccurate, then "target_loc_sig_bag" is unlikely to be similar to the comparable loc sigs derived from the loc sigs of the location signature data base close "target_loc"; or

(b) A previously verified MS location, in which case, the loc sigs of "target_loc_sig_bag" were the loc sigs measurements at the time they were verified. However, these loc sigs may or may not be accurate now.

target_loc_sig_bag: Measured location signatures ("loc sigs" for short) obtained from the MS (the data structure here, bag, is an aggregation such as array or list). It is assumed that there is at least one loc sig in the bag. Further, it is assumed that there is at most one loc sig per Base Station;

80

search_area: The representation of the geographic area surrounding "target_loc". This parameter is used for searching the Location Signature data base for verified loc sigs that correspond geographically to the location of an MS in "search_area;

search_criteria: The criteria used in searching the location signature data base. The criteria may include the following:

(a) "USE ALL LOC SIGS IN DB",

(b) "USE ONLY REPEATABLE LOC SIGS",

(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY".

However, environmental characteristics such as: weather, traffic, season are also contemplated.

output_criteria: The criteria used in determining the error records to output in "error_rec_bag". The criteria may include one of:

(a) "OUTPUT ALL POSSIBLE ERROR_RECS";

(b) "OUTPUT ERROR_RECS FOR INPUT LOC SIGS ONLY".

Returns: error_rec_bag: A bag of error records or objects providing an indication of the similarity between each loc sig in "target_loc_sig_bag" and an estimated loc sig computed for "target_loc" from stored loc sigs in a surrounding area of "target_loc". Thus, each error record/object in "error_rec_bag" provides a measurement of how well a loc sig (i.e., wireless signal characteristics) in "target_loc_sig_bag" (for an associated BS and the MS at "target_loc") correlates with an estimated loc sig between this BS and MS. Note that the estimated loc sigs are determined using verified location signatures in the Location Signature data base. Note, each error record in "error_rec_bag" includes: (a) a BS ID indicating the base station to which the error record corresponds; and (b) a error measurement (>=0), and (c) a confidence value (in [0,1]) indicating the confidence to be placed in the error measurement.

Computed Location Signature Program

The following program receives a collection of loc sigs and computes a loc sig that is representative of the loc sigs in the collection. That is, given a collection of loc sigs, "loc_sig_bag", wherein each loc sig is associated with the same predetermined Base Station, this program uses these loc sigs to compute a representative or estimated loc sig associated with the predetermined Base Station and associated with a predetermined MS location, "loc_for_estimation". Thus, if the loc sigs in "loc_sig_bag" are from the verified loc sigs of the location signature data base such that each of these loc sigs also has its associated MS location relatively close to "loc_for_estimation", then this program can compute and return a reasonable approximation of what a measured loc sig between an MS at "loc_for_estimation" and the predetermined Base Station ought to be. This program is invoked by "Determine_Location_Signature_Fit_Errors".

estimate_loc_sig_from_DB(loc_for_estimation,       loc_sig_bag)

Geographic Area Representation Program

The following program determines and returns a representation of a geographic area about a location, "loc", wherein: (a) the geographic area has associated MS locations for an acceptable number (i.e., at least a determined minimal number) of verified loc sigs from the location signature data base, and (b) the geographical area is not too big. However, if there are not enough loc sigs in even a largest acceptable search

US 7,764,231 B1

81

area about "loc", then this largest search area is returned. "DB_Loc_Sig_Error_Fit" get_area_to_search(loc)

Location signature Comparison Program

This program compares two location signatures, "target_loc_sig" and "comparison_loc_sig", both associated with the same predetermined Base Station and the same predetermined MS location (or hypothesized location). This program determines a measure of the difference or error between the two loc sigs relative to the variability of the verified location signatures in a collection of loc sigs denoted the "comparison_loc_sig_bag" obtained from the location signature data base. It is assumed that "target_loc_sig", "comparison_loc_sig" and the loc sigs in "comparison_loc_sig_bag" are all associated with the same base station. This program returns an error record (object), "error_rec", having an error or difference value and a confidence value for the error value. Note, the signal characteristics of "target_loc_sig" and those of "comparison loc_sig" are not assumed to be similarly normalized (e.g., via filters as per the filters of the Signal Processing Subsystem) prior to entering this function. It is further assumed that typically the input loc sigs satisfy the "search_criteria". This program is invoked by: the program, "Determine_Location Signature_Fit_Errors", described above.

get_difference measurement(target_loc_sig, comparison_loc_sig, comparison loc_sig_bag, search_area, search_criteria):

Input:

target loc_sig: The loc sig to which the "error_rec" determined here is to be associated.

comparison_loc_sig: The loc sig to compare With the "target_loc_sig". Note, if "comparison_loc_sig" is NIL, then this parameter has a value that corresponds to a noise level of "target_loc_sig".

comparison_loc_sig_bag: The universe of loc sigs to use in determining an error measurement between "target_loc_sig" and "comparison_loc_sig". Note, the loc sigs in this aggregation include all loc sigs for the associated BS that are in the "search_area".

search_area: A representation of the geographical area surrounding the location for all input loc sigs. This input is used for determining extra information about the search area in problematic circumstances.

search_criteria: The criteria used in searching the location signature data base. The criteria may include the following:

(a) "USE ALL LOC SIGS IN DB",

(b) "USE ONLY REPEATABLE LOC SIGS",

(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY

However, environmental characteristics such as: weather, traffic, season are also contemplated.

Detailed Description of the Hypothesis Evaluator Modules

Context Adjuster Embodiments

The context adjuster **1326** performs the first set of potentially many adjustments to at least the confidences of location hypotheses, and in some important embodiments, both the confidences and the target MS location estimates provided by FOMs **1224** may be adjusted according to previous performances of the FOMs. More particularly, as mentioned above, the context adjuster adjusts confidences so that, assuming there is a sufficient density verified location signature clusters captured in the location signature data base **1320**, the resulting location hypotheses output by the context adjuster **1326** may be further processed uniformly and substantially without

82

concern as to differences in accuracy between the first order models from which location hypotheses originate. Accordingly, the context adjuster adjusts location hypotheses both to environmental factors (e.g., terrain, traffic, time of day, etc., as described in 30.1 above), and to how predictable or consistent each first order model (FOM) has been at locating previous target MS's whose locations were subsequently verified.

Of particular importance is the novel computational paradigm utilized herein. That is, if there is a sufficient density of previous verified MS location data stored in the location signature data base **1320**, then the FOM location hypotheses are used as an "index" into this data base (i.e., the location signature data base) for constructing new target MS **140** location estimates. A more detailed discussion of this aspect of the present invention is given hereinbelow. Accordingly, only a brief overview is provided here. Thus, since the location signature data base **1320** stores previously captured MS location data including:

(a) clusters of MS location signature signals (see the location signature data base section for a discussion of these signals) and

(b) a corresponding verified MS location, for each such cluster, from where the MS signals originated, the context adjuster **1326** uses newly created target MS location hypotheses output by the FOM's as indexes or pointers into the location signature data base for identifying other geographical areas where the target MS **140** is likely to be located based on the verified MS location data in the location signature data base.

In particular, at least the following two criteria are addressed by the context adjuster **1326**:

(32.1) Confidence values for location hypotheses are to be comparable regardless of first order models from which the location hypotheses originate. That is, the context adjuster moderates or dampens confidence value assignment distinctions or variations between first order models so that the higher the confidence of a location hypothesis, the more likely (or unlikely, if the location hypothesis indicates an area estimate where the target MS is NOT) the target MS is perceived to be in the estimated area of the location hypothesis regardless of the First Order Model from which the location hypothesis was output;

(32.2) Confidence values for location hypotheses may be adjusted to account for current environmental characteristics such as month, day (weekday or weekend), time of day, area type (urban, rural, etc.), traffic and/or weather when comparing how accurate the first order models have previously been in determining an MS location according to such environmental characteristics. For example, in one embodiment of the present invention, such environmental characteristics are accounted for by utilizing a transmission area type scheme (as discussed in section 5.9 above) when adjusting confidence values of location hypotheses. Details regarding the use of area types for adjusting the confidences of location hypotheses and provided hereinbelow, and in particular, in APPENDIX D.

Note that in satisfying the above two criteria, the context adjuster **1326**, at least in one embodiment, may use heuristic (fuzzy logic) rules to adjust the confidence values of location hypotheses from the first order models. Additionally, the context adjuster may also satisfy the following criteria:

(33.1) The context adjuster may adjust location hypothesis confidences due to BS failure(s),

US 7,764,231 B1

**83**

(33.2) Additionally in one embodiment, the context adjuster may have a calibration mode for at least one of:
(a) calibrating the confidence values assigned by first order models to their location hypotheses outputs;
(b) calibrating itself.

A first embodiment of the context adjuster is discussed immediately hereinbelow and in APPENDIX D. However, the present invention also includes other embodiments of the context adjuster. A second embodiment is also described in Appendix D so as to not overburden the reader and thereby chance losing perspective of the overall invention.

A description of the high level functions in an embodiment of the context adjuster **1326** follows. Details regarding the implementation of these functions are provided in APPENDIX D. Also, many of the terms used hereinbelow are defined in APPENDIX D. Accordingly, the program descriptions in this section provide the reader with an overview of this first embodiment of the context adjuster **1326**.

Context_adjuster(loc_hyp_list)

This function adjusts the location hypotheses on the list, "loc_hyp_list", so that the confidences of the location hypotheses are determined more by empirical data than default values from the First Order Models **1224**. That is, for each input location hypothesis, its confidence (and an MS location area estimate) may be exclusively determined here if there are enough verified location signatures available within and/or surrounding the location hypothesis estimate.

This function creates a new list of location hypotheses from the input list, "loc_hyp_list", wherein the location hypotheses on the new list are modified versions of those on the input list. For each location hypothesis on the input list, one or more corresponding location hypotheses will be on the output list. Such corresponding output location hypotheses will differ from their associated input location hypothesis by one or more of the following: (a) the "image_area" field (see FIGS. **9**A and **9**B) may be assigned an area indicative of where the target MS is estimated to be, (b) if "image_area" is assigned, then the "confidence" field will be the confidence that the target MS is located in the area for "image_area", (c) if there are not sufficient "nearby" verified location signature clusters in the location signature data base **1320** to entirely rely on a computed confidence using such verified location signature clusters, then two location hypotheses (having reduced confidences) will be returned, one having a reduced computed confidence (for "image_area") using the verified clusters in the Location Signature data base, and one being substantially the same as the associated input location hypothesis except that the confidence (for the field "area_est") is reduced to reflect the confidence in its paired location hypothesis having a computed confidence for "image_area". Note also, in some cases, the location hypotheses on the input list, may have no change to its confidence or the area to which the confidence applies.

Get_adjusted_loc_hyp_list_for(loc_hyp)

This function returns a list (or more generally, an aggregation object) of one or more location hypotheses related to the input location hypothesis, "loc_hyp". In particular, the returned location hypotheses on the list are "adjusted" versions of "loc_hyp" in that both their target MS **140** location estimates, and confidence placed in such estimates may be adjusted according to archival MS location information in the location signature data base **1320**. Note that the steps herein are also provided in flowchart form in FIGS. **26**a through **26**c.

RETURNS: loc_hyp_list This is a list of one or more location hypotheses related to the input "loc_hyp". Each location hypothesis on "loc_hyp list" will typically be substantially

**84**

the same as the input "loc_hyp" except that there may now be a new target MS estimate in the field, "image_area", and/or the confidence value may be changed to reflect information of verified location signature clusters in the location signature data base.

The function, "get_adjusted_loc_hyp_list_for," and functions called by this function presuppose a framework or paradigm that requires some discussion as well as the defining of some terms. Note that some of the terms defined hereinbelow are illustrated in FIG. **24**.

Define the term the "cluster set" to be the set of all MS location point estimates (e.g., the values of the "pt_est" field of the location hypothesis data type), for the present FOM, such that:
(a) these estimates are within a predetermined corresponding area (e.g., the "loc_hyp.pt_covering" being such a predetermined corresponding area, or more generally, this predetermined corresponding area is determined as a function of the distance from an initial location estimate, e.g., "loc_hyp.pt_est", from the FOM), and
(b) these point estimates have verified location signature clusters in the location signature data base.

Note that the predetermined corresponding area above will be denoted as the "cluster set area".

Define the term "image cluster set" (for a given First Order Model identified by "loc_hyp.FOM_ID") to mean the set of verified location signature clusters whose MS location point estimates are in "the cluster set".

Note that an area containing the "image cluster set" will be denoted as the "image cluster set area" or simply the "image area" in some contexts. Further note that the "image cluster set area" will be a "small" area encompassing the "image cluster set". In one embodiment, the image cluster set area will be the smallest covering of cells from the mesh for the present FOM that covers the convex hull of the image cluster set. Note that preferably, each cell of each mesh for each FOM is substantially contained within a single (transmission) area type.

Thus, the present FOM provides the correspondences or mapping between elements of the cluster set and elements of the image cluster set.

confidence_adjuster(FOM_ID,   image_area,   image_cluster_set)

This function returns a confidence value indicative of the target MS **140** being in the area for "image_area". Note that the steps for this function are provided in flowchart form in FIGS. **27**a and **27**b.

RETURNS: A confidence value. This is a value indicative of the target MS being located in the area represented by "image_area" (when it is assumed that for the related "loc_hyp," the "cluster set area" is the "loc_hyp.pt_covering" and "loc_hyp.FOM_ID" is "FOM_ID").

The function, "confidence_adjuster," (and functions called by this function) presuppose a framework or paradigm that requires some discussion as well as the defining of terms.

Define the term "mapped cluster density" to be the number of the verified location signature clusters in an "image cluster set" per unit of area in the "image cluster set area".

It is believed that the higher the "mapped cluster density", the greater the confidence can be had that a target MS actually resides in the "image cluster set area" when an estimate for the target MS (by the present FOM) is in the corresponding "the cluster set".

Thus, the mapped cluster density becomes an important factor in determining a confidence value for an estimated area of a target MS such as, for example, the area represented by

US 7,764,231 B1

85

"image_area". However, the mapped cluster density value requires modification before-it can be utilized in the confidence calculation. In particular, confidence values must be in the range [−1, 1] and a mapped cluster density does not have this constraint. Thus, a "relativized mapped cluster density" for an estimated MS area is desired, wherein this relativized measurement is in the range [−1, +1], and in particular, for positive confidences in the range [0, 1]. Accordingly, to alleviate this difficulty, for the FOM define the term "prediction mapped cluster density" as a mapped cluster density value, MCD, for the FOM and image cluster set area wherein:

(i) MCD is sufficiently high so that it correlates (at least at a predetermined likelihood threshold level) with the actual target MS location being in the "image cluster set area" when a FOM target MS location estimate is in the corresponding "cluster set area";

That is, for a cluster set area (e.g., "loc_hyp.pt_covering") for the present FOM, if the image cluster set area: has a mapped cluster density greater than the "prediction mapped cluster density", then there is a high likelihood of the target MS being in the image cluster set area.

It is believed that the prediction mapped cluster density will typically be dependent on one or more area types. In particular, it is assumed that for each area type, there is a likely range of prediction mapped cluster density values that is substantially uniform across the area type. Accordingly, as discussed in detail hereinbelow, to calculate a prediction mapped cluster density for a particular area type, an estimate is made of the correlation between the mapped cluster densities of image areas (from cluster set areas) and the likelihood that if a verified MS estimate in the cluster set, and (b) is also in the particular area type, then the verified MS location is also in the image area.

Thus, if an area is within a single area type, then such a "relativized mapped cluster density" measurement for the area may be obtained by dividing the mapped cluster density by the prediction mapped cluster density and taking the smaller of: the resulting ratio and 1.0 as the value for the relativized mapped cluster density.

In some (perhaps most) cases, however, an area (e.g., an image cluster set area) may have portions in a number of area types. Accordingly, a "composite prediction mapped cluster density" may be computed, wherein, a weighted sum is computed of the prediction mapped cluster densities for the portions of the area that is in each of the area types. That is, the weighting, for each of the single area type prediction mapped cluster densities, is the fraction of the total area that this area type is. Thus, a "relativized composite mapped cluster density" for the area here may also be computed by dividing the mapped cluster density by the composite prediction mapped cluster density and taking the smaller of: the resulting ratio and 1.0 as the value for the relativized composite mapped cluster density.

Accordingly, note that as such a relativized (composite) mapped cluster density for an image cluster set area increases/decreases, it is assumed that the confidence of the target MS being in the image cluster set area should increase/decrease, respectively.

get_composite_prediction_mapped-
_cluster_density_for_high_certainty(FOM_ID,    image_
area);

The present function determines a composite prediction mapped cluster density by determining a composite pre-

86

diction mapped cluster density for the area represented by "image_area" and for the First Order Model identified by "FOM_ID".

OUTPUT: composite_mapped_density This is a record for the composite prediction mapped cluster density. In particular, there are with two fields:

(i) a "value" field giving an approximation to the prediction mapped cluster density for the First Order Model having id, FOM_ID;

(ii) a "reliability" field giving an indication as to the reliability of the "value" field. The reliability field is in the range [0, 1] with 0 indicating that the "value" field is worthless and the larger the value the more assurance can be put in "value" with maximal assurance indicated when "reliability" is 1.

get_prediction_mapped_cluster_density_for(FOM_ID,
area_type)

The present function determines an approximation to a prediction mapped cluster density, D, for an area type such that if an image cluster set area has a mapped cluster density >=D, then there is a high expectation that the target MS **140** is in the image cluster set area. Note that there are a number of embodiments that may be utilized for this function. The steps herein are also provided in flowchart form in FIGS. **29**a through **29**h.

OUTPUT: prediction_mapped_cluster_density This is a value giving an approximation to the prediction mapped cluster density for the First Order Model having identity, "FOM_ID", and for the area type represented by "area_type"*/

It is important to note that the computation here for the prediction mapped cluster density may be more intense than some other computations but the cluster densities computed here need not be performed in real time target MS location processing. That is, the steps of this function may be performed only periodically (e.g., once a week), for each FOM and each area type thereby precomputing the output for this function. Accordingly, the values obtained here may be stored in a table that is accessed during real time target MS location processing. However, for simplicity, only the periodically performed steps are presented here. However, one skilled in the art will understand that with sufficiently fast computational devices, some related variations of this function may be performed in real-time. In particular, instead of supplying area type as an input to this function, a particular area, A, may be provided such as the image area for a cluster set area, or, the portion of such an image area in a particular area type. Accordingly, wherever "area_type" is used in a statement of the embodiment of this function below, a comparable statement with "A" can be provided.

Location Hypothesis Analyzer Embodiment

Referring now to FIG. **7**, an embodiment of the Hypothesis Analyzer is illustrated. The control component is denoted the control module **1400**. Thus, this control module manages or controls access to the run time location hypothesis storage area **1410**. The control module **1400** and the run time location hypothesis storage area **1410** may be implemented as a blackboard system and/or an expert system. Accordingly, in the blackboard embodiment, and the control module **1400** determines when new location hypotheses may be entered onto the blackboard from other processes such as the context adjuster **1326** as well as when location hypotheses may be output to the most likelihood estimator **1344**.

The following is a brief description of each submodule included in the location hypothesis analyzer **1332**.

(35.1) A control module **1400** for managing or controlling further processing of location hypotheses received from the context adjuster. This module controls all location hypothesis processing within the location hypothesis analyzer as well as providing the input interface with the context adjuster. There are numerous embodiments that may be utilized for this module, including, but not limited to, expert systems and blackboard managers.

(35.2) A run-time location hypothesis storage area **1410** for retaining location hypotheses during their processing by the location hypotheses analyzer. This can be, for example, an expert system fact base or a blackboard. Note that in some of the discussion hereinbelow, for to simplicity, this module is referred to as a "blackboard". However, it is not intended that such notation be a limitation on the present invention; i.e., the term "blackboard" hereinafter will denote a run-time data repository for a data processing paradigm wherein the flow of control is substantially data-driven.

(35.3) An analytical reasoner module **1416** for determining if (or how well) location hypotheses are consistent with well known physical or heuristic constraints as, e.g., mentioned in (30.4) above. Note that this module may be a daemon or expert system rule base.

(35.4) An historical location reasoner module **1424** for adjusting location hypotheses' confidences according to how well the location signature characteristics (i.e., loc sigs) associated with a location hypothesis compare with "nearby" loc sigs in the location signature data base as indicated in (30.3) above. Note that this module may also be a daemon or expert system rule base.

(35.5) A location extrapolator module **1432** for use in updating previous location estimates for a target MS when a more recent location hypothesis is provided to the location hypothesis analyzer **1332**. That is, assume that the control module **1400** receives a new location hypothesis for a target MS for which there are also one or more previous location hypotheses that either have been recently processed (i.e., they reside in the MS status repository **1338**, as shown best in FIG. **6**), or are currently being processed (i.e., they reside in the run-time location hypothesis storage area **1410**). Accordingly, if the active_timestamp (see FIGS. **9**A and **9**B regarding location hypothesis data fields) of the newly received location hypothesis is sufficiently more recent than the active_timestamp of one of these previous location hypotheses, then an extrapolation may be performed by the location extrapolator module **1432** on such previous location hypotheses so that all target MS location hypotheses being concurrently analyzed are presumed to include target MS location estimates for substantially the same point in time. Thus, initial location estimates generated by the FOMs using different wireless signal measurements, from different signal transmission time intervals, may have their corresponding dependent location hypotheses utilized simultaneously for determining a most likely target MS location estimate. Note that this module may also be daemon or expert system rule base.

(35.6) hypothesis generating module **1428** for generating additional location hypotheses according to, for example, MS location information not adequately utilized or modeled. Note, location hypotheses may also be decomposed here if, for example it is determined that a location hypothesis includes an MS area estimate that has subareas with radically different characteristics such as an MS area estimate that includes an uninhabited area and a densely popu-

lated area. Additionally, the hypothesis generating module **1428** may generate "poor reception" location hypotheses that specify MS location areas of known poor reception that are "near" or intersect currently active location hypotheses. Note, that these poor reception location hypotheses may be specially tagged (e.g., with a distinctive FOM_ID value or specific tag field) so that regardless of substantially any other location hypothesis confidence value overlapping such a poor reception area, such an area will maintain a confidence value of "unknown" (i.e., zero). Note that substantially the only exception to this constraint is location hypotheses generated from mobile base stations **148**. Note that this module may also be daemon or expert system rule base.

In the blackboard system embodiment of the location hypothesis analyzer, a blackboard system is the mechanism by which the last adjustments are performed on location hypotheses and by which additional location hypotheses may be generated. Briefly, a blackboard system can be described as a particular class of software that typically includes at least three basic components. That is:

(36.1) a data base called the "blackboard," whose stored information is commonly available to a collection of programming elements known as "daemons", wherein, in the present invention, the blackboard includes information concerning the current status of the location hypotheses being evaluated to determine a "most likely" MS location estimate. Note that this data base is provided by the run time location hypothesis storage area **1410**;

(36.2) one or more active (and typically opportunistic) knowledge sources, denoted conventionally as "daemons," that create and modify the contents of the blackboard. The blackboard system employed requires only that the daemons have application knowledge specific to the MS location problem addressed by the present invention. As shown in FIG. **7**, the knowledge sources or daemons in the hypothesis analyzer include the analytical reasoner module **1416**, the hypothesis generating module **1428**, and the historical location reasoner module **1416**;

(36.3) a control module that enables the realization of the behavior in a serial computing environment. The control element orchestrates the flow of control between the various daemons. This control module is provided by the control module **1400**.

Note that this blackboard system may be commercial, however, the knowledge sources, i.e., daemons, have been developed specifically for the present invention. For further information regarding such blackboard systems, the following references are incorporated herein by reference: (a) Jagannathan, V., Dodhiawala, R., & Baum, L. S. (1989). Blackboard architectures and applications. Boston, Mass.: Harcourt Brace Jovanovich Publishers; (b) Engelmore, R., & Morgan, T. (1988). Blackboard systems. Reading, Mass.: Addison-Wesley Publishing Company.

Alternatively, the control module **1400** and the run-time location hypothesis storage area **1410** may be implemented as an expert system or as a fuzzy rule inferencing system, wherein the control module **1400** activates or "fires" rules related to the knowledge domain (in the present case, rules relating to the accuracy of MS location hypothesis estimates), and wherein the rules provide a computational embodiment of, for example, constraints and heuristics related to the accuracy of MS location estimates. Thus, the control module **1400** for the present embodiment is also used for orchestrating, coordinating and controlling the activity of the individual rule

bases of the location hypothesis analyzer (e.g. as shown in FIG. **7**, the analytical reasoner module **1416**, the hypothesis generating module **1428**, the historical location reasoner module **1424**, and the location extrapolator module **1432**). For further information regarding such expert systems, the following reference is incorporated herein by reference: Waterman, D. A. (1970). A guide to expert systems. Reading, Mass.: Addison-Wesley Publishing Company.

MS Status Repository Embodiment

The MS status repository **1338** is a run-time storage manager for storing location hypotheses from previous activations of the location engine **139** (as well as the output target MS location estimate(s)) so that a target MS may be tracked using target MS location hypotheses from previous location engine **139** activations to determine, for example, a movement of the target MS between evaluations of the target MS location. Thus, by retaining a moving window of previous location hypotheses used in evaluating positions of a target MS, measurements of the target MS's velocity, acceleration, and likely next position may be determined by the location hypothesis analyzer **1332**. Further, by providing accessibility to recent MS location hypotheses, these hypotheses may be used to resolve conflicts between hypotheses in a current activation for locating the target MS; e.g., MS paths may be stored here for use in extrapolating a new location

Most Likelihood Estimator Embodiment

The most likelihood estimator **1344** is a module for determining a "most likely" location estimate for a target MS **140** being located (e.g., as in (30.7) above). In one embodiment, the most likelihood estimator performs an integration or summing of all location hypothesis confidence values for any geographic region(s) of interest having at least one location hypothesis that has been provided to the most likelihood estimator, and wherein the location hypothesis has a relatively (or sufficiently) high confidence. That is, the most likelihood estimator **1344** determines the area(s) within each such region having high confidences (or confidences above a threshold) as the most likely target MS **140** location estimates.

In one embodiment of the most likelihood estimator **1344**, this module utilizes an area mesh, M, over which to integrate, wherein the mesh cells of M are preferably smaller than the greatest location accuracy desired. That is, each cell, c, of M is assigned a confidence value indicating a likelihood that the target MS **140** is located in c, wherein the confidence value for c is determined by the confidence values of the target MS location estimates provided to the most likelihood estimator **1344**. Thus, to obtain the most likely location determination (s) the following steps are performed:

(a) For each of the active location hypotheses output by, e.g., the hypothesis analyzer **1332** (alternatively, the context adjuster **1326**), each corresponding MS location area estimate, LAE, is provided with a smallest covering, $C_{LEA}$, of cells c from M.

(b) Subsequently, each of the cells of $C_{LEA}$ have their confidence values adjusted by adding to it the confidence value for LAE. Accordingly, if the confidence of LEA is positive, then the cells of $C_{LEA}$ have their confidences increased. Alternatively, if the confidence of LEA is negative, then the cells of $C_{LEA}$ have their confidences decreased.

(c) Given that the interval [−1.0, +1.0] represents the range in confidence values, and that this range has been partitioned into intervals, Int, having lengths of, e.g., 0.05, for each interval, Int, perform a cluster analysis function for clustering cells with confidences that are in Int. Thus, a topographical-type map may be constructed from the resulting cell clusters, wherein higher confidence areas are analogous to representations of areas having higher elevations.

(d) Output a representation of the resulting clusters for each Int to the output gateway **1356** for determining the location granularity and representation desired by each location application **146** requesting the location of the target MS **140**.

Of course, variations in the above algorithm are also within the scope of the present invention. For example, some embodiments of the most likelihood estimator **1344** may:

(e) Perform special processing for areas designated as "poor reception" areas. For example, the most likelihood estimator **1344** may be able to impose a confidence value of zero (i.e., meaning it is unknown as to whether the target MS is in the area) on each such poor reception area regardless of the location estimate confidence values unless there is a location hypothesis from a reliable and unanticipated source. That is, the mesh cells of a poor reception area may have their confidences set to zero unless, e.g., there is a location hypothesis derived from target MS location data provided by a mobile base station **148** that: (a) is near the poor reception area, (b) able to detect that the target MS **140** is in the poor reception area, and (c) can relay target MS location data to the location center **142**. In such a case, the confidence of the target MS location estimate from the MBS location hypothesis may take precedence. Thus, as disclosed, e.g., in the Summary section hereabove as well as the mobile station descriptions hereinbelow, such a target MS location estimate from a MBS **148** can be dependent on the GPS location of the MBS **148**.

(f) Additionally, in some embodiments of the most likelihood estimator **1344**, cells c of M that are "near" or adjacent to a covering $C_{LEA}$ may also have their confidences adjusted according to how near the cells c are to the covering. That is, the assigning of confidences to cell meshes may be "fuzzified" in the terms of fuzzy logic so that the confidence value of each location hypothesis utilized by the most-likelihood estimator **1344** is provided with a weighting factor depending on its proximity to the target MS location estimate of the location hypothesis. More precisely, it is believed that "nearness," in the present context, should be monotonic with the "wideness" of the covering; i.e., as the extent of the covering increases (decreases) in a particular direction, the cells c affected beyond the covering also increases (decreases). Furthermore, in some embodiments of the most likelihood estimator **1344**, the greater (lesser) confidence in the LEA, the more (fewer) cells c beyond the covering have their confidences affected. To describe this technique in further detail, reference is made to FIG. **10**, wherein an area A is assumed to be a covering C, having a confidence denoted "conf". Accordingly, to determine a confidence adjustment to add to a cell c not in A (and additionally, the centroid of A not being substantially identical with the centroid of c which could occur if A were donut shaped), the following steps may be performed:

(i) Determine the centroid of A, denoted Cent(A).

(ii) Determine the centroid of the cell c, denoted Q.

(iii) Determine the extent of A along the line between Cent(A) and Q, denoted L

(iv) For a given type of probability density function, P(x), such as a Gaussian function, let T be the beginning portion of the function that lives on the x-axis

US 7,764,231 B1

**91**

interval [0, t], wherein P(t)=ABS(conf)=the absolute value of the confidence of $C_{LEA}$.

(v) Stretch T along the x-axis so that the stretched function, denoted sT(x), has an x-axis support of [0,1/(1+ $e^{-[a(ABS(conf)-1)]}$)], where a is in range of 3.0 to 10.0; e.g., 5.0. Note that sT(x) is the function, P(x*(1+$e^{-[a(ABS(conf)-1)]}$)/L), on this stretched extent. Further note that for confidences of +1 and −1, the support of sT(x) is [0, L] and for confidences at (or near) zero this support. Further, the term, L/(1+ $e^{-[a(ABS(conf)-1)]}$) is monotonically increasing with L and ABS(conf).

(vi) Determine D=the minimum distance that Q is outside of A along the line between Cent(A) and Q.

(vii) Determine the absolute value of the change in the confidence of c as sT(D).

(viii) Provide the value sT(D) with the same sign as conf, and provide the potentially sign changed value sT(D) as the confidence of the cell c.

Additionally, in some embodiments, the most likelihood estimator **1344**, upon receiving one or more location hypotheses from the hypothesis analyzer **1332**, also performs some or all of the following tasks:

(37.1) Filters out location hypotheses having confidence values near zero whenever such location hypotheses are deemed too unreliable to be utilized in determining a target MS location estimate. For example, location hypotheses having confidence values in the range [−0.02, 0.02] may be filtered here;

(37.2) Determines the area of interest over which to perform the integration. In one embodiment, this area is a convex hull including each of the MS area estimates from the received location hypotheses (wherein such location hypotheses have not been removed from consideration by the filtering process of (37.1));

(37.3) Determines, once the integration is performed, one or more collections of contiguous area mesh cells that may be deemed a "most likely" MS location estimate, wherein each such collection includes one or more area mesh cells having a high confidence value.

Detailed Description of the Location Hypothesis Analyzer Submodules

Analytical Reasoner Module

The analytical reasoner applies constraint or "sanity" checks to the target MS estimates of the location hypotheses residing in the Run-time Location Hypothesis Storage Area for adjusting the associated confidence values accordingly. In one embodiment, these sanity checks involve "path" information. That is, this module determines if (or how well) location hypotheses are consistent with well known physical constraints such as the laws of physics, in an area in which the MS (associated with the location hypothesis) is estimated to be located. For example, if the difference between a previous (most likely) location estimate of a target MS and an estimate by a current location hypothesis requires the MS to:

(a) move at an unreasonably high rate of speed (e.g., 200 mph), or

(b) move at an unreasonably high rate of speed for an area (e.g., 80 mph in a corn patch), or

(c) make unreasonably sharp velocity changes (e.g., from 60 mph in one direction to 60 mph in the opposite direction in 4 sec),

then the confidence in the current hypothesis is reduced. Such path information may be derived for each time series of location hypotheses resulting from the FOMs by maintaining a window of previous location hypotheses in the MS status

**92**

repository **1338**. Moreover, by additionally retaining the "most likely" target MS location estimates (output by the most likelihood estimator **1344**), current location hypotheses may be compared against such most likely MS location estimates.

The following path sanity checks are incorporated into the computations of this module. That is:

(1) do the predicted MS paths generally follow a known transportation pathway (e.g., in the case of a calculated speed of greater than 50 miles per hour are the target MS location estimates within, for example, 0.2 miles of a pathway where such speed may be sustained); if so (not), then increase (decrease) the confidence of the location hypotheses not satisfying this criterion;

(2) are the speeds, velocities and accelerations, determined from the current and past target MS location estimates, reasonable for the region (e.g., speeds should be less than 60 miles per hour in a dense urban area at 9 am); if so (not), then increase (decrease) the confidence of those that are (un)reasonable;

(3) are the locations, speeds, velocities and/or accelerations similar between target MS tracks produced by different FOMs similar; decrease the confidence of the currently active location hypotheses that are indicated as "outliers" by this criterion;

(4) are the currently active location hypothesis target MS estimates consistent with previous predictions of where the target MS is predicted to be from a previous (most likely) target MS estimate; if not, then decrease the confidence of at least those location hypothesis estimates that are substantially different from the corresponding predictions. Note, however, that in some cases this may be over ruled. For example, if the prediction is for an area for which there is Location Base Station coverage, and no Location Base Station covering the area subsequently reports communicating with the target MS, then the predictions are incorrect and any current location hypothesis from the same FOM should not be decreased here if it is outside of this Location Base Station coverage area.

Notice from FIG. **7** that the analytical reasoner can access location hypotheses currently posted on the Run-time Location Hypothesis Storage Area. Additionally, it interacts with the Pathway Database which contains information concerning the location of natural transportation pathways in the region (highways, rivers, etc.) and the Area Characteristics Database which contains information concerning, for example, reasonable velocities that can be expected in various regions (for instance, speeds of 80 mph would not be reasonably expected in dense urban areas). Note that both speed and direction can be important constraints; e.g., even though a speed might be appropriate for an area, such as 20 mph in a dense urban area, if the direction indicated by a time series of related location hypotheses is directly through an extensive building complex having no through traffic routes, then a reduction in the confidence of one or more of the location hypotheses may be appropriate.

One embodiment of the Analytical Reasoner illustrating how such constraints may be implemented is provided in the following section. Note, however, that this embodiment analyzes only location hypotheses having a non-negative confidence value.

Modules of an embodiment of the analytical reasoner module **1416** are provided hereinbelow.

US 7,764,231 B1

93

Path Comparison Module

The path comparison module **1454** implements the following strategy: the confidence of a particular location hypothesis is to be increased (decreased) if it is (not) predicting a path that lies along a known transportation pathway (and the speed of the target MS is sufficiently high). For instance, if a time series of target MS location hypotheses for a given FOM is predicting a path of the target MS that lies along an interstate highway, the confidence of the currently active location hypothesis for this FOM should, in general, be increased. Thus, at a high level the following steps may be performed:

(a) For each FOM having a currently active location hypothesis in the Run-time Location Hypothesis Storage Area (also denoted "blackboard"), determine a recent "path" obtained from a time series of location hypotheses for the FOM. This computation for the "path" is performed by stringing together successive "center of area" (COA) or centroid values determined from the most pertinent target MS location estimate in each location hypothesis (recall that each location hypothesis may have a plurality of target MS area estimates with one being the most pertinent). The information is stored in, for example, a matrix of values wherein one dimension of the matrix identifies the FOM and the a second dimension of the matrix represents a series of 25 COA path values. Of course, some entries in the matrix may be undefined.

(b) Compare each path obtained in (a) against known transportation pathways in an area containing the path. A value, path_match(i), representing to what extent the path matches any known transportation pathway is computed. Such values are used later in a computation for adjusting the confidence of each corresponding currently active location hypothesis.

Velocity/Acceleration Calculation Module

The velocity/acceleration calculation module **1458** computes velocity and/or acceleration estimates for the target MS **140** using currently active location hypotheses and previous location hypothesis estimates of the target MS. In one embodiment, for each FOM **1224** having a currently active location hypothesis (with positive confidences) and a sufficient number of previous (reasonably recent) target MS location hypotheses, a velocity and/or acceleration may be calculated. In an alternative embodiment, such a velocity and/or acceleration may be calculated using the currently active location hypotheses and one or more recent "most likely" locations of the target MS output by the location engine **139**. If the estimated velocity and/or acceleration corresponding to a currently active location hypothesis is reasonable for the region, then its confidence value may be incremented; if not, then its confidence value may be decremented. The algorithm may be summarized as follows:

(a) Approximate speed and/or acceleration estimates for currently active target MS location hypotheses may be provided using path information related to the currently active location hypotheses and previous target MS location estimates in a manner similar to the description of the path comparison module **1454**. Accordingly, a single confidence adjustment value may be determined for each currently active location hypothesis for indicating the extent to which its corresponding velocity and/or acceleration calculations are reasonable for its particular target MS location estimate. This calculation is performed by retrieving information from the area characteristics data base **1450** (e.g., FIGS. **6** and **7**). Since each location hypothesis includes timestamp data indicating when the MS location signals were received from the

94

target MS, the velocity and/or acceleration associated with a path for a currently active location hypothesis can be straightforwardly approximated. Accordingly, a confidence adjustment value, vel_ok(i), indicating a likelihood that the velocity calculated for the $i^{th}$ currently active location hypothesis (having adequate corresponding path information) may be appropriate is calculated using for the environmental characteristics of the location hypothesis' target MS location estimate. For example, the area characteristics data base **1450** may include expected maximum velocities and/or accelerations for each area type and/or cell of a cell mesh of the coverage area **120**. Thus, velocities and/or accelerations above such maximum values may be indicative of anomalies in the MS location estimating process. Accordingly, in one embodiment, the most recent location hypotheses yielding such extreme velocities and/or accelerations may have their confidence values decreased. For example, if the target MS location estimate includes a portion of an interstate highway, then an appropriate velocity might correspond to a speed of up to 100 miles per hour, whereas if the target MS location estimate includes only rural dirt roads and tomato patches, then a likely speed might be no more than 30 miles per hour with a maximum speed of 60 miles per hour (assuming favorable environmental characteristics such as weather). Note that a list of such environmental characteristics may include such factors as: area type, time of day, season. Further note that more unpredictable environmental characteristics such as traffic flow patterns, weather (e.g., clear, raining, snowing, etc.) may also be included, values for these latter characteristics coming from the environmental data base **1354** which receives and maintains information on such unpredictable characteristics (e.g., FIGS. **6** and **7**). Also note that a similar confidence adjustment value, acc_ok(i), may be provided for currently active location hypotheses, **10o** wherein the confidence adjustment is related to the appropriateness of the acceleration estimate of the target MS.

Attribute Comparison Module

The attribute comparison module **1462** compares attribute values for location hypotheses generated from different FOMs, and determines if the confidence of certain of the currently active location hypotheses should be increased due to a similarity in related values for the attribute. That is, for an attribute A, an attribute value for A derived from a set $S_{FOM[1]}$ of one or more location hypotheses generated by one FOM, FOM[1], is compared with another attribute value for A derived from a set $S_{FOM2}$ of one or more location hypotheses generated by a different FOM, FOM[2] for determining if these attribute values cluster (i.e., are sufficiently close to one another) so that a currently active location hypothesis in $S_{FOM[1]}$ and a currently active location hypothesis in $S_{FOM[2]}$ should have their confidences increased. For example, the attribute may be a "target MS path data" attribute, wherein a value for the attribute is an estimated target MS path derived from location hypotheses generated by a fixed FOM over some (recent) time period. Alternatively, the attribute might be, for example, one of a velocity and/or acceleration, wherein a value for the attribute is a velocity and/or acceleration derived from location hypotheses generated by a fixed FOM over some (recent) time period.

95

In a general context, the attribute comparison module **1462** operates according to the following premise:

(38.1) for each of two or more currently active location hypotheses (with, e.g., positive confidences) if:

(a) each of these currently active location hypotheses, H, was initially generated by a corresponding different $FOM_{H}$;

(b) for a given MS estimate attribute and each such currently active location hypothesis, H, there is a corresponding value for the attribute (e.g., the attribute value might be an MS path estimate, or alternatively an MS estimated velocity, or an MS estimated acceleration), wherein the attribute value is derived without using a FOM different from $FOM_{H}$, and;

(c) the derived attribute values cluster sufficiently well,

then each of these currently active location hypotheses, H, will have their corresponding confidences increased. That is, these confidences will be increased by a confidence adjustment value or delta.

Note that the phrase "cluster sufficiently well" above may have a number of technical embodiments, including performing various cluster analysis techniques wherein any clusters (according to some statistic) must satisfy a system set threshold for the members of the cluster being close enough to one another. Further, upon determining the (any) location hypotheses satisfying (38.1), there are various techniques that may be used in determining a change or delta in confidences to be applied. For example, in one embodiment, an initial default confidence delta that may be utilized is: if "cf" denotes the confidence of such a currently active location hypothesis satisfying (38.1), then an increased confidence that still remains in the interval $[0,1.0]$ may be: $cf+[(1-cf)/(1+cf)]^2$, or, $cf*[1.0+cf'']$, n.=>2, or, $cf*[a$ constant having a system tuned parameter as a factor]. That is, the confidence deltas for these examples are: $[(1-cf)/(1+cf)]^2$ (an additive delta), and, $[1.0+cf'']$(a multiplicative delta), and a constant. Additionally, note that it is within the scope of the present invention to also provide such confidence deltas (additive deltas or multiplicative deltas) with factors related to the number of such location hypotheses in the cluster.

Moreover, note that it is an aspect of the present invention to provide an adaptive mechanism (i.e., the adaptation engine **1382** shown in FIGS. **5**, **6** and **8**) for automatically determining performance enhancing changes in confidence adjustment values such as the confidence deltas for the present module. That is, such changes are determined by applying an adaptive mechanism, such as a genetic algorithm, to a collection of "system parameters" (including parameters specifying confidence adjustment values as well as system parameters of, for example, the context adjuster **1326**) in order to enhance performance of the present invention. More particularly, such an adaptive mechanism may repeatedly perform the following steps:

(a) modify such system parameters;

(b) consequently activate an instantiation of the location engine **139** (having the modified system parameters) to process, as input, a series of MS signal location data that has been archived together with data corresponding to a verified MS location from which signal location data was transmitted (e.g., such data as is stored in the location signature data base **1320**); and

(c) then determine if the modifications to the system parameters enhanced location engine **139** performance in comparison to previous performances.

Assuming this module adjusts confidences of currently active location hypotheses according to one or more of the

96

attributes: target MS path data, target MS velocity, and target MS acceleration, the computation for this module may be summarized in the following steps:

(a) Determine if any of the currently active location hypotheses satisfy the premise (38.1) for the attribute. Note that in making this determination, average distances and average standard deviations for the paths (velocities and/or accelerations) corresponding to currently active location hypotheses may be computed.

(b) For each currently active location hypothesis (wherein "i" uniquely identifies the location hypothesis selected to have its confidence increased, a confidence adjustment value, path_similar(i) (alternatively, velocity-_similar(i) and/or acceleration_similar(i)), is computed indicating the extent to which the attribute value matches another attribute value being predicted by another FOM.

Note that such confidence adjustment values are used later in the calculation of an aggregate confidence adjustment to particular currently active location hypotheses.

Analytical Reasoner Controller

Given one or more currently active location hypotheses for the same target MS input to the analytical reasoner controller **1466**, this controller activates, for each such input location hypothesis, the other submodules of the analytical reasoner module **1416** (denoted hereinafter as "adjustment submodules") with this location hypothesis. Subsequently, the analytical reasoner controller **1466** receives an output confidence adjustment value computed by each adjustment submodule for adjusting the confidence of this location hypothesis. Note that each adjustment submodule determines:

(a) whether the adjustment submodule may appropriately compute a confidence adjustment value for the location hypothesis supplied by the controller. (For example, in some cases there may not be a sufficient number of location hypotheses in a time series from a fixed FOM);

(b) if appropriate, then the adjustment submodule computes a non-zero confidence adjustment value that is returned to the analytical reasoner controller.

Subsequently, the controller uses the output from the adjustment submodules to compute an aggregate confidence adjustment for the corresponding location hypothesis. In one particular embodiment of the present invention, values for the eight types of confidence adjustment values (described in sections above) are output to the present controller for computing an aggregate confidence adjustment value for adjusting the confidence of the currently active location hypothesis presently being analyzed by the analytical reasoner module **1416**. As an example of how such confidence adjustment values may be utilized, assuming a currently active location hypothesis is identified by "i", the outputs from the above described adjustment submodules may be more fully described as:

| path_match(i) | 1 | if there are sufficient previous (and recent) location hypotheses for the same target MS as "i" that have been generated by the same FOM that generated "i", and, the target MS location estimates provided by the location hypothesis "i" and the previous location hypotheses follow a known transportation pathway. |
| | 0 | otherwise. |

97

-continued

| vel_ok(i) | 1 | if the velocity calculated for the $i^{th}$ currently active location hypothesis (assuming adequate corresponding path information) is typical for the area (and the current environmental characteristics) of this location hypothesis' target MS location estimate; |
|---|---|---|
| | 0.2 | if the velocity calculated for the $i^{th}$ currently active location hypothesis is near a maximum for the area (and the current environmental characteristics) of this location hypothesis' target MS location estimate;. |
| | 0 | if the velocity calculated is above the maximum. |
| acc_ok(i) | 1 | if the acceleration calculated for the $i^{th}$ currently active location hypothesis (assuming adequate corresponding path information) is typical for the area (and the current environmental characteristics) of this location hypothesis' target MS location estimate; |
| | 0.2 | if the acceleration calculated for the $i^{th}$ currently active location hypothesis is near a maximum for the area (and the current environmental characteristics) of this location hypothesis' target MS location estimate;. |
| | 0 | if the acceleration calculated is above the maximum. |
| similar_path(i) | 1 | if the location hypothesis "i" satisfies (38.1) for the target MS path data attribute; 0 otherwise. |
| velocity_similar(i) | 1 | if the location hypothesis "i" satisfies (38.1) for the target MS velocity attribute; 0 otherwise. |
| acceleration_similar(i) | 1 | if the location hypothesis "i" satisfies (38.1) for the target MS acceleration attribute; 0 otherwise. |
| extrapolation_chk(i) | 1 | if the location hypothesis "i" is "near" a previously predicted MS location for the target MS; 0 otherwise. |

Additionally, for each of the above confidence adjust-ments, there is a corresponding location engine **139** system setable parameter whose value may be determined by repeated activation of the adaptation engine **1382**. Accordingly, for each of the confidence adjustment types, T, above, there is a corresponding system setable parameter, "alpha_T", that is tunable by the adaptation engine **1382**. Accordingly, the following high level program segment illus-trates the aggregate confidence adjustment value computed by the Analytical Reasoner Controller.

target_MS_loc_hyps <- - - get all currently active location hypotheses, H, identifying the present target; for each currently active location hypothesis, hyp(i), from tar-get_MS_loc_hyps do {

for each of the confidence adjustment submodules, CA, do activate CA with hyp(i) as input;

/*now compute the aggregate confidence adjustment using the output from the confidence adjustment sub-modules. */ aggregate_adjustment(i)<- - - alpha_path_match*path_match(i)+alpha_velocity*vel_ok (i)+alpha_path_similar*path_similar(i)+ alpha_velocity_similar*velocity_similar(i)+ alpha_acceleration_similar*acceleration_similar(i)+ alpha_extrapolation extrapolation_chk(i);

hyp(i).confidence  <- - - hyp(i).confidence+aggre-gate_adjustment(i); }

98

Historical Location Reasoner

The historical location reasoner module **1424** may be, for example, a daemon or expert system rule base. The module adjusts the confidences of currently active location hypoth-eses by using (from location signature data base **1320**) his-torical signal data correlated with: (a) verified MS locations (e.g. locations verified when emergency personnel co-locate with a target MS location), and (b) various environmental factors to evaluate how consistent the location signature clus-ter for an input location hypothesis agrees with such historical signal data.

This reasoner will increase/decrease the confidence of a currently active location hypothesis depending on how well its associated loc sigs correlate with the loc sigs obtained from data in the location signature data base.

Note that the embodiment hereinbelow is but one of many embodiments that may adjust the confidence of currently active location hypotheses appropriately. Accordingly, it is important to note other embodiments of the historical loca-tion reasoner functionality are within the scope of the present invention as one skilled in the art will appreciate upon exam-ining the techniques utilized within this specification. For example, calculations of a confidence adjustment factor may be determined using Monte Carlo techniques as in the context adjuster **1326**. Each such embodiment generates a measure-ment of at least one of the similarity and the discrepancy between the signal characteristics of the verified location signature clusters in the location signature data base and the location signature cluster for an input currently active loca-tion hypothesis, "loc_hyp".

The embodiment hereinbelow provides one example of the functionality that can be provided by the historical location reasoner **1424** (either by activating the following programs as a daemon or by transforming various program segments into the consequents of expert system rules). The present embodi-ment generates such a confidence adjustment by the follow-ing steps:

(a) comparing, for each cell in a mesh covering of the most relevant MS location estimate in "loc_hyp", the location signature cluster of the "loc_hyp" with the verified loca-tion signature clusters in the cell so that the following are computed: (i) a discrepancy or error measurement is determined, and (ii) a corresponding measurement indi-cating a likelihood or confidence of the discrepancy measurement being relatively accurate in comparison to other such error measurements;

(b) computing an aggregate measurement of both the errors and the confidences determined in (a); and

(c) using the computed aggregate measurement of (b) to adjust the confidence of "loc_hyp".

The program illustrated in APPENDIX E provides a more detailed embodiment of the steps immediately above.

Location Extrapolator

The location extrapolator **1432** works on the following premise: if for a currently active location hypothesis there is sufficient previous related information regarding estimates of the target MS (e.g., from the same FOM or from using a "most likely" previous target MS estimate output by the location engine **139**), then an extrapolation may be performed for predicting future target MS locations that can be compared with new location hypotheses provided to the blackboard. Note that interpolation routines (e.g., conventional algo-rithms such as Lagrange or Newton polynomials) may be used to determine an equation that approximates a target MS path corresponding to a currently active location hypothesis.

Subsequently, such an extrapolation equation may be used to compute a future target MS location. For further informa-

US 7,764,231 B1

99

tion regarding such interpolation schemes, the following reference is incorporated herein by reference: Mathews, 1992, Numerical methods for mathematics, science, and engineering. Englewood Cliffs, N.J.: Prentice Hall.

Accordingly, if a new currently active location hypothesis (e.g., supplied by the context adjuster) is received by the blackboard; then the target MS location estimate of the new location hypothesis may be compared with the predicted location. Consequently, a confidence adjustment value can be determined according to how well the new location hypothesis "i" fits with the predicted location. That is, this confidence adjustment value will be larger as the new MS estimate and the predicted estimate become closer together.

Note that in one embodiment of the present invention, such predictions are based solely on previous target MS location estimates output by location engine 139. Thus, in such an embodiment, substantially every currently active location hypothesis can be provided with a confidence adjustment value by this module once a sufficient number of previous target MS location estimates have been output. Accordingly, a value, extrapolation_chk(i), that represents how accurately the new currently active location hypothesis (identified here by "i") matches the predicted location is determined.

Hypothesis Generating Module

The hypothesis generating module 1428 is used for generating additional location hypotheses according to, for example, MS location information not adequately utilized or modeled. Note, location hypotheses may also be decomposed here if, for example it is determined that a location hypothesis includes an MS area estimate that has subareas with radically different characteristics such as an area that includes an uninhabited area and a densely populated area. Additionally, the hypothesis generating module 1428 may generate "poor reception" location hypotheses that specify MS location areas of known poor reception that are "near" or intersect currently active location hypotheses. Note, that these poor reception location hypotheses may be specially tagged (e.g., with a distinctive FOM_ID value or specific tag field) so that regardless of substantially any other location hypothesis confidence value overlapping such a poor reception area, such an area will maintain a confidence value of "unknown" (i.e., zero). Note that substantially the only exception to this constraint is location hypotheses generated from mobile base stations 148.

Mobile Base Station Location Subsystem Description

Mobile Base Station Subsystem Introduction

Any collection of mobile electronics (denoted mobile location unit) that is able to both estimate a location of a target MS 140 and communicate with the base station network may be utilized by the present invention to more accurately locate the target MS. Such mobile location units may provide greater target MS location accuracy by, for example, homing in on the target MS and by transmitting additional MS location information to the location center 142. There are a number of embodiments for such a mobile location unit contemplated by the present invention. For example, in a minimal version, such the electronics of the mobile location unit may be little more than an onboard MS 140, a sectored/directional antenna and a controller for communicating between them. Thus, the onboard MS is used to communicate with the location center 142 and possibly the target MS 140, while the antenna monitors signals for homing in on the target MS 140. In an enhanced version of the mobile location unit, a GPS receiver may also be incorporated so that the location of the mobile location unit may be determined and consequently an estimate of the location of the target MS may also be determined.

100

However, such a mobile location unit is unlikely to be able to determine substantially more than a direction of the target MS 140 via the sectored/directional antenna without further base station infrastructure cooperation in, for example, determining the transmission power level of the target MS or varying this power level. Thus, if the target MS or the mobile location unit leaves the coverage area 120 or resides in a poor communication area, it may be difficult to accurately determine where the target MS is located. None-the-less, such mobile location units may be sufficient for many situations, and in fact the present invention contemplates their use. However, in cases where direct communication with the target MS is desired without constant contact with the base station infrastructure, the present invention includes a mobile location unit that is also a scaled down version of a base station 122. Thus, given that such a mobile base station or MBS 148 includes at least an onboard MS 140, a sectored/directional antenna, a GPS receiver, a scaled down base station 122 and sufficient components (including a controller) for integrating the capabilities of these devices, an enhanced autonomous MS mobile location system can be provided that can be effectively used in, for example, emergency vehicles, airplanes and boats. Accordingly, the description that follows below describes an embodiment of an MBS 148 having the above mentioned components and capabilities for use in a vehicle.

As a consequence of the MBS 148 being mobile, there are fundamental differences in the operation of an MBS in comparison to other types of BS's 122 (152). In particular, other types of base stations have fixed locations that are precisely determined and known by the location center, whereas a location of an MBS 148 may be known only approximately and thus may require repeated and frequent re-estimating. Secondly, other types of base stations have substantially fixed and stable communication with the location center (via possibly other BS's in the case of LBSs 152) and therefore although these BS's may be more reliable in their in their ability to communicate information related to the location of a target MS with the location center, accuracy can be problematic in poor reception areas. Thus, MBS's may be used in areas (such as wilderness areas) where there may be no other means for reliably and cost effectively locating a target MS 140 (i.e., there may be insufficient fixed location BS's coverage in an area).

FIG. 11 provides a high level block diagram architecture of one embodiment of the MBS location subsystem 1508. Accordingly, an MBS may include components for communicating with the fixed location BS network infrastructure and the location center 142 via an on-board transceiver 1512 that is effectively an MS 140 integrated into the location subsystem 1508. Thus, if the MBS 148 travels through an area having poor infrastructure signal coverage, then the MBS may not be able to communicate reliably with the location center 142 (e.g., in rural or mountainous areas having reduced wireless telephony coverage). So it is desirable that the MBS 148 must be capable of functioning substantially autonomously from the location center. In one embodiment, this implies that each MBS 148 must be capable of estimating both its own location as well as the location of a target MS 140.

Additionally, many commercial wireless telephony technologies require all BS's in a network to be very accurately time synchronized both for transmitting MS voice communication as well as for other services such as MS location. Accordingly, the MBS 148 will also require such time synchronization. However, since an MBS 148 may not be in constant communication with the fixed location BS network (and indeed may be off-line for substantial periods of time),

US 7,764,231 B1

101

on-board highly accurate timing device may be necessary. In one embodiment, such a device may be a commercially available ribidium oscillator **1520** as shown in FIG. **11**.

Since the MBS **148**, includes a scaled down version of a BS **122** (denoted **1522** in FIG. **11**), it is capable of performing most typical BS **122** tasks, albeit on a reduced scale. In particular, the base station portion of the MBS **148** can:

   (a) raise/lower its pilot channel signal strength,

   (b) be in a state of soft hand-off with an MS **140**, and/or

   (c) be the primary BS **122** for an MS **140**, and consequently be in voice communication with the target MS (via the MBS operator telephony interface **1524**) if the MS supports voice communication.

Further, the MBS **148** can, if it becomes the primary base station communicating with the MS **140**, request the MS to raise/lower its power or, more generally, control the communication with the MS (via the base station components **1522**). However, since the MBS **148** will likely have substantially reduced telephony traffic capacity in comparison to a standard infrastructure base station **122**, note that the pilot channel for the MBS is preferably a nonstandard pilot channel in that it should not be identified as a conventional telephony traffic bearing BS **122** by MS's seeking normal telephony communication. Thus, a target MS **140** requesting to be located may, depending on its capabilities, either automatically configure itself to scan for certain predetermined MBS pilot channels, or be instructed via the fixed location base station network (equivalently **85** infrastructure) to scan for a certain predetermined MBS pilot channel.

Moreover, the MBS **148** has an additional advantage in that it can substantially increase the reliability of communication with a target MS **140** in comparison to the base station infrastructure by being able to move toward or track the target MS **140** even if this MS is in (or moves into) a reduced infrastructure base station network coverage area. Furthermore, an MBS **148** may preferably use a directional or smart antenna **1526** to more accurately locate a direction of signals from a target MS **140**. Thus, the sweeping of such a smart antenna **1526** (physically or electronically) provides directional information regarding signals received from the target MS **140**. That is, such directional information is determined by the signal propagation delay of signals from the target MS **140** to the angular sectors of one of more directional antennas **1526** on-board the MBS **148**.

Before proceeding to further details of the MBS location subsystem **1508**, an example of the operation of an MBS **148** in the context of responding to a 911 emergency call is given. In particular, this example describes the high level computational states through which the MBS **148** transitions, these states also being illustrated in the state transition diagram of FIG. **12**. Note that this figure illustrates the primary state transitions between these MBS **148** states, wherein the solid state transitions are indicative of a typical "ideal" progression when locating or tracking a target MS **140**, and the dashed state transitions are the primary state reversions due, for example, to difficulties in locating the target MS **140**.

Accordingly, initially the MBS **148** may be in an inactive state **1700**, wherein the MBS location subsystem **1508** is effectively available for voice or data communication with the fixed location base station network, but the MS **140** locating capabilities of the MBS are not active. From the inactive state **1700** the MBS (e.g., a police or rescue vehicle) may enter an active state **1704** once an MBS operator has logged onto the MBS location subsystem of the MBS, such logging being for authentication, verification and journaling of MBS **148** events. In the active state **1704**, the MBS may be listed by

102

a 911 emergency center and/or the location center **142** as eligible for service in responding to a 911 request. From this state, the MBS **148** may transition to a ready state **1708** signifying that the MBS is ready for use in locating and/or intercepting a target MS **140**. That is, the MBS **148** may transition to the ready state **1708** by performing the following steps:

   (1a) Synchronizing the timing of the location subsystem **1508** with that of the base station network infrastructure. In one embodiment, when requesting such time synchronization from the base station infrastructure, the MBS **148** will be at a predetermined or well known location so that the MBS time synchronization may adjust for a known amount of signal propagation delay in the synchronization signal.

   (1b) Establishing the location of the MBS **148**. In one embodiment, this may be accomplished by, for example, an MBS operator identifying the predetermined or well known location at which the MBS **148** is located.

   (1c) Communicating with, for example, the 911 emergency center via the fixed location base station infrastructure to identify the MBS **148** as in the ready state.

Thus, while in the ready state **1708**, as the MBS **148** moves, it has its location repeatedly (re)-estimated via, for example, GPS signals, location center **142** location estimates from the base stations **122** (and **152**), and an on-board deadreckoning subsystem **1527** having an MBS location estimator according to the programs described hereinbelow. However, note that the accuracy of the base station time synchronization (via the ribidium oscillator **1520**) and the accuracy of the MBS **148** location may need to both be periodically recalibrated according to (1a) and (1b) above.

Assuming a 911 signal is transmitted by a target MS **140**, this signal is transmitted, via the fixed location base station infrastructure, to the 911 emergency center and the location center **142**, and assuming the MBS **148** is in the ready state **1708**, if a corresponding 911 emergency request is transmitted to the MBS (via the base station infrastructure) from the 911 emergency center or the location center, then the MBS may transition to a seek state **1712** by performing the following steps:

   (2a) Communicating with, for example, the 911 emergency response center via the fixed location base station network to receive the PN code for the target MS to be located (wherein this communication is performed using the MS-like transceiver **1512** and/or the MBS operator telephony interface **1524**).

   (2b) Obtaining a most recent target MS location estimate from either the 911 emergency center or the location center **142**.

   (2c) Inputting by the MBS operator an acknowledgment of the target MS to be located, and transmitting this acknowledgment to the 911 emergency response center via the transceiver **1512**.

Subsequently, when the MBS **148** is in the seek state **1712**, the MBS may commence toward the target MS location estimate provided. Note that it is likely that the MBS is not initially in direct signal contact with the target MS. Accordingly, in the seek state **1712** the following steps may be, for example, performed:

   (3a) The location center **142** or the 911 emergency response center may inform the target MS, via the fixed location base station network, to lower its threshold for soft hand-off and at least periodically boost its location signal strength. Additionally, the target MS may be informed to scan for the pilot channel of the MBS **148**. (Note the actions here are not, actions performed by the

US 7,764,231 B1

103

MBS **148** in the "seek state"; however, these actions are given here for clarity and completeness.)

(3b) Repeatedly, as sufficient new MS location information is available, the location center **142** provides new MS location estimates to the MBS **148** via the fixed location base station network.

(3c) The MBS repeatedly provides the MBS operator with new target MS location estimates provided substantially by the location center via the fixed location base station network.

(3d) The MBS **148** repeatedly attempts to detect a signal from the target MS using the PN code for the target MS.

(3e) The MBS **148** repeatedly estimates its own location (as in other states as well), and receives MBS location estimates from the location center.

Assuming that the MBS **148** and target MS **140** detect one another (which typically occurs when the two units are within 0.25 to 3 miles of one another), the MBS enters a contact state **1716** when the target MS **140** enters a soft hand-off state with the MBS.

Accordingly, in the contact state **1716**, the following steps are, for example, performed:

(4a) The MBS **148** repeatedly estimates its own location.

(4b) Repeatedly, the location center **142** provides new target MS **140** and MBS location estimates to the MBS **148** via the fixed location base infrastructure network.

(4c) Since the MBS **148** is at least in soft hand-off with the target MS **140**, the MBS can estimate the direction and distance of the target MS itself using, for example, detected target MS signal strength and TOA as well as using any recent location center target MS location estimates.

(4d) The MBS **148** repeatedly provides the MBS operator with new target MS location estimates provided using MS location estimates provided by the MBS itself and by the location center via the fixed location base station network.

When the target MS **140** detects that the MBS pilot channel is sufficiently strong, the target MS may switch to using the MBS **148** as its primary base station. When this occurs, the MBS enters a control state **1720**, wherein the following steps are, for example, performed:

(5a) The MBS **148** repeatedly estimates its own location.

(5b) Repeatedly, the location center **142** provides new target MS and MBS location estimates to the MBS **148** via the network of base stations **122** (**152**).

(5c) The MBS **148** estimates the direction and distance of the target MS **140** itself using, for example, detected target MS signal strength and TOA as well as using any recent location center target MS location estimates.

(5d) The MBS **148** repeatedly provides the MBS operator with new target MS location estimates provided using MS location estimates provided by the MBS itself and by the location center **142** via the fixed location base station network.

(5e) The MBS **148** becomes the primary base station for the target MS **140** and therefore controls at least the signal strength output by the target MS.

Note, there can be more than one MBS **148** tracking or locating an MS **140**. There can also be more than one target MS **140** to be tracked concurrently and each target MS being tracked may be stationary or moving.

MBS Subsystem Architecture

An MBS **148** uses MS signal characteristic data for locating the MS **140**. The MBS **148** may use such signal characteristic data to facilitate determining whether a given signal

104

from the MS is a "direct shot" or an multipath signal. That is, in one embodiment, the MBS **148** attempts to determine or detect whether an MS signal transmission is received directly, or whether the transmission has been reflected or deflected. For example, the MBS may determine whether the expected signal strength, and TOA agree in distance estimates for the MS signal transmissions. Note, other signal characteristics may also be used, if there are sufficient electronics and processing available to the MBS **148**; i.e., determining signal phase and/or polarity as other indications of receiving a "direct shot" from an MS **140**.

In one embodiment, the MBS **148** (FIG. **11**) includes an MBS controller **1533** for controlling the location capabilities of the MBS **148**. In particular, the MBS controller **1533** initiates and controls the MBS state changes as described in FIG. **12** above. Additionally, the MBS controller **1533** also communicates with the location controller **1535**, wherein this latter controller controls MBS activities related to MBS location and target MS location; e.g., this performs the program, "mobile_base_station_controller" described in APPENDIX A hereinabove. The location controller **1535** receives data input from an event generator **1537** for generating event records to be provided to the location controller **1535**. For example, records may be generated from data input received from: (a) the vehicle movement detector **1539** indicating that the MBS **148** has moved at least a predetermined amount and/or has changed direction by at least a predetermined angle, or (b) the MBS signal processing subsystem **1541** indicating that the additional signal measurement data has been received from either the location center **142** or the target MS **140**. Note that the MBS signal processing subsystem **1541**, in one embodiment, is similar to the signal processing subsystem **1220** of the location center **142**. Moreover, also note that there may be multiple command schedulers. In particular, a scheduler **1528** for commands related to communicating with the location center **142**, a scheduler **1530** for commands related to GPS communication (via GPS receiver **1531**), a scheduler **1529** for commands related to the frequency and granularity of the reporting of MBS changes in direction and/or position via the MBS deadreckoning subsystem **1527** (note that this scheduler is potentially optional and that such commands may be provided directly to the deadreckoning estimator **1544**), and a scheduler **1532** for communicating with the target MS(s) **140** being located. Further, it is assumed that there is sufficient hardware and/or software to perform commands in different schedulers substantially concurrently.

In order to display an MBS computed location of a target MS **140**, a location of the MBS must be known or determined. Accordingly, each MBS **148** has a plurality of MBS location estimators (or hereinafter also simply referred to as location estimators) for determining the location of the MBS. Each such location estimator computes MBS location information such as MBS location estimates, changes to MBS location estimates, or, an MBS location estimator may be an interface for buffering and/or translating a previously computed MBS location estimate into an appropriate format. In particular, the MBS location module **1536**, which determines the location of the MBS, may include the following MBS location estimators **1540** (also denoted baseline location estimators):

(a) a GPS location estimator **1540***a* (not individually shown) for computing an MBS location estimate using GPS signals,

(b) a location center location estimator **1540***b* (not individually shown) for buffering and/or translating an MBS estimate received from the location center **142**,

US 7,764,231 B1

105

(c) an MBS operator location estimator **1540**c (not individually shown) for buffering and/or translating manual MBS location entries received from an MBS location operator, and

(d) in some MBS embodiments, an LBS location estimator **1540**d (not individually shown) for the activating and deactivating of LBS's **152**. Note that, in high multipath areas and/or stationary base station marginal coverage areas, such low cost location base stations **152** (LBS) may be provided whose locations are fixed and accurately predetermined and whose signals are substantially only receivable within a relatively small range (e.g., 2000 feet), the range potentially being variable. Thus, by communicating with the LBS's **152** directly, the MBS **148** may be able to quickly use the location information relating to the location base stations for determining its location by using signal characteristics obtained from the LBSs **152**.

Note that each of the MBS baseline location estimators **1540**, such as those above, provide an actual MBS location rather than, for example, a change in an MBS location. Further note that it is an aspect of the present invention that additional MBS baseline location estimators **1540** may be easily integrated into the MBS location subsystem **1508** as such baseline location estimators become available. For example, a baseline location estimator that receives MBS location estimates from reflective codes provided, for example, on streets or street signs can be straightforwardly incorporated into the MBS location subsystem **1508**.

Additionally, note that a plurality of MBS location technologies and their corresponding MBS location estimators are utilized due to the fact that there is currently no single location technology available that is both sufficiently fast, accurate and accessible in substantially all terrains to meet the location needs of an MBS **148**. For example, in many terrains GPS technologies may be sufficiently accurate; however, GPS technologies: (a) may require a relatively long time to provide an initial location estimate (e.g., greater than 2 minutes); (b) when GPS communication is disturbed, it may require an equally long time to provide a new location estimate; (c) clouds, buildings and/or mountains can prevent location estimates from being obtained; (d) in some cases signal reflections can substantially skew a location estimate. As another example, an MBS **148** may be able to use triangulation or trilateralization technologies to obtain a location estimate; however, this assumes that there is sufficient (fixed location) infrastructure BS coverage in the area the MBS is located. Further, it is well known that the multipath phenomenon can substantially distort such location estimates. Thus, for an MBS **148** to be highly effective in varied terrains, an MBS is provided with a plurality of location technologies, each supplying an MBS location estimate.

In fact, much of the architecture of the location engine **139** could be incorporated into an MBS **148**. For example, in some embodiments of the MBS **148**, the following FOMs **1224** may have similar location models incorporated into the MBS:

(a) a variation of the distance FOM **1224** wherein TOA signals from communicating fixed location **85**S's are received (via the MBS transceiver **1512**) by the MBS and used for providing a location estimate;

(b) a variation of the artificial neural net based FOMs **1224** (or more generally a location learning or a classification model) may be used to provide MBS location estimates via, for example, learned associations between fixed location BS signal characteristics and geographic locations;

106

(c) an LBS location FOM **1224** for providing an MBS with the ability to activate and deactivate LBS's to provide (positive) MBS location estimates as well as negative MBS location regions (i.e., regions where the MBS is unlikely to be since one or more LBS's are not detected by the MBS transceiver);

(d) one or more MBS location reasoning agents and/or a location estimate heuristic agents for resolving MBS location estimate conflicts and providing greater MBS location estimate accuracy. For example, modules similar to the analytical reasoner module **1416** and the historical location reasoner module **1424**.

However, for those MBS location models requiring communication with the base station infrastructure, an alternative embodiment is to rely on the location center **142** to perform the computations for at least some of these MBS FOM models. That is, since each of the MBS location models mentioned immediately above require communication with the network of fixed location BS's **122** (**152**), it may be advantageous to transmit MBS location estimating data to the location center **142** as if the MBS were another MS **140** for the location center to locate, and thereby rely on the location estimation capabilities at the location center rather than duplicate such models in the MBS **148**. The advantages of this approach are that:

(a) an MBS is likely to be able to use less expensive processing power and software than that of the location center;

(b) an MBS is likely to require substantially less memory, particularly for data bases, than that of the location center.

As will be discussed further below, in one embodiment of the MBS **148**, there are confidence values assigned to the locations output by the various location estimators **1540**. Thus, the confidence for a manual entry of location data by an MBS operator may be rated the highest and followed by the confidence for (any) GPS location data, followed by the confidence for (any) location center location **142** estimates, followed by the confidence for (any) location estimates using signal characteristic data from LBSs. However, such prioritization may vary depending on, for instance, the radio coverage area **120**. In an one embodiment of the present invention, it is an aspect of the present invention that for MBS location data received from the GPS and location center, their confidences may vary according to the area in which the MBS **148** resides. That is, if it is known that for a given area, there is a reasonable probability that a GPS signal may suffer multipath distortions and that the location center has in the past provided reliable location estimates, then the confidences for these two location sources may be reversed.

In one embodiment of the present invention, MBS operators may be requested to occasionally manually enter the location of the MBS **148** when the MBS is stationary for determining and/or calibrating the accuracy of various MBS location estimators.

There is an additional important source of location information for the MBS **148** that is incorporated into an MBS vehicle (such as a police vehicle) that has no comparable functionality in the network of fixed location BS's. That is, the MBS **148** may use deadreckoning information provided by a deadreckoning MBS location estimator **1544** whereby the MBS may obtain MBS deadreckoning location change estimates. Accordingly, the deadreckoning MBS location estimator **1544** may use, for example, an on-board gyroscope **1550**, a wheel rotation measurement device (e.g., odometer) **1554**, and optionally an accelerometer (not shown). Thus, such a deadreckoning MBS location estimator **1544** periodi-

US 7,764,231 B1

107

cally provides at least MBS distance and directional data related to MBS movements from a most recent MBS location estimate. More precisely, in the absence of any other new MBS location to information, the deadreckoning MBS location estimator **1544** outputs a series of measurements, wherein each such measurement is an estimated change (or delta) in the position of the MBS **148** between a request input timestamp and a closest time prior to the timestamp, wherein a previous deadreckoning location change terminated. Thus, each deadreckoning location change estimate includes the following fields:

(a) an "earliest timestamp" field for designating the start time when the deadreckoning location change estimate commences measuring a change in the location of the MBS;

(b) a "latest timestamp" field for designating the end time when the deadreckoning location change estimate stops measuring a change in the location of the MBS; and

(c) an MBS location change vector.

That is, the "latest timestamp" is the timestamp input with a request for deadreckoning location data, and the "earliest timestamp" is the timestamp of the closest time, T, prior to the latest timestamp, wherein a previous deadreckoning output has its a timestamp at a time equal to T.

Further, the frequency of such measurements provided by the deadreckoning subsystem **1527** may be adaptively provided depending on the velocity of the MBS **148** and/or the elapsed time since the most recent MBS location update. Accordingly, the architecture of at least some embodiments of the MBS location subsystem **1508** must be such that it can utilize such deadreckoning information for estimating the location of the MBS **148**.

In one embodiment of the MBS location subsystem **1508** described in further detail hereinbelow, the outputs from the deadreckoning MBS location estimator **1544** are used to synchronize MBS location estimates from different MBS baseline location estimators. That is, since such a deadreckoning output may be requested for substantially any time from the deadreckoning MBS location estimator, such an output can be requested for substantially the same point in time as the occurrence of the signals from which a new MBS baseline location estimate is derived. Accordingly, such a deadreckoning output can be used to update other MBS location estimates not using the new MBS baseline location estimate.

It is assumed that the error with deadreckoning increases with deadreckoning distance. Accordingly, it is an aspect of the embodiment of the MBS location subsystem **1508** that when incrementally updating the location of the MBS **148** using deadreckoning and applying deadreckoning location change estimates to a "most likely area" in which the MBS **148** is believed to be, this area is incrementally enlarged as well as shifted. The enlargement of the area is used to account for the inaccuracy in the deadreckoning capability. Note, however, that the deadreckoning MBS location estimator is periodically reset so that the error accumulation in its outputs can be decreased. In particular, such resetting occurs when there is a high probability that the location of the MBS is known. For example, the deadreckoning MBS location estimator may be reset when an MBS operator manually enters an MBS location or verifies an MBS location, or a computed MBS location has sufficiently high confidence.

Thus, due to the MBS **148** having less accurate location information (both about itself and a target MS **140**), and further that deadreckoning information must be utilized in maintaining MBS location estimates, a first embodiment of the MBS location subsystem architecture is somewhat different from the location engine **139** architecture. That is, the

108

architecture of this first embodiment is simpler than that of the architecture of the location engine **139**. However, it important to note that, at a high level, the architecture of the location engine **139** may also be applied for providing a second embodiment of the MBS location subsystem **1508**, as one skilled in the art will appreciate after reflecting on the architectures and processing provided at an MBS **148**. For example, an MBS location subsystem **1508** architecture may be provided that has one or more first order models **1224** whose output is supplied to, for example, a blackboard or expert system for resolving MBS location estimate conflicts, such an architecture being analogous to one embodiment of the location engine **139** architecture.

Furthermore, it is also an important aspect of the present invention that, at a high level, the MBS location subsystem architecture may also be applied as an alternative architecture for the location engine **139**. For example, in one embodiment of the location engine **139**, each of the first order models **1224** may provide its MS location hypothesis outputs to a corresponding "location track," analogous to the MBS location tracks described hereinbelow, and subsequently, a most likely MS current location estimate may be developed in a "current location track" (also described hereinbelow) using the most recent location estimates in other location tracks.

Further, note that the ideas and methods discussed here relating to MBS location estimators **1540** and MBS location tracks, and; the related programs hereinbelow are sufficiently general so that these ideas and methods may be applied in a number of contexts related to determining the location of a device capable of movement and wherein the location of the device must be maintained in real time. For example, the present ideas and methods may be used by a robot in a very cluttered environment (e.g., a warehouse), wherein the robot has access: (a) to a plurality of "robot location estimators" that may provide the robot with sporadic location information, and (b) to a dead reckoning location estimator.

Each MBS **148**, additionally, has a location display (denoted the MBS operator visual user interface **1558** in FIG. **11**) where area maps that may be displayed together with location data. In particular, MS location data may be displayed on this display as a nested collection of areas, each smaller nested area being the most likely area within (any) encompassing area for locating a target MS **140**. Note that the MBS controller algorithm below may be adapted to receive location center **142** data for displaying the locations of other MBSes **148** as well as target MSs **140**.

Further, the MBS **148** may constrain any location estimates to streets on a street map using the MBS location snap to street module **1562**. For example, an estimated MBS location not on a street may be "snapped to" a nearest street location. Note that a nearest street location determiner may use "normal" orientations of vehicles on streets as a constraint on the nearest street location, particularly, if an MBS **148** is moving at typical rates of speed and acceleration, and without abrupt changes in direction. For example, if the deadreckoning MBS location estimator **1544** indicates that the MBS **148** is moving in a northerly direction, then the street snapped to should be a north-south running street. Moreover, the MBS location snap to street module **1562** may also be used to enhance target MS location estimates when, for example, it is known or suspected that the target MS **140** is in a vehicle and the vehicle is moving at typical rates of speed. Furthermore, the snap to street location module **1562** may also be used in enhancing the location of a target MS **140** by either the MBS **148** or by the location engine **139**. In particular, the location estimator **1344** or an additional module between the location estimator **1344** and the output gateway **1356** may utilize an embodi-

US 7,764,231 B1

**109**

ment of the snap to street location module **1562** to enhance the accuracy of target MS **140** location estimates that are known to be in vehicles. Note that this may be especially useful in locating stolen vehicles that have embedded wireless location transceivers (MSs **140**), wherein appropriate wireless signal measurements can be provided to the location center **142**.

MBS Data Structure Remarks

Assuming the existence of at least some of the location estimators **1540** that were mentioned above, the discussion here refers substantially to the data structures and their organization as illustrated in FIG. **13**.

The location estimates (or hypotheses) for an MBS **148** determining its own location each have an error or range estimate associated with the MBS location estimate. That is, each such MBS location estimate includes a "most likely MBS point location" within a "most likely area". The "most likely MBS point location" is assumed herein to be the centroid of the "most likely area". In one embodiment of the MBS location subsystem **1508**, a nested series of "most likely areas" may be provided about a most likely MBS point location. However, to simplify the discussion herein each MBS location estimate is assumed to have a single "most likely area". One skilled in the art will understand how to provide such nested "most likely areas" from the description herein. Additionally, it is assumed that such "most likely areas" are not grossly oblong; i.e., area cross sectioning lines through the centroid of the area do not have large differences in their lengths. For example, for any such "most likely area", A, no two such cross sectioning lines of A may have lengths that vary by more than a factor of two.

Each MBS location estimate also has a confidence associated therewith providing a measurement of the perceived accuracy of the MBS being in the "most likely area" of the location estimate.

A (MBS) "location track" is a data structure (or object) having a queue of a predetermined length for maintaining a temporal (timestamp) ordering of "location track entries" such as the location track entries **1770***a*, **1770***b*, **1774***a*, **1774***b*, **1778***a*, **1778***b*, **1782***a*, **1782***b*, and **1786***a* (FIG. **13**), wherein each such MBS location track entry is an estimate of the location of the MBS at a particular corresponding time.

There is an MBS location track for storing MBS location entries obtained from MBS location estimation information from each of the MBS baseline location estimators described above (i.e., a GPS location track **1750** for storing MBS location estimations obtained from the GPS location estimator **1540**, a location center location track **1754** for storing MBS location estimations obtained from the location center **142**, an LBS location track **1758** for storing MBS location estimations obtained from the location estimator **1540** deriving its MBS location estimates from base stations **122** and/or **152**, and a manual location track **1762** for MBS operator entered MBS locations). Additionally, there is one further location track, denoted the "current location track" **1766** whose location track entries may be derived from the entries in the other location tracks (described further hereinbelow). Further, for each location track, there is a location track head that is the head of the queue for the location track. The location track head is the most recent (and presumably the most accurate) MBS location estimate residing in the location track. Thus, the GPS location track **1750** has location track head **1770**; the location center location track **1754** has location track head **1774**; the LBS location track **1758** has location track head **1778**; the manual location track **1762** has location track head **1782**; and the current location track **1766**

**110**

has location track head **1786**. Additionally, for notational convenience, for each location track, the time series of previous MBS location estimations (i.e., location track entries) in the location track will herein be denoted the "path for the location track." Such paths are typically the length of the location track queue containing the path. Note that the length of each such queue may be determined using at least the following considerations:

(i) In certain circumstances (described hereinbelow), the location track entries are removed from the head of the location track queues so that location adjustments may be made. In such a case, it may be advantageous for the length of such queues to be greater than the number of entries that are expected to be removed;

(ii) In determining an MBS location estimate, it may be desirable in some embodiments to provide new location estimates based on paths associated with previous MBS location estimates provided in the corresponding location track queue.

Also note that it is within the scope of the present invention that the location track queue lengths may be a length of one.

Regarding location track entries, each location track entry includes:

(a) a "derived location estimate" for the MBS that is derived using at least one of:

    (i) at least a most recent previous output from an MBS baseline location estimator **1540** (i.e., the output being an MBS location estimate);

    (ii) dead reckoning output information from the deadreckoning subsystem **1527**.

    Further note that each output from an MBS location estimator has a "type" field that is used for identifying the MBS location estimator of the output.

(b) an "earliest timestamp" providing the time/date when the earliest MBS location information upon which the derived location estimate for the MBS depends. Note this will typically be the timestamp of the earliest MBS location estimate (from an MBS baseline location estimator) that supplied MBS location information used in deriving the derived location estimate for the MBS **148**.

(c) a "latest timestamp" providing the time/date when the latest MBS location information upon which the derived location estimate for the MBS depends. Note that earliest timestamp=latest timestamp only for so called "baseline entries" as defined hereinbelow. Further note that this attribute is the one used for maintaining the "temporal (timestamp) ordering" of location track entries.

(d) A "deadreckoning distance" indicating the total distance (e.g., wheel turns or odometer difference) since the most recently previous baseline entry for the corresponding MBS location estimator for the location track to which the location track entry is assigned.

For each MBS location track, there are two categories of MBS location track entries that may be inserted into a MBS location track:

(a) "baseline" entries, wherein each such baseline entry includes (depending on the location track) a location estimate for the MBS **148** derived from: (i) a most recent previous output either from a corresponding MBS baseline location estimator, or (ii) from the baseline entries of other location tracks (this latter case being the for the "current" location track);

(b) "extrapolation" entries, wherein each such entry includes an MBS location estimate that has been extrapolated from the (most recent) location track head for the location track (i.e., based on the track head whose

US 7,764,231 B1

111

"latest timestamp" immediately precedes the latest timestamp of the extrapolation entry). Each such extrapolation entry is computed by using data from a related deadreckoning location change estimate output from the deadreckoning MBS location estimator **1544**. Each such deadreckoning location change estimate includes measurements related to changes or deltas in the location of the MBS **148**. More precisely, for each location track, each extrapolation entry is determined using: (i) a baseline entry, and (ii) a set of one or more (i.e., all later occurring) deadreckoning location change estimates in increasing "latest timestamp" order. Note that for notational convenience this set of one or more deadreckoning location change estimates will be denoted the "deadreckoning location change estimate set" associated with the extrapolation entry resulting from this set.

(c) Note that for each location track head, it is either a baseline entry or an extrapolation entry. Further, for each extrapolation entry, there is a most recent baseline entry, B, that is earlier than the extrapolation entry and it is this B from which the extrapolation entry was extrapolated. This earlier baseline entry, B, is hereinafter denoted the "baseline entry associated with the extrapolation entry." More generally, for each location track entry, T, there is a most recent previous baseline entry, B, associated with T, wherein if T is an extrapolation entry, then B is as defined above, else if T is a baseline entry itself, then T=B. Accordingly, note that for each extrapolation entry that is the head of a location track, there is a most recent baseline entry associated with the extrapolation entry.

Further, there are two categories of location tracks:

(a) "baseline location tracks," each having baseline entries exclusively from a single predetermined MBS baseline location estimator; and

(b) a "current" MBS location track having entries that are computed or determined as "most likely" MBS location estimates from entries in the other MBS location tracks.

MBS Location Estimating Strategy

In order to be able to properly compare the track heads to determine the most likely MBS location estimate it is an aspect of the present invention that the track heads of all location tracks include MBS location estimates that are for substantially the same (latest) timestamp. However, the MBS location information from each MBS baseline location estimator is inherently substantially unpredictable and unsynchronized. In fact, the only MBS location information that may be considered predicable and controllable is the deadreckoning MBS location change estimates from the deadreckoning MBS location estimator **1544** in that these estimates may reliably be obtained whenever there is a query from the location controller **1535** for the most recent estimate in the change of the location for the MBS **148**. Consequently (referring to FIG. **13**), synchronization records **1790** (having at least a **1790**b portion, and in some cases also having a **1790**a portion) may be provided for updating each location track with a new MBS location estimate as a new track head. In particular, each synchronization record includes a deadreckoning location change estimate to be used in updating all but at most one of the location track heads with a new MBS location estimate by using a deadreckoning location change estimate in conjunction with each MBS location estimate from an MBS baseline location estimator, the location track heads may be synchronized according to timestamp. More precisely, for each MBS location estimate, E, from an MBS baseline location estimator, the present invention also sub-

112

stantially simultaneously queries the deadreckoning MBS location estimator for a corresponding most recent change in the location of the MBS **148**. Accordingly, E and the retrieved MBS deadreckoning location change estimate, C, have substantially the same "latest timestamp". Thus, the location estimate E may be used to create a new baseline track head for the location track having the corresponding type for E, and C may be used to create a corresponding extrapolation entry as the head of each of the other location tracks. Accordingly, since for each MBS location estimate, E, there is a MBS deadreckoning location change estimate, C, having substantially the same "latest timestamp", E and C will be hereinafter referred to as "paired."

High level descriptions of an embodiment of the location functions performed by an MBS **148** are provided in APPENDIX A hereinbelow.

APPENDIX A

MBS Function Embodiments

Mobile Base Station Controller Program

mobile_base_station_controller( ) {

wait_for_input_of_first_MBS_location(event); /*"event" is a record (object) with MBS location data*/

WHILE (no MBS operator input to exit) D0
    CASE OF (event): /*determine the type of "event" and process it.*/
    MBS LOCATION DATA RECEIVED FROM GPS:
    MBS LOCATION DATA RECEIVED FROM LBS:
    MBS LOCATION DATA RECEIVED FROM ANY OTHER HIGHLY RELIABLE MBS LOCATION SOURCES (EXCEPT LOCATION CENTER):
    MBS_new_est<- - - get_new_MBS_location_using_estimate(event);
/*Note, whenever a new MBS location estimate is entered as a baseline estimate into one of the location tracks, the other location tracks must be immediately updated with any deadreckoning location change estimates so that all location tracks are substantially updated at the same time.*/
    deadreck_est <- - - get_deadreckoning_location_change_estimate(event);
    MBS_curr_est <- - - DETERMINE_MBS_LOCATION_ESTIMATE(MBS_new_est, deadreck_est);
    if (MBS_curr_est.confidence > a predetermined high confidence threshold) then reset_deadreckoning_MBS_location_estimator(event);
    /*deadreckoning starts over from here.*/
    /*Send MBS location information to the Location Center.*/
    if (MBS has not moved since the last MBS location estimate of this type and is not now moving) then {
        configure the MBS on-board transceiver (e.g., MBS-MS) to immediately transmit location signals to the fixed location BS network as if the MBS were an ordinary location device (MS);
        communicate with the Location Center via the fixed location BS infrastructure the following:
        (a) a "locate me" signal,
        (b) MBS_curr_est(event),
        (c) MBS_new_est and
        (d) the timestamp for the present event.
        Additionally, any location signal information between the MBS and the present target MS may

113

be transmitted to the Location Center so that this information may also be used by the Location Center to provide better estimates of where the MBS is. Further, if the MBS determines that it is immediately adjacent to the target MS and also that its own location estimate is highly reliable (e.g., a GPS estimate), then the MBS may also communicate this information to the Location Center so that the Location Center can: (a) associate any target MS location signature cluster data with the fixed base station infrastructure with the to location provided by the MBS, and (b) insert this associated data into the location signature data base of the Location Center as a verified cluster of "random loc sigs";

/*note, this transmission preferably continues (i.e., repeats) for at least a predetermined length of time of sufficient length for the Signal Processing Subsystem to collect a sufficient signal characteristic sample size. */

}
else SCHEDULE an event (if none scheduled) to transmit to the Location Center the following: (a) MBS_curr_est, and (b) the GPS location of the MBS and the time of the GPS location estimate;

/*Now update MBS display with new MBS location; note, MBS operator must request MBS locations on the MBS display; if not requested, then the following call does not do an update.*/

update_MBS_operator_display_with_MBS_est (MBS_curr_est);

}
SINCE LAST MBS LOCATION UPDATE

MBS HAS MOVED A THRESHOLD DISTANCE: {
deadreck_est <- - - get_deadreckoning_location_change_estimate(event);

/*Obtain from MBS Dead Reckoning Location Estimator a new dead reckoning MBS location estimate having an estimate as to the MBS location change from the location of the last MBS location provided to the MBS.*/

MBS_curr_est <- - - DETERMINE_MBS_LOCATION_ESTIMATE(NULL, deadreck_est);

/*this new MBS estimate will be used in new target MS estimates*/

update_MBS_display_with_updated_MBS_location (MBS_curr_est);

SCHEDULE an event (if none scheduled) to request new GPS location data for MBS;

SCHEDULE an event (if none scheduled) to request communication with Location Center (LC) related to new MBS location data;

SCHEDULE an event (if none scheduled) to request new LBS location communication between the MBS and any LBS's that can detect the MBS;

/*Note, in some embodiments the processing of MBS location data from LBS's may be performed automatically by the Location Center, wherein the Location Center uses signal characteristic data from the LBS's in determining an estimated location of the MBS.*/

114

SCHEDULE an event (if none scheduled) to obtain new target MS signal characteristics from MS; /*i.e., may get a better target MS location estimate now. */

}
TIMER HAS EXPIRED SINCE LAST RELIABLE TARGET MS LOCATION INFORMATION OBTAINED: {
SCHEDULE an event (if none scheduled) to request location communication with the target MS, the event is at a very high priority;

RESET timer for target MS location communication; /*Try to get target MS location communication again within a predetermined time. Note, timer may dynamically determined according to the perceived velocity of the target MS.*/

}
LOCATION COMMUNICATION FROM TARGET MS RECEIVED: {
MS_raw_signal_data <- - - get_MS_signal_characteristic_raw_data(event);

/*Note, "MS_raw_signal_data" is an object having substantially the unfiltered signal characteristic values for communications between the MBS and the target MS as well as timestamp information.*/

Construct a message for sending to the Location Center, wherein the message includes at least "MS_raw signal_data" and "MBS_curr_est" so that the Location Center can also compute an estimated location for the target MS;

SCHEDULE an event (if none scheduled) to request communication with Location Center (LC) for sending the constructed message;

/*Note, this data does not overwrite any previous data waiting to be sent to the LC.*/

MS_signal_data <- - - get_MS_signal_characteritic_data(event);

/*Note, the MS signal data obtained above is, in one embodiment, "raw" signal data. However, in a second embodiment, this data is filtered substantially as in the Location Center by the Signal Processing Subsystem. For simplicity of discussion here, it is assumed that each MBS includes at least a scaled down version of the Signal Processing Subsystem (see FIG. 11).*/

MS_new_est <- - - DETERMINE_MS_MOST_RECENT_ESTIMATE(MBS_curr_est,   MS_curr_est, MS_signal_data);

/*May use forward and reverse TOA, TDOA, signal power, signal strength, and signal quality indicators. Note, "MS_curr_est" includes a timestamp of when the target MS signals were received.

if (MS_new_est.confidence > min MS confidence) then
{
mark MS_est as temporary(MS_new est);

/*Note, it is assumed that this MS location estimate is "temporary" in the sense that it will be replaced by a corresponding MS location estimate received from the Location Center that is based on the same target MS raw signal data. That is, if the Location Center responds with a corresponding target MS location estimate, E, while "MS_new_est" is a value in a "moving window" of target MS location estimates (as described hereinbelow), then E will replace the value of "MS_new est". Note, the moving win-

115

dow may dynamically vary in size according to, for example, a perceived velocity of the target MS and/or the MBS.*/

MS_moving_window  <-get_MS_moving_window (event);
   /*get moving window of location estimates for this target MS.*/
add MS estimate to MS location window(MS_new est, MS_moving_window);
   /*Since any given single collection of measurements related to locating the target MS may be potentially misleading, a "moving window" of location estimates are used to form a "composite location estimate" of the target MS. This composite location estimate is based on some number of the most recent location estimates determined. Such a composite location estimate may be, for example, analogous to a moving average or some other weighting of target MS location estimates. Thus, for example, for each location estimate (i.e., at least one MS location area, a most likely single location, and, a confidence estimate) a centroid type calculation may be performed to provide the composite location estimate.*/

MS_curr_est  <-  -  -  DETERMINE_MS_LOCATION_ESTIMATE(MS_moving_window);
   /*DETERMINE new target MS location estimate. Note this may an average location or a weighted average location.*/

remove_scheduled_events("TARGET_MS_SCHEDULE", event.MS_ID);
   /*REMOVE ANY OTHER EVENTS SCHEDULED FOR REQUESTING LOCATION COMMUNICATION FROM TARGET MS*/
}

else /*target MS location data received but it is not deemed to be reliable (e.g., too much multipath and/or inconsistent measurements, so SCHEDULE an event (if none scheduled) to request new location communication with the target MS, the event is at a high priority*/

add_to_scheduled_event("TARGET_MS_SCHEDULE", event.MS_ID);

update_MBS_operator_display_with_MS_est (MS_curr_est);
   /*The MBS display may use various colors to represent nested location areas overlayed on an area map wherein, for example, 3 nested areas may be displayed on the map overlay: (a) a largest area having a relatively high probability that the target MS is in the area (e.g., >95%); (b) a smaller nested area having a lower probability that the target MS is in this area (e.g., >80%); and (c) a smallest area having the lowest probability that the target MS is in this area (e.g., >70%). Further, a relatively precise specific location is provided in the smallest area as the most likely single location of the target MS. Note that in one embodiment, the colors for each region may dynamically change to provide an indication as to how high their reliability is; e.g., no colored areas shown for reliabilities below, say, 40%; 40-50% is purple; 50-60% is blue; 60-70% is green; 70-80% is amber, 80-90% is white; and red denotes the most likely single location of the target MS. Further note the three nested areas may collapse into one or two as the MBS gets closer to the

116

target MS. Moreover, note that the collapsing of these different areas may provide operators in the MBS with additional visual reassurance that the location of the target MS is being determined with better accuracy.*/
   /*Now RESET timer for target MS location communication to try to get target MS location communication again within a predetermined time.*/
reset_timer("TARGET_MS_SCHEDULE", event.MS_ID);
}

COMMUNICATION OF LOCATION DATA TO MBS FROM LOCATION CENTER: {
   /*Note, target MS location data may be received from the Location Center in the seek state, contact state and the control state. Such data may be received in response to the MBS sending target MS location signal data to the Location Center (as may be the case in the contact and control states), or such data may be received from the Location Center regardless of any previously received target MS location sent by the MBS (as may be the case in the seek, contact and control states).*/
   if ((the timestamp of the latest MBS location data sent to the Location Center)<=(the timestamp returned by this Location Center communication identifying the MBS location data used by the Location Center for generating the MBS location data of the present event))
   then /*use the LC location data since it is more recent than what is currently being used.*/
   {
      MBS_new_est <- - - get_location_Center_MBS_est(event);
      deadreck_est  <-  - -  get_deadreckoning_location_change_estimate(event);
      MBS_curr_est <-- DETERMINE_MBS_LOCATION_ESTIMATE(MBS_new_est, deadreck_est);
      if (MBS_curr_est.confidence > a predetermined high confidence threshold) then reset_deadreckoning_MBS_location_estimator(event);
      update_MBS_operator_display_with_MBS_est (MBS_curr_est);
}

if ((the timestamp of the latest target MS location data sent to the Location Center)<=(the timestamp returned by this Location Center communication identifying the MS location data used by the Location Center for generating the target MS location estimate of the present event)) then /*use the MS location estimate from the LC since it is more recent than what is currently being used. */
{
   MS_new est  <-  -  -  get_location Center MS_est (event);
   /*This information includes error or reliability estimates that may be used in subsequent attempts to determine an MS location estimate when there is no communication with the LC and no exact (GPS) location can be obtained. That is, if the reliability of the target MS's location is deemed highly reliable, then subsequent less reliable location estimates should be used only to the degree that more highly reliable estimates become less relevant due to the MS moving to other locations.*/

US 7,764,231 B1

**117**

MS_moving_window <- - - get_MS_moving_win-
dow(event);
  /*get moving window of location estimates for this
    target MS. */
  if ((the Location Center target MS estimate utilized
    the MS location signature data supplied by the
    MBS) then if (a corresponding target MS loca-
    tion estimate marked as "temporary" is still in
    the moving window) then /*It is assumed that
    this new target MS location data is still timely
    (note the target MS may be moving); so replace
    the temporary estimate with the Location Center
    estimate. */
    replace the temporary target MS location esti-
    mate   in   the   moving   window   with
    "MS_new_est";
    else /*there is no corresponding "temporary" tar-
    get MS location in the moving window; so this
    MS estimate must be too old; so don't use it. */
  else /*the Location Center did not use the MS loca-
    tion data from the MBS even though the times-
    tamp of the latest MS location data sent to the
    Location Center is older that the MS location
    data used by the Location Center to generate the
    present target MS location estimate. Use the new
    MS location data anyway. Note there isn't a cor-
    responding "temporary" target MS location in
    the moving window. */
    add_MS_estimate_to_MS_location_window
    (MS_new_est);
}
else /*the MS location estimate from the LC is not more
  recent than the latest MS location data sent to the LC
  from the MBS. W/
  if (a corresponding target MS location estimate
    marked as "temporary" is still in the moving win-
    dow) then /*It is assumed that this new target MS
    location data is still timely (note the target MS may
    be moving); so replace the temporary estimate with
    the Location Center estimate.*/ replace the tempo-
    rary target MS location estimate in the moving
    window with "MS_new_est";
  else /*there is no corresponding "temporary" target
    MS location in the moving window; so this MS
    estimate must be too old; so don't use it.*/
  MS_curr_est  <-  -  -  DETERMINE_MS_LOCA-
    TION_ESTIMATE(MS_moving_window);
  update_MBS_operator_display_with_MS_est
    (MS_curr_est);
  reset_timer("LC_COMMUNICATION",      event.M-
    S_ID); {
NO COMMUNICATION FROM LC {
  /*i.e., too long a time has elapsed since last communi-
    cation from LC. */ SCHEDULE an event (if none
    scheduled) to request location data (MBS and/or tar-
    get MS) from the Location Center, the event is at a
    high priority;
  reset_timer("LC_COMMUNICATION",      event.M-
    S_ID);
}
REQUEST TO NO LONGER CONTINUE LOCATING
  THE PRESENT TARGET MS: {if (event not from
  operator) then request MBS operator verification;
  else {REMOVE the current target MS from the list of
    MSs currently being located and/or tracked;

**118**

  SCHEDULE an event (if none scheduled) to send
    communication to the Location Center that the cur-
    rent target MS is no longer being tracked;
  PURGE MBS of all data related to current target MS
    except any exact location data for the target MS that
    has not been sent to the Location Center for archi-
    val purposes;
  }
}
REQUEST  FROM  LOCATION  CENTER  TO  ADD
  ANOTHER TARGET MS TO THE LIST OF MSs
  BEING TRACKED: {
  /*assuming the Location Center sends MBS location
    data for a new target MS to locate and/or track (e.g., at
    least a new MS ID and an initial MS location esti-
    mate), add this new target MS to the list of MSs to
    track. Note the MBS will typically be or transitioning
    to in the seek state.*/
  if (event not from operator) then request MBS operator
    verification;
  else {
    INITIALIZE MBS with data received from the Loca-
      tion Center related to the estimated location of the
      new target MS; /*e.g., initialize a new moving win-
      dow for this new target MS; initialize MBS opera-
      tor interface by graphically indicating where the
      new target MS is estimated to be. */
    CONFIGURE MBS to respond to any signals
      received from the new target MS by requesting
      location data from the new target MS;
    INITIALIZE timer for communication from LC; /*A
      timer may be set per target MS on list. */
  }
}
REQUEST TO MANUALLY ENTER A LOCATION
  ESTIMATE FOR MBS (FROM AN MBS OPERA-
  TOR): {
  /*Note, MBS could be moving or stationary. If station-
    ary, then the estimate for the location of the MBS is
    given high reliability and a small range (e.g., 20 feet).
    If the MBS is moving, then the estimate for the loca-
    tion of the MBS is given high reliability but a wider
    range that may be dependent on the speed of the MBS.
    In both cases, if the MBS operator indicates a low
    confidence in the estimate, then the range is widened,
    or the operator can manually enter a range.*/
  MBS_new_est<-get_new_MBS_location_est_
    from_operator(event);  /*The estimate  may  be
    obtained, for example, using a light pen on a displayed
    map */
  if (operator supplies a confidence indication for the input
    MBS location estimate) then MBS_new_est.confi-
    dence   <-   -   -   get_MBS_operator_confiden-
    ce_of_estimate(event);
  else MBS_new_est.confidence <- - - I; /*This is the
    highest value for a confidence. */ deadreck_est <- - -
    get_deadreckoning location change estimate(event);
  MBS_curr_est  <-  -  -  DETERMINE_MBS_LOCA-
    TION_ESTIMATE(MBS_new_est, deadreck_est);
  if (MBS_curr_est.confidence > a predetermined high
    confidence   threshold)   then   reset_deadreckon-
    ing_MBS_location_estimator(event);
  update_MBS_operator_display_with_MBS_est(MB-
    S_curr_est);
  /*Note, one reason an MBS operator might provide a
    manual MBS input is that the MBS might be too
    inaccurate in its location. Moreover, such inaccura-

**119**

cies in the MBS location estimates can cause the target MS to be estimated inaccurately, since target MS signal characteristic values may be utilized by the MBS to estimate the location of the target MS as an offset from where the MBS is. Thus, if there are target MS estimates in the moving window of target MS location estimates that are relatively close to the location represented by "MBS_curr_est", then these select few MS location estimates may be updated to reflect a more accurate MBS location estimate. */

MS_moving_window <- - - get_MS_moving_window (event);

if (MBS has not moved much since the receipt of some previous target MS location that is still being used to location the target MS) then

{
　UPDATE those target MS location estimates in the moving window according to the new MBS location estimate here;

　MS_curr_est <- - - DETERMINE_MS_LOCA-TION_ESTIMATE(MS_moving_window);

　update_MBS_operator_display_with_MS_est (MS_curr_est);

}

}

}/end case statement */

Lower Level MBS Function Descriptions

/*PROCEDURE: DETERMINE_MBS_LOCATION_ESTI-MATE REMARKS:

　It is assumed that with increasing continuous dead reckoning without additional MBS location verification, the potential error in the MBS location increases.

　It is assumed that each MBS location estimate includes: (a) a most likely area estimate surrounding a central location and (b) a confidence value of the MBS being in the location estimate.

　The confidence value for each MBS location estimate is a measurement of the likelihood of the MBS location estimate being correct. More precisely, a confidence value for a new MBS location estimate is a measurement that is adjusted according to the following criteria:

　(a) the confidence value increases with the perceived accuracy of the new MBS location estimate (independent of any current MBS location estimate used by the MBS),

　(b) the confidence value decreases as the location discrepancy with the current MBS location increases,

　(c) the confidence value for the current MBS location increases when the new location estimate is contained in the current location estimate,

　(d) the confidence value for the current MBS location decreases when the new location estimate is not contained in the current location estimate, and

Therefore, the confidence value is an MBS location likelihood measurement which takes into account the history of previous MBS location estimates.

　It is assumed that with each MBS location estimate supplied by the Location Center there is a default confidence value supplied which the MBS may change.

*/DETERMINE_MBS_LOCATION_ESTIMATE(MB-S_new_est, deadreck_est)

/*Add the pair, "MBS_new_est" and "deadreck_est" to the location tracks and determine a new current MBS location estimate.

**120**

Input: MBS_new_est A new MBS baseline location estimate to use in determining the location of the MBS, but not a (deadreckoning) location change estimate

　deadreck_est The deadreckoning location change estimate paired with "MBS_new_est". Y/

{

if (MBS_new_est is not NULL) then /*the "deadreck_est" is paired with "MBS_new_est"*/ {

　if (all MBS location tracks are empty) then {

　　insert "MBS_new_est" as the head of the location track of type, "MBS_new_est.type";

　　insert "MBS_new_est" as the head of the current track; /*so now there is a "MBS_curr_est" MBS location estimate to use */

　　MBS_curr_est <- - - get curr_est(MBS_new_est.M-S_ID); /*from current location track */

　}

else/there is at least one non-empty location track in addition to the current location track being non-empty*/

{

　if (MBS_new_est is of type MANUAL_ENTRY) then {/*MBS operator entered an MBS location estimate for the MBS; so must use it */

　　MBS_curr_est <- - - add_location entry(MB-S_new_est, deadreck_est);

　}

　else /*"MBS_new_est" is not of type MANUAL_EN-TRY */

　　if (the MBS location track of type, "MBS_new_est.type", is empty) then {/*some other location track is non-empty */

　　　MBS_curr_est <- - - add_location_entry(MB-S_new_est, deadreck_est); }

　　else/*"MBS_new_est.type" location track is non-empty and "MBS_new_est" is not of type MANU-AL_ENTRY */

　　　{/*In the next statement determine if "MBS_new_est" is of at least minimal useful quality in comparison to any previous estimates of the same type; see program def'n below */

　　　continue_to_process_new_est <- - - FILTER(MB-S_new_est);

　　　if (continue_to_process_new_est) then /*"MB-S_new_est" is of sufficient quality to continue processing. */

　　　{

　　　　MBS_curr_est <- - - add_location_entry(MB-S_new_est, deadreck_est);

　　　}/*end "MBS_new_est" not filtered out */

　　　else /*"MBS_new_est" is filtered out; do nothing */;

　　}/*end else */

}/*end else at least one non-empty location track */

}

else /*MBS_new_est is NULL; thus only a deadreckoning output is to be added to location tracks */ {

　extrapolation_entry <- - - create_an_extrapolation_entry_from(deadreck_est);

　insert_into_every_location_track(extrapolation_entry);
　　/*including the "current location track"*/ MBS_cur-

**121**

r_est <- - - get_curr_est(MBS_new_est.MS_ID);
/*from current location track */
}
RETURN(MBS_curr_est);

}END /*DETERMINE_MBS_LOCATION_ESTIMATE */ 5

add_location_entry(MBS_new_est, deadreck_est);

/*This function adds the baseline entry, "MBS_new_est" and
its paired deadreckoning location change estimate,
"deadreck_est" to the location tracks, including the "current
location track". Note, however, that this function will roll
back and rearrange location entries, if necessary, so that the
entries are in latest timestamp order.
Returns: MBS_curr_est */

{
  if (there is a time series of one or more dead reckoning
      extrapolation entries in the location track of type
      "MBS_new_estt.type" wherein the extrapolation entries
      have a "latest timestamp" more recent than the times-   20
      tamp of "MBS_new_est") then
  {/*Note, this condition may occur in a number of ways;
      e.g., (a) an MBS location estimate received from the
      Location Center could be delayed long enough (e.g., 1-4
      sec) because of transmission and processing time; (b)   25
      the estimation records output from the MBS baseline
      location estimators are not guaranteed to be always pre-
      sented to the location tracks in the temporal order they
      are created. */
      roll back all (any) entries on all location tracks, includ-   30
      ing the "current" track, in "latest timestamp"
      descending order, until a baseline entry, B, is at the
      head of a location track wherein B is a most recent
      entry having a "latest timestamp" prior to
      "MBS_new_est"; let "stack" be the stack of a location   35
      track entries rolled off the location tracks, wherein an
      entry in the stack is either a baseline location entry and
      a paired deadreckoning location change estimate, or,
      an unpaired deadreckoning location change estimate
      associated with a NULL for the baseline location   40
      entry;
      insert "MBS_new_est" at the head of the location track
      of type "MBS_new_est.type" as a new baseline entry;
      insert the extrapolation entry derived from "deadreck-
      _est" in each of the other baseline location tracks   45
      except the current track;
      /*It is important to note that "deadreck_est" includes the
      values for the change in the MBS location substan-
      tially for the time period between the timestamp, T, of
      "MS_new_est" and the timestamp of the closest   50
      deadreckoning output just before T. Further note that
      if there are any extrapolation entries that were rolled
      back above, then there is an extrapolation entry, E,
      previously in the location tracks and wherein E has an
      earliest timestamp equal to the latest timestamp of B   55
      above. Thus, all the previous extrapolation entries
      removed can be put back if E is modified as follows:
      the MBS location change vector of E (denoted herein
      as E.delta) becomes E.delta -[location change vector
      of "deadreck_est"]. */   60
      MBS_curr_est <- - - UPDATE_CURR_EST(MB-
      S_new_est, deadreck_est);
      if (the extrapolation entry E exists) then /*i.e., "stack"
      is not empty */
      {   65
        modify the extrapolation entry E as per the com-
        ment above;

**122**

      /*now fix things up by putting all the rolled off
      location entries back, including the "current
      location track"*/
      do until "stack" is empty
      {
        stack_top <- - - pop_stack(stack);
        /*"stack_top" is either a baseline location entry
        and a paired deadreckoning location change to
        estimate, or, an unpaired deadreckoning location
        change estimate associated with a NULL for the
        baseline location entry*/
        MBS_nxt_est <- - - get baseline
        entry(stack_top);
        deadreck_est <- - - get_deadreckoning_entry(s-
        tack_top);
        MBS_curr_est <- - - DETERMINE_MBS_LO-
        CATION_ESTIMATE(MBS_nxt_est,
        deadreck_est);
      }
    }
  }
  else /*there is no deadreckoning extrapolation entries in the
      location track of type "MBS_new_est.type" wherein the
      extrapolation entries have a "latest timestamp" more
      recent than the timestamp of "MBS_new_est". So just
      insert "MBS_new_est" and "deadreck_est".*/
  {
      insert "MBS_new_est" at the head of the location track
      of type "MBS_new_est.type" as a new baseline entry;
      insert the extrapolation entry derived from "dead-
      reck_est" in each of the other location tracks except
      the current track;
      MBS_curr_est <- - - UPDATE_CURR_EST(MB-
      S_new_est, deadreck_est); /*see prog def'n below */
  }
  RETURN(MBS_curr_est);

}/*end add_location entry */

FILTER(MBS_new_est)
/*This function determines whether "MBS_new_est" is of
  sufficient quality to insert into it's corresponding MBS
  location track. It is assumed that the location track of
  "MBS_new_est.type" is non-empty.
  Input: MBS_new_est A new MBS location estimate to use
  in determining the location of the MBS.
  Returns: FALSE if "MBS_new_est" was processed here
  (i.e., filtered out), TRUE if processing with
  "MBS_new_est" may be continued .*/

{

continue_to_process_new_est <- -TRUE; /*assume
"MBS_new_est" will be good enough to use as an MBS
location estimate */ /*see if "MBS_new_est" can be filtered
out. */
if (the confidence in MBS_new_est <a predetermined func-
  tion of the confidence(s) of previous MBS location esti-
  mates of type "MBS_new_est.type")
  /*e.g., the predetermined function here could be any of a
  number of functions that provide a minimum threshold
  on what constitutes an acceptable confidence value for
  continued processing of "MBS_new_est". The follow-
  ing is an example of one such predetermined function:
  K*(confidence of "MBS_new_est.type" location track
  head) for some K, 0<K<=1.0, wherein K varies with a
  relative frequency of estimates of type "MBS_new_
  est.type" not filtered; e.g., for a given window of previ-
  ous MBS location estimates of this type, K=(number of

US 7,764,231 B1

123

MBS location estimates of "MBS_new_est.type" not filtered)/(the total number of estimates of this type in the window). Note, such filtering here may be important for known areas where, for example, GPS signals may be potentially reflected from an object (i.e., multipath), or, the Location Center provides an MBS location estimate of very low confidence. For simplicity, the embodiment here discards any filtered location estimates. However, in an alternative embodiment, any such discarded location estimates may be stored separately so that, for example, if no additional better MBS location estimates are received, then the filtered or discarded location estimates may be reexamined for possible use in providing a better subsequent MBS location estimate.*/

then continue_to_process_new est <- -FALSE;

else if (an area for "MBS_new_est"> a predetermined function of the corresponding area(s) of entries in the location track of type "MBS_new_est.type")

/*e.g., the predetermined function here could be any of a number of functions that provide a maximum threshold on what constitutes an acceptable area size for continued processing of "MBS_new_est". The following are examples of such predetermined functions: (a) the identity function on the area of the head of the location track of type "MBS_new_est.type"; or, (b) K*(the area of the head of the location track of type "MBS_new_est.type"), for some K, K>=1.0, wherein for a given window of previous MBS location estimates of this type, K=(the total number of estimates in the window)/(number of these location estimates not filtered); note, each extrapolation entry increases the area of the head; so areas of entries at the head of each location track type grow in area as extrapolation entries are applied. */

then continue_to_process_new_est <- -FALSE;

RETURN(continue_to_process_new_est)

}

UPDATE_CURR_EST(MBS_new_est, deadreck_est)

/*This function updates the head of the "current" MBS location track whenever "MBS_new_est" is perceived as being a more accurate estimate of the location of the MBS.

Input: MBS_new_est A new MBS location estimate to use in determining the location of the MBS

deadreck_est The deadreckoning MBS location change estimate paired with "MBS_curr_est" */

Returns a potentially updated "MBS_curr_est" */

{

if (MBS_new_est is of type MANUAL_ENTRY) then

{/*MBS operator entered an MBS location estimate for the MBS; so must use it */ insert "MBS_new_est" as the head of the "current MBS location track" which is the location track indicating the best current approximation of the location of the MBS;

}

else /*"MBS_new_est" is not a manual entry */

{

MBS_curr_est <- - - get_curr_est(MBS_new_est.MS_ID);

/*get the head of the "current location track"*/ adjusted_curr_est <- - - apply deadreckoning to(MBS_curr_est, deadreck_est);

/*The above function returns an object of the same type as "MBS_curr_est", but with the most likely MBS point and area locations adjusted by "deadreck_est". Accordingly, this function performs the following computations:

124

(a) selects, $A_M$ BS, the MBS location area estimate of "MBS_curr_est" (e.g., one of the "most likely" nested area(s) provided by "MBS_curr_est" in one embodiment of the present invention);

(b) applies the deadreckoning translation corresponding to "deadreck_est" to $A_{MBS}$ to thereby translate it (and expand it to at least account for deadreckoning inaccuracies). */

if (reasonably_close(MBS_new_est, adjusted_curr_est, MBS_curr_est))

/*In one embodiment, the function "reasonably_close" here determines whether a most likely MBS point location (i.e., centroid) of "MBS_new_est" is contained in the MBS estimated area of "adjusted_curr_est"

Note that the reasoning for this constraint is that if "MBS_curr_est" was accurate, then any "most likely MBS point location" of a new MBS baseline estimate that is also accurate ought to be in the MBS estimated area of "adjusted_curr_est"

In a second embodiment, the function "reasonably_close" determines whether the centroid (or most likely MBS point location) of "MBS_new_est" is close enough to "MBS_curr_est" so that no MBS movement constraints are (grossly) violated between the most likely point locations of "MBS_new_est" and "MBS_curr_est"; i.e., constraints on (de)acceleration, abruptness of direction change, velocity change, max velocity for the terrain. Note, such constraints are discussed in more detail in the section herein describing the "Analytical Reasoner". Accordingly, it is an aspect of the present invention to provide similar capabilities to that of the Analytical Reasoner as part of the MBS, and in particular, as the functionality of the "MBS LOCATION CONSTRAINT CHECKER" illustrated in FIG. 11. It is assumed hereinafter that the embodiment of the function, "reasonably_close", performed here is a combination of both the first and second embodiments, wherein the constraints of both the first and second embodiments must be satisfied for the function to return TRUE. */

then

if (the confidence in MBS_new_est >=the confidence in MBS_curr_est) then {

if (the most likely MBS area of MBS_new_est contains the most likely MBS area of "adjusted_curr_est" as computed above) then

shrink MBS_new_est uniformly about its centroid (i.e., "most likely MBS point location") until it is as small as possible and still contain the MBS estimated area of "adjusted_curr_est".

insert_into_location_track("current", MBS_new_est);

/*The program invoked here inserts a location track entry corresponding to the second parameter into the location track identified by the first parameter (e.g., "current"). It is important to note that the second parameter for this program may be either of the following data structures: a "location track entry", or an "MBS location estimate" and the appropriate location track entry or entries will be put on the location track corresponding to the first parameter. The insertion is performed so that a "latest timestamp" order is maintained; i.e.,

(a) any extrapolation entries in the location track, wherein these entries have a more recent "latest

US 7,764,231 B1

125

timestamp" than the ("earliest" or only) timestamp (depending on the data structure) of the second parameter are removed, and

(b) conceptually at least, the location change estimates output from the deadreckoning MBS location estimator that correspond with the removed extrapolation entries are then reapplied in timestamp order to the head of the target location track. */

}
else /*the centroid of "MBS_new_est", is contained in an area of "MBS_curr_est", but the confidence in "MBS_new_est"<confidence in "MBS_curr_est"*/
{
    most_likely_est <- -determine a "most likely MBS location estimate" using the set S={the MBS location estimate centroid(s) of any MBS location track heads contained in the MBS estimated area of "adjusted_curr_est", plus, the centroid of "MBS_new_est"};
    /*Note, in the above statement, the "most likely MBS location estimate" may be determined using a number of different techniques depending on what function(s) is used to embody the meaning of "most likely". In one embodiment, such a "most likely" function is a function of the confidence values of a predetermined population of measurements (e.g., the selected location track heads in this case) from which a "most likely" measurement is determined (e.g., computed or selected). For example, in one embodiment, a "most likely" function may include selecting a measurement having the maximum confidence value from among the population of measurements. In a second embodiment, a "most likely" function may include a weighting of measurements (e.g., location track heads) according to corresponding confidence values of the measurements. For example, in the present context (of MBS location track heads) the following steps provide an embodiment of a "most likely" function:
    (a) determine a centroid of area for each of the selected track heads (i.e., the location track heads having a point location estimate contained in the MBS estimated area of "adjusted_curr_est");
    (b) determine the "most likely location MBS position" P as a weighted centroid of the centroids from step (a), wherein the weighting of each of the centroids from (a) is provided by their corresponding confidence values;
    (c) output an area, $A_1$, as the "most likely MBS location area", wherein the centroid of $A_1$ is P and $A_1$ is the largest area within the MBS estimated area of "adjusted_curr_est" satisfying this condition; and
    (d) set a confidence value for $A_1$ as the average confidence value of "MBS_new_est", "MBS_curr_est" and the selected location track head used.*/
    insert_into location track("current", most_likely_est);
}
else /*"MBS_new_est" is not reasonably close to "adjusted_curr_est" (i.e., "MBS_curr_est" with "deadreck_est" applied to it), so a conflict exists here; e.g., (i)

126

"MBS_new_est" is not a manual entry, and (ii) "MBS_new_est" does not have its centroid contained in the MBS estimated area of "adjusted_curr_est", or, there has been a movement constraint violation. Note that it is not advisable to just replace "MBS_curr_est" with "new est head" because:
    (a) "MBS_new_est" may be the MBS location estimate that is least accurate, while the previous entries of the current location track have been accurate;
    (b) the "MBS_curr_est" may be based on a recent MBS operator manual entry which should not be overridden.*/
{
    MBS_curr_est <- - - resolve_conflicts(MBS_new_est, adjusted_curr_est, MBS_curr_est);
}
}/*end else "MBS_new_est" not a manual entry */
if (MBS is a vehicle) and (not off road) then /*it is assumed that a vehicular MBS is on-road unless explicitly indicated otherwise by MBS operator.*/ MBS_curr_est <- - - snap_to_best_fit_street(MBS_curr_est); /*snap to best street location according to location estimate, velocity, and/or direction of travel. Note, this is a translation of "MBS_curr_est".*/

RETURN(MBS_curr_est)

}/*END UPDATE(MBS_CURR_EST)*/

resolve_conflicts(MBS_new_est,          adjusted_curr_est, MBS_curr_est)

/*There is a basic conflict here,
    (i) "MBS_new_est" is not a manual entry, and
    (ii) one of the following is true: "MBS_new_est" does not have its centroid contained in the area "adjusted_curr_est", or, using "MBS_new_est" implies an MBS movement constraint violation.
    Input: MBS_new_est The newest MBS location estimate record.
        adjusted_curr_est The version of "MBS_curr_est" adjusted by the deadreckoning location change estimate paired with "MBS_new_est".
        MBS_curr_est The location track entry that is the head of the "current" location track. Note that "MBS_new_est.confidence">"MBS_curr_est.confidence".
    Output: An updated "MBS_curr_est". */
mark that a conflict has arisen between "MBS_curr_est" and "MBS_new_est";
if (the MBS operator desires notification of MBS location estimate conflicts) then notify the MBS operator of an MBS location estimate conflict;
if (the MBS operator has configured the MBS location system to ignore new estimates that are not "reasonably close" to "adjusted_curr_est) or
    (MBS_curr_est is based on a manual MBS operator location estimate, and the MBS has moved less than a predetermined distance (wheel turns) from where the manual estimate was provided) then RETURN(adjusted_curr_est);
else /*not required to ignore "MBS_new_est", and there has been no recent manual estimate input*/
{/*try to use "MBS_new_est"*/
    if ((MBS_new_est.confidence-adjusted_curr_est.confidence)> a large predetermined threshold) then
        /*Note, the confidence discrepancy is great enough so that "MBS_new_est" should be the most recent baseline estimate on current MBS location track.

127

128

Note that the threshold here may be approximately 0.3, wherein confidences are in the range [0, 1].*/
insert_into_location_track("current",
   MBS_new_est);
      /*insert "MBS_new_est" into "current" location 5
      track (as a baseline entry) in "latest timestamp"
      order; i.e., remove any extrapolation entries with
      a more recent "latest timestamp" in this track,
      and reapply, in timestamp order, the location
      change estimates output from the deadreckoning 10
      MBS location estimator that correspond with the
      removed extrapolation entries removed; */
else /*"MBS_new_est.confidence" is not substantially
   bigger than "adjusted_curr_est.confidence"; so check
   to see if there are potentially MBS location system 15
   instabilities */
   {/*check for instabilities */
      if [(there has been more than a determined fraction
         of conflicts between the "MBS_curr_est" and
         "MBS_new_est" within a predetermined num- 20
         ber of most recent "MBS_new_est" instantia-
         tions) or (the path corresponding to the entries of
         the "current location track" of the MBS has
         recently violated MBS movement constraints
         more than a predetermined fraction of the num- 25
         ber of times there has been new instantiation of
         "MBS_curr_est", wherein such movement con-
         straints may be (de)acceleration constraints,
         abrupt change in direction constraints, con-
         straints relating to too high a velocity for a ter- 30
         rain) or (there has been an MBS operator indica-
         tion of lack of confidence in the recently
         displayed MBS location estimates)]
      then /*the MBS location system is likely unstable
         and/or inaccurate; check to see if this condition 35
         has been addressed in the recent past.*/
      {/*fix instability */
         if (fix_instability_counter equal to 0) then /*no
            instabilities have been addressed here within the
            recent past; i.e., "fix_instability_counter" has 40
            the following semantics: if it is 0, then no insta-
            bilities have been addressed here within the
            recent past; else if not 0, then a recent instability
            has been attempted to be fixed here. Note,
            "fix_instability_counter" is decremented, if not 45
            zero, each time a new baseline location entry is
            inserted into its corresponding baseline location
            track. Thus, this counter provides a "wait and
            see" strategy to determine if a previous perfor-
            mance of the statements below mitigated the 50
            (any) MBS location system instability.*/
         {
            most_likely_est <- -determine a new "most likely
               MBS location estimate"; [30.1]
               /*Note, a number of MBS location estimates 55
               may be generated and compared here for deter-
               mining the "most_likely_est". For example,
               various weighted centroid MBS location esti-
               mates may be determined by a clustering of loca-
               tion track head entries in various ways. 60
               In a first embodiment for determining a value
               (object) for "most_likely_est", a "most likely"
               function may be performed, wherein a weighting
               of location track heads according to =their cor-
               responding confidence values is performed. For 65
               example, the following steps provide an embodi-
               ment of a "most likely" function:

(a) obtain a set S having: (i) a centroid of area for
   each of the track heads having a corresponding
   area contained in a determined area surrounding
   the point location of "adjusted_curr_est" (e.g.,
   the MBS estimated area of "adjusted curr_est"),
   plus (ii) the centroid of "MBS_new_est";
(b) determine the "most likely location MBS
   position" P as a weighted centroid of the cen-
   troids of the set S from step (a), wherein the
   weighting of each of the centroids from (a) is
   provided by their corresponding confidence val-
   ues;
(c) output an area, A, as the "most likely MBS
   location area" wherein A has P as a centroid and
   A is a "small" area (e.g., a convex hull) contain-
   ing the corresponding the centroids of the set S;
   and
(d) set a confidence value for A as the average
   confidence value of the centroids of the set S.
In a second embodiment, "most_likely_est" may
   be determined by expanding (e.g., substantially
   uniformly in all directions) the MBS location
   estimate area of "MBS_new_est" until the
   resulting expanded area contains at least the
   most likely point location of "adjusted_cur-
   r_est" as its most likely MBS location area. */
insert_into      location_track("current",      most_
   likely_est);
fix_instability counter <- - - a predetermined num-
   ber, C, corresponding to a number of baseline
   entries to be put on the baseline location tracks
   until MBS location system instabilities are to be
   addressed again here; /*when this counter goes
   to zero and the MBS location system is unstable,
   then the above statements above will be per-
   formed again. Note, this counter must be reset to
   C (or higher) if a manual MBS estimate is
   entered. */
}
}/*fix instability */
else /*The MBS location system has been reasonably
   stable, and "MBS_curr_est.confidence" is not sub-
   stantially  bigger  than  "adjusted_new_est.confi-
   dence". */
{
   most_likely_est <- -determine a most likely MBS loca-
      tion estimate;
      /*The determination in the statement above may be
      similar or substantially the same as the computa-
      tion discussed in relation to statement [30.1] above.
      However, since there is both more stability in this
      case than in [30.1] and less confidence in
      "MBS_new_est", certain MBS movement con-
      straints may be more applicable than in [30.1].
      Accordingly, note that in any embodiment for
      determining "most likely_est" here, reasonable
      movement constraints may also be used such as:
      (a) unless indicated otherwise, an MBS vehicle
      will be assumed to be on a road, (b) a new MBS
      location estimate should not imply that the MBS
      had to travel faster than, for example, 120 mph or
      change direction too abruptly or change velocity
      too abruptly or traverse a roadless region (e.g.,
      corn field or river) at an inappropriate rate of
      speed.
      Thus, once a tentative MBS location estimate (e.g.,
      such as in the steps of the first embodiment of

US 7,764,231 B1

129

[30.1]) for "most_likely_est" has been determined, such constraints may be applied to the tentative estimate for determining whether it should be pulled back toward the centroid of the "MBS_curr_est" in order to satisfy the movement constraints*/

insert_into_location_track("current", most_likely_est); /*note, the second parameter for this function may be either of the following data structures: a "location track entry", or a "MBS location estimate" and the appropriate location track entry or entries will be put on the location track corresponding to the first parameter. */
}
}/*check for instabilities */
MBS_curr_est <- - - get_curr_est(MBS_new_est.MBS_ID); /*from current location track /
}/*try to use "MBS_new_est"*/
RETURN(MBS_curr_est)

}/*END resolve_conflicts */

APPENDIX B

Pseudo Code for a Genetic Algorithm

Pseudo Code for a Genetic Algorithm

Genetic_Algorithm (*decode, *fitness_function, parms)

/*This program implements a genetic algorithm for determining efficient
    values of parameters for a search problem. The current best values of the parameters are received by the genetic algorithm in a data structure such as an array. If no such information is available, then the genetic algorithm receives random guesses of the parameter values. This program also receives as input a pointer to a decode function that provides the genetic algorithm with information about how the parameters are represented by bit strings (see genetic algorithm references). The program also receives a pointer to a fitness function, "fitness_functions", that provides the genetic algorithm with information about how the quality of potential solutions should be determined.
    The program computes new, improved values of parameters and replaces the old values in the array "parms."

*/

//assume that each particular application will have a specific fitness function and decoding

//scheme; otherwise, the procedure is the same every time

//generate the initial population

//generate a random population of binary strings containing popsize strings

for i=1 to popsize
    for j=1 to string_length
        string(i,j)=random(0,1)
    end loop on j
end loop on i
//keep generating new populations until finished
do until finished
for i=1 to popsize
    //transform the binary strings into parameters from the problem at hand; requires problem
    //specific function
    decode (string(i))

130

    //evaluate each string
    evaluate (string(i))
    end loop on i
    //perform reproduction
    reproduce (population_of_strings)
    //perform crossover
    crossover (population_of_strings)
    //perform mutation
    mutate (population of strings)
    //evaluate the new population
    for i=1 to popsize
        //transform the binary strings into parameters
        //from the problem at hand; requires problem
        //specific function
        decode (string(i))
        //evaluate the fitness of each string
        evaluate (string(i,j))
    end loop on i
    if finished then report new results to the calling routine else
        go back to tip of do-until loop

APPENDIX C

Location Database Maintenance Programs

Data Base Programs for Maintaining the Location Signature Data Base

In the algorithms below, external parameter values needed are underlined. Note that in one embodiment of the present invention, such parameters may be adaptively tuned using, for example, a genetic algorithm.

Externally Invocable Programs:

Update_Loc_Sig_DB(new_loc_obj, selection_criteria, loc_sig_pop)
    /*This program updates loc sigs in the Location Signature data base. That is, this program updates, for example, at least the location information for verified random loc sigs residing in this data base. Note that the steps herein are also provided in flowchart form in FIG. 17a through FIG. 17C.

Introductory Information Related to the Function, "Update_Loc_Sig_DB"

The general strategy here is to use information (i.e., "new_loc_obj") received from a newly verified location (that may not yet be entered into the Location Signature data base) to assist in determining if the previously stored random verified loc sigs are still reasonably valid to use for:
(29.1) estimating a location for a given collection (i.e., "bag") of wireless (e.g., CDMA) location related signal characteristics received from an MS,
(29.2) training (for example) adaptive location estimators (and location hypothesizing models), and
(29.3) comparing with wireless signal characteristics used in generating an MS location hypothesis by one of the MS location hypothesizing models (denoted First Order Models, or, FOMs).
More precisely, since it is assumed that it is more likely that the newest location information obtained is more indicative of the wireless (CDMA) signal characteristics within some area surrounding a newly verified location than the verified loc sigs (location signatures) previously entered into the Location Signature DB, such verified

US 7,764,231 B1

131

loc sigs are compared for signal characteristic consistency with the newly verified location information (object) input here for determining whether some of these "older" data base verified loc sigs still appropriately characterize their associated location.

In particular, comparisons are iteratively made here between each (target) loc sig "near" "new_loc_obj" and a population of loc sigs in the location signature data base (such population typically including the loc sig for "new_loc_obj) for:

(29.4) adjusting a confidence factor of the target loc sig. Note that each such confidence factor is in the range [0, 1] with 0 being the lowest and 1 being the highest. Further note that a confidence factor here can be raised as well as lowered depending on how well the target loc sig matches or is consistent with the population of loc sigs to which it is compared. Thus, the confidence in any particular verified loc sig, LS, can fluctuate with successive invocations of this program if the input to the successive invocations are with location information geographically "near" LS.

(29.5) remove older verified loc sigs from use whose confidence value is below a predetermined threshold. Note, it is intended that such predetermined thresholds be substantially automatically adjustable by periodically testing various confidence factor thresholds in a specified geographic area to determine how well the eligible data to base loc sigs (for different thresholds) perform in agreeing with a number of verified loc sigs in a "loc sig test-bed", wherein the test bed may be composed of, for example, repeatable loc sigs and recent random verified loc sigs.

Note that this program may be invoked with a (verified/known) random and/or repeatable loc sig as input. Furthermore, the target loc sigs to be updated may be selected from a particular group of loc sigs such as the random loc sigs or the repeatable loc sigs, such selection being determined according to the input parameter, "selection_criteria" while the comparison population may be designated with the input parameter, "loc_sig_pop". For example, to update confidence factors of certain random loc sigs near "new_loc_obj", "selection_criteria" may be given a value indicating, "USE_RANDOM_LOC_SIGS", and "loc_sig_pop" may be given a value indicating, "USE_REPEATABLE_LOC_SIGS". Thus, if in a given geographic area, the repeatable loc sigs (from, e.g., stationary transceivers) in the area have recently been updated, then by successively providing "new_loc_obj" with a loc sig for each of these repeatable loc sigs, the stored random loc sigs can have their confidences adjusted.

Alternatively, in one embodiment of the present invention, the present function may be used for determining when it is desirable to update repeatable loc sigs in a particular area (instead of automatically and periodically updating such repeatable loc sigs). For example, by adjusting the confidence factors on repeatable loc sigs here provides a method for determining when repeatable loc sigs for a given area should be updated. That is, for example, when the area's average confidence factor for the repeatable loc sigs drops below a given (potentially high) threshold, then the MSs that provide the repeatable loc sigs can be requested to respond with new loc sigs for updating the DB. Note, however, that the approach presented in this function assumes that the repeatable location information in

132

the DB is maintained with high confidence by, for example, frequent DB updating. Thus, the random verified DB location information may be effectively compared against the repeatable loc sigs in an area.

INPUT:

new_loc_obj: a data representation at least including a loc sig for an associated location about which Location Signature loc sigs are to have their confidences updated.

selection_criteria: a data representation designating the loc sigs to be selected to have their confidences updated (may be defaulted). The following groups of loc sigs may be selected: "USE_RANDOM_LOC SIGS" (this is the default), USE_REPEATABLE_LOC SIGS", "USE_ALL_LOC_SIGS". Note that each of these selections has values for the following values associated with it (although the values may be defaulted):

(a) a confidence reduction factor for reducing loc sig confidences,

(b) a big_error threshold for determining the errors above which are considered too big to ignore,

(c) a confidence_increase factor for increasing loc sig confidences,

(d) a small_error threshold for determining the errors below which are considered too small (i.e., good) to ignore.

(e) a recent_time for specifying a time period for indicating the loc sigs here considered to be "recent".

loc_sig_pop: a data representation of the type of loc sig population to which the loc sig to be updated are compared. The following values may be provided:

(a) "USE ALL LOC SIGS IN DB",

(b) "USE ONLY REPEATABLE LOC SIGS" (this is the default),

(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY"

However, environmental characteristics such as: weather, traffic, season are also contemplated. */

/*Make sure "new_loc_obj" is in Location DB.*/

if (NOT new_loc_obj.in_DB ) then /*this location object is not in the Location Signature DB; note this can be determined by comparing the location and times/datestamp with DB entries*/

DB_insert_new_loc_sig_entries(new_loc_obj);   //stores loc sigs in Location Signature DB

/*Determine a geographical area surrounding the location associated with "new_loc_obj" for adjusting the confidence factors of loc sigs having associated locations in this area. */

DB_search_areal <- - - get_confidence_adjust_search_area_for_DB_random_loc_sigs(new_loc_obj.location);

/*get the loc sigs to have their confidence factors adjusted. */

DB loc sigs <- - - get_all_DB_loc_sigs_for(DB_search_areal, selection_criteria);

nearby_loc_sig_bag <- - - get loc sigs from "DB_loc_sigs" wherein for each loc sig the distance between the location associated with "new_loc_obj.location" and the verified location for the loc sig is closer than, for example, some standard deviation (such as the second standard deviation) of these distances for all loc sigs in "DB_loc_sigs";

US 7,764,231 B1

133

/*For each "loc sig" having its confidence factor adjusted do*/

for each loc_sig[i] in nearby_loc_sig_bag do //determine a confidence for these random loc sigs

{

   /*Determine a search area surrounding the location associated with "loc sig"*/

   loc <- - - get_verified_location(loc_sig[i]);

   /*Determine the error corresponding to how well "loc sig" fits with the portion of the inputted type of loc sig population that is also in the search area. */

   BS <- - - get_BS(loc_sig[i]);

   mark_as_unaccessable(loc_sig[i]); /*mark "loc_sig[i]" in the Location Signature DB so that it isn't retrieved. */

   DB_search_area2 <- - - get_confidence_adjust_search_area_for_DB_loc_sig(loc.location);

      /*Get search area about "rand_loc". Typically, the "new_loc_obj" would be in this search area */

   loc_sig_bag <- - - create_loc_sig_bag(loc_sig[i]); /*create a loc sig bag having a single loc sig, "loc_sig[I]"*/

   output_criteria <- - - get criteria to input to "Determine_Location_Signature_Fit_Errors" indicating that the function should generate error records in the returned "error_rec_bag" only for the single loc sig in "loc_sig_bag". That is, the output_criteria is: "OUTPUT ERROR_RECS FOR INPUT LOC SIGS ONLY".

   error_rec_bag[i]<- - - Determine_Location_Signature_Fit_Errors(loc.location, loc_sig_bag, DB_search_area2, loc_sig_pop, output_criteria);

   unmark_making_assessable(loc_sig[i]); /*unmark "loc_sig[i]" in the Location Signature DB so that it can now be retrieved.*/

}

/*Reduce confidence factors of loc sigs: (a) that are nearby to the location associated with "new_loc_obj" (b) that have big errors, and (c) that have not been recently updated/acquired. */

error_rec_set <- - - make_set_union_of(error_rec_bag[i] for all i);

   /*Now modify confidences of loc sigs in DB and delete loc sigs with very low confidences */

reduce_bad_DB_loc_sigs(nearby_loc_sig_bag, error_rec_set, selection_criteria.big_error_threshold, selection_criteria.confidence_reduction_factor, selection_criteria.recent_time);

/*Increase confidence factors of loc sigs: (a) that are nearby to the location associated with "new_loc_obj" (b) that have small errors, and (c) that have not been recently updated/acquired. */

increase_confidence_of_good_DB_loc_sigs(nearby_loc_sig_bag, error_rec_set, selection_criteria.small_error_threshold, selection_criteria.confidence_increase_factor, selection_criteria.recent_time);

END OF Update_Loc_Sig_DB

DB_Loc_Sig_Error_Fit(MS_loc_est, DB_search_area, measured_loc_sig_bag, search_criteria)

   /*This function determines how well the collection of loc sigs in "measured_loc_sig_bag" fit with the loc sigs in the location signature data base wherein the data base loc sigs must satisfy the criteria of the input parameter "search_criteria" and are relatively close to the MS location estimate of the location hypothesis, "hypothesis". Thus, in one embodiment of the present invention, the

134

present function may be invoked by, for example, the confidence adjuster module to adjust the confidence of a location hypothesis.

   measured_loc_sig_bag: A collection of measured location signatures ("loc sigs" for short) obtained from the MS (the data structure here is an aggregation such as an array or list). Note, it is assumed that there is at most one loc sig here per Base Station in this collection. Additionally, note that the input data structure here may be a location signature cluster such as the "loc_sig_cluster" field of a location hypothesis (cf. FIGS. 9A and 9B). Note that variations in input data structures may be accepted here by utilization of flag or tag bits as one skilled in the art will appreciate;

   Returns: An error_object (data type: "error_object") having: (a) an "error" field with a measurement of the error in the fit of the location signatures from the MS with verified location signatures in the Location Signature data base; and (b) a "confidence" field with a value indicating the perceived confidence that is to be given to the "error" value. */

if ("search_criteria" is NIL) then

   search_criteria <- - - "USE ALL LOC SIGS IN DB";

/*determine a collection of error records wherein there is an error record for each BS that is associated with a loc sig in "measure_loc_sig_bag" and for each BS associated with a loc sig in a geographical area surrounding the hypothesis's location.*/

output_criteria <- - - "OUTPUT ALL POSSIBLE ERROR_RECS";

   /*The program invoked in the following statement is described in the location signature data base section.*/=

error_rec_bag <- - - Determine_Location_Signature_Fit_Errors(MS_loc_est, measured_loc_sig_bag, DB_search_area, search_criteria,output_criteria);

   /*Note, "error_rec_bag" has "error_rec's" for each BS having a loc sig in "DB_search_area" as well as each BS having a loc sig in "measured_loc_sig_bag".*/

/*determine which error records to ignore */

BS_errors_to_ignore_bag <- - - get_BS_error_recs_to_ignore(DB_search_area, error_rec_bag,);

   /*Our general strategy is that with enough BSs having: (a) loc sigs with the target MS, and (b) also having verified locations within an area about the MS location "MS_loc_est", some relatively large errors can be tolerated or ignored. For example, if the MS location estimate, "MS_loc_est", here is indeed an accurate estimate of the MS's location and if an area surrounding "MS_loc_est" has relatively homogeneous environmental characteristics and the area has an adequate number of verified location signature clusters in the location signature data base, then there will be presumably enough comparisons between the measured MS loc sigs of "measured_loc_sig_bag" and the estimated loc sigs, based on verified MS locations in the DB (as determined in "Determine_Location_Signature_Fit_Errors"), for providing "error_rec_bag" with enough small errors that these small errors provide adequate evidence for "MS_loc_est" being accurate.

   Accordingly, it is believed that, in most implementations of the present invention, only a relatively small number of loc_sig comparisons need have small errors for there to be consistency between the loc sigs of "measured_loc_sig_bag" and the verified loc sigs in the location

135

signature data base. That is, a few large errors are assumed, in general, to be less indicative of the MS location hypothesis being incorrect than small errors are indicative of accurate MS locations. Thus, if there were ten measured and estimated loc sig pairs, each associated with a different BS, then if four pairs have small errors, then that might be enough to have high confidence in the MS location hypothesis. However, note that this determination could depend on the types of base stations; e.g., if five full-service base stations had measured and verified loc sigs that match reasonably well but five location BSs in the search area are not detected by the MS (i.e., the measured_loc_sig_bag has no loc sigs for these location BSs), then the confidence is lowered by the mismatches.

Thus, for example, the largest x % of the errors in "error_rec_bag" may be ignored. Note, that "x" may be: (a) a system parameter that is tunable using, for example, a genetic algorithm; and (b) "x" may be tuned separately for each different set of environmental characteristics that appear most important to accurately accessing discrepancies or errors between loc sigs. Thus, for a first set of environmental characteristics corresponding to: rural, flat terrain, summer, 8 PM and clear weather, it may be the case that no loc sig errors are ignored. Whereas, for a second set of environmental characteristics corresponding to: dense urban, hilly, fall, 8 PM, heavy traffic, and snowing, all but the three smallest errors may be ignored. */

/*determine (and return) error_object based on the remaining error records*/

error_obj.measmt <- - - 0; //initializations

error_obj.confidence <- - - 0;

for each error_rec[i] in (error_rec_bag-BS_errors_to_ignore_bag) do

{

    error_obj.measmt <- - - error_obj.measmt+(error_rec[i].error);
    error_obj.confidence <- - - error_obj.confidence+ (error_rec[i].confidence);

}

error_obj.measmt <- - - error_obj.measmt/SIZEOF (error_rec_bag-BS_errors_to_ignore_bag);

error_obj.confidence <- - - error_obj.confidence/SIZEOF(error_rec_bag-BS_errors_to_ignore_bag);

RETURN(error_obj);

ENDOF DB_Loc_Sig_Error_Fit

Internal Programs:
reduce_bad_DB_loc_sigs(loc_sig_bag,       error_rec_set, big_error_threshold       confidence_reduction_factor, recent_time)

/*This program reduces the confidence of verified DB loc sigs that are (seemingly) no longer accurate (i.e., in agreement with comparable loc sigs in the DB). If the confidence is reduced low enough, then such loc sigs are removed from the DB. Further, if for a DB verified location entity (referencing a collection of loc sigs for the same location and time), this entity no longer references any valid loc sigs, then it is also removed from the location signature data base 1320. Note that the steps herein are also provided in flowchart form in FIGS. 18a through 18b.

136

Inputs:
loc_sig_bag: The loc sigs to be tested for determining if their confidences should be lowered and/or these loc sigs removed.

error_rec_set: The set of "error_recs" providing information as to how much each loc sig in "loc_sig_bag" disagrees with comparable loc sigs in the DB. That is, there is an "error_rec" here for each loc sig in "loc_sig bag".

big_error_threshold: The error threshold above which the errors are considered too big to ignore.

confidence_reduction_factor: The factor by which to reduce the confidence of loc sigs.

recent_time: Time period beyond which loc sigs are no longer considered recent.

{/get loc sigs from the Location DB having both big absolute and relative errors (in comparison to other DB nearby loc sigs)*/

relatively_big_errors_bag <- - - get "error_recs" in "error_rec_set" wherein each "error_rec.error" has a size larger than, for example, the second standard deviation from the mean (average) of such errors;

big_errors_bag <- - - get "error_recs" in "relatively_big_errors_bag" wherein each "error_rec.error" has a value larger than "big_error_threshold";

DB_loc_sigs_w_big_errors <- - - get the loc sigs for "error_recs" in "big_errors_bag" wherein each loc sig gotten here is identified by "error_rec.loc_sig_id";

/*get loc sigs from the Location DB that have been recently added or updated*/

recent_loc_sigs <- - - get_recent_loc_sig.(loc_sig_bag, recent_time); /*Note, the function, "get_recent_loc_sigs" can have various embodiments, including determining the recent location signatures by comparing their time stamps (or other time related measurements) with one or more threshold values for classifying location signatures into a "recent" category returned here and an category for "old" or updatable location signatures. Note that these categories can be determined by a (tunable) system time threshold parameter(s) for determining a value for the variable, "recent_time", and/or, by data driving this categorization by, e.g., classifying the location signatures according to a standard deviation, such as defining the "recent" category as those location signatures more recent than a second standard deviation of the timestamps of the location signatures in "loc_sig_bag".*/

/*subtract the recent loc sigs from the loc sigs with big errors to get the bad ones */

bad_DB_loc_sigs <- - - (big_error_DB_loc_sigs)-(recent_loc_sigs);

/*lower the confidence of the bad loc sigs*/

for each loc_sig[i] in bad_DB_loc_sigs do
    loc_sig[i].confidence <- - - (loc_sig[i].confidence)*(confidence_reduction_factor);

/* for each bad loc sig, update it in the DB or remove it from use if its confidence is too low */

/*Now delete any loc sigs from the DB whose confidences have become too low. */

for each loc_sig[i] in bad_DB_loc_sigs do
    if (loc_sig[i].confidence <min loc_sig confidence) then
    {
    REMOVE_FROM_USE(loc_sig[i]);
    /*update composite location objects to reflect a removal of a referenced loc sig*/

137

verified_loc_entity <- - - retrieve_composite_location_en-
tity_having(loc_sig[i]);
/*This gets all other (if any) loc sigs for the composite
location object that were verified at the same time as
"loc_sig[i]". Note, these other loc sigs may not need
to be deleted (i.e., their signal characteristics may
have a high confidence); however, it must be noted in
the DB, that for the DB composite location entity
having "loc_sig[i]", this entity is no longer complete.
Thus, this entity may not be useful as, e.g., neural net
training data.*/
mark "verified_loc_entity" as incomplete but keep track
that a loc sig did exist for the BS associated with "loc_sig
[i]";
if ("verified_loc_entity" now references no loc sigs) then
REMOVE_FROM_USE(verified_loc_entity);
}
else DB_update_entry(loc_sig[I]; // with its new confi-
dence

}ENDOF reduce_bad_DB_loc sigs
increase_confidence_of_good_DB_loc_sigs(nearby_
loc_sig_bag, error_rec_set, small_error_threshold, confi-
dence_increase_factor, recent_time);

/*This program increases the confidence of verified DB loc
sigs that are (seemingly) of higher accuracy (i.e., in agree-
ment with comparable loc sigs in the DB). Note that the steps
herein are also provided in flowchart form in FIGS. 19a
through 19b.
Inputs:
loc_sig_bag: The loc sigs to be tested for determining if
their confidences should be increased.
error_rec_set: The set-of "error_recs" providing informa-
tion as to how much each loc sig in "loc_sig_bag" dis-
agrees with comparable loc sigs in the DB. That is, there
is an "error_rec" here for each loc sig in "loc_sig_bag".
small_error_threshold: The error threshold below which
the errors are considered too small to ignore.
confidence_increase_factor: The factor by which to
increase the confidence of loc sigs.
recent_time: Time period beyond which loc sigs are no
longer considered recent.*/

get loc sigs from the Location DB having both small absolute
and relative errors (in comparison to other DB nearby loc
sigs)*/
relatively_small_errors_bag <- - - get "error_recs" in
"error_rec_set" wherein each "error_rec.error" has a size
smaller than, for example, the second standard deviation
from the mean (average) of such errors;
small_errors_bag <- - - get "error_recs" in "relatively_
small_errors_bag" wherein each "error_rec.error" has a
size smaller than "small_error_threshold";
DB_loc_sigs_w_small_errors <- - - get the loc sigs for
"error_recs" in "small_errors_bag" wherein each loc sig
gotten here is identified by "error_rec.loc_sig_id";

/*get loc sigs from the Location DB that have been recently
added or updated */

recent_loc_sigs <- - - get_recent_loc_sigs(loc_sig_bag,
recent_time);

/* subtract the recent loc sigs from the loc sigs with small
errors to get the good ones */

good_DB_loc_sigs <- - - (small_error_DB_loc_sigs)-(re-
cent_loc_sigs);

/* for each good loc sig, update its confidence */

138

for each loc_sig[i] in good_DB_loc_sigs do
{
loc_sig[i].confidence <- - - (loc_sig[i].confidence)* (con-
fidence_increase_factor);
if (loc_sig[i].confidence >1.0) then loc_sig[i]<- - - 1.0;
}

ENDOF increase_good_DB_loc_sigs

DATA BASE PROGRAMS FOR DETERMINING THE
CONSISTENCY OF LOCATION HYPOTHESES WITH
VERIFIED LOCATION INFORMATION IN THE LOCA-
TION SIGNATURE DATA BASE

LOW LEVEL DATA BASE PROGRAMS FOR LOCATION
SIGNATURE DATA BASE

/*The following program compares: (a1) loc sigs that are
contained in (or derived from) the loc sigs in "target_loc_
sig_bag" with (b1) loc sigs computed from verified loc sigs in
the location signature data base. That is, each loc sig from (a1)
is compared with a corresponding loc sig from (b1) to obtain
a measurement of the discrepancy between the two loc sigs. In
particular, assuming each of the loc sigs for "target_loc_
sig_bag" correspond to the same target MS location, wherein
this location is "target_loc", this program determines how
well the loc sigs in "target_loc_sig_bag" fit with a computed
or estimated loc sig for the location, "target_loc" that is
derived from the verified loc sigs in the location signature data
base. Thus, this program may be used: (a2) for determining
how well the loc sigs in the location signature cluster for a
target MS ("target_loc_sig_bag") compares with loc sigs
derived from verified location signatures in the location sig-
nature data base, and (b2) for determining how consistent a
given collection of loc sigs ("target_loc_sig_bag") from the
location signature data base is with other loc sigs in the
location signature data base. Note that in (b2) each of the one
or more loc sigs in "target_loc_sig_bag" have an error com-
puted here that can be used in determining if the loc sig is
becoming inapplicable for predicting target MS locations
Note that the steps herein are also provided in flowchart form
in FIGS. 20a through 20d.*/
Determine_Location_Signature_Fit_Errors(target_loc, tar-
get_loc_sig_bag, search_area, search_criteria, output_cri-
teria)
/*Input: target_loc: An MS location or a location hypoth-
esis for a particular MS. Note, this can be any of the
following:
(a) An MS location hypothesis, in which case, the loc
sigs in "target_loc_sig_bag" are included in a location
signature cluster from which this location hypothesis
was derived. Note that if this location is inaccurate,
then "target_loc_sig_bag" is unlikely to be similar to
the comparable loc sigs derived from the loc sigs of
the location signature data base close "target_loc"; or
(b) A previously verified MS location, in which case, the
loc sigs of "target_loc_sig_bag" are previously veri-
fied loc sigs. However, these loc sigs may or may not
be accurate now.
target_loc_sig_bag: Measured location signatures ("loc
sigs" for short) obtained from the particular MS (the data
structure here, bag, is an aggregation such as array or
list). The location signatures here may be verified or
unverified. However, it is assumed that there is at least
one loc sig in the bag. Further, it is assumed that there is
at most one loc sig per Base Station. It is also assumed
that the present parameter includes a "type" field indi-
cating whether the loc sigs here have been individually

US 7,764,231 B1

139                                    140

selected, or, whether this parameter references an entire (verified) loc sig cluster; .e., the type field may have a value of "UNVERIFIED LOC SIG CLUSTER" or "VERIFIED LOC SIG CLUSTER";

search_area: The representation of the geographic area surrounding "target_loc". This parameter is used for searching the Location Signature data base for verified loc sigs that correspond geographically to the location of an MS in "search_area";

search_criteria: The criteria used in searching the location signature data base. The criteria may include the following:

(a) "USE ALL LOC SIGS IN DB",
(b) "USE ONLY REPEATABLE LOC SIGS",
(c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF DAY".

However, environmental characteristics such as: weather, traffic, season are also contemplated.

output_criteria: The criteria used in determining the error records to output in "error_rec". The criteria here may include one of:

(a) "OUTPUT ALL POSSIBLE ERROR_RECS";
(b) "OUTPUT ERROR_RECS FOR INPUT LOC SIGS ONLY".

Returns: error_rec: A bag of error records or objects providing an indication of the similarity between each loc sig in "target_loc_sig_bag" and an estimated loc sig computed for "target_loc" from stored loc sigs in a surrounding area of "target_loc". Thus, each error record/object in "error_rec" provides a measurement of how well a loc sig (i.e., wireless signal characteristics) in "target_loc_sig_bag" (for an associated BS and the MS at "target_loc") correlates with an estimated loc sig between this BS and MS. Note that the estimated loc sigs are determined using verified location signatures in the Location Signature DB. Note, each error record in "error_rec" includes: (a) a BS ID indicating the base station to which the error record corresponds; and (b) an error measurement (>=0), and (c) a confidence value (in [0, 1]) indicating the confidence to be placed in the error measurement. Also note that since "error_rec" is an aggregate data type (which for many aggregate identifiers in this specification are denoted by the suffix "_bag" on the identifier), it can be any one of a number data types even though it's members are accessed hereinbelow using array notation. */

/* get BS's associated with DB loc sigs in "search_area" that satisfy "search_criteria"*/

DB_loc_sig_bag   <-   -   retrieve_verifed_loc_sigs (search_area, search_criteria);

//get all verified appropriate location signatures residing in the Location Signature data base.

//Note, some loc sigs may be blocked from being retrieved.

DB_BS_bag <- - - get_Bs(DB_loc_sig_bag); //get all base stations associated with at least one location

//signature in DB_loc_sig_bag. Note, some of these BSs may be low power "location //BSs".

/*get BS's associated with loc sigs in "target_loc_sig_bag"*/
target_BS_bag <- - - get_BS(target_loc_sig_bag); //get all base stations associated with at least one //location signature in "target_loc_sig_bag".

/*determine the BS's for which error records are to be computed */

case of "output_criteria" including:

"OUTPUT ALL POSSIBLE ERROR_RECS":/*In this case, it is desired to determine a collection or error records wherein there is an error record for each BS that is associated with a loc in "target_loc_sig_bag" and for each BS associated with a loc in the "search_area" satisfying "search_criteria". */

BS_bag <- - - (DB_BS_bag) union (target_BS_bag);

"OUTPUT ERROR_RECS FOR INPUT LOC SIGS ONLY":

BS_bag <- - - target_BS_bag;

endcase;"

/* for each BS to have an error record computed, make sure there are two loc sigs to compare: one loc sig derived from the "BS_bag" loc sig data, and one from derived from the loc sigs in the Location Signature DB, wherein both loc sigs are associated with the location, "target_loc".*/

for each BS[i] in "BS_bag" do
{/*determine two (estimated) loc sigs at "target_loc", one derived from "target_loc_sig_bag" (if possible) and one derived from Location Signature DB loc sigs (if possible)*/
comparison_loc_sig_bag[i]<- - - retrieve_verified_loc_sigs_for(BS[i], search_area, search_criteria);
/*get all loc sigs for which BS[i] is associated and wherein the verified MS location is in "search_area" (which surrounds the location "target_loc") and wherein the loc sigs satisfy "search_criteria". */
/*now determine if there are enough loc sigs in the "comparison_loc_sig_bag" to make it worthwhile to try to do a comparison. */
if     ((SIZEOF(comparison_loc_sig_bag[i])/(SIZEOF(search_area))<min_threshold_ratio(area_type (search_area)) then
/*it is believed that there aren't a dense enough number of verified loc sigs to compute a composite loc sig associated with a hypothetical MS at "target_loc". */
error_rec[i].error <- - - invalid;
else /*there are enough loc sigs in "comparison_loc_sig_bag" to continue, and in particular, an estimated loc sig can be derived from the loc sigs in "comparison_loc_sig_bag"; however, first see if a target loc sig can be determined; if so, then make the estimated loc sig (denoted "estimated_loc_sig[i]"). */
{
if (BS[i] is in target_BS bag) then
/*get a loc sig in "target_BS_bag" for BS[i]; assume at most one loc sig per BS in "target_loc_sig_bag"*/
target_loc_sig[i]<- - - get_loc_sig(BS[i], target_loc_sig_bag);
else /*BS[i] is not in "target_BS_bag", accordingly this implies that we are in the process of attempting to output all possible error records for all BS's: (a) that have previously been detected in the area of "search_area" (satisfying "search_criteria"), union, (b) that are associated with a loc sig in "target_loc_sig_bag". Note, the path here is performed when the MS at the location for "target_loc" did not detect the BS[i], but BS[i] has previously been detected to in this area. */
if  (target_loc_sig_bag.type=="UNVERIFIED LOC SIG CLUSTER") then
/*can at least determine if the MS for the cluster detected the BS[i]; i.e., whether BS[i] was in the set of BS's detected by the MS even though no loc sig was obtained for BS[i]. */

US 7,764,231 B1

141                                              142

```
if (BS_only_detected(target_loc_sig_bag, BS[i])) then
  /*detected but no loc sig */
  error_rec[i].error <- - - invalid; /*can't determine an
    error if this is all the information we have */
else /*BS[i] was not detected by the MS at "target_lo-      5
  c.location", so the pilot channel for BS[i] was in the
  noise; make an artificial loc sig at the noise ceiling
  (alternatively, e.g., a mean noise value) for the MS
  location at "target_loc"*/
  target_loc_sig[i]<- - - get_noise_ceiling_loc_sig(tar-   10
    get_loc);
  else;  /*do nothing; there are no other types for
    "target_loc_sig_bag.type" that are currently used
    when outputting all possible error records for BS's */
if (error_rec[i].error NOT invalid) then                   15
  /*we have a "target_loc_sig" for comparing, so get the
    derived loc sig estimate obtained from the verified loc
    sigs in the location signature data base. */
  estimated_loc_sig[i]<- - - estimate_loc_sig_from_DB
    (target_loc.location, comparison_loc_sig_bag[i]);     20
  /*The above call function provides an estimated loc sig
    for the location of "target_loc" and S[i] using the
    verified loc sigs of "comparison_loc_sig_bag[i]"*/
}

/*for each BS whose error record has not been marked      25
"invalid"; both "target_loc_sig" and "estimated_loc_sig" are
now well-defined; so compute an

error record related to the difference between "target_
loc_sig" and "estimated_loc_sig".*/                        30

for each BS[i] in "BS_bag" with error_rec[i].error not invalid
do /*determine the error records for these base stations */ {
  /*Note, the "target_loc_sig" here is for an MS at or near the
    location for the center of area for "target_loc".*/       35
  error_rec[i]<- - - get_difference_measurement(target_
    loc_sig[i],  estimated_loc_sig[i],  comparison_loc_
    sig_bag[i], search_area, search_criteria); /*get a mea-
    surement of the difference between these two loc sigs. */
  error_rec.loc_sig_id <- - - target_loc_sig[i].id; /*this is the  40
    loc sig with which this error_rec is associated */
  error_rec.comparison_loc_sig_id_bag  <- - - compari-
    son_loc_sig_bag[i];
}                                                           45

RETURN(error_rec);

ENDOF Determine_Location_Signature_Fit_Errors

estimate_loc_sig_from_DB(loc_for_estimation,       loc_
sig_bag)                                                    50
  /*This function uses the verified loc sigs in "loc_sig_bag"
    to determine a single estimated (or "typical") loc sig
    derived from the loc sigs in the bag. Note, it is assumed
    that all loc sigs in the "loc_sig_bag" are associated with
    the same BS 122 (denoted the BS associated with the     55
    "loc_sig_bag") and that the locations associated with
    these loc sigs are near "loc_for estimation". Further,
    note that since the loc sigs are verified, the associated
    base station was the primary base station when the loc
    sig signal measurements were sampled. Thus, the mea-    60
    surements are as precise as the infrastructure allows.
    Note that the steps herein are also provided in flowchart
    form in FIG. 21.
    Input: loc_for_estimation A representation of a service
      area location.                                        65
      loc_sig_bag A collection of verified loc sigs, each
        associated with the same base station and each
```

associated with a service area location presumably
relatively near to the location represented by "loc-
_for_estimation". */
est_loc_sig <- - - extrapolate/interpolate a location signa-
  ture for the location at "loc_for_estimation" based on
  loc sigs in "loc_sig_bag";
  /*Note, "est_loc_sig" includes a location signature and a
    confidence measure.
    The confidence measure (in the range: [0, 1]) is based
    on: (a) the number of verified loc sigs in the search
    area; (b) how well they surround the center location
    of the new_loc, and (c) the confidence factors of the
    loc sigs in "loc_sig_bag" (e.g., use average confi-
    dence value).
    Note, for the extrapolation/interpolation computation
    here, there are many such extrapolation/interpola-
    tion methods available as one skilled in the art will
    appreciate. For example, in one embodiment of an
    extrapolation/interpolation method, the following
    steps are contemplated:
      (39.1) Apply any pre-processing constraints that
        may alter any subsequently computed "est
        loc_sig" values derived below). For example, if
        the BS associated with "loc_sig_bag" is cur-
        rently inactive "location BS" (i.e., "active"
        meaning the BS is on-line to process location
        information with an MS, "inactive" meaning the
        not on-line), then, regardless of any values that
        may be determined hereinbelow, a value or flag
        is set (for the signal topography characteristics)
        indicating "no signal" with a confidence value of
        1 is provided. Further, additional pre-processing
        may be performed when the BS associated with
        "loc_sig_bag" is a location BS (LBS) since the
        constraint that a pilot channel from such an LBS
        is likely to be only detectable within a relatively
        small distance from the BS (e.g., 1000 ft). For
        example, if the MS location, "loc_for_estima-
        tion", does not intersect the radius (or area con-
        tour) of such a location 85, then, again, a value or
        flag is set (for the signal topography character-
        istics) indicating "outside of LBS area" with a
        confidence value of 1 is provided. Alternatively,
        if (a) a determined area, A, including the MS
        location, "loc_for_estimation" (which may
        itself be, and likely is, an area), intersects (b) the
        signal detectable area about the location BS,
        then (c) the confidence factor value may be
        dependent on the ratio of the area of the intersec-
        tion to the minimum of the size of the area in
        which the LBS is detectable and the size of the
        area of "loc_for_estimation", as one skilled in
        the art will appreciate.
        Further, it is noteworthy that such pre-process-
        ing constraints as performed in this step may be
        provided by a constraint processing expert sys-
        tem, wherein system parameters used by such an
        expert system are tuned using the adaptation
        engine 1382.
      (39.2) Assuming a value of "no signal" or "outside
        of LBS area" was not set above (since otherwise
        no further steps are performed here), for each of
        the coordinates (records), C, of the signal topog-
        raphy characteristics in the loc sig data structure,
        generate a smooth surface, S(C), of minimal
        contour variation for the set of points {(x,y,z)
        such that (x,y) is a representation of a service

US 7,764,231 B1

143

area location, and z is a value of C at the location (x,y) for some loc sig in "loc_sig_bag" wherein (x,y) is a point estimate (likely centroid) of the loc sig}. Note that a least squares technique, a partial least squares technique, or averaging on 5 "nearby" (x,y,z) points may be used with points from the above set to generate other points on the surface S(C). Additionally, note that for at least some surfaces characterizing signal energy, the generation process for such a surface may use 10 the radio signal attenuation formulas for urban, suburban, and rural developed by M. Hata in IEEE Trans, VT-29, pgs. 317-325, August 1980, "Empirical Formula For Propagation Loss In Land Mobile Radio" (herein incorporated by ref- 15 erence). For example, Hata's formulas may be used in:

(39.2.1) Determining portions of the surfaces S(C) where there is a low density of verified loc sigs in "loc_sig_bag". In particular, if there is a 20 very low density of verified loc sigs in "loc_ sig_bag" for the service area surrounding the location of "loc_for_estimation", then by deter- mining the area type(s) (e.g., transmission area type as described hereinabove, assuming a .cor- 25 respondence between the transmission area types and the more coarse grained categorization of: urban, suburban, and rural) between this location and the base station associated with "loc_sig_bag", and applying Hata's correspond- 30 ing formula (s), a signal value z may be esti- mated according to these type(s) and their cor- responding area extents between the MS and the BS. Note, however, that this option is considered less optimal to using the verified loc sigs of 35 "loc_sig_bag" for determining the values of a surface S(C). Accordingly, a lower confidence value may be assigned the resulting composite loc sig (i.e., "est_loc_sig") determined in this manner; and relatedly, 40

(39.2.2) Determining a surface coordinate $(x_0, y_0, z_0)$ of S(C) when there are nearby verified loc sigs in to "loc_sig_bag". For example, by using Hata's formulas, an estimated surface value $z_t$ at the location $(x_0, y_0)$ may be derived from estimat- 45 ing a value $z_t$ at $(x_t, y_t)$ by adapting Hata's for- mula's to extrapolate/interpolate the value $z_t$ from a nearby location $(x_t, y_t)$ having a verified loc sig in "loc_sig_bag". Thus, one or more esti- mates z; may be obtained used in deriving $z_0$ as 50 one skilled in statistics will appreciate. Note, this technique may be used when there is a moder- ately low density of verified loc sigs in "loc_ sig_bag" for the service area surrounding the location of "loc_for_estimation". However, 55 since such techniques may be also considered less than optimal to using a higher density of verified loc sigs of "loc_sig_bag" for determin- ing the values of a surface S(C) via a least squares or partial least square technique, a lower 60 confidence value may be assigned the resulting composite loc sig (i.e., "est_loc_sig") deter- mined in this manner.

Further, recall that the values, z, for each loc sig are obtained from a composite of a plurality of sig- 65 nal measurements with an MS, and, that each value z is the most distinct value that stands out

144

above the noise in measurements for this coor- dinate, C. So, for example in the CDMA case, for each of the coordinates C representing a finger of signal energy from or to some MS at a verified location, it is believed that S(C) will be a smooth surface without undulations that are not intrinsic to the service area near "loc_for_estimation".

(39.3) For each of the coordinates, C, of the signal topography characteristics, extrapolate/interpo- late a C-coordinate value on S(C) for an esti- mated point location of "loc_for_estimation".

Further note that to provide more accurate estimates, it is contemplated that Hata's three geographic cat- egories and corresponding formulas may be used in a fuzzy logic framework with adaptive mechanisms such as the adaptation engine **1382** (for adaptively determining the fuzzy logic classifications).

Additionally, it is also within the scope of the present invention to use the techniques of L. E. Vogler as presented in "The Attenuation of Electromagnetic Waves by Multiple Knife Edge Diffraction", US Dept of Commerce, NTIA nos, 81-86 (herein incorporated by reference) in the present context for estimating a loc sig between the base station associated with "loc_sig_bag" and the location of "loc_for_estimation".*/

RETURN(est_loc_sig)

ENDOF estimate loc_sig_from_DB

get_area_to_search(loc)

/*This function determines and returns a representation of a geographic area about a location, "loc", wherein: (a) the geographic area has associated MS locations for an accept- able number (i.e., at least a determined minimal number) of verified loc sigs from the location signature data base, and (b) the geographical area is not too big. However, if there are not enough loc sigs in even a largest acceptable search area about "loc", then this largest search area is returned. Note that the steps herein are also provided in flowchart form in FIGS. **22**a through **22**b. */

{

    loc_area_type <- - - get_area_type(loc); /*get the area type surrounding "loc"; note this may be a vector of fuzzy values associated with a central location of "loc", or, associated with an area having "loc". /*
    search_area <- - - get_default_area_about(loc); /*this is the largest area that will be used */
    saved_search_area <- - - search_area; //may need it after "search_area" has been changed
    search_area_types  <- - - get_area_type(search_area); //e.g., urban, rural, suburban, mountain, etc. loop until RETURN performed:
    {
        min_acceptable_nbr_loc_sigs <-0;//initialization
        for each area_type in "search_area_types" do
        {
            area_percent <- - - get_percent_of_area of(area_type, search_area);
            /*get percentage of area having "area_type"*/
            min_acceptable_nbr_loc_sigs  <- - - min_accept- able_nbr_loc_sigs+
            [(get_min_acceptable_verified_
            loc_sig_density_for(area_type))*
            (SIZEOF(search_area)*area_percent/100)];
        }

145

```
/*Now get all verified loc sigs from the location sig-
    nature data base whose associated MS location is in
    "search_area".*/
total_nbr_loc_sigs  <-  -  -  get_all_verified_DB_
    loc_sigs(search_area);
if  (min_acceptable_nbr_loc_sigs  >  total_nbr_
    loc_sigs)
    then /*not enough loc sigs in "search_area"; so
        return    "saved_search_area"*/    RE-
        TURN(saved_search_area);
    else /*there is at least enough loc sigs, so see if
        "search_area" can be decreased */
    {saved_search_area <- - - search_area;
        search_area  <-  -  -  decrease_search_area_about
            (loc, search_area);
    }
  }
}
}

ENDOF get_area_to_search
```

/* For processing various types of loc sigs, particular signal
processing filters may be required. Accordingly, in one
embodiment of the present invention, a "filter_bag" object
class is provided wherein various filters may be methods of
this object (in object-oriented terminology) for transforming
loc sig signal data so that it is comparable with other loc sig
signal data from, for example, an MS of a different classifi-
cation (e.g., different power classification). It is assumed here
that such a "filter_bag" object includes (or references) one or
more filter objects that correspond to an input filter (from the
Signal Filtering Subsystem **1220**) so that, given a location
signature data object as input to the filter bag object each such
filter object can output loc sig filtered data corresponding to
the filter object's filter. Note, such a filter_bag object may
accept raw loc sig data and invoke a corresponding filter on
the data. Further, a filter_bag object may reference filter
objects having a wide range of filtering capabilities. For
example, adjustments to loc sig data according to signal
strength may be desired for a particular loc sig comparison
operator so that the operator can properly compare MS's of
different power classes against one another. Thus, a filter may
be provided that utilizes, for each BS, a corresponding signal
strength change topography map (automatically generated
and updated from the verified loc sigs in the location signature
data base **1320**) yielding signal strength changes detected by
the BS for verified MS location's at various distances from
the BS, in the radio coverage area. Additionally, there may
also be filters on raw signal loc sig data such as quality
characteristics so that loc sigs having different signal quality
characteristics may be compared. */
```
get_difference_measurement(target_loc_sig,    estimated_
    loc_sig,    comparison_loc_sig_bag,    search_area,
    search_criteria)
```

/*Compare two location signatures between a BS and a par-
ticular MS location (either a verified or hypothesized loca-
tion) for determining a measure of their difference relative to
the variability of the verified location signatures in the "com-
parison_loc_sig_bag" from the location signature data base
**1320**. Note, it is assumed that "target_loc_sig" "esti-
mated_loc_sig" and the loc sigs in "comparison_loc_
sig_bag" are all associated with the same BS **122**. Moreover,
it is assumed that "target_loc_sig" and "estimated_loc_sig"
are well-defined non-NIL loc sigs, and, additionally, that
"comparison_loc_sig_bag" is non-NIL. This function returns
an error record, "error_rec", having an error or difference
value and a confidence value for the error value. Note, the

146

signal characteristics of "target_loc_sig" and those of "esti-
mated_loc_sig" are not assumed to be normalized as
described in section (26.1) prior to entering this function so
that variations in signal characteristics resulting from varia-
tions in (for example) MS signal processing and generating
characteristics of different types of MS's may be reduced, as
described in the discussion of the loc sig data type herein-
above. It is further assumed that typically the input loc sigs
satisfy the "search_criteria". Note that the steps herein are
also provided in flowchart form in FIGS. **23***a* through **23***c*.

target_loc_sig: The loc sig to which the "error_rec" deter-
    mined here is to be associated. Note that this loc sig is
    associated with a location denoted hereinbelow as the
    "particular location".

estimated_loc_sig: The loc sig to compare with the "tar-
    get_loc_sig", this loc sig: (a) being for the same MS
    location as "target_loc_sig", and (b) derived from veri-
    fied loc sigs in the location signature data base whenever
    possible. However, note that if this loc sig is not derived
    from the signal characteristics of loc sigs in the location
    signature data base, then this parameter provides a loc
    sig that corresponds to a noise level at the particular MS
    location.

comparison_loc_sig_bag: The universe of loc sigs to use in
    determining an error measurement between "target_
    loc_sig" and "estimated_loc_sig". Note, the loc sigs in
    this aggregation include all loc sigs for the associated
    Base Station **122** that are in the "search_area" (which
    surrounds the particular MS location for "target_
    loc_sig") and satisfy the constraints of "search_crite-
    ria". It is assumed that there are sufficient loc sigs in this
    aggregation to perform at least a=minimally effective
    variability measurement in the loc sigs here.

search_area: A representation of the geographical area sur-
    rounding the particular MS location for all input loc sigs.
    This input is used for determining extra information
    about the search area in problematic circumstances.

search_criteria: The criteria used in searching the location
    signature data base **1320**. The criteria may include the
    following:

    (a) "USE ALL LOC SIGS IN DB",

    (b) "USE ONLY REPEATABLE LOC SIGS",

    (c) "USE ONLY LOC SIGS WITH SIMILAR TIME OF
        DAY

    However,  environmental  characteristics  such  as:
        weather, traffic, season are also contemplated. *"/

error <- - - 0; //initialization

/*get identifiers for the filters to be used on the input loc sigs
/

filter  bag  <-  -  -  get_filter_objects_for_differ-
ence_measurement(target_loc_sig, estimated_loc_sig, com-
parison loc_sig_bag);

    /*It is assumed here that each entry in "filter_bag" identi-
        fies an input filter to be used in the context of determin-
        ing a difference measurement between loc sigs. Note, if
        all loc sigs to be used here are of the same type, then it
        may be that there is no need for filtering here. Accord-
        ingly, "filter_bag" can be empty. Alternatively, there
        may be one or more filter objects in "filter_bag".*/

**147**

/*initializations */

/* for each filter, determine a difference measurement and confidence */

for each filter_obj indicated in filter_bag do

{

   /*filter "target_loc_sig"; "estimated_loc_sig" and loc sigs in "comparison_loc_sig_bag" note, each filter_obj can determine when it needs to be applied since each loc sig includes: (a) a description of the type (e.g., make and model) of the loc sig's associated MS, and (b) a filter flag(s) indicating filter(s) that have been applied to the loc sig. */ target_loc_sig <- - - filter_obj(target_loc_sig); /*filter at least the signal topography characteristics */ estimated_loc_sig <- - - filter_obj(estimated_loc_sig); /*filter at least the signal topography characteristics */ comparison_loc_sig_bag<-  -  -  filter_obj(comparison_loc_sig_bag); /*filter loc sigs here too */

/*determine a difference measurement and confidence for each signal topography characteristic coordinate */

for each signal topography characteristic coordinate, C, of the loc sig data type do

{

  variability_measmt.val <-  -  -  get_variability_range(C, comparison_loc_sig_bag);

   /*This function provides a range of the variability of the C-coordinate. In one embodiment this measurement is a range corresponding to a standard deviation. However, other variability measurement definitions are contemplated such as second, third or fourth standard deviations. */

   /*make sure there are enough variability measurements to determine the variability of values for this coordinate. */

  if     (SIZEOF(comparison_loc_sig_bag)<expected_B-S_loc_sig_threshold(search_area,    search_criteria)) then /*use the data here, but reduce the confidence in the variability measurement. Note that it is expected that this branch is performed only when "comparison_loc_sig_bag" is minimally big enough to use (since this is an assumption for performing this function), but not of sufficient size to have full confidence in the values obtained. Note, a tunable system parameter may also be incorporated as a coefficient in the computation in the statement immediately below. In particular, such a tunable system parameter may be based on "search_area" or more particularly, area types intersecting "search_area".*/

    {

     variability_measmt_conf_reduction_factor <-  -  - SIZEOF(comparison_loc_sig_bag)/ expected_B-S_loc_sig_threshold(search_area,    search_criteria);

    }

  else /*There is a sufficient number of loc sigs in "comparison_loc_sig_bag" so continue */

   {

    variability_measmt_conf_reduction_factor <-  -  - 1.0; //i.e., don't reduce confidence

   }

  /* Now determine the C-coord difference measurement between the "target_loc_sig" and the "estimated_loc_sig"/

**148**

   delta <-  - -ABS(target_loc_sig[C]-estimated_loc_sig[C]); // get absolute value of the difference if (delta > variability_measmt.val) then

   {

    error <-  - - error+(delta/variability_measmt.val);

  }/*end C-coord processing */

/* construct the error record and return it */

error_rec.error <-  - - error;

/* Get an average confidence value for the loc sigs in "comparison_loc_sig_bag" Note, we use this as the confidence of each loc sig coordinate below. */

average_confidence <-  - - AVERAGE(loc_sig.confidence for loc_sig in "comparison_loc_sig_bag");

error_rec.confidence <-  - - MIN(target_loc_sig.confidence, estimated_loc_sig.confidence, (average_confidence* variability_measmt_conf_reduction_factor)); //presently not used

RETURN(error_rec);

ENDOF get_difference measurement

### APPENDIX D

#### Context Adjuster Embodiments

A description of the high level functions in a first embodiment of the Context Adjuster

context adjuster(loc_hyp_list)

/*This function adjusts the location hypotheses on the list, "loc_hyp_list", so that the confidences of the location hypotheses are determined more by empirical data than default values from the First Order Models **1224**. That is, for each input location hypothesis, its confidence (and an MS location area estimate) may be exclusively determined here if there are enough verified location signatures available within and/or surrounding the location hypothesis estimate.

   This function creates a new list of location hypotheses from the input list, "loc_hyp_list", wherein the location hypotheses on the new list are modified versions of those on the input list. For each location hypothesis on the input list, one or more corresponding location hypotheses will be on the output list. Such corresponding output location hypotheses will differ from their associated input location hypothesis by one or more of the following: (a) the "image_area" field (see FIGS. 9A and 9B) may be assigned an area-indicative of where the target MS is estimated to be, (b) if "image_area" is assigned, then the "confidence" field will be the confidence that the target MS is located in the area for "image_area", (c) if there are not sufficient "nearby" verified location signature clusters in the location signature data base to entirely rely on a computed confidence using such verified location signature clusters, then two location hypotheses (having reduced confidences) will be returned, one having a reduced computed confidence for "image_area" using the verified clusters in the Location Signature DB, and one being substantially the same as the associated input location hypothesis except that the confidence (for the field "area_est") is reduced to reflect the confidence in its paired location hypothesis having a computed confidence for , "image_area". Note also, in some cases, the location hypotheses on the input list, may have no

US 7,764,231 B1

149

change to its confidence or the area to which the confidence applies. Note that the steps herein are also provided in flow-chart form in FIGS. **25***a* and **25***b*.
*/

```
{
    new_loc_hyp_list <- - - create_new_empty_list( );
    for each loc_hyp[i] in loc_hyp_list do/* Note, "i" is a First
        Order Model 1224 indicator, indicating the model that
        output "hyp_loc[i]"*/
    {
        remove_from_list(loc_hyp[i], loc_hyp_list);
        if (NOT loc_hyp[i].adjust) then /*no adjustments will be
```
made to the "area_est" or the "confidence" fields since the "adjust" field indicates that there is assurance that these other fields are correct; note that such designations indicating that no adjustment are presently contemplated are only for the location hypotheses generated by the Home Base Station First Order Model, the Location Base Station First Order Model and the Mobile Base Station First Order Model. In particular, location hypotheses from the Home Base Station model will have confidences of 1.0 indicating with highest confidence that the target MS is within the area estimate for the location hypothesis. Alternatively, in the Location Base Station model, generated location hypotheses may have confidences of (substantially)+1.0 (indicating that the target MS is absolutely in the area for "area_est"), or, −1.0 (indicating that the target MS is NOT in the area estimate for the generated location hypothesis).*/
```
    {loc_hyp[i].image_area <- - - NULL; // no adjustment,
        then no "image_area" add_to_list(new_loc_hyp_list,
        loc_hyp[i]); //add "loc_hyp[i]" to the new list
    }
    else /*the location hypothesis can (and will) be modified;
```
in particular, an "image_area" may be assigned, the "confidence" changed to reflect a confidence in the target MS being in the "image_area". Additionally, in some cases, more than one location hypothesis may be generated from "loc_hyp[i]". See the comments on FIGS. **9**A and **9**B and the comments for "get_adjusted_loc_hyp_list_for" for a description of the terms here. */
```
    {
        temp_list <- - - get_adjusted_loc_hyp_list_for(loc_hyp
            [i]);
        new_loc_hyp_list <- - - combine_lists(new_loc_hyp_list,
            temp_list);
    }
    RETURN (new_loc_hyp_list);
    }ENDOF
```

get_adjusted_loc_hyp_list_for(loc_hyp)

/*This function returns a list (or more generally, an aggregation object) of one or more location hypotheses related to the input location hypothesis, "loc_hyp". In particular, the returned location hypotheses on the list are "adjusted" versions of "loc_hyp" in that both their target MS **140** location estimates, and confidence placed in such estimates may be adjusted according to archival MS location information in the location signature data base **1320**. Note that the steps herein are also provided in flowchart form in FIGS. **26***a* through **26***c*.
RETURNS: loc_hyp_list This is a list of one or more location hypotheses related to the input "loc_hyp". Each location hypothesis on "loc_hyp_list" will typically be substantially the same as the input "loc_hyp" except that there may now be a new target MS estimate in the field, "image_a-

150

rea", and/or the confidence value may be changed to reflect information of verified location signature clusters in the location signature data base.
Introductory Information Related to the Function, "get_adjusted_loc_hyp_list_for"

This function and functions called by this function presuppose a framework or paradigm that requires some discussion as well as the defining of some terms. Note that some of the terms defined hereinbelow are illustrated in FIG. **24**.

Define the term the "cluster set" to be the set of all MS location point estimates (e.g., the values of the "pt_est" field of the location hypothesis data type), for the present FOM, such that these estimates are within a predetermined corresponding area (e.g., "loc_hyp.pt_covering" being this predetermined corresponding area) and these point estimates have verified location signature clusters in the location signature data base.

Note that the predetermined corresponding area above will be denoted as the "cluster set area".

Define the term "image cluster set" (for a given First Order Model identified by "loc_hyp.FOM_ID") to mean the set of verified location signature clusters whose MS location point estimates are in "the cluster set".

Note that an area containing the "image cluster set" will be denoted as the "image cluster set area" or simply the "image area" in some contexts. Further note that the "image cluster set area" will be a "small" area encompassing the "image cluster set". In one embodiment, the image cluster set area will be the smallest covering of cells from the mesh for the present FOM that covers the convex hull of the image cluster set. Note that preferably, each cell of each mesh for each FOM is substantially contained within a single (transmission) area type.

Thus, the present FOM provides the correspondences or mapping between elements of the cluster set and elements of the image cluster set. */

```
{
    add_to_list(loc_hyp_list, loc_hyp); /*note the fields of
        "loc_hyp" may be changed below, but add "loc_hyp" to
        the list, "loc_hyp_list here */
    mesh <- - - get_cell_mesh_for_model(loc_hyp.FOM_ID);
        /*get the mesh of geographic cells for the First Order
        Model for this location hypothesis.*/
    pt_min_area <- - - get min_area_surrounding_p(loc_hyp,
        mesh); /*Get a minimal area about the MS location
        point, "pt_est" of "loc_hyp[i]" indicating a point loca-
        tion of the target MS. Note that either the "pt_est" field
        must be valid or the "area_est" field of "loc_hyp[i]"
        must be valid. If only the latter field is valid, then the
        centroid of the "area_est" field is determined and
        assigned to the "pt_est" field in the function called here.
        Note that the mesh of the model may be useful in deter-
        mining an appropriately sized area. In particular, in one
        embodiment, if "loc_hyp.pt_est" is interior to a cell, C,
        of the mesh, then "pt_min_area" may correspond to C.
        Further note that in at least one embodiment,
        "pt_min_area" may be dependent on the area type
        within which "loc_hyp.pt_est" resides, since sparsely
        populated flat areas may be provided with larger values
        for this identifier. Further, this function may provide
        values according to an algorithm allowing periodic tun-
        ing or adjusting of the values output, via, e.g., a Monte
        Carlo simulation (more generally, a statistical simula-
        tion), a regression or a Genetic Algorithm.
    For the present discussion, assume: (i) a cell mesh per
        FOM 1224; (ii) each cell is contained in substantially
```

151

a single (transmission) area type; and (iii) "pt_min_area" represents an area of at least one cell.*/

area <- - - pt_min_area; //initialization

pt_max_area <-get_max_area_surrounding_pt(loc_hyp, mesh); /*Get the maximum area about "pt_est" that is deemed worthwhile for examining the behavior of the "loc_hyp.FOM_ID" First Order Model (FOM) about "pt_est". Note that in at least one embodiment, this value of this identifier may also be dependent on the area type within which "loc_hyp.pt_est" resides. Further, this function may provide values according to an algorithm allowing periodic tuning or adjusting of the values output, via, e.g., a Monte Carlo simulation (more generally, a statistical simulation or regression) or a Genetic Algorithm. In some embodiments of the present invention, the value determined here may be a relatively large proportion of the entire radio coverage area region. However, the tuning process may be used to shrink this value for (for example) various area types as location signature clusters for verified MS location estimates are accumulated in the location signature data base.*/

min_clusters <-get min_nbr_of_clusters(loc_hyp.FOM_ID, area); /*For the area, "area", get the minimum number ("min_clusters") of archived MS estimates, L, desired in generating a new target MS location estimate and a related confidence, wherein this minimum number is likely to provide a high probability that this new target MS location estimate and a related confidence are meaningful enough to use in subsequent Location Center processing for outputting a target MS location estimate. More precisely, this minimum number, "min_clusters," is an estimate of the archived MS location estimates, L, required to provide the above mentioned high probability wherein each L satisfies the following conditions: (a) L is in the area for "area"; (b) L is archived in the location signature data base; (c) L has a corresponding verified location signature cluster in the location signature data base; and (d) L is generated by the FOM identified by "loc_hyp.FOM_ID"). In one embodiment, "min_clusters" may be a constant; however, in another it may vary according to area type and/or area size of ("area"), in some it may also vary according to the FOM indicated by "loc_hyp.FOM_ID".*/ pt_est bag <- - - get_pt ests for image c/usrterset(lochyp.FOM_ID, loc_hyp.pt_est, area); /*Get the MS location point estimates for this FOM wherein for each such estimate: (a) it corresponds to a verified location signature cluster (that may or may not be near its corresponding estimate), and (b) each such MS estimate is in "pt_min_area". */

/*Now, if necessary, expand an area initially starting with "pt_min_area" until at least "min_clusters" are obtained, or, until the expanded area gets too big. */

while ((sizeof(pt_est_bag)<min_clusters) and (sizeof (area)<=pt_max_area) do

{area <- - - increase(area);

min_clusters <.—get_min_nbr_of_clusters(loc_ hyp.FOM_ID, area); // update for new "area" pt_ est_bag <- - - get_pt_ests_for_image_cluster set(loc_hyp.FOM_ID, loc_hyp.pt_est, area);

}

attach_to(loc_hyp.pt_covering, area);//Make "area" the "pt_covering" field

if (sizeof(pt_est_bag)=0) then /*there aren't any other FOM MS estimates having corresponding verified location signature clusters; so designate "loc_hyp" as part of the second set as described above and return. */

152

{

loc_hyp.image_area <- - - NULL; //no image area for this loc_hyp; this indicates second set

RETURN (loc_hyp_list);

}

/* It is now assured that "pt_est_bag" is non-empty and "area" is at least the size of a mesh cell. */

/*Now determine "image_area" field for "loc_hyp" and a corresponding confidence value using the verified location signature clusters corresponding to the MS point estimates of "area" (equivalently, in "pt_est_bag"). */

/*There are various strategies that may be used in determining confidences of the "image_area" of a location hypothesis. In particular, for the MS location estimates (generated by the FOM of loc_hyp.FOM_ID) having corresponding verified location signature clusters (that may or may not be in "area"), if the number of such MS location estimates in "area" is deemed sufficiently high (i.e., >="min_clusters" for "area"), then a confidence value can be computed for the "image_area" that is predictive of the target MS being in "image_area". Accordingly, such a new confidence is used to overwrite any previous confidence value corresponding with the target MS estimate generated by the FOM. Thus, the initial estimate generated by the FOM is, in a sense, an index or pointer into the archived location data of the location signature data base for obtaining a new target MS location estimate (i.e., "image_area") based on previous verified MS locations and a new confidence value for this new estimate.

Alternatively, if the number of archived FOM MS estimates that are in "area," wherein each such MS estimate has a corresponding verified location signature clusters (in "image_area"), is deemed too small to reliably use for computing a new confidence value and consequently ignoring the original target MS location estimate and confidence generated by the FOM, then strategies such as the following may be implemented.

(a) In one embodiment, a determination may be made as to whether there is an alternative area and corresponding "image_area" that is similar to "area" and its corresponding "image_area" (e.g., in area size and type), wherein a confidence value for the "image_area" of this alternative area can be reliably computed due to there being a sufficient number of previous FOM MS estimates in the alternative area that have corresponding verified location signature clusters (in the location signature data base). Thus, in this embodiment, the confidence of the alternative "image_area" is assigned as the confidence for the "image_area" of "area".

(b) In another embodiment, the area represented by "pt_max_area" may be made substantially identical with the MS location service region. So that in many cases, there will be, as "area" increases, eventually be enough MS location estimates in the cluster set so that at least "min_clusters" will be obtained. Note, a drawback here is that "image_area" may be in become inordinately large and thus be of little use in determining a meaningful target MS location estimate.

(c) In another embodiment, denoted herein as the two tier strategy, both the original FOM MS location estimate and confidence as well as the

153

"image_area" MS location estimate and a confidence are used. That is, two location hypotheses are provided for the target MS location, one having the FOM MS location estimate and one having the MS location estimate for "image_area". However, the confidences of each of these location hypotheses may be reduced to reflect the resulting ambiguity of providing two different location hypotheses derived from the same FOM MS estimate. Thus, the computations for determining the confidence of "image_area" may be performed even though there are less than the minimally required archived FOM estimates nearby to the original FOM target MS estimate. In this embodiment, a weighting(s) may be used to weight the confidence values as, for example, by a function of the size of the "image_cluster_set". For example, if an original confidence value from the FOM was 0.76 and "area" contained only two-thirds of the minimally acceptable number, "min_clusters", then if the computation for a confidence of the corresponding "image_area" yielded a new confidence of 0.43, then a confidence for the original FOM target MS estimate may be computed as [0.76* (1/3)] whereas a confidence for the corresponding "image_area" may be computed as [0.43*(2/3)]. However, it is within the scope of the present invention to use other computations for modifying the confidences used here. For example, tunable system coefficients may also be applied to the above computed confidences. Additionally, note that some embodiments may require at least a minimal number of relevant verified location signature clusters in the location signature data base before a location hypothesis utilizes the "image_area" as a target MS location estimate.

Although an important aspect of the present invention is that it provides increasingly more accurate MS location estimates as additional verified location signatures are obtained (i.e., added to the location signature data base), it may be the case that for some areas there is substantially no pertinent verified location signature clusters in the location signature data base (e.g., "image_area" may be undefined). Accordingly, instead of using the original FOM generated location hypotheses in the same manner as the location hypotheses having target MS location estimates corresponding to "image_areas" in subsequent MS location estimation processing, these two types of location hypotheses may be processed separately. Thus, a strategy is provided, wherein two sets of (one or more) MS location estimates may result:

(i) one set having the location hypotheses with meaningful "image_areas" as their target MS location estimates and

(ii) a second set having the location hypotheses with their confidence values corresponding to the original FOM target MS estimates.

Since the first of these sets is considered, in general, more reliable, the second set may be used as a "tie breaker" for determining which of a number of possible MS location estimates determined using the first set to output by the Location Center. Note, however, if there are no location hypotheses in the first set, then the second set may be used to output a Location Center target MS location

154

estimate. Further note that in determining confidences of this second set, the weighting of confidence values as described above is contemplated.

The steps provided hereinafter reflect a "two tier" strategy as discussed in (c) above. */

/*The following factor is analogous to the 2/3's factor discussed in (c) above. */ cluster_ratio_factor <- - - min{(sizeof(pt_est_bag)/ min_clusters), 1.0};

/*Now use "area" to obtain a new target MS location estimate and confidence based on archived verified loc sigs, but first determine whether "area" is too big to ignore the original target MS location estimate and confidence generated by the FOM. */

if (sizeof(area) > pt_max_area) then /*create a loc_hyp that is essentially a duplicate of the originally input "loc_hyp" except the confidence is lowered by "(1.0- cluster_ratio_factor)". Note that the original "loc_hyp" will have its confidence computed below. */

{new_loc_hyp <- - - duplicate(loc_hyp); /get a copy of the "loc_hyp"

   new_loc_hyp.image_area <- - - NULL; //no image area for this new loc_hyp

   /*Now modify the confidence of "loc_hyp"; note, in the one embodiment, a system (i.e., tunable) parameter may also be used as a coefficient in modifying the confidence here.*/

   new_loc_hyp.confidence  <- - - new_loc_hyp.confidence * (1.0- cluster_ratio_factor);

   add_to list(loc_hyp_list, new_loc_hyp);

}

/*Now compute the "image_area" field and a confidence that the target MS is in "image_area"*/

image_cluster_set <- - - get_verified_loc_sig_clusters_for (pt_est_bag); 1/*Note, this statement gets the verified location signature clusters for which the target MS point location estimates (for the First Order Model identified by "loc_hyp.FOM_ID") in "pt_est_bag" are approximations. Note that the set of MS location point estimates represented in "pt_est bag" is defined as a "cluster set" hereinabove.*/

image_area  <-  -  -  get_area_containing(image_cluster_set); /*Note, in obtaining an area here that contains these verified location signature clusters, various embodiments are contemplated. In a first embodiment, a (minimal) convex hull containing these clusters may be provided here. In a second embodiment, a minimal covering of cells from the mesh for the FOM identified by "loc_hyp.FOM_ID" may be used. In a third embodiment, a minimal covering of mesh cells may be used to cover the convex hull containing the clusters. It is assumed hereinbelow that the first embodiment is used. Note, that this area is also denoted the "image cluster set area" as is described hereinabove. */

attach_to(loc_hyp.image_area,  image_area);  /*Make "image_area" the "image_area" field of "loc_hyp".*/

/*In the following step, determine a confidence value for the target MS being in the area for "image_area". */ confidence  <-  -  -  confidence_adjuster(loc_hyp.FOM_ID, image_area, image_cluster_set);

/*In the following step, reduce the value of confidence if and only if the number of MS point location estimates in "pt_est_bag" is smaller than "min_clusters"*/

US 7,764,231 B1

155

loc_hyp.confidence <- - - confidence-cluster_ratio_factor;

RETURN(loc_hyp_list);

}ENDOF get_adjusted_loc_hyp_list_for

confidence_adjuster(FOM_ID,    image_area,    image_cluster_set)

/*This function returns a confidence value indicative of the target MS **140** being in the area for "image_area". Note that the steps herein are also provided in flowchart form in FIGS. **27***a* and **27***b*.

RETURNS: A confidence value. This is a value indicative of the target MS being located in the area represented by "image_area" (when it is assumed that for the related "loc_hyp," the "cluster set area" is the "loc_hyp.pt_covering" and "loc_hyp.FOM_ID" is "FOM_ID");

Introductory Information Related to the Function, "confidence_adjuster"

This function (and functions called by this function) presuppose a framework or paradigm that requires some discussion as well as the defining of terms.

Define the term "mapped cluster density" to be the number of the verified location signature clusters in an "image cluster set" per unit of area in the "image cluster set area".

It is believed that the higher the "mapped cluster density", the greater the confidence can be had that a target MS actually resides in the "image cluster set area" when an estimate for the target MS (by the present FOM) is in the corresponding "the cluster set".

Thus, the mapped cluster density becomes an important factor in determining a confidence value for an estimated area of a—target MS such as, for example, the area represented by "image_area". However, the mapped cluster density value requires modification before it can be utilized in the confidence calculation. In particular, confidence values must be in the range [−1, 1] and a mapped cluster density does not have this constraint. Thus, a "relativized mapped cluster density" for an estimated MS area is desired, wherein this relativized measurement is in the range [−1, +1], and in particular, for positive confidences in the range [0, 1]. Accordingly, to alleviate this difficulty, for the FOM define the term "prediction mapped cluster density" as a mapped cluster density value, MCD, for the FOM and image cluster set area wherein:

(i) MCD is sufficiently high so that it correlates (at least at a predetermined likelihood threshold level) with the actual target MS location being in the "image cluster set area" when a FOM target MS location estimate is in the corresponding "cluster set area";

That is, for a cluster set area (e.g., "loc_hyp.pt_covering") for the present FOM, if the image cluster set area: has a mapped cluster density greater than the "prediction mapped cluster density", then there is a high likelihood of the target MS being in the image cluster set area.

It is believed that the prediction mapped cluster density will typically be dependent on one or more area types. In particular, it is assumed that for each area type, there is a likely range of prediction mapped cluster density values that is substantially uniform across the area type. Accordingly, as discussed in detail hereinbelow, to calculate a prediction mapped cluster density for a particular area type, an estimate is made of the correlation between the mapped cluster densities of image areas (from cluster set areas) and the likelihood that if a verified MS location: (a) has a corresponding FOM

156

MS estimate in the cluster set, and (b) is also in the particular area type, then the verified MS location is also in the image area.

Thus, if an area is within a single area type, then such a "relativized mapped cluster density" measurement for the area may be obtained by dividing the mapped cluster density by the prediction mapped cluster density and taking the smaller of: the resulting ratio and 1.0 as the value for the relativized mapped cluster density.

In some (perhaps most) cases, however, an area (e.g., an image cluster set area) may have portions in a number of area types. Accordingly, a "composite prediction mapped cluster density" may be computed, wherein, a weighted sum is computed of the prediction mapped cluster densities for the portions of the area that is in each of the area types. That is, the weighting, for each of the single area type prediction mapped cluster densities, is the fraction of the total area that this area type is. Thus, a "relativized composite mapped cluster density" for the area here may also be computed by dividing the mapped cluster density by the composite prediction mapped cluster density and taking the smaller of: the resulting ratio and 1.0 as the value for the relativized composite mapped cluster density.

Accordingly, note that as such a relativized (composite) mapped cluster density for an image cluster set area increases/decreases, it is assumed that the confidence of the target MS being in the image cluster set area should increase/decrease, respectively. */

{

prediction_mapped_cluster_density <- - -
get_composite_prediction_mapped_
cluster_density_with_high_certainty    (FOM_ID,
image_area);

/*The function invoked above provides a "composite prediction cluster density" (i.e., clusters per unit area) that is used in determining the confidence that the target MS is in "image_area". That is, the composite prediction mapped cluster density value provided here is: high enough so that for a computed mapped cluster density greater than or equal to the composite prediction cluster density, and the target MS FOM estimate is in the "cluster set area", there is a high expectation that the actual target MS location is in the "image cluster set area". */

max_area <- - - get_max_area_for_high_certainty(FOM_ID, image_area); /*Get an area size value wherein it is highly likely that for an area of size, "max_area", surrounding "image_area", the actual target MS is located therein. Note, that one skilled in the art will upon contemplation be able to derive various embodiments of this function, some embodiments being similar to the steps described for embodying the function, "get_composite_prediction_mapped_
cluster_density_with_high_certainty"    invoked above; i.e., performing a Monte Carlo simulation. */

/*Given the above two values, a positive confidence value for the area, "image_area", can be calculated based on empirical data.

There are various embodiments that may be used to determine a confidence for the "image_area". In general, such a confidence should vary monotonically with (a) and (b) below; that is, the confidence should increase (decrease) with:

(a) an increase (decrease) in the size of the area, particularly if the area is deemed close or relevant to the location of the target MS; and

157

(b) an increase (decrease) in the size of the image cluster set (i.e., the number of verified location signature clusters in the area that each have a location estimate, from the FOM identified by "FOM_1D", in the "cluster set" corresponding to the "image_cluster_set;" e.g., the "cluster set" being a "loc_hyp.pt_covering").

As one skilled in the art will understand, there are many functions for providing confidences that vary monotonically with (a) and (b) above. In particular, for the cluster set area being "loc_hyp.pt_covering", one might be inclined to use the (area) size of the image cluster area as the value for (a), and the (cardinality) size of the image cluster set as the value for (b). Then, the following term might be considered for computing the confidence: (sizeof(image cluster set area)* (sizeof(image cluster set)) which, in the present context, is equal to (sizeof("image_area")* (sizeof("image_cluster_set")).

However, since confidences are intended to be in the range [−1,1], a normalization is also desirable for the values corresponding to (a) and (b). Accordingly, in one embodiment, instead of using the above values for (a) and (b), ratios are used. That is, assuming for a "relevant" area, A (e.g., including an image cluster set area of "loc_hyp.pt_covering") that there is a very high confidence that the target MS is in A, the following term may be used in place of the term, sizeof("image_area"), above:

min {[sizeof("image_area")/sizeof(A)], 1.0}. [CA1.1]

Additionally, for the condition (b) above, a similar normalization may be provided. Accordingly, to provide this normalization, note that the term, (sizeof(image_area)* prediction_mapped_cluster_density) [CA1.1.1]

is analogous to sizeof(A) in [CA1.1]. That is, the expression of [CA1.1.1] gives a threshold for the number of verified location signature clusters that are likely to be needed in order to have a high confidence or likelihood that the target MS is in the area represented by "image_area". Thus, the following term may be used for the condition (b):

min {(sizeof(image_cluster_set)/[(sizeof(image_area)* prediction_mapped_cluster_density], 1.0} [CA1.2]

As an aside, note that sizeof(image_cluster_set)/[sizeof(image_area)* prediction_mapped_cluster_density] is equivalent to [sizeof(image_cluster_set)/sizeof(image_area)]/(prediction_mapped_cluster_density) and this latter term may be interpreted as the ratio of:
(i) the mapped cluster density for "image_area" to
(ii) an approximation of a cluster density providing a high expectation that the target MS is contained in "image_area".

Note that the product of [CA1.1] and [CA1.2] provide the above desired characteristics for calculating the confidence. However, there is no guarantee that the range of resulting values from such products is consistent with the interpretation that has been placed on (positive) confidence values; e.g., that a confidence of near 1.0 has a very high likelihood that the target MS is in the corresponding area. For example, it can be that this product rarely is greater than 0.8, even in the

158

areas of highest confidence. Accordingly, a "tuning" function is contemplated which provides an additional factor for adjusting the confidence. This factor is, for example, a function of the area types and the size of each area type in "image_area". Moreover, such a tuning function may be dependent on a "tuning coefficient" per area type. Thus, one such tuning function may be:

$$\min\left(\frac{\sum_{i=1}^{number\ of\ area\ types} [tc_i * sizeof(\text{area type}_i \text{ in "image\_area"})/}{sizeof(\text{"image\_area"})],\quad 1.0}\right)$$

where $tc_i$ is a tuning coefficient (determined in background or off-line processing; e.g., by a Genetic Algorithm or Monte Carlo simulation or regression) for the area type indexed by "i".

Note that it is within the scope of the present invention, that other tuning functions may also be used whose values may be dependent on, for example, Monte Carlo techniques or Genetic Algorithms.

It is interesting to note that in the product of [CA1.1] and [CA1.2], the "image_area" size cancels out. This appears to conflict with the description above of a desirable confidence calculation. However, the resulting (typical) computed value:

[sizeof(image_cluster_set)]/[max_area * prediction_mapped_cluster_density][CA1.3]

is strongly dependent on "image_area" since "image_cluster_set" is derived from "image_area" and "prediction_mapped_cluster_density" also depends on "image_area". Accordingly, it can be said that the product [CA1.3] above for the confidence does not depend on "raw" area size, but rather depends on a "relevant" area for locating the target MS.

An embodiment of the confidence computation follows:

```
*/
area_ratio <- - - min((sizeof(image_area)/ max_area), 1.0);
cluster_density_ratio <- - -
    min(((sizeof(image_cluster_set)/ [sizeof(image_area)*
    (prediction_mapped_cluster_density)]),  1.0);  tun-
    able_constant <- - - get_confidence_tuning_constant
    (image_area); // as discussed in the comment above
    confidence <- - - (tunable_constant)* (area_ratio)*
    (cluster_density_ratio); //This is in the range [0, 1]
    RETURN (confidence);

}ENDOF confidence_adjuster
get_composite_prediction_mapped_
    cluster_density_with_high_certainty (FOM_1D, image_a-
    rea);
    /*The present function determines a composite prediction
        mapped cluster density by determining a composite pre-
        diction mapped cluster density for the area represented
        by "image_area" and for the First Order Model identi-
        fied by "FOM_1D". The steps herein are also provided in
        flowchart form in FIG. 28.
```

US 7,764,231 B1

159

OUTPUT: composite_mapped_density This is a record for the composite prediction
  mapped cluster density. In particular, there are with two fields:
    (i) a "value" field giving an approximation to the predic-  5
    tion mapped cluster density for the First Order Model
    having id, FOM_ID;
    (ii) a "reliability" field giving an indication as to the
    reliability of the "value" field. The reliability field is in
    the range [0, 1] with 0 indicating that the "value" field  10
    is worthless and the larger the value the more assur-
    ance can be put in "value" with maximal assurance
    indicated when "reliability" is 1.*/

{
  /*Determine a fraction of the area of "image_area" con-  15
    tained in each area type (if there is only one, e.g., dense
    urban or a particular transmission area type as discussed
    in the detailed description hereinabove, then there would
    be a fraction having a value of 1 for this area type and a  20
    value of zero for all others). */
  composite_mapped_density <- - - 0; //initialization
  for each area type intersecting "image_area" do //"area
    type" may be taken from a list of area types.
    {/*determine a weighting for "area_type" as a fraction of  25
      its area in "image_area"*/
      intersection <- - - intersect(image_area, area_for(ar-
        ea_type));
      weighting <- - - sizeof(intersection)/ sizeof(area_im-
        age);  30
        /*Now compute a prediction cluster density that
        highly correlates with predicting a location of the
        target MS for this area type. Then provide this
        cluster density as a factor of a weighted sum of the  35
        prediction cluster densities of each of the area
        types, wherein the weight for a particular area
        type's prediction cluster density is the fraction of
        the total area of "image_area" that is designated
        this particular area type. Note that the following  40
        function call does not utilize information regarding
        the location of "image_area". Accordingly, this
        function may access a precomputed table giving
        predication mapped cluster densities for (FO-
        M_ID, area_type) pairs. However, in alternative  45
        embodiments of the present invention, the predic-
        tion mapped cluster densities may be computed
        specifically for the area of "image_area" intersect
        "area_type". */
      prediction_mapped_density  <-  -  -  get_predic-  50
        tion_mapped_cluster_density_for(FOM_ID,
        area_type); composite_mapped_density  <-  -  -
        composite_mapped_density+(weighting * predic-
        tion_mapped_density);
    }  55
  RETURN(composite_mapped_density);

}ENDOF               get_composite_prediction_map-
ped_cluster_density_with_high_certainty

get_prediction_mapped_cluster_density_for(FOM_ID,  60
area_type)
/*The present function determines an approximation to a
  prediction mapped cluster density, D, for an area type such
  that if an image cluster set area has a mapped cluster
  density >=D, then there is a high expectation that the target  65
  MS 140 is in the image cluster set area. Note that there are
  a number of embodiments that may be utilized for this

160

function. The steps herein are also provided in flowchart
form in FIGS. 29a through 29h.
OUTPUT:  prediction_mapped_cluster_density  This  is  a
  value giving an approximation to the prediction mapped
  cluster density for the First Order Model having identity,
  "FOM_ID", and for the area type represented by
  "area_type"*/

Introductory Information Related to the Function,

"get_predication mapped_cluster density_for"
  It is important to note that the computation here for the
prediction mapped cluster density may be more intense than
some other computations but the cluster densities computed
here need not be performed in real time target MS location
processing. That is, the steps of this function may be per-
formed only periodically (e.g., once a week), for each FOM
and each area type thereby precomputing the output for this
function. Accordingly, the values obtained here may be stored
in a table that is accessed during real time target MS location
processing. However, for simplicity, only the periodically
performed steps are presented here. However, one skilled in
the art will understand that with sufficiently fast computa-
tional devices, some related variations of this function may be
performed in real-time. In particular, instead of supplying
area type as an input to this function, a particular area, A, may
be provided such as the image area for a cluster set area, or, the
portion of such an image area in a particular area type.
Accordingly, wherever "area_type" is used in a statement of
the embodiment of this function below, a comparable state-
ment with "A" can be provided.

{
  mesh <- - - get_mesh_for(FOM_ID); /*get the mesh for
    this First Order Model; preferably each cell of "mesh" is
    substantially in a single area type. */
  max_nbr_simulations  <-  -  -  get_Monte_Carlo_simula-
    tion_nbr(FOM_ID, area_type); /*This function outputs
    a value of the maximum number of simulations to per-
    form for estimating the prediction mapped cluster den-
    sity. Note that the output here may always be the same
    value such as 100. */
  nbr_simulations_performed <- - - 0; // initialization
  while (nbr_simulations_performed <=max_nbr_simula-
    tions) do // determine a value for the "average mapped
    cluster density" and a likelihood of this value being
    predictive of an MS location.*/
  {
    representative_cell_cluster_set  <-  -  -  get_representa-
      tive_cell_clusterss_for(area_type, mesh); /*Note,
      each activation of this function should provide a different set
      of cell clusters from a covering from "mesh" of an (sub)
      area of type, "area_type". There should ideally be at
      least enough substantially different sets of representa-
      tive cell clusters so that there is a distinct sets of cell
      clusters for each simulation number, j. Further note that,
      in one embodiment, each of the "representative cell clus-
      ter sets" (as used here) may include at least a determined
      proportion of the number of cells distributed over the
      area type. Moreover, each cell cluster (within a repre-
      sentative cell cluster set) satisfies the following:
      A. The cell cluster is a minimal covering (from "mesh")
        of a non-empty area, A, of type "area_type" ("A"
        being referred to herein as the associated area for the
        cell cluster);
      B. The cells of the cluster form a connected area; note
        this is not absolutely necessary; however, it is pre-
        ferred that the associated area "A" of "area_type"

US 7,764,231 B1

**161**

covered by the cell cluster have a "small" boundary with other area types since the "image_areas" computed below will be less likely to include large areas of other area types than "area_type;"

C. There is at least a predetermined minimal number (>=1) of verified location signature clusters from the location signature data base whose locations are in the associated area "A".

D. The cell cluster has no cell in common with any other cell cluster output as an entry in "representative_cell_cluster_set".*/

if (representative_cell_cluster_set is NULL) then /*another representative collection of cell clusters could not be found; so cease further simulation processing here, calculate return values and return */

  break; // jump out of "simulation loop"

else /*there is another representative collection of cell clusters to use as a simulation */

{

  for each cell cluster, C, in "representative_cell_clusters" do /*determine an approximation to the predictiveness of the mappings between: (a) cluster set areas wherein each cluster set area is an area around a (FOM_ID) FOM estimate that has its corresponding verified location in "C," and (b) the corresponding image areas for these cluster set areas. Note, the location signature data base includes at least one (and preferably more) location signature clusters having verified locations in each cell cluster C as per the comment at (C) above. */

  {random_list <- - - randomly_select_verified_MS_locs_in(C); t select one or more verified MS locations from C. */

    mapped_density_sum <- - - 0; //initialization
    for each verified location, "rand_verif_loc", in "random_list" do /*Let X denote the MS **140** estimate by the owned FOM of the verified location signature cluster of "rand_verif_loc"; let CS(X) denote the cluster set obtained from the cluster set area (i.e., pt_area) surrounding X; this loop determines whether the associated image area for the set CS(X)-X, (i.e., the image area for CS(X) without "rand_verif_loc") includes "rand_verif_loc"; i.e., try to predict the location area of "rand_verif_loc".*/

    {loc_est <- - - get_loc_est_for(rand_verif_loc, FOM_ID); /*get the FOM MS location estimate for an MS actually located at "rand_verif_loc".*/

      cluster_set <- - - get_loc_ests_surrounding(loc_est, mesh); /*expand about "loc_est" until a minimal number of other location estimates from this FOM are obtained that are different from "loc_est", or until a maximum area is reached. Note, "cluster_set" could be empty, but hopefully not. Also note that in one embodiment of the function here, the following functions may be invoked: "get_min_area_surrounding," "get_max_area_surrounding" and "get_min_nbr_of_clusters" (as in "get_adjusted_loc_hyp_list_for", the second function of Appendix D): */

      image_set <- - - get_image_of(cluster_set); /*"image_set" could be empty, but hopefully not */

      image_area <- - - get_image_area(image_est); /* get convex hull of "image_set". Note, "image_area" could be an empty area, but hopefully not. */

**162**

      if (rand_verif_loc is in image_area) then /*this is one indication that the mapped cluster density: (sizeof[image_set]/image_area) is sufficiently high to be predictive */ predictions <- - - predictions+1;

      if (image_set is not empty) then

      {

        density <- - - sizeof(image_set)/ sizeof(image_area); /*Get an approximation to the mapped cluster density that results from "image_set" and "image_area." Note, that there is no guarantee that "image_area" is entirely within the area type of "area_type." Also note, it is assumed that as this mapped cluster density increases, it is more likely that "rndm_verif_loc" is in "image_area". */

        mapped_density_sum <- - - mapped_density_sum+density;

      }

    }/* end loop for predicting location of a random MS verified location in cell cluster C.*/ total_possible_predictions <- - - sizeof(random_list); //One prediction per element on list. /*Now get average mapped density for the cell cluster C. */

    avg_mapped_density[C]<- - mapped_density_sum/ total_possible_predictions;

    /*Now get the prediction probability for the cell cluster C.*/ prediction_probability[C]<- - predictions/total_possible_predictions;

  }/*end loop over cell clusters C in "representative_cell clusters" */

  nbr_simulations_performed <- - - nbr_simulations_performed+1;

}//end else

/*It would be nice to use the set of pairs (avg_mapped_density[C], prediction_probability[C]) for extrapolating a mapped density value for the area type that gives a very high prediction probability. However, due to the potentially small number of verified MS locations in many cells (and cell clusters), the prediction probabilities may provide a very small number of distinct values such as: 0, ½, and 1. Thus, by averaging these pairs over the cell clusters of "representative_cell_clusters", the coarseness of the prediction probabilities may be accounted for. */

avg_mapped_cluster_density[nbr_simulations_performed]<- - -

  avg_of_cell_mapped_densities(avg_mapped_density);

avg_prediction_probability[nbr_simulations_performed] <- - -

  avg_of_cell/prediction_probabilities(prediction_probability);

}/*end simulation loop */

/*Now determine a measure as to how reliable the simulation was. Note that "reliability" computed in the next statement is in the range [0, 1]. */

reliability <- - - nbr_simulations_performed/max_nbr_simulations;

if (reliability <system_defined_epsilon) then /*simulation too unreliable; so use a default high value for "prediction_mapped_cluster_density"*/

  prediction_mapped_cluster_density <- - - get_default_high_density_value_for(area_type);

else /*simulation appears to be sufficiently reliable to use the entries of "avg_mapped_cluster_density" and "avg_prediction_probability"*/

{

US 7,764,231 B1

**163**

```
/*A more easily discernible pattern between mapped clus-
   ter density and prediction probability may be provided
   by the set of pairs:
S={(avg_mapped_cluster_density[j],       avg_predic-
   tion_probability[j])}, so that a mapped cluster density
   value having a high prediction probability (e.g., 0.95)
   may be extrapolated in the next statement. However, if it
   is determined (in the function) that the set S does not
   extrapolate well (due to for example all ordered pairs of
   S being clustered in a relatively small region), then a
   "NULL" value is returned. */
prediction_mapped_cluster_density <- - - mapped_clus-
   ter_density    extrapolation(avg_mapped_cluster_den-
   sity, avg_prediction_probability, 0.95);
if ((prediction_mapped_cluster_density ==NULL) then
   /* set this value to a default "high" value for the present
      area type*/
   prediction_mapped_cluster_density<-  -  -  get_de-
      fault_high_density_value_for(area_type);
else //So both "prediction_mapped_cluster_density" and
   it's reliability are minimally OK.
   /*Now take the "reliability" of the "prediction_map-
      ped_cluster_density" into account. Accordingly, as
      the reliability decreases then the prediction mapped
      cluster density should be increased. However, there is
      a system defined upper limit on the value to which the
      prediction mapped cluster density may be increased.
      The next statement is one embodiment that takes all
      this into account. Of course other embodiments are
      also possible. */
   prediction_mapped_cluster_density<- - -
      min  {(prediction_mapped_cluster_density/reliabil-
         ity),
      get_default_high_density_value_for(area_type)};
   }//end else for simulation appearing reliable
   RETURN (prediction_mapped_cluster_density);
}ENDOF get_prediction_mapped_cluster_density_for
```

A Second Embodiment of the Context Adjuster.

Note that in this second embodiment of the Context
Adjuster, it uses various heuristics to increment/decrement
the confidence value of the location hypotheses coming from
the First Order Models. These heuristics are implemented
using fuzzy mathematics, wherein linguistic, fuzzy "if-then"
rules embody the heuristics. That is, each fuzzy rule includes
terms in both the "if" and the "then" portions that are sub-
stantially described using natural language—like terms to
denote various parameter value classifications related to, but
not equivalent to, probability density functions. Further note
that the Context Adjuster and/or the FOM's may be calibrated
using the location information from LBSs (i.e., fixed location
BS transceivers), via the Location Base Station Model since
such LBS's have well known and accurate predetermined
locations.

Regarding the heuristics of the present embodiment of the
context adjuster, the following is an example of a fuzzy rule
that might appear in this embodiment of the Context Adjuster:

If <the season is Fall> then <the confidence level of Dis-
tance Model is increased by 5%>.

In the above sample rule, "Distance Model" denotes a First
Order Model utilized by the present invention. To apply this
sample rule, the fuzzy system needs a concrete definition of
the term "Fall." In traditional expert systems, the term Fall
would be described by a particular set of months, for example,
September through November, in which traditional set theory
is applied. In traditional set theory, an entity, in this case a

**164**

date, is either in a set or it is not in a set, e.g. its degree of
membership in a set is either **0**, indicating that the entity is not
in a particular set, or 1, indicating that the entity is in the set.
However, the traditional set theory employed in expert sys-
tems does not lend itself well to entities that fall on set bound-
aries. For example, a traditional expert system could take
dramatically different actions for a date of August 31 than it
could for a date of September 1 because August 31 might
belong to the set "Summer" while the date September 1 might
belong to the set "Fall." This is not a desirable behavior since
it is extremely difficult if not impossible to determine such
lines of demarcation so accurately. However, fuzzy math-
ematics allows for the possibility of an entity belonging to
multiple sets with varying degrees of confidence ranging
from a minimum value of 0 (indicating that the confidence the
entity belongs to the particular set is minimum) to 1 (indicat-
ing that the confidence the entity belongs to the particular set
is maximum). The "fuzzy boundaries" between the various
sets are described by fuzzy membership functions which
provide a membership function value for each value on the
entire range of a variable. As a consequence of allowing
entities to belong to multiple sets simultaneously, the fuzzy
rule base might have more than one rule that is applicable for
any situation. Thus, the actions prescribed by the individual
rules are averaged via a weighting scheme where each rule is
implemented in proportion to its minimum confidence. For
further information regarding such fuzzy heuristics, the fol-
lowing references are incorporated herein by reference: (Mc-
Neil and Freiberger, 1993; Cox, 1994; Klir and Folger, 1999;
Zimmerman, 1991).

Thus, the rules defined in the fuzzy rule base in conjunction
with the membership functions allow the heuristics for adjust-
ing confidence values to be represented in a linguistic form
more readily understood by humans than many other heuris-
tic representations and thereby making it easier to maintain
and modify the rules. The fuzzy rule base with its membership
functions can be thought of as an extension to a traditional
expert system. Thus, since traditional expert systems are sub-
sets of fuzzy systems, an alternative to a fuzzy rule base is a
traditional expert system, and it is implicit that anywhere in
the description of the current invention that a fuzzy rule base
can be replaced with an expert system.

Also, these heuristics may evolve over time by employing
adaptive mechanisms including, but not limited to, genetic
algorithms to adjust or tune various system values in accor-
dance with past experiences and past performance of the
Context Adjuster for increasing the accuracy of the adjust-
ments made to location hypothesis confidence values. For
example, in the sample rule presented above:

If <the season is Fall> then <the confidence level of Dis-
tance Model is increased by 5%> an adaptive mechanism or
optimization routine can be used to adjust the percent
increase in the confidence level of the Distance Model. For
example, by accessing the MS Status Repository, a genetic
algorithm is capable of adjusting the fuzzy rules and mem-
bership functions such that the location hypotheses are con-
sistent with a majority of the verified MS locations. In this
way, the Context Adjuster is able to employ a genetic algo-
rithm to improve its performance over time. For further infor-
mation regarding such adaptive mechanisms, the following
references are incorporated herein by reference: (Goldberg,
1989; Holland, 1975). For further information regarding the
tuning of fuzzy systems using such adaptive mechanisms, the
following references are incorporated herein by reference:
(Karr, 1991a, 1991b).

In one embodiment, the Context Adjuster alters the confi-
dence values of location hypotheses according to one or more

US 7,764,231 B1

165

of the following environmental factors: (1) the type of region (e.g., dense urban, urban, rural, etc.), (2) the month of the year, (3) the time of day, and (4) the operational status of base stations (e.g., on-line or off-line), as well as other environmental factors that may substantially impact the confidence placed in a location hypothesis. Note that in this embodiment, each environmental factor has an associated set of linguistic heuristics and associated membership functions that prescribe changes to be made to the confidence values of the input location hypotheses.

The context adjuster begins by receiving location hypotheses and associated confidence levels from the First Order Models. The Context Adjuster takes this information and improves and refines it based on environmental information using the modules described below.

B.1 COA Calculation Module

As mentioned above each location hypothesis provides an approximation to the MS position in the form of a geometric shape and an associated confidence value, a. The COA calculation module determines a center of area (COA) for each of the geometric shapes, if such a COA is not already provided in a location hypothesis. The COA Calculation Module receives the following information from each First Order Model: (1) a geometrical shape and (2) an associated confidence value, a. The COA calculation is made using traditional geometric computations (numerical algorithms are readily available). Thus, following this step, each location hypothesis includes a COA as a single point that is assumed to represent the most likely approximation of the location of the MS. The COA Calculation Module passes the following information to the fuzzification module: (1) a geometrical shape associated with each first order model **1224**, (2) an associated confidence value, and (3) an associated COA.

B.2 Fuzzification Module

A fuzzification module receives the following information from the COA Calculation Module: (1) a geometrical shape associated with each First Order Model, (2) an associated confidence value, and (3) an associated COA. The Fuzzification Module uses this information to compute a membership function value ($\mu$) for each of the M location hypotheses received from the COA calculation module (where the individual models are identified with an i index) for each of the N environmental factors (identified with a j index). In addition to the information received from the COA Calculation Module, the Fuzzification Module receives information from the Location Center Supervisor. The fuzzification module uses current environmental information such as the current time of day, month of year, and information about the base stations on-line for communicating with the MS associated with a location hypothesis currently being processed (this information may include, but is not limited to, the number of base stations of a given type, e.g., location base stations, and regular base stations, that have a previous history of being detected in an area about the COA for a location hypothesis). The base station coverage information is used to compute a percentage of base stations reporting for each location hypothesis.

The fuzzification is achieved in the traditional fashion using fuzzy membership functions for each environmental factor as, for example, is described in the following references incorporated herein by reference: (McNeil and Freiberger, 1993; Cox, 1994; Klir and Folger, 1999; Zimmerman, 1991).

Using the geographical area types for illustration purposes here, the following procedure might be used in the Fuzzification Module. Each value of COA for a location hypothesis is

166

used to compute membership function values ($\mu$) for each of five types of areas: (1) dense urban ($\mu_{DU}$), (2) urban ($\mu_U$), (3) suburban ($\mu_S$), (4) rural plain ($\mu_{RP}$), and (5) rural mountains ($\mu_{RM}$). These membership function values provide the mechanism for representing degrees of membership in the area types, these area types being determined from an area map that has been sectioned off. In accordance with fuzzy theory, there may be geographical locations that include, for example, both dense urban and urban areas; dense urban and rural plane areas; dense urban, urban, and rural plane areas, etc. Thus for a particular MS location area estimate (described by a COA), it may be both dense urban and urban at the same time. The resolution of any apparent conflict in applicable rules is later resolved in the Defuzzification Module using the fuzzy membership function values ($\mu$) computed in the Fuzzification Module.

Any particular value of a COA can land in more than one area type. For example, the COA may be in both dense urban and urban. Further, in some cases a location hypothesis for a particular First Order Model i may have membership functions $\mu_{DU}{}^i, \mu_U{}^i, \mu_S{}^i, \mu_{RP}{}^i$, and $\mu_{RM}{}^i$ wherein they all potentially have non-zero values. Additionally, each geographical area is contoured. Note that the membership function contours allow for one distinct value of membership function to be determined for each COA location (i.e., there will be distinct values of $\mu_{DU}{}^i, \mu_U{}^i, \mu_S{}^i, \mu_{RP}{}^i$, and $\mu_{RM}{}^i$ for any single COA value associated with a particular model i). For example, the COA would have a dense urban membership function value, $\mu_{DU}{}^i$, equal to 0.5. Similar contours would be used to compute values of $\mu_U{}^i, \mu_S{}^i, \mu_{RP}{}^i$, and $\mu_{RM}{}^i$.

Thus, for each COA, there now exists an array or series of membership function values; there are K membership function values (K=number of descriptive terms for the specified environmental factor) for each of M First Order Models. Each COA calculation has associated with it a definitive value for $\mu_{DU}{}^i, \mu_U{}^i, \mu_S{}^i, \mu_{RP}{}^i$, and $\mu_{RM}{}^i$. Taken collectively, the M location hypotheses with membership function values for the K descriptive terms for the particular environmental factor results in a membership function value matrix. Additionally, similar membership function values are computed for each of the N environmental factors, thereby resulting in a corresponding membership function value matrix for each of the N environmental factors.

The Fuzzification Module passes the N membership function value matrices described above to the Rule Base Module along with all of the information it originally received from the COA Calculation Module.

B.3 Rule Base Module

The Rule Base Module receives from the Fuzzification Module the following information: (1) a geometrical shape associated with each First Order Model, (2) an associated confidence value, (3) an associated COA, and (4) N membership function value matrices. The Rule Base Module uses this information in a manner consistent with typical fuzzy rule bases to determine a set of active or applicable rules. Sample rules were provided in the general discussion of the Context Adjuster. Additionally, references have been supplied that describe the necessary computations. Suffice it to say that the Rule Base Modules employ the information provided by the Fuzzification Module to compute confidence value adjustments for each of the m location hypotheses. Associated with each confidence value adjustment is a minimum membership function value contained in the membership function matrices computed in the Fuzzification Module.

For each location hypothesis, a simple inference engine driving the rule base queries the performance database to determine how well the location hypotheses for the First Order Model providing the current location hypothesis has performed in the past (for a geographic area surrounding the MS location estimate of the current location hypothesis) under the present environmental conditions. For example, the performance database is consulted to determine how well this particular First Order Model has performed in the past in locating an MS for the given time of day, month of year, and area type. Note that the performance value is a value between 0 and 1 wherein a value of 0 indicates that the model is a poor performer, while a value of 1 indicates that the model is always (or substantially always) accurate in determining an MS location under the conditions (and in the area) being considered. These performance values are used to compute values that are attached to the current confidence of the current location hypothesis; i.e., these performance values serve as the "then" sides of the fuzzy rules; the First Order Models that have been effective in the past have their confidence levels incremented by large amounts while First Order Models that have been ineffective in the past have their confidence levels incremented by small amounts. This information is received from the Performance Database in the form of an environmental factor, a First Order Model number, and a performance value. Accordingly, an intermediate value for the adjustment of the confidence value for the current location hypothesis is computed for each environmental condition (used by Context Adjuster) based on the performance value retrieved from the Performance Database. Each of these intermediate adjustment values are computed according to the following equation which is applicable to area information:

$$\text{adjustment}_j^i = [D]\Delta a_j^i = \text{performance_value}_j * [D]\Delta a_{REGION}^{MAX}$$

where a is the confidence value of a particular location hypothesis, performance_value is the value obtained from the Performance Database, $[D]\Delta a_{REGION}^{MAX}$ is a system parameter that accounts for how important the information is being considered by the context adjuster. Furthermore, this parameter is initially provided by an operator in, for example, a system start-up configuration and a reasonable value for this parameter is believed to be in the range 0.05 to 0.1, the subscript j represents a particular environmental factor, and the superscript i represents a particular First Order Model. However, it is an important aspect of the present invention that this value can be repeatedly altered by an adaptive mechanism such as a genetic algorithm for improving the MS location accuracy of the present invention. In this way, and because the rules are "written" using current performance information as stored in the Performance Database, the Rule Module is dynamic and becomes more accurate with time.

The Rule Base Module passes the matrix of adjustments to the Defuzzification Module along with the membership function value matrices received from the Fuzzification Module.

B.6 Defuzzification Module

The Defuzzification Module receives the matrix of adjustments and the membership function value matrices from the Rule Base Module. The final adjustment to the First Order Model confidence values as computed by the Context Adjuster is computed according to:

$$\Delta\alpha_j^i(k) = \frac{\sum_{j=l}^{N} \mu_j^i(k)\Delta\alpha_j^i}{\sum_{j=l}^{N} \mu_j^i(k)}$$

such as, but not limited to, time of day, month of year, and base station coverage, there are a number of system start-up configuration parameters that can be adjusted in attempts to improve system performance. These adjustments are, in effect, adjustments computed depending on the previous performance values of each model under similar conditions as being currently considered. These adjustments are summed and forwarded to the blackboard. Thus, the Context Adjuster passes the following information to the blackboard: adjustments in confidence values for each of the First Order Models based on environmental factors and COA values associated with each location hypothesis.

Summary

The Context Adjuster uses environmental factor information and past performance information for each of i First Order Models to compute adjustments to the current confidence values. It retrieves information from the First Order Models, interacts with the Supervisor and the Performance Database, and computes adjustments to the confidence values. Further, the Context Adjuster employs a genetic algorithm to improve the accuracy of its calculations. The algorithm for the Context Adjuster is included in algorithm BE.B below: Algorithm BE.B: Pseudocode for the Context Adjuster.

Context_Adjuster (geometries, alpha)

/*This program implements the Context Adjuster. It receives from the first Order Models geometric areas contained in a data structure called geometries, and associated confidence values contained in an array called alpha. The program used environmental information to compute improved numerical values of the confidence values. It places the improved values in the array called alpha, destroying the previous values in the process. */

```
//pseudo code for the Context Adjuster
//assume input from each of i models includes a
//geographical area described by a number of points
//and a confidence value alpha(i). alpha is such
//that if it is 0.0 then the model is absolutely
//sure that the MS is not in the prescribed area;
//if it is 1.0 then the model is absolutely
//sure that the MS is in the prescribed area.
//calculate the center of area for each of the i model areas
for i=1 to number_of_models
  calculate center of area //termed coa(i) from here on out
```

**169**

//extract information from the "outside world" or the environment

find time_of_day

find month_of_year

find number_of_BS_available

find number_of_BS_reporting

//calculate percent_coverage of base stations

percent_coverage=100.0* (number_of_BS_reporting/number_of_BS_available)

//use these j=4 environmental factors to compute adjustments to the i confidence values

//associated with the i models-alpha(i)

for i=1 to number_of_models //loop on the number of models

for j=1 to number_env_factors //loop on the number of environmental factors

for k=1 to number_of_fuzzy_classes // loop on the number of classes

   //used for each of the environmental

   //factors

   //calculate mu values based on membership function definitions

   calculate mu(i,j,k) values

   //go to the performance database and extract current performance information for each of the i

   //models, in the k fuzzy classes, for the j environmental factors fetch performance(i,j,k)

   //calculate the actual values for the right hand sides of the fuzzy rules

   delta_alpha(i,j,k)=performance(i,j,k)* delta_alpha_max (j)

   //delta_alpha_max(j) is a maximum amount each environmental

   //factor can alter the confidence value; it is eventually

   //determined by a genetic algorithm

   //compute a weighted average; this is traditional fuzzy mathematics

   delta_alpha(i,j,k)=sum[mu(i,j,k)*delta_alpha(i,j,k)/sum [mu(i,j,k)]

   end loop on k //number of fuzzy classes

   //compute final delta_alpha values

   delta_alpha(i)=sum[delta_alpha(i,j)]

   end loop on j //number of environmental factors

   alpha(i)+=delta_alpha(i)

   end loop on i // number of models

//send alpha values to blackboard

send delta_alpha(i) to blackboard

//see if it is time to interact with a genetic algorithm

if (in_progress)

   then continue to calculate alpha adjustments

else

   call the genetic algorithm to adjust alpha_max parameters and mu functions

**170**

APPENDIX E

Historical Data Confidence Adjuster Program

Historical_data_confidence_adjuster(loc_hyp)
/* This function adjusts the confidence of location hypothesis, "loc_hyp", according to how well its location signature cluster fits with verified location signature clusters in the location signature data base. */
{
   mesh <- - - get_mesh_for(loc_hyp.FOM_ID); //each FOM has a mesh of the Location Center service area
   covering <- - - get_mesh_covering_of_MS_estimate_for (loc_hyp); /*get the cells of "mesh" that minimally cover the most pertinent target MS estimate in "loc_hyp".*/
   total_per_unit_error <- - 0;//initialization
   for each cell, C, of "covering" do /*determine an error measurement between the location signature cluster of "loc_hyp" and the verified location signature clusters in the cell */
   {
      centroid <- - - get_centroid(C);
      error_obj <- - - DB_Loc_Sig_Error_Fit(centroid, C, loc_hyp.loc_sig_cluster, "USE ALL LOC SIGS IN DB");
         /* The above function call computes an error_object, "error_obj", providing a measure of how similar the location signature cluster for "loc_hyp" is with the verified location signature clusters in the location signature data base, wherein the verified location signature clusters are in the area represented by the cell, C. See APPENDIX C for details of this function. */
      total_per_unit_error <- - - total_per_unit_error+[error_obj.error * error_obj.confidence/sizeof(C)];
         /*The above statement computes an "error per unit of cell area" term as: [error_obj.error * error_obj.confidence/sizeof(C)], wherein the error is the term: error_obj.error * error_obj.confidence. Subsequently, this error per unit of cell area term accumulated in "total relative error"*/
   }
   avg_per_unit_error <- - - total_per_unit_error/ nbr_cells_in(mesh);
      /*Now get a tunable constant, "tunable_constant", that has been determined by the Adaptation Engine **1382** (shown in FIGS. **5**, **6** and **8**), wherein "tunable_constant" may have been adapted to environmental characteristics. */
   tunable_constant <- - - get_tuneable_constant_for ("Historical_Location_Reasoner", loc_hyp);
      /*Now decrement the confidence value of "loc_hyp" by an error amount that is scaled by "tunable_constant" */
   loc_hyp.confidence <- - - loc_hyp.confidence -[avg_per_unit_error*sizeof(covering)*tunable_constant]; RETURN(loc_hyp);
}ENDOF Historical_data_confidence_adjuster
   What is claimed is:
   **1**. A method for locating each terrestrial mobile station of a plurality of terrestrial mobile stations, M, wherein said method uses wireless signal measurements obtained from one or more transmissions between said terrestrial mobile station M and one or more of a plurality of terrestrial communication stations, each terrestrial communication capable of at least

US 7,764,231 B1

171

one of: wirelessly detecting said terrestrial mobile station M, and wirelessly being detected by said terrestrial mobile stations M, comprising:

for each of the mobile stations M perform the following steps by computational machinery:

receiving first and second location related information, respectively, from computational machinery performing first and second mobile station location estimation determiners, wherein said location estimation determiners provide different geographical indications of an unknown location of said mobile station M when said location estimation determiners are supplied with corresponding input data obtained using wireless signal measurements obtained by transmissions between said mobile station M and the communication stations;

wherein, when available, the first location related information includes at least a first geographical indication for a location of the mobile station M;

wherein, when available, the second location related information includes at least a second geographical indication for the location of the mobile station M;

wherein for locating the mobile station M in at least one location, said second geographical indication for M is obtained and is dependent upon a delay time of a signal from at least one non-terrestrial wireless transmitter, not supported on the Earth's surface, to M for determining a spatial range for M; and

outputting a resulting location estimate of the mobile station M, a determination of said resulting location estimate is dependent upon at least one of (a) and (b) following: (a) a first value obtained from said first location related information, and (b) a second value obtained from said second location related information.

2. The method as claimed in claim 1, further including a step of receiving a transmission, through a telecommunications network, of said first location estimation determiner from a source site to an activation site for generating said first geographical indication;

wherein said step of receiving the transmission includes receiving an encoding of said first location estimation determiner via the Internet.

3. The method as claimed in claim 1, further including, for at least one occurrence of locating one of the mobile stations for being M, a step of obtaining at least one of (i) and (ii) following, for a location estimation determiner (LE) being one of at least one of the first and second location estimation determiners,

(i) a selected set of geographical locations from an archive of geographical locations for a collection of one or more actual mobile station locations, said geographical locations of said archive generated by a location estimation determiner $LE_1$ wherein $LE_1$ and LE are identical or substantially effectively equivalent when generating said geographical locations using first data obtained from wireless signal measurements of transmissions between: (1) one or more of a plurality of mobile stations, at said actual locations, and (2) said plurality of communication stations;

wherein at least one of said archived geographical locations is selected for being included in said selected set by determining that a predetermined condition is satisfied by a value related to a distance between: (a) said corresponding one of said first and second geographical indications for the location of the mobile station M

172

received from LE, and (b) said at least one archived geographical location; and

(ii) data for more accurately identifying said corresponding one of said first and second geographical indications using said selected set.

4. The method as claimed in claim 1, further including, for at least one geographical indication, GI, of said first and second geographical indications, and for at least one occurrence of locating one of the mobile stations for being M, a step of obtaining a likelihood value that the at least one geographical indication GI includes said mobile station M, wherein said likelihood value is obtained using previous likely geographical indications for one or more mobile station locations generated by a location estimation determiner LE, wherein LE and the location estimation determiner that generated said at least one geographical indication GI are identical or substantially effectively equivalent when generating geographical indications of mobile stations.

5. The method as claimed in claim 1, for at least one occurrence of locating one of the mobile stations for being M, further including performing a first simulation for predicting a likelihood of said mobile station M being in said first geographical indication, wherein said simulation uses pairs of location representations, wherein for each pair (P), a first member of the pair P includes a geographical indication ($GR_P$) obtained from a location estimation determiner LE, wherein LE and said first location estimation determiner are identical or substantially effectively equivalent for generating said geographical indication $GR_P$ for locating some mobile station, and a second member of the pair P includes a representation of an independently determined location of the some mobile station.

6. The method as claimed in claim 1, wherein for at least some occurrences of locating one of the mobile stations for being M, including the occurrence of locating the some one mobile station, at least one of said first and second location estimation determiners utilizes

a pattern recognition location technique for estimating a location of said mobile station M by recognizing a pattern of characteristics of said corresponding input data obtained from at least first and second transmission paths of multiple transmission paths of the transmissions between said mobile station M and at least one of the communication stations.

7. The method as claimed in claim 1, wherein for at least one occurrence of locating one of the mobile stations for being M, one of the first and second location estimation determiners is activated and performs a pattern matching technique, wherein said pattern matching technique uses an association wherein said association is determined from a plurality of data pairs, each said data pair including: first information identifying a location of some mobile station, and second information from wireless signal measurements communicated between said some mobile station and one or more of the communication stations when said some mobile station is at the location.

8. A method for estimating, for each mobile station M of a plurality of mobile stations, one or more corresponding unknown terrestrial locations for M using wireless signal measurements obtained from transmissions between said mobile station M and a plurality of fixed location terrestrial communication stations, wherein each of said communications stations is substantially co-located with one or more of a transmitter and a receiver for wirelessly communicating with said mobile station M, comprising performing the following steps by computational machinery:

US 7,764,231 B1

173

(1) initiating one or more requests for locating the mobile station M, wherein the requests are for activating one or more mobile station location evaluators provided by computational machinery for locating the mobile station M, at least one of said one or more location evaluators performs at least the first technique following, and at least one of said one or more location evaluators performs at least one of the second and third techniques following:

(i) a first technique for obtaining first geographic location information for said mobile station M using signal time delay values for signals received at the mobile station M from each of a plurality of satellites;

(ii) a second technique for recognizing a pattern in wireless signal characteristics, wherein said second technique includes the steps of (a) and (b) following:

(a) associating, for each location $L_a$ of a plurality of geographical locations, (a1) and (a2) following:

(a1) a representation of the geographical location $L_a$, and

(a2) for the geographical location $L_a$, corresponding information indicative of one or more characteristics of wireless signals previously transmitted between some corresponding mobile station ($M_{L_a}$) and the communication stations, when the some corresponding mobile station $M_{L_a}$-transmitted from approximately the geographical location $L_a$, the corresponding mobile station $M_{L_a}$ different from M; and

(b) determining second geographic location information for M by identifying a similarity in a pattern between (b1) and (b2) following: (b1) one or more wireless signal characteristics determined from wireless signals communicated between the mobile station M and the communication stations, and (b2) the information of (a2) for a collection of one or more of the plurality of geographical locations; and

(iii) a third technique, wherein said third technique uses a statistical correlation for correlating (c) and (d) following:

(c) values that are a function of at least one of: a signal strength and a signal time delay of wireless signals between said mobile station M and the communication stations, and

(d) information indicative of: a plurality of collections of wireless signal measurements, wherein for each said collection, there is a known location S for obtaining said collection from transmissions between said communication stations and some mobile station ($M_S$) at the location S, $M_S$ different from M;

wherein said statistical correlation is used for determining corresponding third geographic location information for the mobile station M;

(2) obtaining a first collection of one or more geographic estimations for said mobile station M, wherein the one or more geographic estimations are obtained from one or more of said first, second and third geographic location information of the one or more location evaluators;

wherein there is two way communication between the mobile station M and at least one of the communication stations for obtaining at least one of the geographic estimations;

(transmitting, to a predetermined destination via a communications network, resulting information for locating the

174

mobile station M, wherein said resulting information is dependent on at least said first collection;

wherein for locating at least one location of the mobile station M, a preference is given to using a corresponding instance of one of the geographic estimations obtained form the first technique.

9. The method of claim 8, further including:

obtaining a location estimate for the resulting information using an output of the second geographic location information from an activation of the second technique.

10. A method for locating mobile stations at one or more unknown terrestrial locations using wireless signal measurements obtained from transmissions between said mobile stations and a plurality of fixed location terrestrial communication stations, wherein each of said communications stations includes one or more of a transmitter and a receiver for wirelessly communicating with said mobile stations, comprising performing the following steps by computational machinery:

receiving, from a plurality of location requesting sources, a plurality of input requests for locations of the mobile stations;

for each of the input requests, providing to one or more mobile station location determining sources, one or more location requests for location information related to a location of one of said mobile stations;

wherein said one or more location determining sources perform the following techniques (i), and (ii):

(i) a first technique for determining geographical location information of each of at least some of said mobile stations, wherein for at least some geographical location of some mobile station M1 of the at least some mobile stations, the first technique outputs the geographical location information for locating M1 using a signal time delay value dependent upon a first input obtained from a signal, $S_1$, received at the mobile station M1 from a satellite, wherein said first technique uses said signal time delay value for determining the geographical location information, the signal time delay related to at least one distance between said mobile station M1 and the satellite;

(ii) a second technique for determining second geographical location information for each of a plurality of said mobile stations, wherein for some mobile station M2 of the plurality of mobile stations, the second technique outputs the second geographical information for locating M2, the second geographical information obtained by determining for a wireless signal communicated between the mobile station M2 and at least one of the communication stations, one of:

(ii-1) a geographical extent corresponding to a detection of the wireless signal, and

(ii-2) a geographical extent obtained using a signal time delay measurement or signal strength measurement of the wireless signal;

wherein a two way communication between M2 and the communication stations occurs for obtaining the wireless signal;

first obtaining, in response to a first of the location requests received from a first of the requesting sources, first output location data for locating a first of the mobile stations, wherein the first output location data is obtained from said geographical location information output by an instance of said first technique performed by a corresponding one of the location determining sources, wherein the first mobile station corresponds to M1;

US 7,764,231 B1

175

wherein the first output location data is obtained according to a first output criteria for the first request, said first output location data including a representation identifying a first geographical indication of the first mobile station;

second obtaining, in response to a second of the location requests received from a second of the requesting sources, second output location data for locating a second of the mobile stations, wherein the second output location data is obtained from said second geographical information output by an instance of the second technique performed by a corresponding one of the location determining sources, wherein the second mobile station corresponds to M2;

wherein the second output location data is obtained according to a second output criteria for the second request, said second output location data including a representation identifying a second geographical indication of the second mobile station;

wherein for at least one of said first and second output criteria there is an output criteria for another of the location requests that is different from said at least one output criteria;

wherein one or more of the first and second output criteria includes data for location accuracy, or data for location determining repetition;

first transmitting said first output location data to a corresponding destination via a communications network; and

second transmitting said second output location data to a corresponding destination via a communications network.

**11.** A location system for locating mobile stations using wireless signal data obtained from transmissions between said mobile stations and a network of fixed location communication stations, wherein said communication stations are cooperatively linked for use in locating said mobile stations, comprising computational equipment for mobile station location, the equipment including:

a data storage archive for storing a plurality of data collections, wherein for each of a plurality geographical locations, there is one of said data collections having (a1) and (a2) following:

(a1) a representation of the geographical location, and

(a2) a set of said wireless signal data obtained using transmissions between one of said mobile stations and the network, wherein the one mobile station transmits from approximately the geographical location of (a1);

a computational component having at least one module of machine instructions for communicating with computational equipment providing one or more location estimation determiners, at least one of which is included in the category (b1) following, and at least one of said location estimation determiners is included in the category (b2) following:

(b1) a first category of adaptable location estimation determiners, wherein each said adaptable location estimation determiner generates a geographical location estimate for each mobile station ($M_{b1}$) of a plurality of said mobile stations when said adaptable location estimation determiner receives first corresponding input values obtained from transmissions between said mobile station $M_{b1}$ and a plurality of the communication stations, and wherein each said adaptable location estimation determiner adapts its generated geographical location estimates according to changes in said data collections of said archive;

176

(b2) said second category of location estimation determiners, wherein each said location estimation determiner of said second category determines a location for each mobile station ($M_{b2}$) of a plurality of said mobile stations by using second corresponding input values obtained from wireless signals, S, received by $M_{b2}$, or another of said mobile stations, from a plurality of non-terrestrial transmitting stations above and not supported on the Earth's surface, wherein said wireless signals S provide time values for determining a spatial range between: (i) $M_{b2}$ or the another mobile station, and (ii) each of at least two of the non-terrestrial stations, wherein the spatial ranges are determined from transmission times for each of the wireless signals transmitted by the at least two of the non-terrestrial transmitting stations;

wherein for one of the mobile stations M, a location estimation determiner selector of the at least one module selects one or more of: one of said adaptable location estimation determiners, and one of said location estimation determiners of said second category according to whether said first corresponding input values are available for the mobile station M being an instance of $M_{b1}$, or said second corresponding input values are available for the mobile station M being an instance of $M_{b2}$.

**12.** The location system of claim **11**, further including a combiner location estimation determiner for determining a resulting location estimate of said mobile station M by combining a plurality of location estimates from the selected one or more location estimation determiners;

wherein the combiner is provided by the computational equipment.

**13.** A location system for locating wireless mobile stations, each capable of using wireless signals in communicating with a plurality of networked stationary communication stations, comprising:

a transceiver: (a) for detecting a direction of at least a portion of the wireless signals transmitted from a corresponding one of the mobile stations, and (b) for communicating with said networked communication stations information related to a location of said wireless mobile stations;

a signal analyzer for determining whether a detected wireless signal from said mobile stations has been one of: reflected and deflected;

one or more location estimation determiners for providing one or more location estimates of said mobile stations, wherein at least one of said location estimation determiners utilizes the wireless signals from said mobile stations; and

a vehicular transport for moving at least said transceiver when locating said wireless mobile stations;

wherein:

(a) for locating at least one of the mobile stations, the direction of the transmitted signals from the at least one mobile station is used,

(b) for locating at least one of the mobile stations, the transceiver communications with the communication stations is used,

(c) for locating at least one of the mobile stations, an output from the signal analyzer is used, and

(d) for locating at least one of the mobile stations, of the one or more location estimates therefor is used.

**14.** The location system as claimed in claim **13**, wherein said signal analyzer includes a comparator for comparing: (a) a distance of one of said mobile stations from said transceiver

US 7,764,231 B1

177

using a signal strength of said wireless signals from said one mobile station, with (b) a distance of said one mobile station from said transceiver using a signal time delay measurement of wireless signal from said one mobile station.

**15**. The location system as claimed in claim **13**, further including one or more transceiver location estimation determiners for estimating a location of said transceiver, wherein at least one of said transceiver location estimation determiners uses data from wireless signals communicated between: (i) said transport, and (ii) one of: said networked communication stations and a global positioning satellite.

**16**. The location system as claimed in claim **15**, further including a deadreckoning component operatively movable with movements of said transport for estimating a change in a location of said transceiver, wherein said deadreckoning component determines incremental updates to at least one location estimate of said transport output by at least one of said transceiver location estimation determiners.

**17**. A method for locating a wireless mobile station, comprising performing the following steps by computational equipment:

(A1) receiving location information for the mobile station by the steps (a) and (b) following:

(a) first obtaining a first instance of the location information when supplied with signal time delay data obtained from wireless signal data received by the mobile station from a satellite, wherein a geographic range corresponding to the signal time delay data is used to determine the first instance;

wherein communication between the mobile station and at least one terrestrial transceiver is used to improve said first instance; and

(b) second obtaining a second instance of the location information of the mobile station when supplied with second data indicative of time delays of wireless signals transmitted between the mobile station and a plurality of terrestrial transceivers cooperatively linked together for use in two way communication with the mobile station, wherein at least one of (i) and (ii) following are used for obtaining the second instance: (i) a representation of a locus of locations having substantially a same time difference of arrival for wireless signals communicated between: the mobile station, and each of at least two of the transceivers, and (ii) an area obtained by a correspondence between surveyed wireless signaling characteristics of the area, and wireless signals communicated between the mobile station and the transceivers;

wherein the second instance does not depend on a geographical location of the mobile station obtained from information indicative of a distance between the mobile station and at least one of the one or more satellites;

(A2) determining resulting location information, for each of one or more locations of said mobile station, using at least one of: a first value obtained from the first instance, and a second value obtained from the second instance;

(A3) outputting said resulting location information for each of the one or more locations;

wherein: the first value is used to obtain the resulting information for one of the locations, and the second value is used to obtain the resulting information for one of the locations.

**18**. A method for locating a plurality of wireless mobile stations, wherein for each of the wireless mobile stations, measurements of wireless signals are used such that at least one of:

178

(i) said measurements, and
(ii) said wireless signals,

is transmitted between said mobile station and at least one of a plurality of fixed location communication stations, each communication station capable of at least one of receiving wireless signals from, and transmitting wireless signals to said mobile station, comprising performing the following steps by computational equipment:

(1) receiving, from a first mobile station location estimation determiner corresponding first information, and from a second mobile station location estimation determiner corresponding second information, wherein each of the corresponding first and second information relates to geographical approximations for a location of a mobile station ($M_1$) of the mobile stations, wherein (a) and (b) following hold:

(a) for determining a geographical approximation, $GA_A$, for a location, $L_A$, of a second of the mobile stations ($M_2$) at a time $T_A$, said first location estimation determiner generates $GA_A$ without requiring a prior geographical location approximation generated by said second location estimation determiner for locating $M_2$ at substantially the location $L_A$ at substantially the time $T_A$, and,

(b) for estimating a geographical approximation, $GA_B$, for a location, $L_B$, of a third one of the mobile stations ($M_3$) at a time $T_B$, said second location estimation determiner generates $GA_B$ without requiring a prior geographical location approximation generated by said first location estimator for locating $M_3$ at the location $L_B$ at substantially the time $T_B$;

wherein the first and second mobile station location estimation determiners are provided by computational machinery;

wherein for determining the first information, said first mobile station location estimation determiner activates or receives an output from a signal processing technique for estimating a location of the mobile station $M_1$ when supplied with data obtained from wireless signals received by $M_1$ from one or more transmitting stations above and not supported on the Earth's surface, wherein said wireless signals provide time values, and said signal processing technique uses at least one differential between a time of transmission and a time of arrival for the wireless signals transmitted by a plurality of the transmitting stations;

(2) determining a resulting location estimate of said mobile station $M_1$;

wherein said step of determining (**2** includes one of the substeps (B1) through (B3) following:

(B1) when said first and second information include, respectively, first and second geographical approximations of said mobile station $M_1$, combining said first and second geographical approximations so that said resulting location estimate is dependent on each of said first and second location geographical approximations;

(B2) changing one or more rating values for rating at least one of said first and second information, wherein said rating values are indicative of expected performances of said first and second location information in locating the mobile station $M_1$; and

(B3) selecting one of said first and second information for receiving preference in determining said resulting location estimate.

**19**. The method of claim **18**, wherein said mobile station $M_1$ is part of a mobile base station.

179

**20**. A method for locating a terrestrial wireless mobile station capable of wireless two way communication with a plurality of fixed location terrestrial stations, comprising performing the following steps by computational machinery:

receiving, from computational machinery performing a plurality of mobile station location techniques, a plurality of instances of location information having one or more location estimates of the mobile station, wherein said location techniques generate the instances of location information when said location techniques are supplied with corresponding input information upon which their location information is dependent, and wherein the corresponding input information is at least partially derived from measurements of wireless signals transmitted from or received at the mobile station;

wherein said step of receiving includes steps (a) and (b) following:

(a) first receiving, from a first of said location techniques, first location information for the mobile station, wherein said corresponding input information for said first location technique includes timing data from wireless signals transmitted from one or more global positioning satellites, and received by the mobile station, wherein said first location technique also uses information dependent upon a location of a terrestrial receiver, TS, that receives a wireless transmission from the mobile station, and resulting in the first location information being dependent on the location of TS and the timing data, wherein TS is remote from the mobile station;

(b) second receiving, from a second of said location techniques, second location information for the mobile station, wherein said corresponding input information for said second location technique includes data that is a function of a signal time delay of wireless signals transmitted between the wireless mobile station and one of said plurality of fixed location terrestrial stations during a plurality of transmissions between the mobile station and the one terrestrial station;

wherein for obtaining the corresponding input information for the second location technique, there is at least one transmission from the mobile station to the one terrestrial station, and at least one transmission from the one terrestrial station to the mobile station, and wherein said second location information is determined by said second location technique at a site whose location is spaced apart from the mobile station;

determining, a plurality of resulting location estimates for the mobile station, wherein said step of determining includes steps (c) and (d) following:

(c) obtaining at least one of said resulting location estimates using an instance ($I_1$) of said first location information for locating the mobile station; and

(d) obtaining at least one of said resulting location estimates using an instance ($I_2$) of said second location information for locating the mobile station.

**21**. The method as claimed in claim **20**, wherein said step of determining includes:

establishing a priority between a location estimate of said instance $I_1$ of the first location information, and a location estimate of said instance $I_2$ of the second location information.

**22**. The method as claimed in claim **21**, wherein said step of establishing a priority includes obtaining a confidence value for one or more of: (a) a first location estimate for said

180

instance $I_1$ of the first location information; and (b) a second location estimate for said instance $I_2$ of the second location information;

wherein each said confidence value is indicative of a likelihood of the mobile station having a location represented by a corresponding one of the first and second location estimates for the confidence value.

**23**. The method as claimed in claim **20**, wherein said step of determining includes preferring a location estimate of said instance $I_1$ of the first location information over a location estimate of said instance $I_2$ of the second location information when both are available for substantially a same location of the mobile station.

**24**. The method as claimed in claim **20**, wherein said step of determining includes, for at least one of said resulting location estimates, determining one or more of: (a) a velocity of the mobile station, (b) an acceleration of the mobile station, and (c) one or more geographical features determined using said at least one resulting location estimate.

**25**. A method for providing a location estimate of a wireless mobile station dependent upon measurements of wireless signals,

wherein for receiving a first collection of measurements related to signal time delay of wireless signals, the wireless signals received by said mobile station and transmitted from one or more satellites, there is a predetermined corresponding location technique for determining first location information of the mobile station;

wherein when provided with the first collection, the predetermined corresponding location technique uses the first collection to determine a location for the mobile station;

wherein for receiving a second collection of measurements obtained from wireless signals transmitted between said mobile station and one or more fixed location terrestrial stations, at least when said first collection is not available, there is a predetermined corresponding location technique for determining second location information of the mobile station;

wherein said second collection includes signal time delay data of wireless signals transmitted between the mobile station and the fixed location terrestrial stations, there being at least one wireless transmission from the mobile station to the one or more fixed location terrestrial stations in order to provide the predetermined corresponding location technique for receiving the second collection with the second collection;

wherein said second collection of measurements is used by the corresponding location technique for receiving the second collection to determine a location estimate of the mobile station by determining a locus of locations from at least one of the fixed location terrestrial stations, wherein for locations identified by said locus of locations, a signal time delay dependent condition is satisfied using the signal time delay data, comprising performing the following steps by computational equipment:

first obtaining the first location information of said mobile station, the first location information determined by computational machinery when said corresponding location technique for using the first collection is supplied with an instance of said first collection;

second obtaining the second location information of said mobile station, the second location information determined by computational machinery when said corresponding location technique for receiving the second collection is supplied with an instance of said second collection; and

181

outputting, to a source for accessing location data for said mobile station, resulting location information that is dependent upon: at least one of said first and second location information, and also dependent upon data for indicating a likelihood of the mobile station being in a geographical extent represented by of at least one of said first location information and said second location information.

**26.** The method as claimed in claim **25**, wherein the data for indicating a likelihood includes first data indicative of a likelihood of the mobile station being in a geographical extent represented by the said first location information, and includes second data indicative of a likelihood of the mobile station being in a geographical extent represented by the second location information.

**27.** The method of claim **25**, wherein said step of outputting includes at least one of:

(a) preferring one of said first and second location information over the other when both are available for locating the mobile station; and

(b) combining said first and second location information when both are available for locating the mobile station.

**28.** The method of claim **25**, wherein said signal time delay dependent condition is dependent upon one of a time of arrival and a time difference of arrival related to wireless signals transmitted between the mobile station and the at least one of the fixed location terrestrial stations.

**29.** The method of claim **25**, further includes a step of transmitting one of said first and second collections on at least a portion of the Internet.

**30.** A method for locating a mobile station M wherein said method uses wireless signal measurements obtained from transmissions between said mobile station M and a plurality of fixed location communication stations, wherein each of said communication stations includes one or more of a transmitter and a receiver for wirelessly communicating with said mobile station M;

wherein first and second mobile station location evaluators are available, wherein each of said location evaluators determine location related information for locating said mobile station M as a result of said location evaluator being supplied with data having values obtained from wireless signal measurements, wherein (A) and (B) following hold:

(A) said first location evaluator performs one or more of the following techniques (i), (ii), (iii) and (iv) as a result of said techniques being supplied with a corresponding instance of said data:

(i) a first technique for determining a first resulting data related to a location of the mobile station M from a first corresponding instance of said data, the first corresponding instance of said data dependent upon a two way communication between the mobile station M and at least one of the communication stations CS, wherein one of: a wireless signal angle of arrival, and a time difference of arrival between the mobile station M and the at least one of the communication stations CS from the first corresponding instance of said data is used for determining said first resulting data;

(ii) a second technique for determining a second resulting data related to a location of the mobile station M, using timing values from a second corresponding instance of said data obtained from signals received at the mobile station M from a plurality of satellites wherein the second technique uses wireless signals between the mobile station M and at least one of the

182

communication stations to improve a performance for obtaining the second resulting data;

(iii) a third technique for determining a third resulting data related to a location of the mobile station M by recognizing signal characteristics from a third corresponding instance of said data, wherein said third technique includes the steps of (a) and (b) following:

(a) accessing information obtained from an association that associates, for each geographical location (L) of a plurality of geographical locations, (a1) and (a2) following:

(a1) a representation of the geographical location L, and

(a2) for the geographical location L, corresponding signal information indicative of at least one characteristic of a signal S previously transmitted between some mobile station, $M_L$, and one or more of the communication stations, when the some mobile station $M_L$ transmitted S from approximately the geographical location L;

wherein for at least most of said geographical locations L, $M_L$ is different from the mobile station M;

(b) determining one or more likely location estimates for the mobile station M from a similarity between (b1) and (b2) following:

(b1) the third corresponding instance of said data, the third corresponding instance including values for one or more signal characteristics determined from wireless signals communicated between the mobile station M and the communication stations, wherein said signal characteristics include at least a first measurement of a non-line of sight signal transmission between the mobile station M and one of the communication stations, and

(b2) a portion of the accessed information that is indicative of the signal information of (a2); and

(iv) a fourth technique for determining a fourth resulting data related to a location of the mobile station M, wherein said fourth technique statistically determines an expected location of the mobile station M by correlating (c) and (d) following:

(c) wireless signal related values obtained from a fourth corresponding instance of said data, and

(d) data, D, wherein for each location $L_D$ of a plurality of locations, said data D includes one or more wireless signal measurements related to a wireless communication between some mobile station different from the mobile station M when the different mobile station is substantially at $L_D$,

wherein said correlation is used for determining a likely geographical indication, GR, for a location for the mobile station M; and

(B) for said one or more of said techniques performed by said first location evaluator, said second location evaluator performs a different combination of one or more of said first, second, third and fourth techniques when supplied with corresponding instances of said data for the one or more techniques of said different combination of techniques;

comprising the following steps performed by computational equipment:

first obtaining, from said first location evaluator, first location related information, for at least one location of M, as a result of one or more of the first, second, third and fourth corresponding instances of data being used by

US 7,764,231 B1

183

their respective one or more of the techniques performed by computational machinery configured to perform the first location evaluator;

second obtaining, from said second location evaluator, second location related information, for at least one location of M, as a result of one or more of the first, second, third and fourth corresponding instances being used by their respective said one or more of the techniques performed by computational machinery configured to perform second location evaluator;

wherein for locating the mobile station M, at least one of said first and second location evaluators determines a corresponding one of said first and second location related information using said second resulting data; and

third obtaining a resulting location estimate of the mobile station M dependent upon at least one of: (a) said first location related information, and (b) said second location related information.

**31**. The method of claim **30**, wherein one or more of:

(a) said third technique includes changing the third resulting data with a change to the association; and

(b) said fourth technique includes performing one of: a principle decomposition analysis, a least squares analysis, and a partial least squares analysis;

wherein at least one of the third and fourth techniques is activated for obtaining the resulting location estimate.

**32**. A method for locating a mobile station dependent upon wireless signal measurements obtained from transmissions between said mobile station and at least one of a plurality of terrestrial transceivers capable of wirelessly detecting said mobile station, comprising the following steps performed by computational machinery:

providing access to at least two of the location techniques (a) through (c) following:

(a) a first location technique for triangulating or trilaterating a location of the mobile station, wherein for each transceiver T of three or more of the terrestrial transceivers, one of: a signal time of arrival, and a signal time difference of arrival between the mobile station and the transceiver T is determined using a first input obtained from the wireless signal measurements,

wherein for at least one of the three or more transceivers $T_0$, the signals for obtaining the wireless signal measurements are received at the transceiver $T_0$ during a plurality of wireless signal transmissions between the mobile station and the transceiver $T_0$, with at least one of the transmissions being from the mobile station to the transceiver $T_0$, and at least one of the transmissions being from the transceiver $T_0$ to the mobile station;

(b) a second location technique using a second input obtained from one or more transmissions between the mobile station and the transceivers, said second input further including time delay measurements of signals received at the mobile station from one or more satellites;

(c) a third location technique that determines a location of the mobile station by using a plurality of pairs of (i) and (ii) following:

(i) characteristics of wireless signals communicated between some mobile station and one or more of the transceivers, and

(ii) a location of said some mobile station during the communication,

wherein when said third technique is supplied with a third input of characteristics of wireless signals communicated between said mobile station and one or

184

more of the transceivers, data indicative of a location of the mobile station is obtained from a similarity between the third input and the characteristics of wireless signals of (c)(i);

determining whether at least said first location technique has its corresponding input available for determining a first location estimate of said mobile station;

determining a second location estimate of said mobile station by activating an accessible one of said location techniques different from said second location technique when the corresponding input for said different location technique is available;

obtaining at least one of said first and second location estimates;

obtaining resulting location information for transmitting on a communications network, wherein said resulting location information is obtained using at least one of said first location estimate and said second location estimate;

wherein when said mobile station is at a first location, an instance of at least said first location estimate is used in said obtaining step for obtaining a first corresponding instance of said resulting location information, and when said mobile station is at a second location, an instance of at least said second location estimate is used in said obtaining step for obtaining a second corresponding instance of said resulting location information; and

wherein for at least one of the first and the second locations, said obtaining step includes one of: (1) a step of improving upon said instance of at least said first location estimate, and (2) a step of providing information indicative of an accuracy of said first corresponding instance of said resulting location information.

**33**. The method as claimed in claim **32**, wherein at least two of said location techniques generate location estimates of said mobile station wherein neither of said at least two location techniques depend upon the other one for their corresponding input to be available.

**34**. A method for locating a mobile station, M, of a plurality of mobile stations using wireless signal measurements obtained from transmissions between the mobile station M and at least one of a plurality of communication stations, wherein each of said communication stations includes one or more of a transmitter and a receiver for wirelessly communicating with each of the mobile stations, comprising performing the following steps by computational machinery:

providing access to computational equipment that is configured to perform at least first and second location estimation determiners for estimating a location of the mobile station M, wherein for said first location estimation determiner to estimate a location of the mobile station M, said first location estimation determiner is dependent upon a location representation from one or more of the location techniques of the following (a) through (e) location technique categories, and for said second location estimation determiner to estimate a location of the mobile station M, said second location estimation determiner is dependent upon a location representation from one of the following (a) through (e) location technique categories, wherein the corresponding input for at least one of the first and second location estimation determiners includes wireless location indicative data that is different from the wireless location indicative data included in the corresponding input of the other of the first and second location estimation determiners;

US 7,764,231 B1

185

the above cited location technique categories include:

(a) trilateration and triangulation techniques for determining a location estimate of each mobile station ($M_a$) of at least some of the mobile stations at a site not co-located with the mobile station $M_a$, wherein for some e of the communication stations in communication with the mobile station $M_a$, one of: a wireless signal time of arrival, and a wireless signal time difference of arrival between the mobile station $M_a$ and the some communication stations is obtained using a first input obtained from timing measurements of wireless signal measurements obtained from transmissions between the mobile station $M_a$ and the communication stations;

wherein for at least one of the some communication stations, CS, the timing measurements are obtained from signals communicated during a plurality of wireless signal transmissions between the mobile station $M_a$ and CS, with at least one of the transmissions being from the mobile station $M_a$ to CS;

(b) a stochastic technique for determining a location estimate of each mobile station ($M_b$) of at least some of the mobile stations, wherein said stochastic technique uses a statistical correlation for correlating (i) and (ii) following:

(i) a second input obtained from wireless signal measurements obtained from transmissions between the mobile station $M_b$ and the communication stations, and

(ii) data, D, wherein for each location ($L_B$) of a plurality of locations, said data D includes one or more wireless signal measurements related to a wireless communication between some mobile station that is substantially at $L_B$;

wherein for at least most of said geographical locations $L_B$, said some mobile station is different from the mobile station $M_b$; and

wherein said correlation is used for determining a likely geographical range, GR, for a location for the mobile station $M_b$ and data indicative of a probability that the mobile station $M_b$ is within the likely geographical range GR;

(c) a learning technique for determining a location estimate of each mobile station ($M_c$) of more than one of the mobile stations, by learning an association, wherein said association is determined by a training process using a plurality of data pairs, each said pair including: first information indicative of a location $L_C$ of some mobile station ($M_t$), and second information from wireless signal measurements between said some mobile station $M_t$ and one or more of the communication stations when said some mobile station $M_t$ is at the location $L_C$,

wherein when said learning technique is supplied with a third input obtained from the wireless signal measurements obtained from transmissions between the mobile station $M_c$, and at least one of a plurality of the communication stations, data indicative of a location for the mobile station $M_c$ is determined;

(d) a pattern recognition location technique for estimating a location of each mobile station ($M_d$) of more than one of the mobile stations, wherein said pattern recognition location technique estimates a location of the mobile station $M_d$ at a location ($L_D$) by recognizing a pattern of characteristics of a fourth input obtained from the wireless signal measurements obtained from transmissions between the mobile station $M_d$ and the communication stations, wherein said pattern of characteristics includes signal characteristic data indicative of wireless signal

186

transmissions between the mobile station $M_d$ and one or more of the communication stations; and

(e) a fifth location technique for determining a location estimate of each mobile station ($M_e$) of more than one of the mobile stations, wherein said fifth location technique uses a fifth input obtained from time delay measurements from signals received at the mobile station $M_e$ from one or more non-terrestrial communication stations above and not supported on the earth's surface;

determining whether said first location estimation determiner has its corresponding input available for determining a first location estimate of the mobile station M;

determining a second location estimate of said mobile station M by activating said second location estimation determiner with its corresponding input when the corresponding input for said second location estimation determiner is available, and said corresponding input to said first location estimation determiner is unavailable;

wherein for locating the mobile station M, at least one of said first and second location estimation determiners uses said fifth technique for determining a geographical location indication for M;

transmitting resulting location information on a communications network, wherein said resulting location information is obtained using at least one of said first location estimate and said second location estimate;

wherein when said mobile station M is at a location ($L_1$), an instance of at least said first location estimate is used for obtaining a first corresponding instance of said resulting location information, and when said mobile station M is at a location ($L_2$), an instance of at least said second location estimate is used for obtaining a second corresponding instance of said resulting location information; and

wherein prior to the step of transmitting the resulting location information for the location $L_1$, one of the following steps is performed: (1) a step of improving upon said instance of at least said first location estimate, and (2) a step of providing information indicative of an accuracy of said first corresponding instance of said resulting location information.

**35.** The method as claimed in claim **34**, wherein

said first, second, third, and fourth inputs include data related to one or more of: a wireless signal time delay, and a wireless signal strength; and

said fifth input includes data related to GPS satellite signals.

**36.** A method for locating at least one mobile station, M, of a plurality of mobile stations, using wireless signal data obtained from transmissions between said mobile station M and at least one of a plurality of communication stations, each of the communication stations capable of at least one of: wirelessly detecting said mobile station M, and wirelessly being detected by said mobile station M, wherein at least some of said communication stations are able to provide voice communication with some of the mobile stations, including the mobile station M, comprising performing the following steps by computational machinery:

receiving, for each mobile station ($M_t$) of: the mobile station M, and one or more additional ones of the mobile stations, wireless signal data obtained from transmissions between: (i) said communication stations, and (ii) said mobile station $M_t$ at an unknown location, wherein said wireless signal data includes at least two of (A1) through (A3) following:

(A1) data obtained using signal timing measurements of wireless signal transmissions between said mobile sta-

187

tion $M_i$ and a set $S_1$ of one or more of said at least some communication stations at terrestrial locations, wherein for at least one of the communication stations, CS, of the set $S_1$, there is a corresponding portion of the signal timing measurements that are obtained as a result of a plurality of wireless signal transmissions between the mobile station $M_i$ and CS, with at least one of the transmissions being from the mobile station $M_i$ to CS;

(A2) data obtained using time delay measurements from wireless signal transmissions between one or more non-terrestrial communication stations above and not supported on the Earth's surface, and said mobile station $M_i$;

(A3) signal characteristic data, D, of wireless signal transmissions between said mobile station $M_i$ and a set $S_3$ of one or more of said communication stations, wherein (i) there is a data store including corresponding signal characteristic data for each of a plurality of terrestrial locations in a wireless coverage area provided by $S_3$, (ii) said signal characteristic data D includes information for determining one of a correspondence and a similarity with the corresponding signal characteristic data in the data store for one or more locations L of the plurality of locations, and (iii) for at least one of the locations L, said corresponding signal characteristic data for L is obtained from signal transmissions from a mobile station different from M;

generating a location estimate for the unknown location of said mobile station M, said location estimate dependent upon a geographical extent output from a corresponding computational machinery implemented instance of each of at least the location technique (B2) following, and one other of the following location techniques (B1) and (B3):

(B1) a first technique that determines location information indicative of a range between at least one of the communication stations and a mobile station being located;

wherein for locating the mobile station M, said corresponding instance of said first technique uses the data obtained in (A1) for M being $M_i$, and an instance of the set S including one of the terrestrial communication stations $(CS_M)$ for determining a range between the mobile station M and the communication station $CS_M$ using signal timing measurements obtained as a result of a plurality of wireless signal transmissions between the mobile station M and $CS_M$;

(B2) a second technique that determines location information indicative of a range between a non-terrestrial communication station above and not supported on the Earth's surface, and a mobile station being located;

wherein for locating the mobile station M, said corresponding instance of said second technique uses: (i) the data obtained in (A2) for M being $M_i$, and (ii) one of the one or more non-terrestrial communication stations (S) to determine a range between the mobile station M and the non-terrestrial communication station S; and

(B3) a third technique that determines location information indicative of a wireless signal similarity or correspondence for transmissions between the communication stations and a mobile station being located;

wherein for locating the mobile station M, said corresponding instance of said third technique uses: (i)

188

the signal characteristics D from (A3) for M being $M_i$, and (ii) the data store of (A3).

37. The method as claimed in claim 36, wherein said step of generating includes performing a stochastic technique for generating said location estimate of said mobile station M, wherein said stochastic technique uses a statistical correlation for correlating (1) and (2) following:

(1) information obtained from at least one of signal strength and signal time delay measurements of wireless signals between the mobile station M and the communication stations, and

(2) data, U, wherein for each location (LOC) of a plurality of locations, said data U includes one or more wireless signal measurements related to a wireless communication between some mobile station different from the mobile station M when the different mobile station is substantially at LOC, and;

wherein said correlation is used for determining: (i) a likely geographical indication, GR, for a location for the mobile station M, and (ii) data indicative of a probability that the mobile station M is within the likely geographical indication GR.

38. The method as claimed in claim 36, wherein said step of generating includes providing at least one instance of said signal characteristic data D of (A3) for M being $M_i$, to a pattern recognizer included in said third technique instance, said pattern recognizer being trainable when repeatedly provided with previously obtained wireless signal data indicative of a plurality of known mobile station locations.

39. A method for locating a wireless mobile station, comprising:

performing by computational machinery the following steps (A1) through (A3) for locating the mobile station;

(A1) obtaining location related information for locating the mobile station, said location related information obtained from using at least one of (a) and (b) following:

(a) wireless timing signals received by the mobile station from one or more satellites, wherein said timing signals from each of the one or more satellites identify a location of the mobile station; and

(b) time delays of wireless signals transmitted between the mobile station and one or more transceivers of a plurality of terrestrial transceivers cooperatively linked together for use in locating the mobile station, wherein said time delays identify a locus of locations of the mobile station from at least one of the transceivers, and wherein for one of the one or more transceivers, a corresponding one of the time delays is obtained from signals transmitted during a plurality of wireless signal transmissions between the mobile station and the at least one transceiver, with at least one of the transmissions being from the mobile station to the at least one transceiver;

wherein an instance of the location related information obtained from each of (a) and (b) is used at some time for determining a respective location of the mobile station;

(A2) determining data for a graphical presentation of a likely location of the mobile station from at least one of the instances of the location related information by determining a likely roadway upon which the mobile station is located; and

(A3) providing said data for a graphical presentation for displaying on a display device;

wherein for at least one performance (P) of the steps (A1) through (A3), the location related information from the wireless timing signals of (a) fee is preferred for deter-

US 7,764,231 B1

189

190

mining the corresponding graphical presentation for P over location related information from time delays of timing signals of (b), unless there is a reduced or no effectiveness for locating the mobile station by wireless timing signals according to (a).

**40**. The method of claim **1**, wherein for at least one occurrence of locating one of the mobile stations for being M, said first and second location estimation determiners determine, respectively, said first and second geographical indications independently of one another.

**41**. The method of claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, at least one of the communication stations transmits a first wireless signal to the mobile station M and receives in response to said first wireless signal, a responsive signal from the mobile station M, and any intermediary devices for transmitting signals between said mobile station M and the communication stations are terrestrial.

**42**. The method of claim **1**, further including for at least one occurrence of locating one of the mobile stations for being M, providing a wireless transmission to a second of the mobile stations, wherein said second mobile station is capable of moving toward the mobile station M by using said wireless transmission for locating M.

**43**. The method of claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, at least one of the first and second location estimation determiners performs a technique for determining, for at least one of the communication stations, CS,

a distance between the communication station CS and the mobile station M, said distance dependent upon signal time delay derived information, wherein for determining the distance, two way communication between the mobile station M and the communication station CS is used

wherein said at least one communication station CS is stationary.

**44**. The method of claim **8**, wherein for at least one occurrence of locating one of the mobile stations represented by the mobile station M, the corresponding instance of the resulting information is dependent upon at least one of the geographic estimations for the one mobile station according to a determination of an effectiveness of the at least one geographic estimation.

**45**. The method of claim **8**, wherein the first collection includes second geographic location information determined using an activation of an instance of said second technique.

**46**. The method of claim **10**, wherein said instance of the second technique uses a time difference of arrival of wireless signals transmitted between the second mobile station and one of the communication stations CS for determining a locus of points having a hyperbolic shape.

**47**. The method of claim **10**, wherein for said instance of the second technique, one of the communication stations CS transmits a first wireless signal to the second mobile station and receives in response to said first wireless signal, a responsive signal from the second mobile station, and any intermediary devices for transmitting signals between the second mobile station and the communication stations are terrestrial.

**48**. The method of claim **10**, wherein said step of first transmitting includes responding to an Internet request to locate the first mobile station.

**49**. The method of claim **8**, wherein the first collection includes the third geographic location information determined using an activation of an instance of said third technique, wherein the activation includes performing one of: a

least squares process, partial least squares process, and a principle decomposition process.

**50**. The method of claim **11**, wherein at least one of said adaptable location estimation determiners adapts by one of:

learning an association for associating, for each data collection of at least some of said data collections, said geographical location representation (a1) of the data collection with said set of said wireless signal data (a2) of the data collection; and

determining a statistical similarity between (1) and (2) following: (1) wireless signal measurements obtained from transmissions between said mobile station M and the network, and (2) said wireless signal measurements (a2) of the data collections in said archive.

**51**. The method of claim **30**, further including the steps of: performing the first obtaining step at a first time, and performing the second obtaining step at second time, wherein the first and second location related information are for different locations of the mobile station M.

**52**. The method of claim **1**, further including for each of a plurality of instances of the mobile station M, a step of activating, by computational machinery, at least one common predetermined mobile station location related component for determining said resulting location estimate for each of the instances of the mobile station M, wherein the location related component is not activated when determining said resulting location estimate for the instance of M until after at least said corresponding step of receiving is performed.

**53**. The method of claim **8**, further including, following said step of obtaining, a step of selecting, by computational machinery, at least one of the one or more geographic estimations that is likely to be indicative of one of the unknown locations.

**54**. The location system of claim **11**, wherein said interface includes a network interface for receiving a request for locating, at one or more locations, the mobile station M via the Internet; and further including an output gateway for transmitting, via the Internet to a particular Internet destination, a resulting location estimate for the mobile station M, wherein said resulting location estimate is dependent upon one or more location estimates determined using a selected one of said plurality of location estimation determiners, and wherein said resulting location estimate is determined according to a predefined data organization for the particular Internet destination, said resulting location estimate including one or more of: a representation of an accuracy of a location estimate provided by said resulting location estimate, and a confidence in a location estimate of said resulting location estimates.

**55**. The method of claim **18**, further including a step of outputting by the computational equipment, said resulting location estimate to a predetermined destination via a communications network, and an accuracy of the resulting location estimate.

**56**. The method of claim **20**, further including the steps of: requesting, by computational machinery, one or more of the resulting location estimates via signals transmitted by a commercial mobile radio service provider, wherein the commercial radio service provider wirelessly communicates with the mobile station; and

transmitting, via a communication network, at least one location of the mobile station to a predetermined destination.

**57**. The method of claim **25**, wherein the resulting location is dependent upon at least the first location information.

**58**. The method of claim **10**, wherein: for at least one of first and second geographical indications, the corresponding first

191

or second output location data includes information indicative of a likelihood of the at least one geographical indication including the corresponding one of the first or second mobile stations.

**59**. The method of claim **10**, further including the computational machinery performing steps of first and second determining, using at least one common predetermined mobile station location related component for determining, respectively, said first output location data and said second output location data, wherein said common predetermined component accesses the first and second output criteria for determining, respectively, said first and second output location data.

**60**. The method of claim **10**, wherein said steps of first and second transmitting includes outputting said first and second output location data via a common predetermined network interface.

**61**. The method of claim **10**, further including the computational machinery performing a step of accessing mobile station location output frequency information of said first output criteria.

**62**. The method of claim **10**, wherein at least one of (a) and (b) following hold: (a) said first transmitting step includes determining a particular protocol for outputting said first output location data on the corresponding communication network for transmission to the corresponding destination for the first request, and (b) said second transmitting step includes determining a particular protocol for outputting said second output location data on the corresponding communication network for transmission to the corresponding destination for the second request.

**63**. The method of claim **10**, wherein at least one of (1) and (2) following hold: (1) said first output criteria includes information for determining said representation of said first geographical indication using a location of a known first geographical feature different from the communication stations, and (2) said second output criteria includes information for determining said representation of said second geographical indication using a location of a known second geographical feature different from the communication stations.

**64**. The method of claim **10**, wherein said first output criteria includes information for determining a first location granularity at which a location estimate of the first mobile station is transmitted, and said second output criteria includes information for determining a second location granularity at which a location estimate of the second mobile station is transmitted, wherein said first and second granularity is different.

**65**. The method of claim **10**, wherein at least one of said steps of receiving, first obtaining, second obtaining, first transmitting, and second transmitting receives or transmits wireless location related information on a TCP/IP network.

**66**. The method of claim **10**, wherein said step of first obtaining includes receiving a first location estimate from a first of said location determining sources which performs an instance, $I_1$, of said first technique for estimating a location of the first mobile station, wherein said instance $I_1$ uses wireless signals, S, between the first mobile station and at least one of the communication stations to improve at least one performance characteristic of said instance $I_1$ over a performance of $I_1$ without use of the wireless signals between the first mobile station and the at least one communication station.

**67**. The method of claim **66**, wherein the instance $I_1$ uses first information for locating the first mobile station, wherein the first information is dependent upon signal timing measurements from the wireless signals S.

192

**68**. The method of claim **66**, wherein the instance $I_1$ uses first information from the wireless signals S, wherein the first information is dependent upon a wireless coverage area of the at least one communication station.

**69**. The method of claim **10**, further including the computational machinery performing a step of providing display information for displaying a representation of a location estimate L of the first mobile station, wherein said display information is for displaying a map of an area having the location estimate L, and for concurrently displaying information indicating an accuracy of the location estimate L.

**70**. The method of claim **69**, wherein said display information is displayed at a mobile station M that has requested a location of the first mobile station.

**71**. The method of claim **17**, wherein said outputting step includes providing accuracy information indicating an accuracy of said resulting location information, wherein said accuracy information is displayed with at least one of the one or more locations of the mobile station.

**72**. The method of claim **17**, wherein for at least one of the one or more locations of the mobile station said step of determining uses both said first and second values.

**73**. The method of claim **17**, wherein said first obtaining includes using information dependent upon a wireless coverage area of the at least one transceiver for improving said first instance.

**74**. The method of claim **73**, wherein the at least one transceiver is co-located with a base station for providing two way communication with the mobile station.

**75**. The method of claim **18**, wherein:

(a) said first location estimation determiner performs said signal processing technique for obtaining said first information for $M_1$; and

(b) said first information is selected over said second information received from said second mobile station location estimation determiner unless there is information indicating a likelihood of said first information providing reduced performance in locating said mobile station $M_1$.

**76**. The method of claim **18**, wherein: at least one of said first and second location estimation determiners performs a locus computing technique, wherein the locus computing technique utilizes measurements (S) of wireless signals for determining at least one locus of locations for the mobile station $M_1$, the locus of locations being relative to at least one of the communication stations;

wherein at least one of said measurements S is obtained using a signal time delay between the mobile station $M_1$, and the at least one communication station; wherein there is two way wireless communication between mobile station $M_1$ and the at least one communication station.

**77**. The method of claim **18**, further including the computational equipment performing a step of providing display information for: (a) displaying a representation of said resulting location estimate, wherein said display information is for displaying with a map of an area having the resulting location estimate, and (b) concurrently displaying information indicative of an accuracy of the resulting location estimate.

**78**. The method of claim **20**, wherein said determining step includes determining at least one of said resulting location estimates as a function of a position of a known stationary geographical feature that is sufficiently close to a geographic location represented by one of the instances $I_1$ or $I_2$ so that the location of the geographical feature is used in providing said at least one resulting location estimate.

US 7,764,231 B1

193

**79**. The method of claim **20**, wherein TS is included in one of: a mobile base station, and a fixed location base station.

**80**. The method of claim **25**, wherein for each of the location techniques, activation information is provided to the location technique via a predetermined common data distribution component.

**81**. The method of claim **25**, further including a step of determining, by computational equipment, said resulting location information according to output criteria corresponding to the source, the output criteria indicative of one of: a preciseness of the resulting location information, or a frequency by which additional instances of the resulting location information is determined.

**82**. The method of claim **25**, wherein the outputting step includes a step of providing said resulting location information for one of: performing a routing function for routing the mobile station, responding to a user of said mobile station request for location, locating a child, locating a stolen vehicle, and keeping entities apart.

**83**. The method of claim **25**, wherein said resulting location information includes one or more of:

   (a) a value indicative of a likelihood of the mobile station being at a location estimate represented by the resulting location information;

   (b) data identifying one or more known geographical extents, wherein each of the geographical extents is determined using an associated location estimate (L) of the mobile station determined using at least one of the first and second location information, wherein one of the geographical extents provides additional location information not provided by their associated location estimate L; and

   (c) at least one of: a speed of the mobile station, a direction of the mobile station, a change in speed of the mobile station, and a change in direction of the mobile station.

**84**. The method of claim **25**, wherein said first location information is determined using wireless signals, S, between the mobile station and a terrestrial wireless transceiver to improve at least one performance characteristic of said corresponding location technique (T) for receiving the instance of the first collection over a performance of said location technique T without use of the wireless signals S.

**85**. The method of claim **25**, further including performing by computational equipment the steps of:

   providing mapping data of an area having a location estimate (L) of said mobile station wherein L is included in said resulting location information, and

   providing for concurrent display, with said mapping data, information indicating an accuracy of the location estimate L.

**86**. The method of claim **30**, wherein at least a portion of the first location related information is used in determining said resulting location estimate without using the second location related information when the second location related information is unavailable or unsatisfactory to use.

**87**. The method of claim **32**, further including the computational machinery performing a step of improving upon said instance of at least said first location estimate so that said resulting location information is expected to be more accurate than said first location estimate.

**88**. The method of claim **32**, further including the computational machinery performing a step of providing information indicative of an accuracy of said first corresponding instance.

**89**. The method of claim **34**, wherein said step of improving upon said instance of at least said first location estimate is

194

performed so that said first corresponding instance of said resulting location information is more accurate than said first location instance.

**90**. The method of claim **34**, wherein said step of providing information indicative of an accuracy of said first corresponding instance of said resulting location information is performed.

**91**. The method of claim **34**, wherein said first location estimation determiner is dependent upon a result from at least two of said location technique categories, wherein one of said at least two location categories is one of said location technique categories (a) and (e).

**92**. The method of claim **36**, further including, performing by computational machinery, a second step of generating a second location estimate for an unknown location of one of the additional mobile stations, wherein said second location estimate is dependent upon a different collection of one or more instances, of said first, second and third techniques than used to generate the location estimate for the mobile station M.

**93**. The method of claim **36**, further including, performing by computational machinery, a step of outputting output location information for display, wherein a location accuracy of said location estimate is included in said output location information, said location accuracy identified with one or more geographical areas on a map displayed at a destination for the output location information.

**94**. The method of claim **36**, wherein said step of generating includes giving preference to the geographical extent from said instance of one of said first, second and third techniques over the geographical extent from said instance of a different one of said first, second and third techniques.

**95**. The method of claim **36**, wherein said step of generating includes preferring a common area of said geographical extents upon which the location estimate is dependent.

**96**. A method for locating mobile stations, comprising performing the following steps performed by computational machinery:

   providing access to each of a plurality of mobile station location determining computational machine resources for determining corresponding instances of location information for locating mobile stations using corresponding data obtained from measurements of wireless signals transmitted between:

     (i) the mobile stations, and

     (ii) one or more of: (1) one or more of a plurality of communication stations capable of at least wirelessly detecting the mobile stations, and (2) one or more non-terrestrial wireless signal transmitting stations above and not supported on the Earth's surface;

   for each mobile station M of some of said mobile stations, perform steps (A) through (E) following:

   (A) first providing data to a first of said resources for obtaining a first instance of said corresponding location information for the mobile station M at a location $L_1$, wherein in determining said first instance, said first resource uses a result from a first location technique, performed by computational machinery, the first location technique included in at least one of the location determining categories (b1) through (b5) following said step of second providing below;

   (B) second providing data to a second of said resources for obtaining a second instance of said corresponding location information for the mobile station M at a location $L_2$, wherein said second resource uses a result from a second location technique, performed by computational

US 7,764,231 B1

195

machinery, the second location technique included in at least one of the location determining categories (b1) through (b5) following;

wherein for locating an instance (1) of at least some location of the mobile station M by the first resource, the first location technique is activated, and a location estimate from the second location technique is not used for determining the location estimate, and for locating an instance ($1_k$) of at least some location of the mobile station M by the second resource, the second location technique is activated, and a location estimate from the first location technique is not used for determining a resulting location estimate from the second location technique;

the location determining categories being (b1) through (b5) following:

(b1) a first category of one or more location determining techniques, wherein each said technique ($T_1$) of said first category determines a geographical extent $G_a$ for a location of a mobile station ($M_a$) by identifying a pattern of signal characteristics for wireless signals communicated between $M_a$ and the communication stations as likely to have been a result of $M_a$ being in $G_a$, wherein said $T_1$ performs the identification by determining a similarity between (b1-1) and (b1-2) following:

(b1-1) one or more of said signal characteristics of communication with $M_a$, and

(b1-2) data obtained from a survey of wireless signal characteristics in an area including said geographical extent $G_a$;

(b2) a second category of one or more location determining techniques, wherein each said technique of said second category determines a geographical extent $G_b$ for a location of a mobile station ($M_b$) as a result of (l) and (ll) following:

(l) generating an association for associating: (i) each location L of a plurality of geographical locations with (ii) data indicative of corresponding measurements of wireless signals transmitted between some one of said mobile stations, different from $M_b$, and the communication stations, wherein said some mobile station is approximately at the location L, and

(ll) using said association together with characteristics of signals communicated between $M_b$ and the communication stations for determining the geographical extent $G_b$ for the location of $M_b$;

(b3) a third category of one or more offset determining techniques, wherein each said offset determining technique determines a geographical extent $G_c$ for a location of a mobile station ($M_c$);

wherein said offset determining technique utilizes one or more timing measurements of wireless signals between the mobile station $M_c$ and a plurality of the communication stations for determining the geographical extent $G_c$;

wherein said timing measurements are a function of a signal time delay between the mobile station $M_c$ and at least one communication station CS of the plurality of communication stations, and said timing measurements are for determining $G_c$ as a function of at least: a location of CS, and a predetermined formula representative of a geometric curve for determining a horizontal position of $M_c$;

wherein there is a corresponding portion of the signal timing measurements that are obtained during a

196

plurality of wireless signal transmissions between the mobile station $M_c$ and CS, with at least one of the transmissions being from the mobile station $M_c$ to CS;

wherein said communication station CS is supported on the Earth; and

wherein each of said offset determining techniques determines a geographical extent for a location of each of a plurality of different mobile stations;

(b4) a fourth category of one or more direction of arrival location determining techniques wherein each said direction of arrival technique determines a geographical extent for a location of a mobile station ($M_d$) by determining an angular orientation about a communication station $CS_d$ of a direction of the mobile station $M_d$ using a measurement of a wireless signal angle of arrival of wireless signals transmitted between the mobile station $M_d$ and the communication station $CS_d$;

(b5) a fifth category of one or more wireless location techniques wherein each said technique ($T_5$) of said fifth category determines a geographical extent for a location of a mobile station ($M_e$) using wireless signals received at the mobile station $M_e$ from the non-terrestrial transmitting stations, wherein said wireless signals provide time values, and said technique $T_5$ determines at least one elapsed time for signal transmissions to $M_e$ for the wireless signals transmitted by one or more of the non-terrestrial transmitting stations;

(C) first obtaining first structured location data using said first instance;

(D) second obtaining second structured location data using said second instance, wherein said second location technique is included in at least said fifth category;

wherein each of said first and second structured location data includes a common data representation for a plurality of location attributes, said representation including (d1) through (d2) following:

(d1) a collection of one or more attributes, $A_1$, for representing a geographical extent within which a mobile station being located is expected to be;

(d2) a collection of one or more attributes related to at least one of: an error in data for $A_1$, and a likelihood of the mobile station being located being in the geographical extent represented by data for $A_1$; and

(E) outputting, to a predetermined destination on a communications network, resulting location information of a location $L_M$ of the mobile station M, said resulting location information being dependent upon data for said attributes (d1) and (d2) obtained from at least one of said first and second structured location data.

97. The method of claim 96, wherein said plurality of location attributes further includes an attribute for a timestamp.

98. The method of claim 96, wherein said plurality of location attributes further includes an attribute for descriptor information indicative of a reason that another one of said plurality of location attributes has its corresponding value.

99. The method of claim 96, wherein said plurality of location attributes includes the attribute related to an error in data for $A_1$.

100. The method of claim 96, wherein said plurality of location attributes includes the attribute related to a likelihood of the mobile station being located being in the geographical extent represented by $A_1$.

US 7,764,231 B1

197

**101**. The method of claim **96**, wherein said step of providing and at least one of said steps (A) through (F) are performed at one of: a mobile base station, and a stationary site.

**102**. The method of claim **96**, wherein said first location technique is performed at a site remote from the mobile station M.

**103**. The method of claim **96**, further including performing said outputting step according to a frequency of output desired by the destination.

**104**. The method of claim **96**, further including a step of receiving a request via the Interet, for locating the mobile station M.

**105**. The method of claim **96**, wherein said step of first providing includes a step of requesting activation of said first resource via a communication on the Internet.

**106**. The method of claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, at least one of said first and second location related information is determined, and is determined using a location technique for determining a geographical indication (L) for a location of the mobile station M, wherein the location technique determines the location L by receiving data pairings obtained from geographical location information indicative of the location of the mobile station M, wherein the geographical location information includes one or more geographically dependent wireless signal characteristics of a wireless communication between the mobile station M, and the communication stations;

  wherein the location technique performs an interpolation dependent on the data pairings, wherein each data pairing includes: (i) an identification of a transmitter location from which there is a wireless communication between the mobile station M, and one of the communication stations, and (ii) wireless related information indicative of the transmitter's location, wherein the wireless related information is obtained from the geographically dependent wireless signal characteristics corresponding to the wireless communication.

**107**. The location system of claim **11**, wherein said mobile station M is different from at least one of the one or more mobile stations used for obtaining said wireless signal data of (a2).

**108**. The method of claim **20**, including a further step of receiving by computational machinery, the instances $I_1$ and $I_2$ in a common predetermined data structural format.

**109**. The method of claim **20**, further including performing at least some of the following steps performed by computational machinery:

  (i) activating at least one common predetermined mobile station location related component of a computational machine for determining each of said resulting location estimates, wherein the location related component is not activated for locating the mobile station until after at least one of said instances $I_1$ and $I_2$ is obtained;

  (ii) said step of determining includes, for the instances $I_1$ and $I_2$, accessing respective portions provided in predetermined common data structural format that specifies a data format for location related attributes of said instances $I_1$ and $I_2$, wherein at least some of the location related attributes do not identify a geographical location of the mobile station; and

  (iii) said step of determining includes, for at least one of said resulting location estimates, obtaining an attribute indicative of one or more of: an error in a geographical extent for locating the mobile station, an accuracy in a geographical extent for locating the mobile station, and

198

a likelihood of the mobile station being located in the at least one resulting estimate.

**110**. The method of claim **20**, wherein said step of receiving includes receiving descriptor information providing information related to the processing performed for determining one or more of said instances $I_1$ and $I_2$.

**111**. The method of claim **96**, wherein said location $L_1$ and said location $L_2$ are substantially identical.

**112**. The method of claim **96**, wherein said location $L_1$ and said location $L_2$ are effectively different locations of the mobile station M.

**113**. The method of claim **96**, wherein said location $L_M$ is effectively one of said location $L_1$, and said location $L_2$.

**114**. The method of claim **113**, wherein said location $L_M$ is effectively identical to each of said location $L_1$ and said location $L_2$.

**115**. The method of claim **96**, wherein said location $L_M$ is a location of the mobile station M for a time subsequent to a time for the mobile station M being at one or more of said location $L_1$ and said location $L_2$.

**116**. The method of claim **27**, wherein said step of outputting includes preferring one of said first and second location information over the other;

  wherein when both of the first and second location information are available, the step of preferring includes one of: (i) filtering or discarding a non-preferred one of the first and second location information, and (ii) reducing an importance of the non-preferred one of the first and second location information.

**117**. The method of claim **27**, wherein said step of outputting includes combining said first and second location information when both are available for locating the mobile station at substantially a same time.

**118**. The method of claim **8**, wherein the resulting information includes a location estimate for M that is obtained that is a result of a combination of at least two of the geographic estimations of the first collection, the at least two location estimates obtained from different ones of the first, second and third techniques.

**119**. The method of claim **36**, wherein for locating said mobile station M, said step of generating is dependent upon an output from the corresponding instance of the first technique (B1), and the range between the mobile station M and the communication station $CS_M$ is determined at a site different from the unknown location of the mobile station M.

**120**. The method of claim **109**, further including at least said step (ii).

**121**. A method for locating a plurality of wireless mobile stations using wireless signals, wherein each of a plurality of terrestrial stations is available for at least wirelessly detecting wireless transmissions from the mobile stations;

  wherein there are first and second mobile station location techniques, wherein each of said location techniques is capable of providing a location estimate for each mobile station of at least some of said mobile stations when the location technique is supplied with corresponding data obtained from wireless signal measurements indicative of the mobile station's location;

  wherein (a) and (b) following:

    (a) the first location technique determines first location related information for each mobile station ($M_a$) of some of the plurality of mobile stations, using values that are indicative of a signal time delay between the mobile station $M_a$ and one or more of the terrestrial stations, wherein two way signal communication

US 7,764,231 B1

199

between $M_a$ and at least one of the one or more of the terrestrial stations is established for obtaining the signal time delay,

wherein the first location technique determines the first location related information by determining a first geographical extent, or location, common to a plurality of loci of locations, each locus determined using locations satisfying one or more predetermined location equations, each of the equations dependent upon the values for offsetting a corresponding one of the loci from at least one of the terrestrial stations, and

(b) the second location technique determines second location related information, for each mobile station $(M_b)$ of some of the plurality of mobile stations, using a geographical extent obtained from a conversion of data indicative of transmission times for wireless signals: transmitted from a plurality of non-terrestrial transmitting stations above and not supported on the Earth's surface, and received by $M_b$, or another of the plurality of mobile stations,

comprising the following steps performed by computational machinery:

first obtaining at a node of a network, an instance $(I_1)$ of the first location related information as an output by an implementation of the first location technique by computational machinery, the instance $I_1$ including a first estimate of a location for a first of the mobile stations at a time $(T_1)$ and at an actual location $(L_1)$, wherein the first mobile station is an instance of $M_a$;

wherein the first estimate is not dependent upon a geographical extent obtained from any conversion of data indicative of transmission times for wireless signals transmitted from a plurality of non-terrestrial transmitting stations above and not supported on the Earth's surface;

second obtaining at the node, an instance $(I_2)$ of the second location related information as an output by an implementation of the second location technique by computational machinery, the instance $I_2$ including a second estimate of a location for a second of the mobile stations at a time $(T_2)$ and at an actual location $(L_2)$, wherein the second mobile station is an instance of $M_b$;

wherein the implementation of the second location technique also uses data indicative of a range of the second mobile station relative to one of the terrestrial stations for determining the second estimate;

performing after receipt by the node of the instance $I_1$ and after receipt by the node of the instance $I_2$, at least one corresponding computation, by computational machinery, that is dependent on a geographical location of a corresponding one of the first and second mobile stations;

first transmitting, to a first predetermined destination of the network, first resulting information for locating the first mobile station, wherein the first resulting information is obtained using the instance $I_1$ of said first location related information; and

second transmitting, to a second predetermined destination of the network, second resulting information for locating the second mobile station, wherein the second resulting information is obtained using the instance $I_2$ of said second location related information.

**122.** The method of claim **121**, wherein for the second mobile station, the implementation of the second location

200

technique is improved by the data indicative of a range of the second mobile station from the one terrestrial station, and the one terrestrial station is stationary.

**123.** The method of claim **121**, wherein the first and second obtaining steps receive each of the instances $I_1$ and $I_2$ in a common predetermined location related data format, wherein for a mobile station (M) being located, the format includes the following fields:

(a) a geographical location estimate of M;

(b) a timestamp; and

(c) a measurement indicative of the likelihood of M being in the geographical location estimate.

**124.** The method of claim **123**, wherein the common predetermined location related data format includes a descriptor from a source of the geographical location estimate, wherein the descriptor includes information descriptive of a reason or process performed at the source.

**125.** The method of claim **121**, wherein for the implementation of the first technique, at least one of the loci is determined at a location different from that of the first mobile station, and

wherein for the implementation of the second technique, the range of the second mobile station is determined using a wireless signal time difference of arrival from the plurality of non-terrestrial transmitting stations.

**126.** The method of claim **121**, wherein said first and second mobile stations are different.

**127.** The method of claim **126**, further including a step of obtaining another location estimate of one of the first and second mobile stations, and further including a step of determining, by computational machinery, a corresponding one of the first resulting information and the second resulting information using a preference for one of (i) and (ii) following: (i) a corresponding one of the first estimate and the second estimate, and (ii) the another location estimate for the corresponding one of the first and second mobile stations.

**128.** The method of claim **121**, wherein said locations $L_1$ and $L_2$ are different, and the first and second mobile stations are a same one of the mobile stations.

**129.** The method of claim **121**, wherein said first and second mobile stations are the same.

**130.** The method of claim **129**, wherein each of the first and second estimates is substantially unaffected by the other.

**131.** The method of claim **121**, wherein said times $T_1$ and $T_2$ are different.

**132.** The method of claim **121**, further including a step of requesting at least one of the instances $I_1$ and $I_2$ via a transmission on the network.

**133.** The method of claim **121**, wherein the first and second transmitting steps are from the node.

**134.** The method of claim **121**, wherein the performing step includes determining the first or second predetermined destination as a destination (DST) on the network, the destination DST being dependent on a geographical location of a corresponding one of the first and second mobile stations.

**135.** The method of claim **121**, further including a step of: third receiving at the node, additional location related information for locating an additional one of the mobile stations, the additional location related information not dependent upon a signal time delay.

**136.** The method of claim **121**, wherein at least one of said first and second resulting information includes a timestamp indicative of when said at least one resulting location information is applicable to a corresponding one of the locations $L_1$ and $L_2$, and a confidence value indicative of a probability that the corresponding one of the locations $L_1$ and $L_2$ is represented by the at least one resulting location information.

US 7,764,231 B1

201

**137**. The method of claim **121** further including a step of providing for at least one of said first and second resulting information, a presentation for presenting on a visual display, wherein said presentation includes information related to a corresponding mobile station location accuracy or reliability of one of said first and second mobile stations, the step of providing performed by computational machinery.

**138**. The method of claim **121** further including the steps of:

determining, by computational machinery, a location estimate of one of the first and second mobile stations, said location estimate obtained as a function of a position of a known geographical feature different from the terrestrial stations; and

providing the location estimate as part of a corresponding one of the first and second resulting information for the one mobile station.

**139**. The method of claim **121** further including for the second resulting information, presentation information, wherein said presentation information is determined according to an expected accuracy of said second resulting information.

**140**. The method of claim **121**, further including the steps of:

obtaining an additional location estimate of the first mobile station after receiving the instance $I_1$, wherein the additional location estimate is determined by computational machinery performing a different location technique from the first technique.

**141**. The method of claim **121**, further including a step of obtaining, by computational machinery, a resulting location for at least one mobile station (M), different from the first and second mobile stations, wherein the resulting location is obtained from a performance of an implementation of a third location technique for determining resulting location, wherein (1) through (3) following hold:

(1) the implementation of the third technique is performed by computational machinery, and is dependent upon signal data, wherein the signal data is obtained from wireless signals communicated between the mobile station M and the plurality of terrestrial stations;

(2) the implementation of the third technique is dependent upon (2-i) and (2-ii) following: (2-i) a representation of each of a plurality of geographical locations, and (2-ii) for each of the geographical locations, L, corresponding wireless signal information previously obtained using transmissions between some mobile station, different from M, and the plurality of terrestrial stations, when the some mobile station transmits from approximately the geographical location L and

(3) the implementation of the third technique uses the signal data for determining one or more likely location estimates for M by identifying a similarity in a pattern between (3-i) and (3-ii) following: (3-i) one or more wireless signal characteristics of the signal data, and (3-ii) the information of (2-ii) for a collection of one or more of the plurality of geographical locations.

**142**. The method of claim **121**, further including a step of providing a network transmission for modifying at least one installed implementation of the first location technique at a remote site.

**143**. The method of claim **121**, further including at least some of the following steps performed by computational machinery:

(i) activating at least one common predetermined mobile station location related component for determining each of the first and second resulting information, wherein the

202

location related component is not activated for locating a corresponding one of the first and second mobile stations until after at least one of said instances $I_1$ and $I_2$ is obtained;

(ii) providing information for activating the implementations of the first and second location techniques, wherein said information for activating is output by a predetermined common activation component that routes said information for activating to the implementations of the first and second location techniques;

(iii) for the instances $I_1$ and $I_2$, a step of accessing at least a portion of a predetermined common data structure that specifies at least most location related attributes of said instances $I_1$ and $I_2$, wherein the location related attributes do not identify a geographical location; and

(iv) for at least one of said first and second resulting information, a step of obtaining an attribute indicative of each of: (a) an error or accuracy in a geographical extent for locating a corresponding one of the first and second mobile stations, and (b) data indicative of a likelihood of the corresponding one of the first and second mobile stations being located by a location estimate of the at least one of the first and second resulting information.

**144**. The method of claim **39**, wherein for at least one location (L) of the mobile station, a corresponding location estimate is received, wherein the corresponding location estimate is dependent upon an instance of the wireless timing signals of (a), and is dependent upon an instance of time delays of wireless signals of (b).

**145**. The method of claim **39**, wherein the data for the graphical presentation includes information for displaying an indication related to an accuracy of one or more locations of the mobile station.

**146**. The method of claim **39**, wherein the step of obtaining includes receiving from a location estimation determiner an instance ($I_1$) of the location related information, wherein the location estimation determiner uses the wireless timing signals for determining a spatial relationship between the mobile station and each of the satellites.

**147**. The method of claim **146**, wherein the instance $I_1$ is determined using additional data for improving on location information of the wireless timing signals of (a), wherein said additional data is received by the mobile station in a wireless communication between: the mobile station, and one of terrestrial transceivers.

**148**. The method of claim **146**, wherein the step of obtaining includes receiving from a location estimation determiner an instance ($I_2$) of the location related information, wherein the instance $I_2$ is obtained from the time delays of the wireless signals of (b), wherein a time difference of arrival of the wireless signals between the mobile station and some of the transceivers is determined.

**149**. The method of claim **32**, further including the computational machinery performing a step of preferring information for the first location estimate over information for the second location estimate.

**150**. The method of claim **20** further including one or more of (a) and (b) following performed by the computational machinery:

(a) a step of modifying a confidence for the at least said resulting location estimate obtained from using the instance $I_2$, wherein a modified confidence is obtained that depends upon a consistency with a previous location estimate along a known route; and

(b) a step of comparing data of said at least one resulting location estimate obtained from using the instance $I_2$, with a second data of a different location estimate; and

203

a step of modifying a confidence of said resulting location estimate obtained from using the instance $1_2$, depending upon a consistency between the data of said resulting location estimate obtained from using the instance $1_2$, and the second data.

**151**. The method of claim **18**, wherein for locating the mobile station $M_1$ at a location L, the second mobile station location estimation determiner outputs the second information from computational machinery performing a coverage area analysis technique for locating the mobile station $M_1$ when supplied with data obtained from wireless signal measurements communicated between the mobile station $M_1$ and one or more of said plurality of the communication stations, and the second information is given a preference for use in determining the resulting location estimate when an instance of the first information for L is not available or is unsatisfactory.

**152**. The method of claim **18**, wherein the second mobile station location estimation determiner activates or receives an output from a technique for locating the mobile station $M_1$, when supplied with second data obtained from wireless signal measurements communicated between the mobile station $M_1$, and one or more of said plurality of communication stations, said second technique determines a correspondence between (1) and (2) following: (1) at least one first value derived from said second data, and (2) wireless survey data (D) wherein D is obtained using second values, wherein each second value is derived from mobile station wireless signal measurements at a known geographical location.

**153**. The method of claim **18**, wherein the second mobile station location estimation determiner activates or receives an output from a locus computing technique for locating the mobile station $M_1$, when supplied with second data obtained from wireless signal measurements communicated between the mobile station $M_1$, and two or more of said plurality of communication stations, wherein the locus computing technique utilizes measurements (S) of wireless signals from the second data for determining at least one locus of locations for the mobile station $M_1$,

wherein at least one of said measurements S is obtained using a signal time delay between the mobile station $M_1$, and at least one of the two or more communication stations; wherein there is two way wireless communication between mobile station $M_1$ and at least one of the communication stations.

**154**. The method of claim **18**, wherein the second mobile station location estimation determiner activates or receives an output from a direction of arrival technique for locating the mobile station $M_1$, when supplied with second data obtained from wireless signal measurements communicated between the mobile station $M_1$ and one of said communication stations (CS), wherein the direction of arrival technique determines a location estimate of the mobile station $M_1$ using, from the second data, a direction from which wireless signals arrive at CS from the mobile station $M_1$.

**155**. A method for locating each mobile station (M) of a plurality of terrestrial mobile stations, wherein there are wireless signal transmissions between each of the mobile stations M and a plurality of fixed location communication stations supported on the Earth, wherein each of the communications stations is operable for two way wireless communication with each of the mobile stations M, comprising the following steps performed by computational machinery:

(1) providing access to first and second mobile station location processing techniques implemented on computational machinery, wherein said location processing techniques are able to determine information related to

204

one or more location estimates of the mobile station M when the location processing techniques are supplied with data obtained from wireless signal measurements indicative of a location of M;

wherein (A) and (B) following hold:

(A) said first location processing technique determines first geographical location related information for M using first data indicative of a delay time of a signal from at least one satellite to M for determining a spatial range between M and the at least one satellite;

(B) said second location processing technique determines second geographical location related information by performing one or more of the techniques (i) and (ii) following when the second location processing technique is supplied with a corresponding instance of said data for performing the one or more techniques;

the techniques are:

(i) a first technique for determining a location of the mobile station M, wherein a corresponding one of the instances includes a collection of measurements of wireless signals between the mobile station M and at least one of the communication stations, wherein the one instance is used by the first technique to determine a geographic estimation for the mobile station M relative to the at least one communication station, wherein two way communication between the mobile station M and one of the communication stations is established for obtaining the collection of measurements; and

(ii) a second technique for determining a location, L, of the mobile station M by determining a correspondence between:

(a) wireless signal characteristics for wireless signals communicated between the mobile station M and a multiplicity of the communication stations, and

(b) a geographic location estimate for the location, L, wherein the geographic location estimate is dependent upon a similarity between the wireless signal characteristics, and previously obtained wireless signal characteristics for wireless communication between each of a plurality of mobile station locations, and the communication stations;

(2) first obtaining an instance of the first geographical location related information when provided by the first location processing technique;

(3) second obtaining an instance of the second geographical location related information when provided by the second location processing technique; and

(4) determining resulting location information of the mobile station M dependent upon at least one of: (a) a first value obtained from the instance of the first geographical location related information, and (b) a second value obtained from the instance of the second geographical location related information, wherein data indicative of a likelihood of the mobile station M being at a location represented by said resulting location information is determined.

**156**. The method of claim **155**, wherein for determining the resulting location information of one of the mobile stations for M at a location L, a corresponding instance of the first geographical location related information for the one mobile

US 7,764,231 B1

205

station is given preference over a corresponding instance of the second geographical location related information for the one mobile station.

**157**. The method of claim **155**, wherein for determining the resulting location information, one of the mobile stations for M at a location L, a corresponding instance of the second geographical location related information for the one mobile station is given preference over a corresponding instance of the first geographical location related information for the one mobile station.

**158**. The method of claim **155**, wherein the first geographical location related information for M, and the second geographical location related information for M from the second processing technique are used in determining the resulting location information.

**159**. The method of claim **155**, wherein the step of determining includes:

substantially discarding the instance of the first geographical location related information for M; and

subsequently determining a geographical location for M for inclusion in the resulting location information using the second value.

**160**. The method of claim **155**, wherein the second processing technique performs the second technique.

**161**. The method of claim **155**, wherein the second location processing technique performs a pattern matching operation between the wireless signal characteristics, and the previously obtained wireless signal characteristics for wireless communication between each of a plurality of mobile station locations, and the communication stations.

**162**. A method for locating a terrestrial mobile station, wherein said method uses wireless signal measurements obtained from transmissions between said mobile station and a network having a plurality of communication stations supported on the Earth, wherein each of said communication stations includes one or more of a transmitter and a receiver for wirelessly communicating with said mobile station,

wherein there are first and second mobile station location techniques for outputting mobile station location related response information when said location techniques are supplied with corresponding wireless signal related data;

wherein said first location technique estimates a location of the mobile station using values obtained from wireless signals received at the mobile station from one or more satellites, wherein the values are indicative of signal time delay from the satellites to the mobile station; and

wherein said second location technique estimates a location of the mobile station by using one or more measurements for a wireless signal between the mobile station and at least one of the communication stations, CS, for determining a geographical extent for the mobile station, the one or more measurements dependent upon a location of the at least one communication station CS;

wherein there is two way wireless communication between the mobile station and the network in order to obtain the one or more measurements for the second location technique;

comprising performing the following steps by computational machinery:

first obtaining, from said first location technique, first location related response information for a location of the mobile station;

second obtaining, from said second location technique, second location related response information for a location of the mobile station; and

206

determining resulting location information of the mobile station using at least one of: a first value obtained from said first location related response information, and a second value obtained from said second location related response information, wherein data indicative of a likelihood of the mobile station being at a location represented by said resulting location information is obtained using one of the first location related response information and the second location related response information.

**163**. The method of claim **162**, wherein the second obtaining step includes obtaining the second location related response information from an instance of the second technique wherein the measurements are indicative of an angle of arrival of a wireless signal at the communication station, CS, and from the mobile station.

**164**. The method of claim **162**, wherein the second obtaining step includes obtaining the second location related response information from an instance of the second technique that determines a location of said mobile station by using a statistical correlation for correlating (a) and (b) following:

(a) the one or more measurements; and

(b) data, D, wherein for each location L of a plurality of locations, said data D includes one or more wireless signal measurements related to a wireless communication between some mobile station that is substantially at L, and at least one of the communication stations;

wherein said correlation is used for determining a likely geographical estimate, GR, for a location for the mobile station and data indicative of a probability that the mobile station is within the likely geographical estimate GR.

**165**. The method of claim **162**, wherein for at least one location of the mobile station:

the step of first obtaining includes obtaining the first location related response information for a first location of the mobile station;

the step of second obtaining includes obtaining the second location related response information for a second location of the mobile station different from the first location;

the step of determining includes preferring a less recent one of the first location related response information and the second location related response information when the other of the first location related response information and the second location related response information indicates an unsatisfactory result for location determination.

**166**. The method of claim **165**, wherein for determining the resulting location information, the step of determining includes discarding the first location related response information; and using the second location related response information.

**167**. The method of claim **162** herein for at least one location of the mobile station, the step of determining includes:

the step of first obtaining includes obtaining the first location related response information for a first location of the mobile station;

the step of second obtaining includes obtaining the second location related response information for a second location of the mobile station different from the first location; and

the step of determining includes using to a more recent one of the first location related response information and the second location related response information when the more recent one is determined to be more indicative of a

US 7,764,231 B1

207

current location of the mobile station than the other of the first location related response information and the second location related response information.

168. The method of claim 167 wherein for determining the resulting location information, the step of determining includes discarding the second location related response information; and then using the first location related response information.

169. A method for locating a plurality of terrestrial mobile stations using wireless signal measurements obtained from transmissions between the mobile stations and a network having a plurality of terrestrial communication stations, wherein each of said communication stations includes a transmitter and a receiver for wireless two way communications with the mobile stations; and

wherein one or more mobile station location estimation determiners are accessible such that as a result of the location estimation determiners being supplied with corresponding input for locating any one of the mobile stations (M), each of the location estimation determiners performs at least one of the following techniques:

(i) a first technique for determining first location information for locating the mobile station M, the first location information including a location determined using signal time delay related data for a signal transmitted from at least one non-terrestrial wireless communication station that is above and not supported on the Earth's surface, the signal received at the mobile station M; and

(ii) a second technique for determining second location information for locating the mobile station M, the second location information determined using input data obtained from time delay data for wireless signal communication between the mobile station M, and at least one of the terrestrial communication stations $CS_1$, and wherein there is two way wireless communication between the mobile station M and the network for obtaining the input data;

comprising performing the following steps by computational machinery:

receiving location requests for locating the mobile stations;

issuing, in response to the location requests, corresponding requests for information related to locations of the mobile stations, the corresponding requests for requesting activation of at least one of the location estimation determiners;

obtaining, for a corresponding location of each mobile station ($M_i$) requested to be located, at least one of: a corresponding instance of the first location information for $M_i$ from computational machinery performing the first technique, and a corresponding instance of the second location information for $M_i$ from computational machinery performing the second technique;

transmitting, to a site on a network, a location estimate of $M_i$ dependent upon the at least one of the corresponding instance of the first location information for $M_i$, and a corresponding instance of the second location information, wherein the site accesses location estimate of $M_i$ for a predetermined purpose;

wherein information related to a correctness of the location estimate of $M_i$ is also obtained for transmission in the transmitting step;

wherein for each of some of the mobile stations requested to be located, the corresponding instance of the first location information therefor is given a preference in obtaining the corresponding location estimate for transmission in the transmitting step; and

208

wherein for each of some of the mobile stations, their corresponding information related to a correctness is dependent upon their corresponding instances of the second location information.

170. The method of claim 169, wherein for at least one of the mobile stations requested to be located, the information related to a correctness includes a value indicative of a likelihood of the at least one mobile station being identified by the location estimate for the at least one mobile station.

171. The method of claim 169, wherein for at least one of the mobile stations requested to be located, the information related to a correctness includes data indicative of an extent of the location estimate for the at least one mobile station.

172. The method of claim 169, wherein for at least one of the mobile stations requested to be located, the location estimate therefor is dependent upon the corresponding instance of the first location information, and the corresponding instance of the second location information.

173. The method of claim 169, further including, for at least one of the mobile stations requested to be located, providing the preference to the corresponding instance of the first location information over the corresponding instance of the second location information, when the corresponding instance of the second location information is also obtained for the at least one mobile station.

174. The method of claim 169, wherein the information related to a correctness includes an accuracy of the location estimate.

175. The method of claim 169, wherein the step of obtaining includes:

receiving, for at least first and second of the mobile stations, their corresponding instances of the first location information at a predetermined site;

wherein for the first mobile station, the received corresponding instance of the first location information is used in determining the corresponding location estimate of the first mobile station;

receiving for at least the second mobile station, a corresponding instance of the second location information; and

wherein for the second mobile station, the received corresponding instance of the second location information is used in determining the corresponding location estimate of the second mobile station, wherein the second mobile station is included in the some mobile stations having their information related to a correctness dependent upon their corresponding instances of the second location information.

176. The method of claim 169, wherein for at least one of the mobile stations requested to be located, a location $L_1$ of the at least one mobile is estimated using a location estimate obtained from the corresponding instance of the first location information for the at least one mobile station, and at a different location $L_2$ of the at least one mobile, $L_2$ is estimated using a location estimate obtained from the corresponding instance of the second location information for the at least one mobile station.

177. The method of claim 176, wherein for locating the at least one mobile station at the location, $L_2$, the corresponding instance of the second location information for the at least one mobile station is given a preference over a corresponding instance of the first location information for locating the at least mobile station at $L_2$.

178. The method of claim 169, wherein for at least one of the mobile stations requested to be located, the information

US 7,764,231 B1

209

related to a correctness includes data for a confidence that the one mobile station is located by the location estimate for the one mobile station.

**179**. The method of claim **169**, wherein for at least one of the mobile stations, the information related to a correctness includes data for an error measurement related to the one mobile station being located by the location estimate for the one mobile station.

**180**. The method of claim **169**, wherein for at least one of the mobile stations, the transmitting step transmits the information related to the correctness together with the location estimate for the at least one mobile station for graphically presenting each of the information related to the correctness and the location estimate on a common map.

**181**. The method of claim **169**, further including, for at least one of the mobile stations, performing by computational machinery a step of combining the corresponding instance of the first location information and the corresponding instance of the second location information for obtaining the location estimate of the at least one mobile station.

**182**. The method of claim **169**, wherein for a first of the mobile stations, a performance of the second technique by computational machinery includes a performance of one or more of:

(i) a third technique for determining, as a result, at least one location estimate or locus for said first mobile station by using an instance of said corresponding input having timing measurements indicative of one of: a time of arrival of wireless signals, and a time difference of arrival of wireless signals between the first mobile station and at least one of the communication stations $CS_1$ for determining a range of the first mobile station from $CS_1$, said range varying with varying values of the timing measurements, wherein the signals for obtaining the timing measurements are communicated during wireless signal transmissions between the first mobile station and $CS_1$, wherein said third technique outputs the result from a site different from the location of the first mobile station;

(ii) a fourth technique for determining one or more candidate locations of the first mobile station, wherein each of said candidate locations is determined using, for at least some one of the communication stations $CS_2$, an instance of said corresponding input for a wireless signal direction of arrival that is an angular orientation about the communication station $CS_2$ of a direction of the first mobile station determined using a measurement of a wireless signal angle of arrival of wireless signals transmitted between the first mobile station and the communication station $CS_2$.

**183**. The method of claim **169**, wherein for a first of the mobile stations, a performance of the first technique by computational machinery includes a performance of a technique for determining location information for said first mobile station, using timing values from an instance, $1_S$, of said corresponding input for the first technique obtained from satellite signals received at the first mobile station from a plurality of satellites, and wherein said instance $1_S$ also includes additional data for use by the technique for improving on location information for the first mobile station obtained from said satellite signals, wherein said additional data is received by the first mobile station in a wireless communication between: said first mobile station, and a communication station of a collection of one or more of the plurality of terrestrial communication stations;

wherein each communication station of said collection is one of: (A) a fixed location base station of a commercial

210

mobile radio service provider, and (B) operable for providing a wireless communication for responding to a telephony emergency call placed with the commercial mobile radio service provider.

**184**. The method of claim **169**, wherein for a first of the mobile stations, a performance of the second technique by computational machinery includes a performance of a technique, wherein said technique determines a location estimate from a pattern of wireless signal characteristics between:

(a) one or more of the communication stations, and (b) said first mobile station;

wherein said technique performs (c) and (d) following:

(c) accessing information obtained via an association that associates, for each geographical location

(L) of a plurality of geographical locations, (c1) and (c2) following:

(c1) a representation of the geographical location L, and

(c2) for the geographical location L, corresponding signal information indicative of at least one characteristic of a signal S previously transmitted between some mobile station, $M_L$, and one or more of the communication stations, when the some mobile station $M_L$ transmitted S from approximately the geographical location L;

wherein for at least most of said geographical locations L, $M_L$ is different from the first mobile station;

(d) determining one or more likely location estimates for the first mobile station from a similarity between (d1) and (d2) following:

(d1) data for one or more signal characteristics determined from wireless signals communicated between the first mobile station and the communication stations, wherein said signal characteristics include at least a first measurement of a non-line of sight signal transmission between the first mobile station and one of the communication stations, and

(d2) a portion of the accessed information that is indicative of the signal information of (c2).

**185**. A mobile station location system for a network having plurality of terrestrially based stationary location communication stations for wirelessly communicating with a multiplicity of mobile stations, comprising:

a network node for receiving a plurality of network requests for location indicative data of a plurality of the mobile stations;

computational equipment including (1) and (2) following:

(1) a selection component, wherein in response to the requests received by the network node, and for each mobile station ($M_n$) of the plurality of mobile stations, the selection component selectively communicates with each of one or more computational machine location providing sources for providing location information for $M_n$ to the network node;

(A) wherein for a corresponding location for each mobile station ($M_i$) of some of the plurality of mobile stations, (a-1) and (a-2) occur:

(a-1) the network node receives the location information for $M_i$ provided by a first of the location providing sources, wherein the first location providing source determines the location information for $M_i$ using a conversion of signal timing data to a geographical extent of $M_i$, wherein the signal timing data includes: for each of a plurality of transmitting stations, located above and not supported on the Earth's surface, an elapsed time of one or more

US 7,764,231 B1

211

212

wireless signals transmitted from the transmitting stations, and received by the mobile station $M_i$; and

(a-2) the corresponding location indicative data for the mobile station $M_i$ is obtained using the location information for $M_i$;

(B) wherein for a corresponding location for each mobile station ($M_k$) of some of the plurality of mobile stations, (b-1) and (b-2) occur:

(b-1) the network node receives the location information for $M_k$ provided by one of the location providing sources, the location information for $M_k$ dependent upon information indicative of a location of at least one corresponding communication station ($CS_k$) of the communication stations in two way wireless communication with $M_k$; and

(b-2) the corresponding location indicative data for the mobile station $M_k$ is obtained using the location information for $M_k$ received by the network node;

(C) wherein for at least one mobile station ($M_p$) of the mobile stations $M_k$ and the corresponding location for $M_p$ according to (B) above, the location indicative data for $M_n$ is not obtained using geographic data indicative of a spatial range between the mobile station $M_p$ and one or more transmitting stations above and not supported on the Earth's surface, wherein the geographic data would have to be determined using signals received at the mobile station $M_p$ from the one or more transmitting stations;

(2) a destination determination component, wherein for each of the mobile stations $M_n$, the destination determination component selectively determines a corresponding network destination for the location indicative data for $M_n$ to be output by the network node;

wherein the network destination accesses the location indicative data for $M_n$ in performing a location based service related to a corresponding one of the requests for the location indicative data for $M_n$ received by the network node.

186. The system of claim 185, wherein for at least one mobile station ($M_j$) of the mobile stations $M_k$, the corresponding location information for $M_j$ corresponds to a wireless coverage extent for the corresponding communication station, wherein the corresponding communication station is in two way wireless communication with $M_j$.

187. The system of claim 185 wherein the network node activates the destination determination process for outputting, for at least some mobile stations ($M_j$) of the mobile stations $M_n$, wherein the corresponding location indicative data for $M_j$ provides data in a common data format which is independent of the corresponding network destination, the common data format having a common predetermined semantics for interpretation thereof, the common data format including at least some of: data representing a location for $M_j$, data indicative of a confidence in the data representing the location, data indicative of a timestamp, data indicative of a processing performed.

188. The mobile location system of claim 185, wherein for each mobile station ($M_j$) of some of the plurality of mobile stations, the selection component selectively communicates with the first location providing source, wherein the location information for $M_j$ is also dependent upon a location of at least one of the communication stations.

189. The mobile location system of claim 185, wherein for each mobile station ($M_j$) of some of the mobile stations $M_k$, the selection component selectively communicates with one of the location providing sources that determines an instance of the location information for $M_j$ using a locus of locations

relative to at least one of the communication stations, wherein for locations identified by said locus of locations, a signal time delay dependent condition is satisfied for a wireless signal communicated between the at least one communication station and $M_j$.

190. The location system of claim 185, wherein for each mobile station ($M_j$) of some of the mobile stations $M_k$, the selection component selectively communicates with one of the location providing sources that determines an instance of the location information for $M_j$ by:

(i) obtaining access to a computational machine model that is determined using an association between geographical locations in a wireless coverage area, and signal data obtained from the geographical locations, wherein for each of the geographical locations, L, the association associates: (i-1) a representation of L, and (i-2) a portion of the signal data for measurements, $m_L$, of wireless signals communicated between: a mobile station, $M_L$, approximately at the location L, and the communication stations; and

(ii) supplying to the computational machine model data for measurements, $m_j$, of wireless signals communicated between $M_j$ and the communication stations;

wherein the instance of the location information for $M_j$, output by the one location providing source, is dependent upon the computational machine model determining a similarity between the data for the measurements $m_j$, and the signal data of the association;

wherein the measurements $m_L$ for at least some of the locations L include one of: measurements of a variation in wireless signal strengths within the coverage area, and measurements of a variation in wireless signal time delay within the coverage area.

191. The mobile location system of claim 185, wherein for each mobile station ($M_j$) of some of the mobile stations $M_k$, the selection component selectively communicates with one of the location providing sources that determines the location information for $M_j$ as an offset of the mobile station $M_j$ from at least one of the communication stations.

192. The mobile location system of claim 185, wherein for each mobile station ($M_j$) of some of the plurality of mobile stations, the selection component selectively communicates with one of the location providing sources that determines an instance of the location information for $M_j$ using a direction of arrival technique, wherein the technique determines a geographic estimation for a location of $M_j$, by using a direction from which wireless signals arrive at one of the communication stations from the mobile station $M_j$.

193. The mobile location system of claim 185, wherein for each mobile station ($M_j$) of some of the plurality of mobile stations, the selection component selectively communicates with a second of the location providing sources that determines an instance of the location information for $M_j$ from a locus computing technique, wherein the technique determines a geographic estimation for $M_j$ by utilizing timing measurements for determining a locus of locations for $M_i$;

wherein the timing measurements are a function of a signal time delay between the mobile station $M_j$, and at least one of the communication stations CS.

194. The mobile location system of claim 185, further including a data store for caching a location estimate for the location indicative data of each at least some of the plurality of mobile stations, wherein the data store resides on the network and distinct is from a corresponding one of the mobile stations for which the location estimate was obtained,

wherein for each of the location estimates and a corresponding one of the requests resulting in the location

US 7,764,231 B1

213

estimate, the location estimate is cached in the data store, and remains in the data store for a subsequent request for obtaining another instance of the location indicative data for the corresponding mobile station.

**195.** The location system of claim **185**, wherein for at least one mobile station ($M_j$) of the mobile stations $M_n$, the mobile station $M_j$ is an instance of the mobile station $M_i$ and is an instance of the mobile station $M_k$.

**196.** The location system of claim **185**, wherein for each mobile station ($M_j$) of at least some of the mobile stations $M_n$, the network node accesses data indicative of an accuracy of a location estimate provided by an instance of the location information for $M_j$ received from one of the location providing sources, wherein the data indicative of an accuracy is used for activating one or more processes for obtaining an additional location estimate.

**197.** The location system of claim **185**, wherein for each mobile station ($M_j$) of at least some of the mobile stations $M_n$, the network node determines the location indicative data for $M_j$.

**198.** The mobile location system of claim **185**, wherein for one of the requests for locating one of the plurality of mobile stations ($M_j$), the network node receives a plurality of instances of the location information for $M_j$, at least two of the instances obtained using different wireless location techniques.

**199.** The location system of claim **185**, wherein for each mobile station ($M_j$) of at least some of the mobile stations $M_n$, the location indicative data therefor includes a likelihood that the mobile station $M_j$ resides in a geographical area represented by the location indicative data therefor.

**200.** The location system of claim **185**, further including a component ($C_f$) of the computational equipment for one of interpolating and extrapolating a location, for each mobile station of at least some of the mobile stations $M_n$, from locations L of other mobile stations.

**201.** The location system of claim **185**, further including a combiner component of the computational equipment for receiving, for each mobile station ($M_j$) of at least some of the mobile stations $M_n$, a first instance of the location information for $M_j$ from the first location providing source, and a second instance of the location information for $M_j$ from the one location providing source, and combining the first and second instances to obtain the location indicative data for $M_j$, the combining including identifying data indicative of at least one location common to both the first instance and the second instance.

**202.** The location system of claim **185**, wherein for each mobile station ($M_j$) of at least some of the mobile stations $M_n$, at least one of an instance of the location information for $M_j$ and an instance of the location indicative data for $M_j$ includes information descriptive of location processing performed for locating $M_j$.

**203.** A mobile location system for locating each mobile station ($M_O$) of a plurality of mobile stations (said plurality of mobile stations denoted $\Sigma$),

wherein the location system provides communications for obtaining information indicative of locations of the mobile stations of $\Sigma$ by activating one or more of mobile station location estimating sources provided by computational machinery;

wherein for locating each of a plurality of the mobile stations of $\Sigma$, a first of the one or more estimating resources provides a corresponding first location information that is dependent upon a result of computational machinery performing an implementation of a location technique included in the category (a) of location techniques fol-

214

lowing, and for locating each of a plurality of the mobile stations of $\Sigma$, corresponding second location information is obtained that is dependent upon a result of computational machinery performing an implementation of a location technique of the category (b) of location techniques following:

(a) a first category of one or more signal processing location techniques, wherein each of the signal processing location techniques estimates a location of at least one of the mobile stations ($M_a$) of E by determining location information for $M_a$ by a conversion of signal timing data to a geographical extent of $M_a$, wherein the signal timing data includes: for each of a plurality of transmitting stations, located above and not supported on the Earth's surface, an elapsed time of one or more wireless signals transmitted from the transmitting stations, and received by the mobile station $M_a$;

(b) a second category of one or more location techniques, wherein each of the location techniques of the second category outputs corresponding data for locating of each mobile station ($M_b$) of a plurality of the mobile stations of $\Sigma$, the corresponding data dependent upon wireless communication between the mobile station $M_b$ and at least one of a plurality of terrestrially based stationary communication stations of a wireless network, wherein the corresponding data is obtained using information for identifying a location of one of the terrestrially based stationary location communication stations, CS, and

wherein the wireless communication includes a plurality of receptions of wireless signal transmissions communicated between the mobile station $M_b$ and CS, with at least one of the transmissions being received at CS;

the location system comprising: equipment for communicating on one or more communications networks, the equipment including:

a location data resource for the communications networks, the location data resource including a network interface, wherein for each of the mobile stations $M_O$, the network interface provides a location estimate of the mobile station $M_O$ to a predetermined network destination via one of the communications networks;

wherein the location data resource includes a selection process that performs a selection resulting in preferring an instance ($I_1$) of the corresponding first location information for $M_O$ being an instance of $M_a$, for obtaining the location estimate over an instance ($I_2$) of the corresponding second location information for $M_O$ being an instance of $M_b$.

**204.** The system of claim **203**, wherein the location data resource receives at least one of: $I_1$ when available, and $I_2$ when available.

**205.** The system of claim **203**, wherein for at least one of the mobile stations, $M_1$, the equipment includes the computational machinery for performing the implementation of the location technique for determining the corresponding second location information for $M_1$, and the corresponding second location information for $M_1$ is obtained by identifying or recognizing a similarity between (i) and (ii) following:

(i) at least a portion of signal location characteristic data obtained from each of a plurality of locations in a wireless coverage area corresponding to the plurality of the communication stations, the portion obtained using signal transmissions from a mobile station different from $M_1$, and

215

216

(ii) a corresponding portion of signal location characteristic data of the wireless signal measurements communicated between $M_1$ and at least one of the communication stations.

**206**. The system of claim **203**, wherein for at least one of the mobile stations, $M_1$, the equipment includes the computational machinery for performing the implementation of the location technique for determining the corresponding second location information for $M_1$, and the corresponding second location information for $M_1$ is obtained by utilizing timing measurements of wireless signals between the mobile station $M_1$ and the plurality of terrestrially based communication stations for determining a geographical range of the mobile station $M_1$ from one of the terrestrially based communication stations, CS;

wherein the timing measurements are used to determine a signal time delay between the mobile station $M_1$, and CS, and

wherein for obtaining the timing measurements, there is a plurality of wireless signal transmissions between the mobile station $M_0$ and CS, with at least one of the transmissions being from the mobile station $M_1$ to CS.

**207**. The system of claim **203**, wherein for at least one of the mobile stations, $M_1$, the equipment includes the computational machinery for performing the implementation of the location technique for determining the corresponding second location information for $M_1$ at a location L, and the corresponding second location information for $M_1$ includes location data related to a coverage area of at least one of the terrestrially based communication stations, wherein the location data is used as a location estimate of the mobile station $M_x$ when the first location information is unavailable at the location L.

**208**. The system of claim **203**, wherein for at least one instance of the mobile station $M_0$, the selection process selects one of: the instance $I_1$, and the instance $I_2$ according to a result indicative of wireless signaling or environmental characteristics of a geographical area.

**209**. The method of claim **8**, wherein the first collection includes a first location estimation for a first location of the mobile station M obtained using the first technique, and a second location estimation for a second location of the mobile station M using the second technique.

**210**. The method of claim **8**, wherein a location estimate for M is obtained that is a result of a comparison, by computational machinery, of at least a portion of at least two of the first, second and third geographic location information.

**211**. The method as claimed in claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, at least one of said first and second location estimation determiners utilizes a mobile base station location estimation determiner for estimating a location of said mobile station M from location information received from a mobile base station detecting wireless transmissions of said mobile station M.

**212**. The method as claimed in claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, said first location estimation determiner is provided by computational machinery performing a coverage area location technique for estimating a location of said mobile station M at a location L, wherein the estimated location is associated with an area of a wireless coverage area for one of said communication stations, wherein the estimated location is included in the resulting location estimate of the mobile station M when the first location related information is unavailable or unsatisfactory for the location L.

**213**. The method of claim **1**, wherein, for at least one occurrence of locating one of the mobile stations for being M, at least one of the first and second location estimation determiners performs a technique for determining, for at least one of the communication stations, CS, an angular orientation about the communication station CS of a direction of the mobile station M determined using a measurement of a wireless signal direction of arrival of wireless signals transmitted between the mobile station M and the communication station CS;

wherein said at least one communication station CS is stationary.

**214**. The method of claim **1**, further including a step of providing information for activating at least one the first and second location estimation determiners, wherein said information for activating is output by a common activation requesting component.

**215**. The method of claim **1**, further including, for at least one occurrence of locating one of the mobile stations for being M, a step of obtaining one or more: (i) data indicative of an error for a geographical extent for locating the mobile station M, (ii) data indicative of an accuracy in a geographical extent for locating the mobile station M, and (iii) data indicative of a likelihood of the mobile station M being in a geographical extent for locating the mobile station M.

**216**. The method of claim **215**, wherein the at least one occurrence includes a plurality of occurrences of locating a plurality of the mobile stations for being M, wherein for each of the plurality of occurrences, a corresponding instance of the resulting location estimate includes the data indicative of the likelihood of the mobile station M being in the corresponding geographical extent for locating the mobile station M.

**217**. The method of claim **1**, wherein for at least one occurrence of locating one of the mobile stations for being M, the first geographical indication is not obtained, or is determined to not be effective for use in determining the corresponding instance of the resulting location estimate.

**218**. The method of claim **215**, wherein the at least one occurrence includes a plurality of occurrences of locating a plurality of the mobile stations for being M, wherein for each of the plurality of occurrences, a corresponding instance of the resulting location estimate includes the data indicative of the error or accuracy for the corresponding geographical extent for locating the mobile station M.

**219**. The method of claim **1**, wherein, for the occurrence of locating the one mobile station, the second geographical indication determines the spatial range for the one mobile station, wherein the spatial range is enhanced by communication between the one mobile station and at least one of the terrestrial communication stations.

**220**. The method of claim **52**, wherein the location related component is activated for the occurrence of locating the some one mobile station, and for the another occurrence of locating the one mobile station.

**221**. The method of claim **8**, wherein for determining a location L of an instance, $M_1$, of the mobile station M, the preference for determining the resulting information includes determining the resulting information without one of: (i) using corresponding instances of the second and third geographical location information for the location L, and (ii) obtaining corresponding instances of the second and third geographical location information for the location L;

wherein for determining a location $L_2$ of an instance, $M_2$, of the mobile station M, the resulting information is determined using one of using a corresponding instance

US 7,764,231 B1

**217**

of one of the second and third geographical location information for the location $L_2$.

**222**. The method of claim **8**, wherein for determining a location L of an instance, M, of the mobile station $M_1$, the substep (B3) of selecting for determining the resulting location estimate is performed and includes determining the resulting location estimate by discarding or filtering one of the first information for the location L;

wherein for determining a location $L_2$ of an instance, $M_2$, of the mobile station $M_1$, the substep (B3) of selecting for determining the resulting location estimate is performed and includes determining the resulting location estimate by discarding or filtering one of the second information for the location L.

**223**. The method as claimed in claim **155**, wherein said mobile station M is one of:

(1) co-located with a process that activates at least one of said location evaluators; and (2) includes a process that activates at least one of said location evaluators.

**224**. The method of claim **155**, wherein the step of determining includes using output criteria corresponding to an application identified for receiving the resulting location information, wherein an accuracy of the resulting location information is dependent upon the output criteria.

**225**. The method of claim **224**, wherein said output criteria includes at least some of:

(a) a granularity in which a location estimate of the mobile station M represented by said resulting location information is to be provided;

(b) a frequency with which repeated location estimates of the mobile station M are to be output to the application; and

(c) an indication as to whether a location estimate of the mobile station is to be adjusted according to a known geographical feature different from the communication stations.

**226**. The method of claim **169**, wherein the computational machinery for performing said first technique determines an instance of the first location information for a first of the mobile stations, using timing values from an instance Is of said corresponding input obtained from satellite signals received at the first mobile station from a plurality of satellites, and wherein said instance $I_S$ also includes additional data for improving on location information for the first mobile station obtained from said satellite signals, wherein said additional data is received by the first mobile station in a wireless communication between: said first mobile station, and a communication station of a collection of one or more of the plurality of terrestrial communication stations.

**227**. The location system as claimed in claim **185**, wherein each of the following limitations holds:

(a) said transmitting stations include GPS satellites;

(b) said network provides for a transmission to at least one of said two or more location providing sources using at least a portion of the Internet different from the network; and

(c) said selection component is activated by the network node.

**228**. The mobile station location system of claim **203**, further including at least one data storage provided by the

**218**

equipment, or provided by computational machinery that is in operative communication with the equipment, the at least one data storage having information indicative of past locations of some of the mobile stations provided by at least one of said estimating resources in providing previous location estimates of at least some of the mobile stations of Σ, wherein said information indicative of past locations is used for determining information indicative of a location of at least one mobile station being an instance of the mobile station $M_0$;

wherein the information indicative of a location of the at least one mobile station is used by the equipment for obtaining the location estimate.

**229**. The system of claim **203**

further including a combiner provided by the equipment, or provided by computational machinery that is in operative communication with the equipment, the combiner performing machine instructions for combining at least a portion of the first location information, and at least a portion of the second location information for $M_0$ for obtaining the location estimate.

**230**. The system of claim **203**, further including an output gateway provided by the equipment, or provided by computational machinery that is in operative communication with the equipment, the output gateway performing machine instructions for transmitting location information on one of the communications networks;

wherein the location information includes, said location estimate, wherein the output gateway provides for transmitting said location information according to one or more of the following transmission characteristics: (i) a destination for transmission, (ii) a data representation for transmission, (iii) a transmission protocol, (iv) a granularity of transmission, and (v) a frequency of transmitting an instance of the location information;

wherein the output gateway uses a description indicative of an input to be transmitted to the predetermined network destination for determining the one or more transmission characteristics, the description being one of a plurality of descriptions indicative of the one or more transmission characteristics for a plurality of different destinations to which the output gateway transmits a corresponding instance of the location information.

**231**. The system of claim **203**, wherein for transmitting the location information, the output gateway uses output criteria including at least some of:

(a) an identification of a transmission protocol;

(b) a granularity for representing a location estimate (LE) of the mobile station M, wherein LE is represented by said output location information; and

(c) a frequency with which repeated location estimates of the mobile station M are to be output to a destination corresponding to the request.

**232**. The system of claim **203** wherein for said instance $I_1$ being available, $I_1$ includes first data that is descriptive of location processing performed for locating $M_0$, and for said instance $I_2$ being available, $I_2$ includes second data that is descriptive of location processing for locating $M_0$.

\* \* \* \* \*