IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., A COLORADO LIMITED LIABILITY COMPANY,<br><br>PLAINTIFF,<br><br>V.<br><br>AT&T, INC., A DELAWARE CORPORATION; AT&T MOBILITY L.L.C., A DELAWARE LIMITED COMPANY; METROPCS COMMUNICATIONS, INC., A DELAWARE CORPORATION; METROPCS WIRELESS, INC., A DELAWARE CORPORATION; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, A TEXAS CORPORATION; SPRINT NEXTEL CORPORATION, A KANSAS CORPORATION; SPRINT SPECTRUM L.P., A DELAWARE LIMITED PARTNERSHIP; NEXTEL OF CALIFORNIA, INC., A DELAWARE CORPORATION; NEXTEL COMMUNICATION OF THE MID-ATLANTIC, INC., A DELAWARE CORPORATION; NEXTEL OF NEW YORK, INC., A DELAWARE CORPORATION; NEXTEL SOUTH CORP., A GEORGIA CORPORATION; NEXTEL OF TEXAS, INC., A TEXAS CORPORATION; NEXTEL WEST CORP., A DELAWARE CORPORATION; AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, A DELAWARE PARTNERSHIP,<br><br>DEFENDANTS. | CASE NO. 6:11-CV-96<br>JURY TRIAL DEMANDED |

ORDER

The Court has considered the Unopposed Motion to Extend the Time to File a Responsive Pleading of Defendants TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation ("Peoples"), and finding that the Motion is well taken, it is

ORDERED that Peoples shall have until May 20, 2011, in which to file a responsive pleading.

**So ORDERED and SIGNED this 20th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**