IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., A COLORADO limited LIABILITY company,<br><br>    PLAINTIFF,<br><br>V.<br><br>AT&T, INC., A DELAWARE CORPORATION; AT&T MOBILITY L.L.C., A DELAWARE limited COMPANY; METROPCS COMMUNICATIONS, INC., A DELAWARE corporation; METROPCS WIRELESS, INC., A DELAWARE corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, A TEXAS corporation; SPRINT NEXTEL CORPORATION, A KANSAS corporation; SPRINT SPECTRUM L.P., A DELAWARE limited PARTNERSHIP; NEXTEL OF CALIFORNIA, INC., A DELAWARE CORPORATION; NEXTEL COMMUNICATION OF THE MID-ATLANTIC, INC., A DELAWARE CORPORATION; NEXTEL OF NEW YORK, INC., A DELAWARE CORPORATION; NEXTEL SOUTH CORP., A GEORGIA corporation; NEXTEL OF TEXAS, INC., A TEXAS corporation; NEXTEL WEST CORP., A DELAWARE corporation; AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, A DELAWARE PARTNERSHIP,<br><br>    DEFENDANTS. | CASE NO. 6:11-CV-96 |

<u>DEFENDANT PEOPLES' DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas limited partnership ("Peoples") states:

1.	Peoples is wholly owned by Peoples Telephone Cooperative, Inc. Peoples Telephone Cooperative, Inc. is a telephone cooperative owned by its members. Its members are its customers, who reside in parts of thirteen counties in East Texas.

2.	There is no publicly held company that owns 10% (ten percent) or more of Peoples' stock.

DATED:  May 20, 2011.

>	Respectfully submitted,
>
>	MONNING & WYNNE, L.L.P.
>
>	By: /s/*Bruce Monning*_____
>	    Bruce Monning
>	    State Bar No. 14269500
>
>	The Cumberland Hill School Building
>	1901 N. Akard Street
>	Dallas, Texas  75201
>	Telephone: (214) 871-7182
>	Fax:  (214) 871-7179
>	Email:  bruce@monning.com
>
>	Michael C. Smith
>	State Bar No. 18650410
>	Siebman, Burg, Phillips & Smith, L.L.P.
>	113 East Austin
>	Marshall, Texas  75670
>	Telephone: (903) 938-8900
>	Fax: (972) 767-4620
>	Email: michaelsmith@siebman.com
>
>	ATTORNEYS FOR DEFENDANT
>	TEXAS RSA 7B3, L.P. D/B/A
>	PEOPLES WIRELESS SERVICES

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20 day of May, 2011.

/s/*Bruce Monning*
Bruce Monning