**Appendix K**             Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___TYLER___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE



Receipt 3545
6-

FILED CLERK
U.S. DISTRICT COURT
2011 JUN -6 PM 4:11
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __6:11-cv-96__
Style: __TracBeam, L.L.C. v. AT&T Inc., et al.__
2. Applicant is representing the following party/ies: __MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.__
3. Applicant was admitted to practice in __Virginia__ (state) on __1984__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__SEE ATTACHED__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Edward A. Pennington__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __June 1, 2011__      Signature __Ed A. Pennington__ (signed)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Edward A. Pennington
State Bar Number 23511 [Virginia]
Firm Name: Murphy & King, Professional Corporation
Address/P.O. Box: 1055 Thomas Jefferson St., N.W., #400
City/State/Zip: Washington, D.C. 20007
Telephone #: (202)403-2101
Fax #: (202) 429-4380
E-mail Address: eap@murphyking.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __6/8/11__

*David Maland* (signature)
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

| Court/Jurisdiction | Year of Admission | Court Office and Address |
|---|---|---|
| District of Columbia | 1989 | 1101 K Street, N.W. Suite 200 Washington, D.C. 20005-4210 |
| Commonwealth of Virginia | 1984 | Clerk of the Court Supreme Court of Virginia P.O. Box 1315 100 North Ninth Street, 5th Floor Richmond, VA 23219-1315 |
| United States Patent and Trademark Office | 1987 | Mail Stop OED Director of the U.S. Patent & Trademark Office P.O. Box 1450 Alexandria, VA 22313-1450 |
| U.S. Court of Appeals for the Federal Circuit | 1986 | U.S. Court of Appeals for the Federal Circuit 717 Madison Place, NW Washington D.C. 20439 |
| U.S. Court of Appeals for the Third Circuit | 2007 | Office of the Clerk United States Court of Appeals for the Third Circuit 21400 U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1790 |

| | | |
|---|---|---|
| U.S. Court of Appeals for the Fourth Circuit | 1984 | Lewis F. Powell, Jr.<br>United States Courthouse<br>1100 East Main Street<br>Richmond, VA 23219 |
| U.S. District Court for the District of Columbia | 1994 | U.S. District Court<br>District of Columbia<br>333 Constitution Avenue<br>Washington, D.C. 20001 |
| U.S. District Court for the Eastern District of Virginia | 1984 | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314 |
| U.S. District Court for the District of Maryland | 2009 | Baltimore Division<br>101 W. Lombard Street<br>Baltimore, MD 21201 |
| U.S. Supreme Court | 1988 | Clerk, Supreme Court of the United States<br>Admissions Office<br>1 First St., N.E.<br>Washington, D.C. 20543-0001 |

573374