## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation.<br><br>        Defendants. | CASE NO. 6:11-cv-96<br><br>**Jury Trial Demanded** |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff TracBeam, L.L.C. hereby notifies the Court that the case is ready for a

scheduling conference.  All parties have answered or filed a motion to dismiss.

(1) The following motion is pending before the Court:

Dkt. 72 – Motion to Dismiss for Failure to State a Claim of Willful Infringement Under Fed. R. Civ. P. 12(b)(6) by Defendants AT&T Inc., AT&T Mobility, L.L.C., Sprint Nextel Corporation, Sprint Spectrum L.P., Nextel of California, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., Nextel of Texas, Inc., Nextel West Corp, and Cellco Partnership d/b/a Verizon Wireless.

(2) There are no related cases previously filed in the Eastern District of Texas involving the

patents-in-suit.

(3) The patents-in-suit are U.S. Patent Nos. 7,764,231 and 7,525,484.


Dated:  July 18, 2011                          Respectfully submitted,


                                               By:  */s/ Jonathan Gottfried*

                                               Gregory S. Dovel
                                               CA State Bar No. 135387
                                               Email: greg@dovellaw.com
                                               Jonathan Gottfried
                                               NY State Bar No. 4269163
                                               Email: jonathan@dovellaw.com
                                               DOVEL & LUNER, LLP
                                               201 Santa Monica Blvd., Suite 600
                                               Santa Monica, CA 90401
                                               Telephone:  310-656-7066
                                               Facsimile:  310-657-7069


                                               S. Calvin Capshaw
                                               State Bar No. 03783900
                                               Elizabeth L. DeRieux
                                               State Bar No. 05770585
                                               CAPSHAW DERIEUX, L.L.P.
                                               114 E. Commerce
                                               Gladewater, Texas 75647
                                               Telephone: (903) 236-9800
                                               Facsimile: (903) 236-8787
                                               Email:  capshaw@capshawlaw.com
                                               Email:  ederieux@capshawlaw.com


                                               Robert Christopher Bunt
                                               State Bar No. 00787165

Email: cbunt@cox-internet.com
PARKER & BUNT, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
TRACBEAM, L.L.C.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 18th day of July 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Jonathan Gottfried*
JONATHAN GOTTFRIED