**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC.,<br><br>　　　　Defendants. | Case No. 6:11-cv-00096-LED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PARTIES TO COMPLY WITH P.R. 3-1 THROUGH P.R. 3-4 AND ADDITIONAL DISCLOSURES**

　　Before the Court is Plaintiff TracBeam, L.L.C.'s Unopposed Motion for Extension of Time For Parties to Comply with P.R. 3-1, P.R. 3-2, P.R. 3-3, P.R. 3-4, and Additional Disclosures. Having considered the matter the Court GRANTS the motion and extends the date for Plaintiff to comply with P.R. 3-1 and 3-2 up to and including September 16, 2011. The Court further extends the date for Defendants to comply with P.R. 3-3 and 3-4 up to and including December 16, 2011. Additional Disclosures will be completed on or by February 15, 2012.

**So ORDERED and SIGNED this 12th day of September, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**