IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **TRACBEAM, LLC** § | |
| § | |
| Plaintiff, § | |
| § | **CASE NO. 6:11-CV-96** |
| vs. § | **PATENT CASE** |
| § | |
| **AT&T INC., ET AL.** § | |
| § | |
| Defendants. § | |

**ORDER**

In accordance with the status conference held September 6, 2011, this case is set as follows:

| | |
|---:|:---|
| *Markman* **Hearing:** | November 8, 2012 at 9:00 a.m. |
| **Pretrial Conference:** | October 24, 2013 at 9:00 a.m. |
| **Jury Selection:** | November 4, 2013 at 9:00 a.m. |
| **Jury Trial:** | November 12, 2013 at 9:00 a.m. |

The parties are to submit agreed Docket Control and Discovery Orders to the Court by **September 26, 2011.**[1]  <u>The parties shall include in the Docket Control Order the name and contact information of their agreed mediator, with the first round of mediation taking place before the claim construction hearing.</u>  If the parties cannot agree on a mediator, the Court will appoint one. Requests or motions for extension of time for parties to agree on a mediator will not be considered by the Court.

If the parties are unable to resolve their disagreements concerning the Docket Control and

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=2192  The Court has recently revised its Docket Control Order and directs the parties to use the form on the Court's website.

Discovery Orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the Court deems **September 26, 2011** as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due **September 16, 2011.**[2]

**So ORDERED and SIGNED this 12th day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

---

[2] If the Court has granted an extension for either one of the deadlines, the extension remains in effect as the proper deadline.