# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation.<br><br>Defendants. | CASE NO. 6:11-cv-96<br><br>**Jury Trial Demanded** |

## Plaintiff TracBeam, L.L.C.'s Notice of P.R. 3-1 and P.R. 3-2 Disclosures

Plaintiff TracBeam, L.L.C. ("TracBeam") hereby notifies the Court and all parties of

record that on September 16, 2011, TracBeam served Patent Rule 3-1 disclosures as to AT&T

Inc., AT&T Mobility L.L.C., MetroPCS Communications, Inc., MetroPCS Wireless, Inc., Texas RSA 7B3, L.P. D/B/A Peoples Wireless Services,  Cellco Partnership d/b/a Verizon Wireless, Google, Inc., and Skyhook Wireless, Inc., pursuant to the Local Rules for the United States District Court for the Eastern District Of Texas.  Plaintiff TracBeam further notifies the Court and all parties of record that on September 16, 2011, TracBeam served Patent Rule 3-2 disclosures as to AT&T Inc., AT&T Mobility L.L.C., MetroPCS Communications, Inc., MetroPCS Wireless, Inc., Texas RSA 7B3, L.P. D/B/A Peoples Wireless Services, Sprint Nextel Corporation, Sprint Spectrum L.P., Nextel Of California, Inc., Nextel Communications Of The Mid-Atlantic, Inc., Nextel Of New York, Inc., Nextel South Corp., Nextel Of Texas, Inc., Nextel West Corp., Cellco Partnership d/b/a Verizon Wireless, Google, Inc., and Skyhook Wireless, Inc., pursuant to the Local Rules for the United States District Court for the Eastern District Of Texas.

Dated:  September 16, 2011

By:  */s/ Jonathan Gottfried*

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Jonathan Gottfried
NY State Bar No. 4269163
Email: jonathan@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce
Gladewater, Texas 75647

Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
PARKER & BUNT, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

ATTORNEYS FOR PLAINTIFF
TRACBEAM, L.L.C.

Case 6:11-cv-00096-LED   Document 99    Filed 09/16/11   Page 4 of 5 PageID #:  1092

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 16th day of September 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Jonathan Gottfried*
JONATHAN GOTTFRIED