**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation. <br><br> Defendants. | CASE NO. 6:11-cv-96 <br><br> **Jury Trial Demanded** |

**JOINT MOTION FOR ENTRY OF PROPOSED DOCKET CONTROL ORDER**

The parties[1] have reached an agreement on a proposed Docket Control Order (attached as Exhibit A).  The parties jointly request that the Court issue the attached proposed order.

Dated:  October 6, 2011                          Respectfully submitted,

By:  /s/ *Elizabeth L. DeRieux*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
**CAPSHAW DERIEUX, L.L.P.**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  ccapshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Gregory S. Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Jonathan Gottfried
NY State Bar No. 4269163
Email: jonathan@dovellaw.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com

---

[1] Sprint Nextel Corporation, Sprint Spectrum LP, Nextel of California, Inc., Nextel Communications of the MidAtlantic, Inc., Nextel of New York, Inc., Nextel South Corp., Nextel of Texas, Inc. and Nextel West Corp. are not included in this Joint Motion as their deadlines have been stayed pursuant to the Court's Order of September 22, 2011 (Dkt. 102).

**PARKER & BUNT, P.C.**
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

*ATTORNEYS FOR PLAINTIFF
TRACBEAM, L.L.C.*


*/s/ Bryant C. Boren, Jr.*
      Signed with permission
Bryant C. Boren, Jr., Lead Attorney
State Bar No. 02664100
Email: bryant.c.boren@bakerbotts.com
Christopher W. Kennerly
State Bar No. 00795077
Email: chris.kennerly@bakerbotts.com
Kevin E. Cadwell
State Bar No. 24036304
Email: kevin.cadwell@bakerbotts.com
Jon V. Swenson (*pro hac vice* pending)
jon.swenson@bakerbotts.com
**BAKER BOTTS L.L.P.**
620 Hansen Way
Palo Alto, California 94304
650.739.7501 – Voice
650.739.7601 – Facsimile

Chad C. Walters
State Bar No. 24034730
Email: chad.walters@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
214.953.6500 – Voice
214.953.6503 – Facsimile

*ATTORNEYS FOR DEFENDANTS
AT&T INC. AND AT&T MOBILITY LLC*

/s/ E. Glenn Thames, Jr.
      Signed with permission
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com

**POTTER MINTON**
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

Edward A. Pennington (*pro hac vice*)
Stephanie D. Scruggs (*pro hac vice*)
Siddhesh V. Pandit (*pro hac vice*)
**Murphy & King, P.C.**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Tel: (202) 403-2100
Fax: (202) 429-4380
eap@murphyking.com
sds@murphyking.com
svp@murphyking.com

*ATTORNEYS FOR DEFENDANTS METROPCS COMMUNICATIONS, INC. AND METROPCS WIRELESS, INC.*

/s/ *Bruce Monning*
        Signed with permission
Bruce Monning
State Bar No. 14269500
The Cumberland Hill School Building
1901 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 871-7182
Fax: (214) 871-7179
Email: bruce@monning.com

Michael C. Smith
State Bar No. 18650410
**Siebman, Burg, Phillips & Smith, L.L.P.**
113 East Austin
Marshall, Texas 75670
Telephone: (903) 938-8900
Fax: (972) 767-4620
Email: michaelsmith@siebman.com

*ATTORNEYS FOR DEFENDANT TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES*

*/s/ Vincent J. Belusko*
    Signed with permission
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON, P.C.**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
(903) 597-8311 (telephone)
(903) 593-0846 (facsimile)

Vincent J. Belusko (pro hac vice) (lead attorney)
vbelusko@mofo.com
Martin M. Noonen (pro hac vice)
mnoonen@mofo.com
Alex S. Yap (pro hac vice)
ayap@mofo.com
Jason J. Lee (pro hac vice)
jlee@mofo.com
**MORRISON & FOERSTER LLP**
555 West Fifth Street
Los Angeles, California 90013-1024
(213) 892-5200 (telephone)
(213) 892-5454 (facsimile)

*ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS*

*/s/ Susan Baker Manning*
    Signed with permission
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500

Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Susan Baker Manning (pro hac vice pending)
susan.manning@bingham.com
Robert C. Bertin (pro hac vice pending)
robert.bertin@bingham.com
**BINGHAM McCUTCHEN LLP**
2020 K Street, NW
Washington, DC 20006-1806
Tel: (202) 373-6000
Fax: (202) 373-6001

***ATTORNEYS FOR DEFENDANT GOOGLE INC.***

*/s/ Morgan Chu*
      Signed with permission
Morgan Chu – Lead Attorney
Samuel K. Lu
Lina F. Somait
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010
mchu@irell.com
slu@irell.com
lsomait@irell.com

Wesley Hill
Tex. Bar No. 24032294
**WARD & SMITH LAW FIRM**
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Fax: (903) 757-2323
Email: wh@wsfirm.com

***ATTORNEYS FOR DEFENDANT SKYHOOK WIRELESS, INC.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of October, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Elizabeth L. DeRieux*
                                                ELIZABETH L. DERIEUX