# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation. <br><br> Defendants. | CASE NO. 6:11-cv-96 <br><br> **Jury Trial Demanded** |

## ORDER GRANTING AGREED MOTION TO STAY DEADLINES

Before the Court came the Agreed Motion to Stay Deadlines between TracBeam, L.L.C.

("TracBeam") and Sprint Nextel Corporation, Sprint Spectrum L.P., Nextel of California, Inc.,

Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., Nextel of Texas, Inc., and Nextel West Corp. (collectively "Sprint Nextel"). This is the second stay, the first having been granted on September 22, 2011 and expiring on October 22, 2011. After consideration of same, the Court finds that said Agreed Motion is GRANTED.

IT IS THEREFORE ORDERED that all pending deadlines between TracBeam and Sprint Nextel in this matter are stayed thirty (30) days from the date of this order.

**So ORDERED and SIGNED this 20th day of October, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**