**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TRACBEAM, LLC** | § § § | |
| **Plaintiff,** | § § | **CASE NO. 6:11-CV-96** |
| vs. | § § | **PATENT CASE** |
| **AT&T INC., ET AL.** | § § | |
| **Defendants.** | § § | |

**ORDER**

Before the Court is the parties' Joint Motion For Entry of Disputed Discovery Order (Doc. No. 108). The Court **ORDERS** the parties to submit a discovery order reflecting the following resolutions to the disputed issues:

- Paragraph 3(A): Each Defendant may serve up to 15 interrogatories on Plaintiff, and the group of Defendants may serve up to 15 common interrogatories;

- Paragraph 3(B): Each Defendant may serve up to 20 requests for admission on Plaintiff, and the group of Defendants may serve up to 20 common requests for admission;

- Paragraph 3(E)(iii): Defendants may take up to 17 hours of deposition of Dennis J. Dupray on all relevant matters in his individual capacity or as a 30(b)(6) witness;

- Paragraph 3(E)(iv): three additional hours for each additional Defendant still in the case at the time of the deposition;

- Paragraph 4: Documents or information are not required to be logged on any privilege

log if: (for plaintiff) they were created on or after 60 days before the date of the filing of the Complaint in the present case; (for Defendants) they were created on or after the date of the filing of the Complaint in the present case.

**So ORDERED and SIGNED this 20th day of October, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**