IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

TRACBEAM, L.L.C., A COLORADO LIMITED
LIABILITY COMPANY,

    PLAINTIFF,

V.

AT&T, INC., A DELAWARE CORPORATION;
AT&T MOBILITY L.L.C., A DELAWARE
LIMITED COMPANY; METROPCS
COMMUNICATIONS, INC., A DELAWARE
CORPORATION; METROPCS WIRELESS, INC.,
A DELAWARE CORPORATION; TEXAS RSA 7B3,
L.P. d/b/a PEOPLES WIRELESS SERVICES, A
TEXAS CORPORATION; SPRINT NEXTEL
CORPORATION, A KANSAS CORPORATION;
SPRINT SPECTRUM L.P., A DELAWARE
LIMITED PARTNERSHIP; NEXTEL OF
CALIFORNIA, INC., A DELAWARE CORPORATION;
NEXTEL COMMUNICATION OF THE MIDATLANTIC,
INC., A DELAWARE CORPORATION;
NEXTEL OF NEW YORK, INC., A DELAWARE
CORPORATION; NEXTEL SOUTH CORP., A
GEORGIA CORPORATION; NEXTEL OF TEXAS,
INC., A TEXAS CORPORATION; NEXTEL WEST
CORP., A DELAWARE CORPORATION; AND
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, A DELAWARE PARTNERSHIP,

    DEFENDANTS.

CASE NO. 6:11-CV-96

## NOTICE OF ATTORNEY APPEARANCE AND CHANGE IN LEAD COUNSEL DESIGNATION.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Texas RSA 7B3, L.P. d/b/a Peoples Wireless Services, and files this Notice of Attorney Appearance and Change in Lead Counsel Designation and would show as follows:

Texas RSA 7B3, L.P. d/b/a Peoples Wireless Services notifies the Court and the parties of the appearance of Elvin E. Smith, III of the Law Offices of Elvin E. Smith, III PLLC as counsel on their behalf. Defendant also requests that Mr. Smith, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

Texas RSA 7B3, L.P. d/b/a Peoples Wireless Services respectfully requests that Elvin E. Smith, III be designated as lead counsel for Defendant Texas RSA 7B3, L.P. d/b/a Peoples Wireless Services in place of Wright Bruce Monning.

DATED: November 18, 2011.

Respectfully submitted,

s/ Elvin E. Smith, III

Elvin E. Smith, III
Texas State Bar No. 00784995
Law Offices of Elvin E. Smith, III PLLC
307 Dartbrook
Rockwall, Texas 75087
Telephone: 972-722-2475
Facsimile: 972-722-3332
esmith@eeslaw.com

ATTORNEY FOR DEFENDANT TEXAS RSA 7b3, L.P. d/b/a PEOPLES WIRELESS SERVICES

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 18th day of November, 2011. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

s/ Elvin E. Smith, III

Elvin E. Smith, III