# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TRACBEAM, L.L.C., | ) | |
| | ) | Civil Action No. 6:11-cv-96 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| AT&T INC., et al. | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LOCATION LABS., | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |

## ORDER GRANTING WAVEMARKET INC., D/B/A AS LOCATION LABS' UNOPPOSED MOTION TO INTERVENE

On this day came for consideration WaveMarket Inc., d/b/a as Location Labs' Unopposed Motion to Intervene, which was not opposed by Plaintiff TracBeam, L.L.C. After considering the same, the Court is of the opinion that the motion should be granted.

It is hereby ORDERED that Location Labs' Unopposed Motion to Intervene is GRANTED.

**So ORDERED and SIGNED this 7th day of February, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**