# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATION OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 6:11-cv-96<br><br>JURY DEMANDED |

## DEFENDANT SKYHOOK WIRELESS, INC.'S NOTICE OF COMPLIANCE WITH PARAGRAPH 2 OF THE DISCOVERY ORDER

Defendant Skyhook Wireless, Inc. hereby notifies the Court that on February 15, 2012, it served counsel of record for Plaintiff TracBeam, L.L.C. with the Additional Disclosures required by the Docket Control Order (D.I. 110) and Paragraph 2 of the Court's Discovery Order (D.I. 114).

2567815

DATED:  February 15, 2012                          Respectfully submitted,


                                                   /s/  *Lina F. Somait*
                                                   Lina F. Somait
                                                   Samuel K. Lu
                                                   IRELL & MANELLA LLP
                                                   1800 Avenue of the Stars, Suite 900
                                                   Los Angeles, California 90067-4276
                                                   (310) 277-1010
                                                   slu@irell.com
                                                   lsomait@irell.com

                                                   Wesley Hill
                                                   Tex. Bar No. 24032294
                                                   WARD & SMITH LAW FIRM
                                                   111 W. Tyler St.
                                                   Longview, Texas 75601
                                                   Telephone: (903) 757-6400
                                                   Fax: (903) 757-2323
                                                   Email: wh@wsfirm.com

                                                   **ATTORNEYS FOR DEFENDANT SKYHOOK
                                                   WIRELESS, INC.**


                                CERTIFICATE OF SERVICE

I certify that on February 15, 2012, all counsel of record for Plaintiff were served with a copy of

this document by the Court's Electronic Filing System, pursuant to Local Rule CV- 5(a)(3)(A).


                                                   /s/ *Lina F. Somait*
                                                   Lina F. Somait