IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TracBeam, LLC,<br><br>    Plaintiff<br><br>v.<br><br>AT&T, Inc., *et al*<br><br>    Defendants | Civil Action No. 6:11-cv-96 [LED] |

**DEFENDANT METROPCS COMMUNICATIONS, INC. AND
METROPCS WIRELESS, INC.'S NOTICE OF ADDITIONAL DISCLOSURES**

Defendants MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. hereby certify that on February 15, 2012 they served plaintiff's counsel with their Additional Disclosures pursuant to paragraph 2 of the Court's October 27, 2011 Discovery Order (dkt. 114) and the Court's October 19, 2011 Docket Control Order (dkt. 110).

Dated: February 15, 2012

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON, A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

        Edward A. Pennington (*pro hac vice*)
        Stephanie D. Scruggs (*pro hac vice*)
        Siddhesh V. Pandit (*pro hac vice*)
        MURPHY & KING, P.C.
        1055 Thomas Jefferson Street, N.W., Suite 400
        Washington, D.C. 20007
        Tel: (202) 403-2100
        Fax: (202) 429-4380
        eap@murphyking.com
        sds@murphyking.com
        svp@murphyking.com

        *Attorneys for Defendants MetroPCS*
        *Communications, Inc. and MetroPCS Wireless, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 15, 2012. All other counsel of record will be served by first class mail.

        */s/ E. Glenn Thames, Jr.*
        E. Glenn Thames, Jr.