**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company, | |
| Plaintiff, | CASE NO. 6:11-cv-96 |
| vs. | **Jury Trial Demanded** |
| AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited liability company; METROPCS COMMUNICATIONS, INC., a Delaware corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., a Delaware limited partnership; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation; NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation; and SKYHOOK WIRELESS, INC., a Delaware corporation. | |
| Defendants. | |

## AGREED MOTION TO STAY DEADLINES

Plaintiff TracBeam, LLC ("TracBeam") respectfully files this Agreed Motion to Stay Deadlines and would show the Court as follows:

Because of an agreement in principle, the Court granted on December 14, 2011 (D.I. 128) and on January 17, 2012 (D.I. 136), TracBeam's Motions to Stay Deadlines for 30 days between TracBeam andTexas RSA 7B3, L.P. d/b/a Peoples WirelessServices ("Peoples Wireless"). Because of continuing efforts to reach a settlement in principle, TracBeam requests an additional thirty (30) day stay of upcoming deadlines with regard to Peoples Wireless. TracBeam seeks this extension of time not for delay but for good cause and that justice may be served. Peoples Wireless is not opposed to the relief requested in this motion.

WHEREFORE, PREMISES CONSIDERED, TracBeam prays that the Court enter the attached order and stay all pending deadlines between TracBeam and Peoples Wireless for thirty (30) days.

Dated: February 16, 2012

Respectfully submitted,

By: /s/ *Elizabeth L. DeRieux*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
**CAPSHAW DERIEUX, L.L.P.**
114 E. Commerce Ave.
Gladewater, Texas75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email:jrambin@capshawlaw.com

        Gregory S. Dovel
        CA State Bar No. 135387
        Email: greg@dovellaw.com
        Jonathan Gottfried
        NY State Bar No. 4269163
        Email: jonathan@dovellaw.com
        **DOVEL & LUNER, LLP**
        201 Santa Monica Blvd., Suite 600
        Santa Monica, CA 90401
        Telephone: 310-656-7066
        Facsimile: 310-657-7069

        Robert Christopher Bunt
        State Bar No. 00787165
        Email: cbunt@cox-internet.com
        **PARKER & BUNT, P.C.**
        100 East Ferguson, Ste. 1114
        Tyler, TX 75702
        Telephone: 903/531-3535
        Facsimile: 903/533-9687

        ***ATTORNEYS FOR PLAINTIFF***
        ***TRACBEAM, L.L.C.***

### CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 16, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Elizabeth L. DeRieux*
        Elizabeth L. DeRieux