# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., | ) |
|        Plaintiff, | ) Civil Action No. 6:11-cv-96 |
| v. | ) JURY TRIAL DEMANDED |
| AT&T INC., et al. | ) |
|        Defendants, | ) |
| and | ) |
| LOCATION LABS., | ) |
|        Intervenor. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Intervenor LOCATION LABS ("Location Labs"), files this Notice of Appearance, and hereby notifies the Court that Shailendra K. Maheshwari enters his appearance, in this matter as counsel for Location Labs for the purpose of receiving notices and orders from the Court.

Dated:  February 21, 2012          Respectfully submitted,

          */s/ Shailendra K. Maheshwari*
          Shailendra K. Maheshwari
          Admitted to Eastern District of Texas
          SNR Denton US LLP
          1301 K Street, N.W.
          Suite 600, East Tower
          Washington, D.C. 20005
          Telephone: (202) 408-6400
          Facsimile:  (202) 408-6399
          Email: shailendra.maheshwari@snrdenton.com

          Attorneys for Location Labs

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of February of 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          */s/ Jocasta Wong*
                                          Jocasta Wong