**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., | **Case No. 6:11-cv-00096-LED** |
| Plaintiff, | |
| v. | |
| AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC., | |
| Defendants. | |

**DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC'S UNOPPOSED MOTION**
**FOR ENTRY OF ORDER AUTHORIZING FILINGS UNDER SEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants AT&T Inc. and AT&T Mobility LLC (collectively, "Defendants") submit this Unopposed Motion to the Court seeking the entry of an Order in the above action permitting the filing of Defendants' Motion to Strike Plaintiff TracBeam LLC's Infringement Contentions and attached exhibits under seal. In support, Defendants state to the Court as follows:

1.   A Protective Order has not yet been entered in this action.

2.   Defendants wish to file their Motion to Strike Plaintiff TracBeam LLC's Infringement Contentions and supporting exhibits. Defendants' Motion contains confidential information

regarding Defendants' products and services.   In addition, two of the exhibits to Defendants' Motion are documents served as part of TracBeam's Patent Rule 3-1 disclosures, which have been designated by Plaintiff TracBeam LLC as "CONFIDENTIAL."   Therefore, it is necessary to file Defendants' Motion and supporting exhibits under seal.

3.      As set forth in the caption, this motion is unopposed.

Wherefore, Defendants AT&T Inc. and AT&T Mobility LLC seek the entry of an Order submitted concurrently herewith, permitting the filing of the foregoing documents under seal.

Dated: February 23, 2012                Respectfully submitted,

                                        By:     */s/ Bryant C. Boren, Jr.*
                                                Bryant C. Boren, Jr., Lead Attorney
                                                State Bar No. 02664100
                                                Email:  bryant.c.boren@bakerbotts.com
                                                Christopher W. Kennerly
                                                State Bar No. 00795077
                                                Email:  chris.kennerly@bakerbotts.com
                                                Kevin E. Cadwell
                                                State Bar No. 24036304
                                                Email:  kevin.cadwell@bakerbotts.com
                                                Jon V. Swenson (*pro hac vice*)
                                                jon.swenson@bakerbotts.com
                                                **BAKER BOTTS L.L.P.**
                                                620 Hansen Way
                                                Palo Alto, California 94304
                                                650.739.7501 – Voice
                                                650.739.7601 – Facsimile

                                                Chad C. Walters
                                                State Bar No. 24034730
                                                Email:  chad.walters@bakerbotts.com
                                                **BAKER BOTTS L.L.P.**
                                                2001 Ross Avenue
                                                Dallas, Texas 75201
                                                214.953.6500 – Voice
                                                214.953.6503 – Facsimile

                                                Trey Yarbrough
                                                State Bar No. 22133500
                                                **YARBROUGH WILCOX, PLLC**
                                                100 E. Ferguson St., Ste. 1015
                                                Tyler, Texas 75702
                                                (903) 595-3111
                                                Fax: (903) 595-0191
                                                Trey@yw-lawfirm.com

                                                ***Attorneys for Defendants***
                                                ***AT&T Inc. and AT&T Mobility L.L.C.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 23, 2012.

*/s/ Christopher W. Kennerly*
Christopher W. Kennerly