**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC., <br><br>　　　　Defendants. | Case No. 6:11-cv-00096-LED |

**ORDER AUTHORIZING FILINGS UNDER SEAL**

The Court, having considered Defendants AT&T Inc. and AT&T Mobility LLC's unopposed motion for the entry of an Order authorizing Defendants' motion to strike Plaintiff TracBeam LLC's infringement contentions and its supporting declarations and exhibits to be filed under seal, finds that this motion should be GRANTED.

It is therefore ORDERED that Defendants AT&T Inc. and AT&T Mobility LLC's motion to strike Plaintiff TracBeam LLC's infringement contentions, and its supporting declarations and exhibits, be filed and maintained under seal.

**So ORDERED and SIGNED this 24th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**