IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TRACBEAM, .L.L.C., a Colorado limited Liability company, | § § § | |
| Plaintiff, | § § | Case No 6:11-cv-00096-LED |
| v. | § § | **Jury Trial Demanded** |
| | § § | |
| AT&T INC., a Delaware corporation; AT&T MOBILITY L.L.C., a Delaware limited Liability company; METROPCS COMMUNICATIONS, INC., a Delaware Corporation; METROPCS WIRELESS, INC., a Delaware corporation; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES, a Texas corporation; SPRINT NEXTEL CORPORATION, a Kansas corporation; SPRINT SPECTRUM L.P., A Delaware limited partnership; NEXTEL of CALIFORNIA, INC., a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC., a Delaware corporation; NEXTEL OF NEW YORK, INC., a Delaware corporation; NEXTEL SOUTH CORP., a Georgia corporation NEXTEL OF TEXAS, INC., a Texas corporation; NEXTEL WEST CORP., a Delaware corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware partnership; GOOGLE, INC., a Delaware corporation, and SKYHOOK WIRELESS, INC., a Delaware corporation. | § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | | |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Christopher Schenck, of the law firm of Bracewell & Giuliani LLP, enters his appearance in this matter for Defendant Google Inc.

-2-

("Google") for the purpose of receiving notices and orders from the Court, and appearing at all conferences, hearings and at trial.

Dated: March 1, 2012	Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

/s/ *Christopher Schenck*
    Christopher Schenck

Christopher Schenck
Washington State Bar No.37997
chris.schenck@bgllp.com
701 5th Avenue, Suite, Suite 620
Seattle, WA 98104
Tel: (206) 204-6200
Fax: (800) 404-3970

*Counsel for Defendant Google Inc.*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a electronic mail, facsimile transmission and/or first class mail.

                                  /s/ *Christopher Schenck*
                                     Christopher Schenck