IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TRACBEAM, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 6:11-CV-96 |
| vs. | § | PATENT CASE |
| | § | |
| AT&T INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are the parties' Joint Motion For Entry of Disputed Protective Order (Doc. No. 154) and Joint Motion For Entry of Disputed Order Regarding Electronic Discovery (Doc. No. 155). Regarding the Disputed Protective Order (Doc. No. 154), the Court **ORDERS** the parties to submit a protective order reflecting the following resolutions to the disputed issues:

- Disputed Issue #1: resolved in favor of Defendants' proposal to exclude the language regarding the need to produce two electronic copies of source code in searchable PDF format;

- Disputed Issue #2: resolved in favor of Plaintiff's proposal regarding how much Source Code may be in printed form at any one time;

- Disputed Issue #3: resolved in favor of Plaintiff's proposal regarding the prosecution bar.

Regarding the Disputed Electronic Discovery Order (Doc. No. 155), the parties are to review the Local Rules for the Eastern District of Texas, Appendix P: Order Regarding E-Discovery in Patent Cases. *See* http://www.txed.uscourts.gov/page1.shtml?location=rules. Thereafter, the parties are **ORDERED** to meet and confer and file a joint motion indicating any remaining disputes regarding

an electronic discovery order for this case.

    **So ORDERED and SIGNED this 1st day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**