## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., | |
|      Plaintiff, | |
|      v. | |
| AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. d/b/a PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC.. | Case No. 6:11-cv-00096-LED |
|      Defendants, | |
| and | |
| LOCATION LABS, | |
|      Intervenor. | |

## ORDER GRANTING UNOPPOSED MOTION TO SUPPLEMENT THE DOCKET CONTROL ORDER REGARDING DEADLINES BETWEEN PLAINTIFF TRACBEAM, L.L.C. AND INTERVENOR LOCATIONS LABS

On this day, the Court considered the Motion to Supplement the Docket Control Order filed by Plaintiff TracBeam, L.L.C.After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the deadline for Plaintiff TracBeam, L.L.C. and Intervenor Location Labs, Inc. regarding the Service of "Disclosures" pursuant to Paragraph 1 of the Discovery Order (ECF No. 114) is March 9, 2012.

ORDERED that the deadline for Plaintiff TracBeamto comply with P.R. 3-1 and P.R. 3-2 with respect to Intervenor Location Labs is March 16, 2012.

ORDERED that the deadline for Intervenor Location Labs to comply with P.R. 3-3 and P.R. 3-4, as well as for Plaintiff TracBeam and Intervenor Location Labs to comply with service of "Additional Disclosures" pursuant to paragraph 2 of the Discovery Order (ECF No. 114), is April 30, 2012.


**So ORDERED and SIGNED this 9th day of March, 2012.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**