IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., | |
| PLAINTIFF, | CIVIL ACTION NO. 6:11-CV-96 |
| v. | |
| AT&T INC., et al | JURY TRIAL DEMANDED |
| DEFENDANTS. | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT SKYHOOK WIRELESS, INC.

COMES NOW Morgan Chu, Samuel K. Lu and Lina F. Somait, attorneys of record in the above-styled and numbered cause, and file this unopposed motion to withdraw as counsel of record for Defendant, Skyhook Wireless, Inc., and would respectfully show the Court as follows:

Morgan Chu, Samuel K. Lu, Lina F. Somait and Irell & Manella LLP Law Firm hereby request permission to withdraw from representing Skyhook Wireless, Inc. in the above-entitled and numbered cause. Skyhook Wireless, Inc. consents to the withdrawal, and the withdrawal will not have a materially adverse effect on Skyhook Wireless, Inc. as it is still represented by competent counsel who are fully capable of representing the interests of Skyhook Wireless, Inc. No party has objected to this withdrawal.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion and permit Morgan Chu, Samuel K. Lu, Lina F. Somait and Irell & Manella LLP Law Firm to withdraw from the instant action.

Respectfully submitted,

/s/ Lina F. Somait
Morgan Chu – Lead Attorney
Samuel K. Lu
Lina F. Somait
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010
mchu@irell.com
slu@irell.com
lsomait@irell.com

**Attorneys for Skyhook Wireless, Inc.**

## CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

/s/ Lina F. Somait
Lina F. Somait

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 9th day of March, 2012.

/s/ Lina F. Somait
Lina F. Somait