# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. d/b/a PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC..<br><br>    Defendants,<br><br>and<br><br>LOCATION LABS,<br><br>    Intervenor. | Case No. 6:11-cv-00096-LED |

## AGREED MOTION TO STAY DEADLINES

Plaintiff TracBeam, LLC ("TracBeam") respectfully files this Agreed Motion to Stay Deadlines and would show the Court as follows:

Because of an agreement in principle, the Court granted on December 14, 2011 (D.I. 128), January 17, 2012 (D.I. 136), and on February 17, 2012 (D.I. 153)TracBeam's Motions to Stay Deadlines for 30 days between TracBeam andTexas RSA 7B3, L.P. d/b/a Peoples WirelessServices ("Peoples Wireless"). Because of continuing efforts to reach a settlement in

principle, TracBeam requests an additional thirty (30) day stay of upcoming deadlines with regard to Peoples Wireless.  TracBeam seeks this extension of time not for delay but for good cause and that justice may be served.  Peoples Wireless is not opposed to the relief requested in this motion.

      WHEREFORE, PREMISES CONSIDERED, TracBeam prays that the Court enter the attached order and stay all pending deadlines between TracBeam and Peoples Wireless for thirty (30) days.

Dated:  March 15, 2012                              Respectfully submitted,

                                                          By:  /s/ *Elizabeth L. DeRieux*

                                               S. Calvin Capshaw
                                             State Bar No. 03783900
                                             Elizabeth L. DeRieux
                                             State Bar No. 05770585
                                             D. Jeffrey Rambin
                                             State Bar No. 00791478
                                             **CAPSHAW DERIEUX, L.L.P.**
                                             114 E. Commerce Ave.
                                             Gladewater, Texas 75647
                                             Telephone: (903) 236-9800
                                             Facsimile: (903) 236-8787
                                             Email:  ccapshaw@capshawlaw.com
                                             Email:  ederieux@capshawlaw.com
                                             Email: jrambin@capshawlaw.com

                                             Gregory S. Dovel
                                             CA State Bar No. 135387
                                             Email: greg@dovellaw.com
                                             Jonathan Gottfried
                                             NY State Bar No. 4269163
                                             Email: jonathan@dovellaw.com
                                             **DOVEL & LUNER, LLP**
                                             201 Santa Monica Blvd., Suite 600
                                             Santa Monica, CA 90401
                                             Telephone:  310-656-7066
                                             Facsimile:  310-657-7069

        Robert Christopher Bunt
        State Bar No. 00787165
        Email: rcbunt@pbatyler.com
        **PARKER & BUNT, P.C.**
        100 East Ferguson, Ste. 1114
        Tyler, TX 75702
        Telephone: 903/531-3535
        Facsimile: 903/533-9687

        ***ATTORNEYS FOR PLAINTIFF***
        ***TRACBEAM, L.L.C.***

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that counsel for TracBeam conferred with counsel for Texas RSA 7B3, L.P. d/b/a Peoples Wireless Services and this motion is agreed.

        /s/ Elizabeth L. DeRieux
        Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this March 15, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Elizabeth L. DeRieux*
        Elizabeth L. DeRieux