**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. d/b/a PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC.. <br><br> Defendants, <br><br> and <br><br> LOCATION LABS, <br><br> Intervenor. | Case No. 6:11-cv-00096-LED |

**ORDER**

On this day, the Court considered the unopposed Motion to Amend the Docket Control Order filed by Plaintiff TracBeam, L.L.C. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that May 8, 2012 is the deadline for the parties to (1) comply with P.R. 4-1 (exchange proposed terms and claim elements for construction), and (2) exchange privilege logs.

ORDERED that June 7, 2012 is the deadline for the parties to comply with P.R. 4-2 (exchange of preliminary claim constructions and extrinsic evidence).

**So ORDERED and SIGNED this 19th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**