**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. D/B/A PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC. <br><br> Defendants. | CASE NO. 6:11-cv-96 <br><br> **Jury Trial Demanded** |

## ORDER GRANTING PLAINTIFF TRACBEAM, L.L.C.'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' INVALIDITY CONTENTIONS

Before the Court is Plaintiff TracBeam, L.L.C.'s Motion to Strike Portions of the Invalidity Contentions of Defendants AT&T Inc., AT&T Mobility L.L.C., MetroPCS Communications, Inc., MetroPCS Wireless, Inc., CellCo Partnership d/b/a Verizon Wireless, Google, Inc., and Skyhook Wireless, Inc. Having considered the matter, the Court GRANTS the motion. It is therefore:

ORDERED that the following pieces of prior art are struck from Defendants' invalidity contentions: the FAA System, ESL Location System, the TravTek System, Il Morrow's Vehicle Tracking System, Magnavox's NAVCOM 25 System, Nav-Data's Fleet-Trak System, OCS Technologies' Automatic Vehicle Location System, the Highway Master System, University of Calgary's Loran-C/GPS System, and Applicants' Admitted Prior Art.

ORDERED that the vague combinations of prior art identified in Plaintiff's Motion at the following pages of the Invalidity Contentions are struck: pages 8, 10-11, 15-16, 21, 25, 29, 32, 38, 42, 46, 50, 55, 59, 65, 71, 77, 82, 85, 92-93, 95, 96, 98-99, 101, 105, 106-07, 108, 111, and 113-14.

ORDERED that all language purporting to make Defendants' invalidity contentions merely exemplary is struck.