**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., ) | |
| ) | Civil Action No. 6:11-cv-96 |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| AT&T INC., et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| LOCATION LABS., ) | |
| ) | |
| Intervenor. ) | |

**ORDER GRANTING INTERVENOR LOCATION LABS' MOTION**
**TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WILLFUL INFRINGEMENT**

On this day came for consideration Intervenor Location Labs' ("Location Labs") motion to dismiss the Complaint for Plaintiff's failure to state a legally cognizable claim for willful infringement under Fed. R. Civ. P. 12(b)(6).

After consideration of the briefs and arguments in this matter and all relevant factual statements therein, the Court HEREBY ORDERED that Location Labs' Motion to Dismiss for Failure to State a Claim for Willful Infringement is GRANTED.

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this on April 9, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          */s/ Jocasta Wong*
                                            Jocasta Wong