**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TRACBEAM, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:11-CV-96** |
| vs. | § | **PATENT CASE** |
| | § | |
| **AT&T INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

Before the Court is the parties' Joint Motion For Entry of Disputed Discovery Order Regarding Electronic Discovery (Doc. No. 198). The Court **ORDERS** the parties to submit a discovery order reflecting the following resolutions to the disputed issues:

- Paragraph 1: the Court adopts Plaintiff's proposal and finds that such a determination is premature at this time;

- Paragraph 2(a) and 2(b): the Court adopts Plaintiff's proposal;

- Paragraph 2(d): the Court adopts Defendants' proposal.

**So ORDERED and SIGNED this 9th day of April, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**