# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., et al. <br><br> Defendants, <br><br> TELECOMMUNICATION SYSTEMS, INC., <br><br> Consolidated Defendant, <br><br> and <br><br> LOCATION LABS, <br><br> Intervenor. | CASE NO. 6:11-cv-96 <br><br> **Jury Trial Demanded** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CELLCO PARTNERSHIP'S MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS

Before the Court is Plaintiff TracBeam, L.L.C.'s Unopposed Motion for Extension of Time to Respond to Defendant Cellco Partnership's Motion to Strike Plaintiff's Infringement Contentions. Having considered the matter the Court **GRANTS** the motion and extends the date for Plaintiff to respond up to and including May 9, 2012.

**So ORDERED and SIGNED this 8th day of May, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**