**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| TRACBEAM, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AT&T INC.; AT&T MOBILITY LLC; | § | C.A. NO. 6:11-CV-00096-LED |
| METROPCS COMMUNICATIONS, INC.; | § | |
| METROPCS WIRELESS, INC.; TEXAS RSA | § | **JURY TRIAL DEMANDED** |
| 7B3, L.P. D/B/A PEOPLES WIRELESS | § | |
| SERVICES; SPRINT NEXTEL | § | |
| CORPORATION; SPRINT SPECTRUM L.P.; | § | |
| NEXTEL OF CALIFORNIA, INC.; NEXTEL | § | |
| COMMUNICATIONS OF THE MID- | § | |
| ATLANTIC, INC.; NEXTEL OF NEW | § | |
| YORK, INC.; NEXTEL SOUTH CORP.; | § | |
| NEXTEL OF TEXAS, INC.; NEXTEL WEST | § | |
| CORP.; CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS; GOOGLE, INC.; | § | |
| AND SKYHOOK WIRELESS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**NOTICE OF COMPLIANCE WITH COURT'S
MOTION PRACTICE ORDER**

In compliance with the Docket Control Order (Dkt. 110), and according to the Standing Order of August 12, 2011, AT&T Inc. and AT&T Mobility L.L.C. files this Notice of its letter to the Court requesting permission to file a motion for summary judgment of invalidity based on indefiniteness of certain asserted claims of U.S. Patent Nos. 7,764,231 (the "'231 Patent") and 7,525,484 (the "'484 Patent"). A copy of the letter is attached as Exhibit A.

Dated: August 31, 2012 Respectfully submitted,

By:    */s/ Christopher W. Kennerly*
    Bryant C. Boren, Jr., Lead Attorney
    State Bar No. 02664100
    Email: bryant.c.boren@bakerbotts.com
    Christopher W. Kennerly
    State Bar No. 00795077
    Email: chris.kennerly@bakerbotts.com
    Kevin E. Cadwell
    State Bar No. 24036304
    Email: kevin.cadwell@bakerbotts.com
    Jon V. Swenson (*pro hac vice*)
    Email: jon.swenson@bakerbotts.com
    **BAKER BOTTS L.L.P.**
    620 Hansen Way
    Palo Alto, California 94304
    650.739.7500 – Voice
    650.739.7699 – Facsimile

    Chad C. Walters
    State Bar No. 24034730
    Email: chad.walters@bakerbotts.com
    **BAKER BOTTS L.L.P.**
    2001 Ross Avenue
    Dallas, Texas 75201
    214.953.6500 - Voice
    214.953.6503 - Facsimile

    Trey Yarbrough
    State Bar No. 22133500
    **YARBROUGH WILCOX, PLLC**
    100 E. Ferguson St., Ste. 1015
    Tyler, Texas 75702
    903.595.3111 - Voice
    903.595.0191 - Facsimile
    Trey@yw-lawfirm.com

    **ATTORNEYS FOR DEFENDANTS**
    **AT&T MOBILITY LLC AND AT&T INC.**

**CERTIFICATE OF SERVICE**

  I certify that on August 31, 2012, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A), if they have consented to electronic service, or (2) by regular mail, pursuant to Local Rule CV-5(d), if they have not so consented.

                */s/ Christopher W. Kennerly*
                Christopher W. Kennerly