**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TracBeam, L.L.C., | § |
|     *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 6:11-CV-096 |
| AT&T Inc., et al., | § |
|     *Defendants*. | § |

## ORDER

Before the Court is Defendants' request for permission to file a motion for summary judgment of invalidity based on indefiniteness of certain claims of U.S. Patent Nos. 7,764,231 and 7,525,484 (Docket No. 307). Plaintiff responded that it did not oppose Defendants' request (Docket No. 310). The Court **GRANTS** Defendants' request for leave.

**So ORDERED and SIGNED this 18th day of September, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**