## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., | |
| Plaintiff, | |
| v. | |
| AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | Consolidated Case Nos. 6:11-cv-00096 and No. 6:12-cv-00058 |
| Defendants. | FILED UNDER SEAL |
| TELECOMMUNICATION SYSTEMS, INC., | |
| Consolidated Defendant. | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THEIR INVALIDITY CONTENTIONS ON IMPROPER INVENTORSHIP

After consideration of the unopposed Motion of Defendants AT&T Inc., AT&T Mobility L.L.C., MetroPCS Communications, Inc., MetroPCS Wireless, Inc., Cellco Partnership, and TeleCommunication Systems, Inc.'s for leave to supplement their Invalidity Contentions on the issue of improper inventorship ("Motion"), the Court has determined that the requisite good cause exists under Patent Rule 3-6(b), and that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants have leave under Patent Rule 3-6(b) to serve the Second Supplemental Invalidity Contentions that are set forth in Exhibit A to Defendants' Motion.

**So ORDERED and SIGNED this 22nd day of April, 2013.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**