# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> AT&T INC., et al., <br><br> Defendant. | CASE NO. 6:11-cv-96 (LED) <br><br> **Jury Trial Demanded** |
| TELECOMMUNICATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRACBEAM, L.L.C., <br><br> Defendant. | CASE NO. 6:12-cv-58 (LED) <br><br> **Jury Trial Demanded** |

## Order of Dismissal without Prejudice as to MetroPCS and TCS

The Court, having read and considered the joint motion to dismiss without prejudice all claims and counterclaims between Plaintiff TracBeam, Defendants MetroPCS Communications, Inc. and MetroPCS Wireless Inc., and Plaintiff/Consolidated Defendant TeleCommunication Systems, Inc., and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

All claims and counterclaims in this action between Plaintiff TracBeam, Defendants MetroPCS Communications, Inc. and MetroPCS Wireless Inc., and Plaintiff/Consolidated Defendant TeleCommunication Systems, Inc. are hereby dismissed without prejudice.

It is further ORDERED that each of these parties shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 17th day of June, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**