# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., § § *Plaintiff,* § § v. § § AT&T INC.; AT&T MOBILITY L.L.C.; and § CELLCO PARTNERSHIP d/b/a VERIZON § WIRELESS, § § *Defendants.* § § | Case No. 6:11-cv-00096-LED **JURY TRIAL DEMANDED** |

## ORDER

The Court, having read and considered the Agreed Motion to Amend Docket Control Order to change the deadline for the parties to file letter briefs, and good cause appearing, hereby GRANTS the motion and ORDERS that the following deadlines shall apply:

| Event | Proposed date |
|---|---|
| Deadline for opening letter briefs for Daubert motions, motions to strike, and motions for summary judgment, according to Standing Order of August 12, 2011 | July 30, 2013 |
| Opposition to opening letter briefs | August 5, 2013 |
| Reply letter briefs in support of opening letter briefs | August 9, 2013 |

**So ORDERED and SIGNED this 29th day of July, 2013.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**