**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TRACBEAM L.L.C.,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:11-CV-96** |
| | § | |
| **AT&T INC. ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER REGARDING LETTER BRIEFS**

Before the Court are various letter briefs requesting leave to file motions for summary judgment or motions to strike. The Court rules as follows:

- TracBeam's letter brief regarding Dr. Bartone (Docket No. 407) and TracBeam's letter brief regarding Mr. Wagner (Docket No. 408) are **DENIED**. However, TracBeam may take additional discovery regarding the sanity check referenced in Dr. Bartone's report. The parties are **ORDERED** to meet and confer regarding the scope of additional discovery.

- TracBeam's letter brief regarding Mr. Stansell (Docket No. 409) is **GRANTED**.

- TracBeam's letter brief regarding Mr. Bakewell (Docket No. 410) is **GRANTED**.

- Verizon's letter brief regarding TracBeam's cost-savings damages theory (Docket No. 411) is **DENIED**.

- Defendants' letter brief regarding willful infringement (Docket No. 413) is **GRANTED**.

- AT&T's letter brief regarding non-infringement is (Docket No. 414) is **GRANTED**.

- AT&T's letter brief regarding Mr. Mills (Docket No. 415) and Verizon's letter brief regarding Mr. Mills (Docket No. 412) are **GRANTED IN PART**. Defendants may file one motion regarding both letter briefs.

- AT&T's letter brief regarding Dr. Rose (Docket No. 416) is **GRANTED**.

**So ORDERED and SIGNED this 8th day of August, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**