IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., et al. <br>             Defendants, | Case No. 6:11-cv-00096-LED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Before the Court came the Unopposed Motion for Extension of Deadlines. After consideration of same, the Court finds that said Unopposed Motion is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Plaintiff to respond to AT&T's Motion for Partial Summary Judgment of Non-Infringement (Dkt. 445), is extended up to and including September 20, 2013.

IT IS FURTHER ORDERED that the deadline for rebuttal designations and objections to deposition testimony and exhibits is extended up to and including September 20, 2013.

**So ORDERED and SIGNED this 19th day of September, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE