# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| TRACBEAM, L.L.C., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 6:11-cv-00096-LED** |
| | § | |
| AT&T MOBILITY L.L.C., | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |
| | § | |

## ORDER GRANTING AGREED MOTION
## TO AMEND DOCKET CONTROL ODER

The Court, having read the Agreed Motion to Amend the Docket Control Order to modify dates related to the motions *in limine*, and good cause appearing, hereby GRANTS the motion and ORDERS that the following deadlines shall apply.

| Event | Date |
|---|---|
| Deadline for opening motions *in limine* | October 7, 2013 |
| Deadline for responses to motions *in limine* | October 14, 2013 |

**So ORDERED and SIGNED this 4th day of October, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**