IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:11-CV-096 |
| § | |
| AT&T INC. ET AL., § | |
| § | |
| Defendants. § | |
| § | |

**ORDER ON MEDIATION AND SETTING HEARING**

The parties are **ORDERED** to return to mediation on or before **November 2, 2013**. Further, each party is **ORDERED** to have a person with full decision making authority at the mediation. Additionally, the Court hereby sets the following motions for hearing on **October 17, 2013, at 1:30 p.m.**:

- Defendants' Motion for Summary Judgment of Invalidity (Docket No. 444);

- Defendants' Motion for Partial Summary Judgment of Non-Infringement (Docket No. 445); and

- Defendants' Motion for Summary Judgment of No Willful Infringement (Docket No. 448).

All other pending motions will be heard at the Final Pretrial Conference, which remains set for October, 24, 2013 at 9:00 a.m.

**So ORDERED and SIGNED this 7th day of October, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**