# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., a Colorado limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T INC., et al.<br><br>　　　　Defendants. | CASE NO. 6:11-cv-96-LED<br><br>**Jury Trial Demanded** |

## Order

Plaintiff TracBeam moves unopposed for additional time to file its sur-reply briefs for AT&T's Motion for Summary Judgment of Invalidity (dkt. #444) and AT&T's Motion to Exclude Dr. Rose's Opinions as to Claim 25 (dkt. #447). The Court hereby GRANTS the motion and ORDERS as follows:

The new deadline for TracBeam's sur-replies to (1) AT&T's Motion for Summary Judgment of Invalidity and (2) AT&T's Motion to Exclude Dr. Rose's Opinions as to Claim 25 is October 7, 2013, filed and served by 2pm CT.

**So ORDERED and SIGNED this 7th day of October, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**