IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACBEAM L.L.C., | § |
| Plaintiff, | § |
| vs. | § CASE NO. 6:11-CV-96 |
| AT&T INC. ET AL., | § |
| Defendants. | § |

### ORDER

Before the Court is Defendant AT&T Mobility L.L.C.'s ("AT&T") Motion to Strike the New Infringement Opinion in Dr. Rose's November 9 Report (Docket No. 526). TracBeam served Dr. Rose's third expert report on infringement on November 9, 2014.

Trial is set for December 9, 2013. Due to the compressed pretrial schedule, the Court **ORDERS** expedited briefing on AT&T's motion. Plaintiff TracBeam L.L.C. **SHALL** file a response by **November 18, 2013**, AT&T **SHALL** file a reply by **November 20, 2013**, and TracBeam L.L.C. **SHALL** file a sur-reply by **November 21, 2013**.

**So ORDERED and SIGNED this 14th day of November, 2013.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE